SEALED

FILED
JAN 05 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE: SEALED CASE           )   No. 2 10 - M - 0002  DAD
                             )
                             )
                             )
                             )
_____)

### SEALING ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that all documents in the above referenced case shall be and are hereby ordered SEALED until the first defendant is arrested by agents of the United States, except for copies for use by the United States.

DATED: January 5, 2009

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge

1