# EXHIBIT J

ATTORNEY-CLIENT –
PRIVILEGED
DUANE MORRIS

**From:** fscott.salyer@gmail.com [mailto:fscott.salyer@gmail.com] **On Behalf Of** Scott Salyer
**Sent:** Monday, June 29, 2009 12:54 PM
**To:**
**Subject:** Re:

Agree , anything to do with me , use gmail.

SS

On Mon, Jun 29, 2009 at 11:31 AM, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ wrote:

SS:

I will have to use both address then. I cannot do SK work, which currently is constant with the unraveling on my gmail
account — That invites more challenges. I will separate tasks between the two for the next week or so until things get
filtered out.

*JJ*



Executive Office

200 Sky Park Drive

Monterey, California 93940

T: (831) 655-5400

F: (831) 655-5906

1

SSD 00360

# EXHIBIT K

██████████
██████████████

**From:** fscott.salyer@gmail.com [mailto:fscott.salyer@gmail.com] **On Behalf Of** Scott Salyer
**Sent:** Monday, June 29, 2009 11:27 AM
**To:** ████████████
**Subject:** Fwd:


JJ

Stop using this address ....

SS

---------- Forwarded message ----------

- - - - - - - - - - -

2

**SSD 00361**

# EXHIBIT L

Case 2:10-cr-00061-LKK   Document 12   Filed 02/25/10   Page 6 of 141

# francoflyers

**18 January 2010**

## Reader's Question—Flying Club/Instructor near Cannes

Scott Salyer writes:

I'm recently relocating to Nice/Cannes area.

Typed in Hawker 800/900/Citation 500/525SP and total time just short of 10,000 hrs.

Very interested in local flying clubs and aviation friends.

Can you recommend a local instructor in Cannes area?

Need to understand the local rules before I take off flying around.

Do you recommend local flying club?

Email this

Posted by Les King on 18 January 2010 at 09:22 AM | Permalink

**Comments**

REDACTED

# EXHIBIT M

Cannes
Cagnes

Man Delieu

Hwy 8
Exit 41

N.ce apt
view of Pakan
3 bd Room w
maid qrt.
@ 3.2
Offer $ 1.8
$1.8 ask
$ 1.4 /offer
w/ crane
Terrace

Contact FS Pru
A s/ 2 50-300K
Cherry Corwin
Stephen —

3+e/ees - Tank
Ascot - House

Teri House
Insurance
Wayne Chims
Ba... FB > Loins

(7)

750
+1.4 = Invesco
2.150

F 1.0 Pal
50K Eu Exp

# EXHIBIT N

HAWKER BEECHCRAFT    CREATE ACCOUNT    SIGN IN    Search...    SEARCH

900XP

# Hawker 900XP
Smart Engineering



Performance

Launch Range Map

Compare Models

Find Your Sales
Contact

"This business jet has a better history of durability and a longer record of evolution and performance improvement." –Business Jet Traveler

Hawker 900XP's range by up to 400 nautical miles a smooth ride through all flight conditions

increased range and thrust

## SUPERIOR RANGE

| | |
|---|---|
| HAWKER 900XP | 2,600 |
| GULFSTREAM G150 | 2,335 |
| CESSNA CITATION SOVEREIGN | 2,268 |
| BOMBARDIER LEARJET 60XR | 1,745 |

200  400  600  800  1000 1200 1400 1600 1800 2000 2200 2400 2600 2800
RANGE (NM)

## Highlights:

> 500 miles an hour

> more than 2,800 nautical miles



# EXHIBIT O

REDACTED

FlightSafety LOGBOOK ENDORSEMENT STICKER

Name: Scott Salyer

Holder of Airman Certificate No: [illegible]

Employed by: SKF Aviation

Has successfully completed:

| | | Yes | N/A |
|---|---|---|---|
| SIC Qualification | FAR 61.55(b) | ☐ | ☒ |
| SIC Type Rating | FAR 61.55(d) | ☐ | ☒ |
| SIC Type Rating | FAR 61.55(e) | ☐ | ☑ |

Has demonstrated the skill and knowledge required for the safe operation of the relevant ... the ...

responsibilities of a second in command.

Initial/Recurrent Diamond/400 SIC Qualification

AMERICA
XI
AVIATION ADMINISTRATION

REDACTED

Pro Pilot Services, LLC
12445 W. Auburn Drive
Lakewood, CO 80228

303-882-
720-280-

This is to certify that

FREDERICK S. SALYER

Has satisfactorily completed a (X) pilot proficiency check,
( ) instrument competency check, ( ) flight review
In accordance with 14 CFR 49,
Part (X) 61.58, ( ) 61.57(d), 61.56, ( ) (61.55)
Of the Federal Aviation Regulations

Date 05-05-2008 Aircraft Type HS-125

Examiner [signature] Designation/CFI # NM03 1960900
James Craig Bird

REDACTED

...STATION HAS A CURRENTLY VALID STATION LICENSE.
THIS PERMIT DOES NOT AUTHORIZE ANY ADJUSTMENT OF THE TRANSMITTER THAT MAY EFFECT THE PROPER OPERATION OF THE STATION.
MAYDAY IS THE INTERNATIONAL RADIOTELEPHONE DISTRESS SIGNAL. DISTRESS MESSAGES HAVE ABSOLUTE PRIORITY.

*PROHIBITIONS:* USE OF OBSCENE, INDECENT, OR PROFANE LANGUAGE.
UNAUTHORIZED DISCLOSURE OR USE OF MESSAGES.
SUPERFLUOUS, FALSE, OR DECEPTIVE SIGNALS OR COMMUNICATIONS.
TRANSMISSION OF UNASSIGNED CALL SIGNALS.

OBSERVE REQUIREMENTS FOR TRANSMISSION OF STATION IDENTIFICATION.

THIS PERMIT MUST BE CONSPICUOUSLY POSTED AT THE PRINCIPAL OPERATING LOCATION OR KEPT IN YOUR PERSONAL POSSESSION, DEPENDING UPON THE RULES GOVERNING THE PARTICULAR CLASS OF STATION BEING OPERATED.

*KNOW YOUR RADIO LAWS, TREATIES, RULES AND REGULATIONS. FAILURE TO OBSERVE THEM MAY LEAD TO SUSPENSION OF THIS PERMIT.*

**FLIGHTSAFETY**
***Professional Pilot***
***PROFICIENCY CARD***

Frederick Scott Salyer
Airman Certificate Number

SKF Aviation
Has demonstrated competence to serve as pilot in command

Hawker 900XP 05/13/09

consistent with the standards of proficiency prescribed by FlightSafety International which exceed the requirements of FAR 61.56 or FAR 61.58.

FlightSafety

# EXHIBIT P

Message-Id: <04FBC0A2-4383-45F5-A270-33BBD3BE4A19@gmail.com>
From: Scott Salyer <fscott.salyer@gmail.com>

X-Mailer: iPhone Mail (5B108)
Mime-Version: 1.0 (iPhone Mail 5B108)
Subject: Re: Scott's Sub Class Visa
Date: Tue, 16 Jun 2009 16:21:40 -0700
References: <7881E949FE6F164CB48AB29251C815415CD1F9@NZAKL01.cedenco.co.nz>


Content-Type: text/plain;
 charset=windows-1251;
 format=flowed;
 delsp=yes
Content-Transfer-Encoding: quoted-printable


So around 21 nzd $$$ ?? That's ok ..
Mid /late July. sounds fine ,ready to get out of here ..
Sent from my iPhone

On Jun 16, 2009, at 3:11 PM,

> SS
>
>
>
> Ntd – Thks , I am picking late july for your visit – should have =
det
> ailed budgets finished by then as well – first high level cut has Ce =

> d Aus about 10-11m ebit , SS farms 1m and Ced NZ about $6 m - using  =

> 62 in budget I think
>
>
>
> R
>
>
>
> From: fscott.salyer@gmail.com [mailto:fscott.salyer@gmail.com] On
> Behalf Of Scott Salyer
> Sent: Wednesday, 17 June 2009 1:08 a.m.
> To:
> Subject: Re: FW: Scott's Sub Class Visa

&gt;
&gt;
■■■■■
&gt;
&gt; I'll wait until they tell you yes or no .
&gt; You should still be exploring other financing .
&gt;
&gt; Out look for USD is not good , what exchange rate are you going to
&gt; use in your forecast .?
&gt;
&gt; You should budget $ 500,000 USD for the next year 's legal costs .
&gt;
&gt; SS
&gt;
&gt; On Mon, Jun 15, 2009 at 11:28 PM, ■■■■■■■■■
&gt; ■■■■■■■■■■
&gt;
&gt; Scott
&gt;
&gt;
&gt;
&gt; Obviously wheels turned quickly which is good for you re your wishes  =

&gt; to come and live in the Southern hemisphere .
&gt;
&gt;
&gt; JJ has asked Harry to move quickly re Payroll etc so as to get Visa  =

&gt; started . While she is correct in that it must be started to get
&gt; Visa there is no time to say it has to be started immediately , in
&gt; fact it only is concerned re expiry which is not til 2013.
&gt;
&gt;
&gt; The concern I have is that we are moving the ANZ along nicely and at  =

&gt; the current moment I want nothing to surprise/spook them , as to say  =

&gt; they are being paranoid is an understatement . If I get them to sign  =

&gt; off extension of  loan for next season then I have the ability to
&gt; reassure suppliers/customers  through Bank giving us support .
&gt;
&gt;
&gt;
&gt; The Bank process will be done in 30-45 days and if successful at
&gt; that time you could meet with them and tell them you are looking to  =

&gt; move to Australia etc etc .and start the payroll
&gt;
&gt;
&gt;
&gt; To surprise them now in my opinion would not be good and could well  =

> be catastrophic !
>
>
>
> Please confirm you agree with this strategy
>
>
>
> ▉▉▉▉▉
>
>
>
> From ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
> Sent: Tuesday, 16 June 2009 5:20 p.m.
> To: ▉▉▉▉▉▉▉▉
> Subject: FW: Scott's Sub Class Visa
>
>
>
>
>
>
>
> ▉▉▉▉▉▉▉▉▉▉▉▉ Cedenco Australia | 54 Cornelia Creek  =

> Road Echuca Vic. PO Box 81, Echuca, VIC 3564| PH: (+61 3)5482 0700| =

> Fax: (+61 3)5482 0701 | www.cedenco.com
>
>
>
>
>
> From: ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
> Sent: Tuesday, 16 June 2009 3:55 AM
> To: ▉▉▉▉▉
> Subject: Scott's Sub Class Visa
>
>
>
> ▉▉▉▉▉
>
> As you know Scott's Visa has been approved.  In order to maintain th =

> e Visa, as stated in Barbara's email (in red below)., Scott must be  =

> employed by Cedenco….
>
> Please let me know what is needed in order to put him on the Cedenco  =

> payroll.  It was stated that his annual salary is $250,000 in AUD.  =

> Please let me know if you need anything from us to start the process  =

> and when he will receive his first paycheck – and how best to facili =

> tate?
>
> Thanks , you have been great help!!
>
>
>
>
>
>
>
> Please note the work limitation on your visa, 'Primary Visa Holder
> Visa Conditions - Work Limitations' - this is a mandatory condition  =

> for primary Subclass 457 visa holders.
>
> For your information (pursuant to its undertakings as a Business
> Sponsor), Cedenco JV Australia Ltd and SK Foods Australia Pty Ltd, t/ =

> as Cedenco Australia, must advise DIAC within 5 working days after
> you cease to be in the business' employ, e.g. if you depart the
> business before the validity period of the visa has expired, and
> DIAC may then take steps to cancel your Subclass 457 visa.
>
>
>
>
>
>
>
> JJ
>
>
>
> <image001.jpg>
>
> Executive Office
>
> 200 Sky Park Drive
>
> Monterey, California 93940
>
>
>
>
>
>
>
>
>
>
>

# EXHIBIT Q

# Office of International Affairs

**U.S. Department of Justice - Criminal Division**

Welcome US Attorney Guest Account

# United States Extradition Treaties

💬 Comments

Welcome to OIA Online > United States Extradition Treaties

United States Extradition Treaties (in Alphabetical Order by Country). Click on a country name for details. Use the A-Z List to navigate through the list.

Please note that some countries are responsible for conducting the foreign relations of their dependent territories. In such cases, the applicable extradition treaty may be a current or a former extradition treaty between the United States and the country responsible for conducting the foreign relations of that territory. Moreover, some sovereign states continue to apply the extradition treaty negotiated between a former colonial power and the United States. In these cases, the controlling extradition treaty will be between the United States and the former colonial power. Finally, some modern countries are the successor states to countries that no longer exist. Such countries may have agreed to continue the predecessor state's treaty obligations. In such cases, the controlling extradition treaty is between the United States and the predecessor state, even though that state no longer exists.

*Countries marked with an asterisk (*) are European Union member countries, which may present unique issues. Please contact the appropriate OIA attorney for assistance when determining the applicable treaties for these countries.

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

| Country | Date Signed | Date Entered Info Force | Blue Book Citation | Documents | Technical Analysis |
|---|---|---|---|---|---|
| **A** | | | | | Return to Top |
| Albania | Mar 1, 1933 | Nov 14, 1935 | ▼ Treaty of | 📄 📄 📄 | |
| Anguilla | Jun 8, 1972 | Jan 21, 1977 | ▼ Treaty on | 📄 📄 📄 | |
| Anguilla Supplement | Jun 25, 1985 | Dec 23, 1986 | ▼ Extradition | 📄 📄 📄 | |
| Antigua & Barbuda | Jun 3, 1996 | Jul 1, 1999 | ▼ Extradition Treaty | 📄 📄 📄 | View |
| Argentina | Jun 10, 1997 | Jun 15, 2000 | ▼ Extradition Treaty | 📄 📄 📄 | View |

DOC. NO. 105-18 (1997).

| | | | | | | |
|---|---|---|---|---|---|---|
| Aruba | Jun 24, 1980 | Sep 15, 1983 | ▼ Extradition Treaty | | | |
| Australia | May 14, 1974 | May 8, 1976 | ▼ Treaty on | | | |
| Australia Protocol | Sep 4, 1990 | Dec 21, 1992 | ▼ Protocol Amending | | | |
| Austria* | Jan 8, 1998 | Jan 1, 2000 | ▼ Extradition Treaty | | | View |
| Austria* US/EU Protocol | Jul 20, 2005 | Feb 1, 2010 | ▼ Protocol to the | | | |

## B

Return to Top

| | | | | | | |
|---|---|---|---|---|---|---|
| Bahamas | Mar 9, 1990 | Sep 22, 1994 | ▼ Extradition Treaty | | | |
| Barbados | Feb 28, 1996 | Mar 3, 2000 | ▼ Extradition Treaty | | | View |
| Belgium * | Apr 27, 1987 | Sep 1, 1997 | ▼ Extradition Treaty | | | View |
| Belgium* Supplement | Mar 17, 1987 | Pending | | | | |
| Belgium* US/EU Instrument (Consolidated Text) | Dec 16, 2004 | Feb 1, 2010 | ▼ Instrument as | | | |
| Belize | Mar 30, 2000 | Mar 27, 2001 | ▼ Extradition Treaty | | | |
| Bermuda | Jun 8, 1972 | Jan 21, 1977 | ▼ Treaty on | | | |
| Bermuda Supplement | Jun 25, 1985 | Dec 23, 1986 | ▼ Extradition | | | |
| Bolivia | Jun 27, 1995 | Nov 21, 1996 | ▼ Treaty Between | | | |
| Bosnia Herzegovina | Oct 25, 1901 | Jun 12, 1902 | ▼ Treaty Between | | | |
| Brazil | Jan 13, 1961 | Dec 17, 1964 | ▼ Treaty of | | | |
| Brazil Protocol | Jun 18, 1962 | Dec 17, 1964 | ▼ Additional Protocol | | | |

|  |  |  | the United States of America and the United States of Brazil, U.S.-Braz., June 18, 1962, 15 U.S.T. 2112. |  |  |
|---|---|---|---|---|---|
| British Indian Ocean Territory | Jun 8, 1972 | Jan 21, 1977 | Treaty on | | |
| British Indian Ocean Territory Supplement | Jun 25, 1985 | Dec 23, 1986 | Extradition | | |
| British Virgin Islands | Jun 8, 1972 | Jan 21, 1977 | Treaty on | | |
| British Virgin Islands Supplement | Jun 25, 1985 | Dec 23, 1986 | Extradition | | |
| Bulgaria * | Sep 17, 2007 | May 21, 2009 | Extradition Treaty | | |

## C
Return to Top

| | | | | | |
|---|---|---|---|---|---|
| Canada | Dec 3, 1971 | Mar 22, 1976 | Treaty on | | |
| Canada - Protocol (1) | Jan 11, 1988 | Nov 26, 1991 | Protocol Amending | | |
| Canada - Protocol (2) | Jan 12, 2001 | Apr 30, 2003 | Second Protocol | | |
| Canada - Unofficial Consolidated Extradition Treaty and Protocols | | | | | |
| Cayman Islands | Jun 8, 1972 | Jan 21, 1977 | Treaty on | | |
| Cayman Islands Supplement | Jun 25, 1985 | Dec 23, 1986 | Extradition | | |
| Chile | Apr 17, 1900 | Jun 26, 1902 | Treaty Between | | |
| Colombia | Sep 14, 1979 | Mar 4, 1982 | Extradition Treaty | | |
| Congo (Brazzaville) | Jan 6, 1909 | Jul 27, 1911 | Treaty Between | | |
| Congo Supplement (1) | Jan 15, 1929 | May 19, 1929 | Supplementary | | |
| Congo Supplement (2) | Apr 23, 1936 | Sep 24, 1936 | Supplementary | | |

U.S.-Fr., April 23, 1936, 50 Stat. 1117.

| | | | | | | |
|---|---|---|---|---|---|---|
| Costa Rica | Dec 4, 1982 | Oct 11, 1991 | ▼ Extradition Treaty | 🗎 | 🗎 | |
| Croatia | Oct 25, 1901 | Jun 12, 1902 | ▼ Treaty Between | 🗎 | 🗎 | |
| Cuba | Apr 6, 1904 | Mar 2, 1905 | ▼ Treaty Between | 🗎 | | |
| Cuba Protocol | Dec 6, 1904 | Mar 2, 1905 | ▼ Protocol Amending | 🗎 | | |
| Cuba Supplementary Treaty | Jan 14, 1926 | Jun 18, 1926 | ▼ Additional | 🗎 | | |
| Cyprus* | Jun 17, 1996 | Sep 14, 1999 | ▼ Extradition Treaty | 🗎 | 🗎 | View |
| Cyprus* (Akrotiri & Dhekelia Sovereign Base Areas) | Jun 8, 1972 | Jan 21, 1977 | ▼ Treaty on | 🗎 | 🗎 | |
| Cyprus* (Akrotiri & Dhekelia Sovereign Base Areas) Supplement | Jun 25, 1985 | Dec 23, 1986 | ▼ Supplementary | 🗎 | 🗎 | |
| Cyprus* US/EU Instrument (Consolidated Text) | Jan 20, 2006 | Feb 1, 2010 | ▼ Instrument as | 🗎 | 🗎 | |
| Czech Republic* | Jul 2, 1925 | Mar 29, 1926 | ▼ Treaty Between | 🗎 | 🗎 | |
| Czech Republic* Supplement | Apr 29, 1935 | Aug 28, 1935 | ▼ Supplementary | 🗎 | 🗎 | |
| Czech Republic* US/EU Second Supplementary Treaty | May 16, 2006 | Feb 1, 2010 | ▼ Second | 🗎 | 🗎 | |

**D**  Return to Top

| | | | | | |
|---|---|---|---|---|---|
| Denmark* | Jun 22, 1972 | Jul 31, 1974 | ▼ Treaty on | 🗎 | 🗎 |
| Denmark* US/EU Instrument (Consolidated Text) | Jun 23, 2005 | Feb 1, 2010 | ▼ Instrument as | 🗎 | 🗎 |

| | | U.S.-Den., June 23, 2005, S. TREATY DOC. NO. 109-14 (2006). | | | |
|---|---|---|---|---|---|
| Dominica | Oct 10, 1996 | May 25, 2000 | ▼ Extradition Treaties | | View |
| Dominican Republic | Jun 19, 1909 | Aug 2, 1910 | ▼ Convention | | |

## E

Return to Top

| | | | | | |
|---|---|---|---|---|---|
| Ecuador | Jun 28, 1872 | Nov 12, 1873 | ▼ Extradition Treaty | | |
| Ecuador Supplement | Sep 22, 1939 | May 29, 1941 | ▼ Supplementary | | |
| Egypt | Aug 11, 1874 | Apr 22, 1875 | ▼ Convention | | |
| El Salvador | Apr 18, 1911 | Jul 10, 1911 | ▼ Treaty of | | |
| Estonia* | Nov 8, 1923 | Nov 15, 1924 | ▼ Treaty Between | | |
| Estonia* Supplement 1935 | Oct 10, 1934 | May 7, 1935 | ▼ Supplementary | | |
| Estonia* Treaty 2006 | Feb 8, 2006 | Apr 7, 2009 | ▼ Extradition Treaty | | |
| European Union | Jun 23, 2003 | Feb 1, 2010 | ▼ Extradition | | |

## F

Return to Top

| | | | | | |
|---|---|---|---|---|---|
| Falkland Island & Dependencies | Jun 8, 1972 | Jan 21, 1977 | ▼ Treaty on | | |
| Falkland Island & Dependencies Supplement | Jun 25, 1985 | Dec 23, 1986 | ▼ Extradition | | |
| Fiji | Dec 22, 1931 | Jun 24, 1935 | ▼ Extradition Treaty | | |
| Fiji Exchange of Notes | Jul 14, 1972 | Aug 17, 1973 | ▼ Agreement | | |
| Finland* | Jun 11, 1976 | May 11, 1980 | ▼ Extradition Treaty | | |
| Finland* US/EU Protocol | Dec 16, 2004 | Feb 1, 2010 | ▼ Protocol to the | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | States of America and Finland signed 11 June 1976, U.S.-Fin., Dec. 16, 2004, S. TREATY DOC. NO. 109-14 (2006). | | | |
| France* | Apr 23, 1996 | Feb 1, 2002 | ▼ Extradition Treaty | 📄 | 📄 | View |
| | | | | 📄 | | |
| France* US/EU Instrument | Sep 30, 2004 | Feb 1, 2010 | ▼ Instrument as | 📄 | 📄 | |
| | | | | 📄 | | |
| French Guiana | Apr 23, 1996 | Feb 1, 2002 | ▼ Extradition Treaty | 📄 | 📄 | |
| | | | | 📄 | | |
| French Polynesia | Apr 23, 1996 | Feb 1, 2002 | ▼ Extradition Treaty | 📄 | 📄 | |
| | | | | 📄 | | |

**G**                                                                                      Return to Top

| | | | | | |
|---|---|---|---|---|---|
| Gambia | Dec 22, 1931 | Jun 24, 1935 | ▼ Extradition Treaty | 📄 | 📄 |
| Germany* | Jun 20, 1978 | Aug 29, 1980 | ▼ Treaty Between | 📄 | 📄 |
| Germany* Supplement | Oct 21, 1986 | Mar 11, 1993 | ▼ Supplementary | 📄 | 📄 |
| Germany* US/EU Second Supplementary Treaty | Apr 18, 2006 | Feb 1, 2010 | ▼ Second | 📄 | 📄 |
| Ghana | Dec 22, 1931 | Jun 24, 1935 | ▼ Extradition Treaty | 📄 | 📄 |
| Gibraltar | Jun 8, 1972 | Jan 21, 1977 | ▼ Treaty on | 📄 | 📄 |
| Gibraltar Supplement | Jun 25, 1985 | Dec 23, 1986 | ▼ Extradition | 📄 | 📄 |
| Gilbert Islands (Kiribati) | Jun 8, 1972 | Jan 21, 1977 | ▼ Treaty on | 📄 | 📄 |
| Greece* | May 6, 1931 | Nov 1, 1932 | ▼ Treaty of | 📄 | 📄 |
| Greece* Interpretive Protocol | Sep 2, 1937 | Sep 2, 1937 | ▼ Protocol Between | 📄 | 📄 |
| Greece* US/EU Protocol | Jan 18, 2006 | Feb 1, 2010 | ▼ Protocol to the | 📄 | 📄 |

thereto signed 2
September 1937,
U.S.-Greece, Jan. 18,
2006, S. TREATY
DOC. NO. 109-14
(2006).

| | | | | | | |
|---|---|---|---|---|---|---|
| Grenada | May 30, 1996 | Sep 14, 1999 | ▼ Extradition Treaty | | | View |
| Guadeloupe (France) | Apr 23, 1996 | Feb 1, 2002 | ▼ Extradition Treaty | | | |
| Guatemala | Feb 27, 1903 | Aug 15, 1903 | ▼ Treaty Between | | | |
| Guatemala Supplement | Feb 20, 1940 | Mar 13, 1941 | ▼ Supplementary | | | |
| Guyana | Dec 22, 1931 | Jun 24, 1935 | ▼ Extradition Treaty | | | |

**H**                                                                    Return to Top

| | | | | | | |
|---|---|---|---|---|---|---|
| Haiti | Aug 9, 1904 | Jun 28, 1905 | ▼ Treaty Between | | | |
| Honduras | Jan 15, 1909 | Jul 10, 1912 | ▼ Convention | | | |
| Honduras Supplement | Feb 21, 1927 | Jun 5, 1928 | ▼ Supplementary | | | |
| Hong Kong | Dec 20, 1996 | Jan 21, 1998 | ▼ Agreement | | | View |
| Hungary* | Dec 1, 1994 | Mar 18, 1997 | ▼ Treaty Between | | | View |
| Hungary* US/EU Protocol | Nov 15, 2005 | Feb 1, 2010 | ▼ Protocol to the | | | |

**I**                                                                    Return to Top

| | | | | | | |
|---|---|---|---|---|---|---|
| Iceland | Jan 6, 1902 | May 16, 1902 | ▼ Treaty Between | | | |
| Iceland Supplement | Nov 6, 1905 | Feb 19, 1906 | ▼ Supplementary | | | |
| India | Jun 25, 1997 | Jul 21, 1999 | ▼ Extradition Treaty | | | View |

DOC. NO. 105-30 (1997).

| | | | | | |
|---|---|---|---|---|---|
| Iraq | Jun 7, 1934 | Apr 23, 1936 | ▼ Extradition Treaty | 📄 📄 📄 | |
| Ireland* | Jul 13, 1983 | Dec 15, 1984 | ▼ Treaty on | 📄 📄 📄 | |
| Ireland* US/EU Instrument (Consolidated Text) | Jul 14, 2005 | Feb 1, 2010 | ▼ Instrument as | 📄 📄 📄 | |
| Israel | Dec 10, 1962 | Dec 5, 1963 | ▼ Convention on | 📄 📄 📄 | |
| Israel Protocol | Jul 6, 2005 | Jan 10, 2007 | ▼ Protocol Between | 📄 | |
| Italy* | Oct 13, 1983 | Sep 24, 1984 | ▼ Extradition Treaty | 📄 📄 📄 | |
| Italy* US/EU Instrument (Consolidated Text) | May 3, 2006 | Feb 1, 2010 | ▼ Instrument as | 📄 📄 📄 | |

**J**                                                                  Return to Top

| | | | | | |
|---|---|---|---|---|---|
| Jamaica | Jun 14, 1983 | Jul 7, 1991 | ▼ Extradition Treaty | 📄 📄 | |
| Japan | Mar 3, 1978 | Mar 26, 1980 | ▼ Treaty on | 📄 📄 | |
| Jordan | Mar 28, 1995 | Jul 29, 1995 | ▼ Extradition Treaty | 📄 📄 📄 | View |

**K**                                                                  Return to Top

| | | | | | |
|---|---|---|---|---|---|
| Kenya | Dec 22, 1931 | Jun 24, 1935 | ▼ Extradition Treaty | 📄 📄 📄 | |
| Kenya Exchange of Notes | May 14, 1965 | Aug 19, 1965 | ▼ Agreement | 📄 📄 | |
| Kiribati (Gilbert Islands) | Jun 8, 1972 | Jan 21, 1977 | ▼ Treaty on | 📄 📄 📄 | |

**L**                                                                  Return to Top

| | | | | | |
|---|---|---|---|---|---|
| Latvia* | Oct 16, 1923 | Mar 1, 1924 | ▼ Treaty Between | 📄 📄 📄 | |
| Latvia* Supplement 1935 | Oct 10, 1934 | Mar 29, 1935 | ▼ Supplementary | 📄 📄 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 10, 1934, 49 Stat. 3131. | | | |
| Latvia* Treaty 2005 | Dec 7, 2005 | Apr 15, 2009 | ▼ Extradition Treaty | | | |
| Lesotho | Dec 22, 1931 | Jun 24, 1935 | ▼ Extradition Treaty | | | |
| Liberia | Nov 1, 1937 | Nov 21, 1939 | ▼ Treaty Between | | | |
| Liechtenstein | May 20, 1936 | Jun 28, 1937 | ▼ Extradition Treaty | | | |
| Lithuania* | Oct 23, 2001 | Mar 31, 2003 | ▼ Extradition Treaty | | | |
| Lithuania* US/EU Protocol (Consolidated Text) | Jun 15, 2005 | Feb 1, 2010 | ▼ Protocol on the | | | |
| Luxembourg* | Oct 1, 1996 | Feb 1, 2002 | ▼ Extradition Treaty | | | View |
| Luxembourg* US/EU Instrument | Feb 1, 2005 | Feb 1, 2010 | ▼ Instrument as | | | |

# M

Return to Top

| | | | | | | |
|---|---|---|---|---|---|---|
| Macedonia, Former Yugoslav Republic of | Oct 25, 1901 | Jun 12, 1902 | ▼ Treaty Between | | | |
| Malawi | Dec 22, 1931 | Jun 24, 1935 | ▼ Extradition Treaty | | | |
| Malawi Exchange of Notes | Dec 17, 1966 | Apr 4, 1967 | ▼ Agreement | | | |
| Malaysia | Aug 3, 1995 | Jun 2, 1997 | ▼ Extradition Treaty | | | View |
| Malta* | May 18, 2006 | Jul 1, 2009 | ▼ Extradition Treaty | | | |
| Marshall Islands | Apr 30, 2003 | May 1, 2004 | ▼ Agreement of | | | |
| Mauritius | Dec 22, 1931 | Jun 24, 1935 | ▼ Extradition Treaty | | | |
| Mexico | May 4, 1978 | Jan 25, 1980 | ▼ Extradition Treaty | | | View |
| Mexico Protocol | Nov 13, 1997 | May 21, 2001 | ▼ Protocol to the | | | |

| | | | | | |
|---|---|---|---|---|---|
| | | | States of May 4, 1978, U.S.-Mex., Nov. 13, 1997, S. TREATY DOC. NO. 105-46 (1998). | | |
| Micronesia | May 14, 2003 | Jun 25, 2004 | ▼ Agreement on | | |
| Monaco | Feb 15, 1939 | Mar 28, 1940 | ▼ Treaty Between | | |
| Montenegro | Oct 25, 1901 | Jun 12, 1902 | ▼ Treaty Between | | |
| Montserrat | Jun 8, 1972 | Jan 21, 1977 | ▼ Treaty on | | |
| Montserrat Supplement | Jun 25, 1985 | Dec 23, 1986 | ▼ Extradition | | |
| Myanmar (Burma) | Dec 22, 1931 | Nov 1, 1941 | ▼ Extradition Treaty | | |

**N**                                                                                     Return to Top

| | | | | | |
|---|---|---|---|---|---|
| Nauru | Dec 22, 1931 | Aug 30, 1935 | ▼ Extradition Treaty | | |
| Netherlands Antilles | Jun 24, 1980 | Sep 15, 1983 | | | |
| Netherlands* | Jun 24, 1980 | Sep 15, 1983 | ▼ Extradition Treaty | | |
| Netherlands* US/EU Agreement (Consolidated Text) | Sep 29, 2004 | Feb 1, 2010 | ▼ Agreement | | |
| New Zealand | Jan 12, 1970 | Dec 8, 1970 | ▼ Treaty on | | |
| Nicaragua | Mar 1, 1905 | Jul 14, 1907 | ▼ Treaty Between | | |
| Nigeria | Dec 22, 1931 | Jun 24, 1935 | ▼ Extradition Treaty | | |
| Norway | Jun 9, 1977 | Mar 7, 1980 | ▼ Extradition Treaty | | |

**P**                                                                                     Return to Top

| | | | | | |
|---|---|---|---|---|---|
| Pakistan | Dec 22, 1931 | Jun 24, 1935 | ▼ Extradition Treaty | | |

Stat. 2212.

| | | | | | | |
|---|---|---|---|---|---|---|
| Panama | May 25, 1904 | May 8, 1905 | ▼ Treaty Between | 🗎 🗎 🗎 | | |
| Papua New Guinea | Dec 22, 1931 | Aug 30, 1935 | ▼ Extradition Treaty | 🗎 🗎 🗎 | | |
| Paraguay | Nov 9, 1998 | Mar 9, 2001 | ▼ Extradition Treaty | 🗎 🗎 🗎 | | View |
| Peru | Jul 26, 2001 | Aug 25, 2003 | ▼ Extradition Treaty | 🗎 🗎 🗎 | | |
| Philippines | Nov 13, 1994 | Nov 22, 1996 | ▼ Extradition Treaty | 🗎 🗎 🗎 | | View |
| Poland* | Jul 10, 1996 | Sep 17, 1999 | ▼ Extradition Treaty | 🗎 🗎 🗎 | | View |
| Poland* US/EU Agreement (Consolidated Text) | Jun 9, 2006 | Feb 1, 2010 | ▼ Agreement | 🗎 🗎 | | |
| Portugal* | May 7, 1908 | Nov 14, 1908 | ▼ Convention | 🗎 🗎 | | |
| Portugal* US/EU Instrument (Consolidated Text) | Jul 14, 2005 | Feb 1, 2010 | ▼ Instrument | 🗎 🗎 | | |

**R**                                                                                           Return to Top

| | | | | | |
|---|---|---|---|---|---|
| Romania* | Jul 23, 1924 | Apr 7, 1925 | ▼ Treaty Between | 🗎 🗎 🗎 | |
| Romania* Supplement 1936 | Nov 10, 1936 | Jul 27, 1937 | ▼ Supplementary | 🗎 | |
| Romania* Treaty 2007 | Sep 10, 2007 | May 8, 2009 | ▼ Extradition Treaty | 🗎 🗎 | |

**S**                                                                                           Return to Top

| | | | | | |
|---|---|---|---|---|---|
| San Marino | Jan 10, 1906 | Jul 8, 1908 | ▼ Treaty Between | 🗎 🗎 🗎 | |
| San Marino Supplement | Oct 10, 1934 | Jun 28, 1935 | ▼ Supplementary | 🗎 🗎 🗎 | |
| Serbia | Oct 25, 1901 | Jun 12, 1902 | ▼ Treaty Between | 🗎 🗎 🗎 | |
| Seychelles | Dec 22, 1931 | Jun 24, 1935 | ▼ Extradition Treaty | 🗎 🗎 🗎 | |
| Sierra Leone | Dec 22, 1931 | Jun 24, 1935 | ▼ Extradition Treaty | 🗎 🗎 🗎 | |

| | | | Great Britain, U.S.-U.K., Dec. 22, 1931, 47 Stat. 2122. | | | |
|---|---|---|---|---|---|---|
| Singapore | Dec 22, 1931 | Jun 24, 1935 | ▼ Extradition Treaty | 📄 | 📄 | |
| Singapore Continued Application | Apr 23, 1969 | Jun 10, 1969 | ▼ Extradition: | 📄 | 📄 | |
| Slovak Republic* | Jul 2, 1925 | Mar 29, 1926 | ▼ Treaty Between | 📄 | 📄 | |
| Slovak Republic* Supplement | Apr 29, 1935 | Aug 28, 1935 | ▼ Supplementary | 📄 | 📄 | |
| Slovak Republic* US/EU Instrument (Consolidated Text) | Feb 6, 2006 | Feb 1, 2010 | ▼ Instrument on | 📄 | 📄 | |
| Slovenia* | Oct 25, 1901 | Jun 12, 1902 | ▼ Treaty Between | 📄 | 📄 | |
| Slovenia* US/EU Agreement (Consolidated Text) | Oct 17, 2005 | Feb 1, 2010 | ▼ Agreement | 📄 | 📄 | |
| Solomon Islands | Jun 8, 1972 | Jan 21, 1977 | ▼ Treaty on | 📄 | | |
| South Africa | Sep 16, 1999 | Jun 25, 2001 | ▼ Extradition Treaty | 📄 | 📄 | View |
| South Korea | Jun 9, 1998 | Dec 20, 1999 | ▼ Extradition Treaty | 📄 | 📄 | View |
| Spain* | May 29, 1970 | Jun 16, 1971 | ▼ Treaty of | 📄 | 📄 | View |
| Spain* Supplement (1) | Jan 25, 1975 | Jun 2, 1978 | ▼ Supplementary | 📄 | 📄 | |
| Spain* Supplement (2) | Feb 9, 1988 | Jul 2, 1993 | ▼ Second | 📄 | 📄 | |
| Spain* Supplement (3) | Mar 12, 1996 | Jul 25, 1999 | ▼ Third | 📄 | 📄 | |
| Spain* US/EU Instrument (Consolidated Text) | Dec 17, 2004 | Feb 1, 2010 | ▼ Instrument as | 📄 | 📄 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Supplementary Treaties on Extradition signed 25 January 1975, 9 February 1988 and 12 March 1996, U.S.-Spain, Dec. 17, 2004, S. TREATY DOC. NO. 109-14 (2006). | | | | |
| Sri Lanka | Sep 30, 1999 | Jan 12, 2001 | ▼ Extradition Treaty | 🗎 | 🗎 🗎 | | |
| St. Helena & Dependencies | Jun 8, 1972 | Jan 21, 1977 | ▼ Treaty on | 🗎 | 🗎 🗎 | | |
| St. Helena & Dependencies Supplement | Jun 25, 1985 | Dec 23, 1986 | ▼ Extradition | 🗎 | 🗎 🗎 | | |
| St. Kitts & Nevis (St. Christopher) | Sep 18, 1996 | Feb 23, 2000 | ▼ Extradition Treaties | 🗎 | 🗎 🗎 | View | |
| St. Lucia | Apr 18, 1996 | Feb 2, 2000 | ▼ Extradition Treaties | 🗎 | 🗎 🗎 | View | |
| St. Maarten (Dutch) | Jun 24, 1980 | Sep 15, 1983 | ▼ Extradition Treaty | 🗎 | 🗎 🗎 | | |
| St. Martin (French) | Apr 23, 1996 | Feb 1, 2002 | ▼ Extradition Treaty | 🗎 | 🗎 🗎 | | |
| St. Vincent-Grenadines | Aug 15, 1996 | Sep 8, 1999 | ▼ Extradition Treaties | 🗎 | 🗎 🗎 | View | |
| Suriname | Jun 2, 1887 | Jul 11, 1889 | ▼ Convention | 🗎 | | | |
| Swaziland | Dec 22, 1931 | Jun 24, 1935 | ▼ Extradition Treaty | 🗎 | 🗎 🗎 | | |
| Sweden* | Oct 24, 1961 | Dec 3, 1963 | ▼ Convention on | 🗎 | 🗎 🗎 | | |
| Sweden* Supplement | Mar 14, 1983 | Sep 24, 1984 | ▼ Supplementary | 🗎 | 🗎 🗎 | | |
| Sweden* US/EU Instrument (Consolidated Text) | Dec 16, 2004 | Feb 1, 2010 | ▼ Instrument as | 🗎 | 🗎 🗎 | | |

| | | | 1961 and the Supplementary Convention on Extradition Between the United States of America and the Kingdom of Sweden signed 14 March 1983, U.S.-Swed., Dec. 16, 2004, S. TREATY DOC. NO. 109-14 (2006). | | | | |
|---|---|---|---|---|---|---|---|
| Switzerland | Nov 14, 1990 | Sep 10, 1997 | ▼ Extradition Treaty | 🗎 | 🗎 | 🗎 | View |

## T

Return to Top

| | | | | | | |
|---|---|---|---|---|---|---|
| Tanzania | Dec 22, 1931 | Jun 24, 1935 | ▼ Extradition Treaty | 🗎 🗎 | 🗎 | |
| Tanzania Exchange of Notes | Nov 30, 1965 | Dec 6, 1965 | ▼ Agreement | 🗎 | 🗎 | |
| Thailand | Dec 14, 1983 | May 17, 1991 | ▼ Extradition Treaty | 🗎 🗎 | 🗎 | |
| Tonga | Dec 22, 1931 | Aug 1, 1966 | ▼ Extradition Treaty | 🗎 🗎 | 🗎 | |
| Tonga Exchange of Notes | Mar 14, 1977 | Apr 13, 1977 | ▼ Agreement | 🗎 | 🗎 | |
| Trinidad & Tobago | Mar 4, 1996 | Nov 29, 1999 | ▼ Extradition Treaty | 🗎 🗎 | 🗎 | View |
| Turkey | Jun 7, 1979 | Jan 1, 1981 | ▼ Treaty on | 🗎 🗎 | 🗎 | |
| Turks & Caicos Islands | Jun 8, 1972 | Jan 21, 1977 | ▼ Treaty on | 🗎 🗎 | 🗎 | |
| Turks & Caicos Islands Supplement | Jun 25, 1985 | Dec 23, 1986 | ▼ Extradition | 🗎 🗎 | 🗎 | |
| Tuvalu | Jun 8, 1972 | Jan 21, 1977 | ▼ Treaty on | 🗎 🗎 | 🗎 | |

## U

Return to Top

| | | | | | | |
|---|---|---|---|---|---|---|
| United Kingdom* | Mar 31, 2003 | Apr 26, 2007 | ▼ Extradition Treaty | 🗎 🗎 | 🗎 | |

| | | | | |
|---|---|---|---|---|
| | | | U.S.-U.K., Mar. 31, 2003, S. TREATY DOC. NO. 108-23 (2004). | |
| United Kingdom* US/EU Instrument (Consolidated Text) | Dec 16, 2004 | Feb 1, 2010 | ▼ Instrument as | |
| Uruguay | Apr 6, 1973 | Apr 11, 1984 | ▼ Treaty on | |

**V**                                                                          Return to Top

| | | | | |
|---|---|---|---|---|
| Venezuela | Jan 19, 1922 | Apr 14, 1923 | ▼ Treaty, and | |

**Z**                                                                          Return to Top

| | | | | |
|---|---|---|---|---|
| Zambia | Dec 22, 1931 | Jun 24, 1935 | ▼ Extradition Treaty | |
| Zimbabwe | Jul 25, 1997 | Apr 26, 2000 | ▼ Extradition Treaty | View |

The advice, manuals and memoranda contained on this site
are protected by attorney work-product and deliberative-
process privileges and are for internal DOJ use only.

# EXHIBIT R

ATTORNEY-CLIENT –
PRIVILEGED
DUANE MORRIS

**From:** fscott.salyer@gmail.com [mailto:fscott.salyer@gmail.com] **On Behalf Of** Scott Salyer
**Sent:** Wednesday, September 23, 2009 8:37 AM
**To:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** Fwd: Andorra 2009 Information

Need a second package of information for Rodger .

We'll just send him copies .

SS

---------- Forwarded message ----------
**From: Tribune**▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Date: Wed, Sep 23, 2009 at 3:21 AM
Subject: Re: Andorra 2009 Information
To: Scott Salyer <scott@scottsalyer.net>

We can do residency for you in 45 days Scott - assuming you are a U.S. citizen?

We do offer a full residency service for a nominal 500 Euros, a lawyer will often charge 6000 Euros. We have been doing residency for some 30 years and actually offer a better service than a lawyer, for example accompanying you to the residency office for the interview if you don't speak Catalan, collating and checking all the information is correct, etc. before application.

When you visit Andorra as well as showing you appropriate properties we will be pleased to take the time to discuss residency, introduce you to the banks for account opening, etc.

I would suggest a visit during the working week to allow the viewings and to see the banks - 48 hours in Andorra would allow the properties and villages to be shown to you and to see the banks, discuss residency, etc.

If you wanted to organise a bank account during your forthcoming visit they will need a utility bill showing your current address and to see your passport, along with a letter from your bank showing you are a client of theirs (this can be addressed 'To Whom It May Concern').

Part of an application for residency involves a certificate of good conduct from the police. This can often be the longest part of the residency application so it might be worth applying for dependent upon when you are thinking of taking residency, but worth bearing in mind also is that the Andorra residency office will accept it only up to 90 days from the date on the certificate.

If you are a U.S. citizen and your passport shows you were born in the U.S. just apply to where you

1

SSD 00315

are living at the moment (your local police station or perhaps their HQ should be able to provide the application form), but if your passport shows you were born elsewhere you will need one from there too - I will be happy to advise on this before your visit if it doesn't look straightforward so you can have things in hand if you were considering residency.

Regards.

██████████

Tribune Properties

-------*Original Message*-------

*From:* Scott Salyer
*Date:* 09/22/09 22:58:54
*To:* Tribune
*Subject:* Re: Andorra 2009 Information

████████

Thank you for the excellent report .
How long does it take to get residency ?
Assuming , the prospect meets all the requirements ?

Interested in your Principality ...

Scott


On Tue, Sep 22, 2009 at 12:13 PM, Tribune ███████████████ wrote:

Thank you for your message Scott, and please find attached our Andorra A-Z.

Are you hoping still to visit Andorra in the next month or two?

Regards.

██████████

Tribune Properties


-------*Original Message*-------

*From:* Scott Salyer
*Date:* 22/09/2009 15:10:56
*To:* Tribune
*Subject:* Re: Andorra 2009 Information

███████

2

SSD 00316

That would be very helpful,

Thank you ,

Scott

On Tue, Sep 22, 2009 at 6:13 AM, Tribune ████████████████ wrote:

Mr. Salyer,

We produce a small guide to Andorra called Andorra A-Z, and this has information about buying property in Andorra, residency, health care, bank account opening, etc.

If you would like a copy just let me know and I will e-mail it to you.

Regards.

████████████

Tribune Properties

3

SSD 00317

# EXHIBIT S

From 1313987663885056497@xxx Wed Sep 16 08:51:27 2009
Delivered-To: f.scottsalyer@gmail.com
Received: by 10.150.182.11 with SMTP id e11cs416663ybf;
      Wed, 16 Sep 2009 08:51:29 -0700 (PDT)
Received: by 10.211.129.20 with SMTP id g20mr2696574ebn.14.1253116287332;
      Wed, 16 Sep 2009 08:51:27 -0700 (PDT)
Return-Path: ██████████████████████████████████████████████████
██████████████████████████████████████████████████████
      by mx.google.com with ESMTP id 22si16942332ewy.115.2009.09.16.08.51.26;
      Wed, 16 Sep 2009 08:51:27 -0700 (PDT)
Received-SPF: neutral (google.com: 212.74.114.14 is neither permitted nor denied by best guess record
for domain██████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
███████████████████████████████████
X-SBRS: None
X-RemoteIP: 86.131.56.69
██████████████████████████████████████
X-MUA: IncrediMail (5863986)
X-IP-BHB: Once
X-IronPort-AV: E=Sophos;i="4.44,398,1249254000";
   d="doc'32?rtf'32,212?scan'32,212,32,217,208,212";a="139162471"
X-IP-Direction: OUT
Received: from host86-131-56-69.range86-131.btcentralplus.com (HELO desktop) ([86.131.56.69])
   by smtp.pipex.tiscali.co.uk with ESMTP; 16 Sep 2009 16:51:22 +0100
MIME-Version: 1.0
Message-Id: <4AB10979.000001.03352@DESKTOP>
Date: Wed, 16 Sep 2009 16:51:22 +0100 (GMT Daylight Time)
Content-Type: Multipart/Mixed;
   charset="iso-8859-1";
   boundary="------------Boundary-00=_LPM2QL80000000000000"
X-Mailer: IncrediMail (5863986)
From: "Tribune"██████████████████████
X-FID: FLAVOR00-NONE-0000-0000-000000000000
X-Priority: 3
To: <f.scottsalyer@gmail.com>
Subject: Andorra Property Information


Content-Type: Multipart/Alternative;
   boundary="------------Boundary-00=_MPM2LVC0000000000000"


Content-Type: Text/Plain;
   charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

 =0D
 =0D


Thank you for visiting our Andorra property internet site Mr. Salyer, and

please find attached the current properties for sale.

Also attached are details of what is needed for residency (we offer a ful=
l
residency service), should you be considering living in Andorra.

We look forward to your visit, and hope to be of service.

Regards.

████████████
Tribune Properties

Content-Type: Text/HTML;
  charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable


-----Attachment1-----
File name = "Attachment1"

Content-Type: application/msword;
  name="Andorra Apartments September.rtf"
Content-Disposition: attachment
Content-Transfer-Encoding: base64


-----Attachment2-----
File name = "Andorra Apartments September.rtf"

Content-Type: application/msword;
  name="Andorra Apartments 3+ September.rtf"
Content-Disposition: attachment
Content-Transfer-Encoding: base64


-----Attachment3-----
File name = "Andorra Apartments 3+ September.rtf"

Content-Type: application/msword;
  name="Andorra Houses September.rtf"
Content-Disposition: attachment
Content-Transfer-Encoding: base64


-----Attachment4-----
File name = "Andorra Houses September.rtf"

Content-Type: application/msword;
  name="Andorra Residency.doc"
Content-Disposition: attachment
Content-Transfer-Encoding: base64


-----Attachment5-----
File name = "Andorra Residency.doc"

## *Andorra Apartments September*

### 3 & 4 BEDROOM

**Arinsal. 90m2.** Bright and spacious 3 bedroom 2 bathroom apartment at a bargain price located in the upper part of Arinsal. Needs to be renovated, it has lots of light and good views. Entrance hall, with utility area, 3 double bedrooms (one en suite with dressing area, access to terrace and full bathroom), built in wardrobes, shower room, fully equipped open plan kitchen, large dining/living room with open fireplace and access to terrace. Includes 1 large parking space and locker. **220,920 Euros ref: 1123 * 2 photographs available by email ***

**Soldeu. 82m2.** 3 bedroom 2 bathroom apartment, close to skiing. **279,000 Euros ref: 1159 * 7 photographs available by email ***

**Soldeu. 76m2.** Ideally located 3 bedroom 2 bathroom apartment located in the heart of the Gran Valira ski fields. Ample space and breathtaking views, 7 minutes walk away from the largest skiing domain in the Pyrenees. The three spacious bedrooms make this ideal place for ski holidays. The south facing panoramic views from the living room look over the ski fields, and there's an open fireplace to complete the winter ski experience. The apartment also comes with an undercover car parking space and a ski locker. **280,000 Euros ref: 1132 * 4 photographs available by email ***

**Soldeu. 100m2.** Very well located 3 bedroom 1 bathroom apartment in need of decoration right in the centre of Soldeu, 150m from the ski lift. Excellent views overlooking the slopes and very sunny. 3 double bedroom, 1 full bathroom with the possibility of converting to another, independent large kitchen, living/dining room with terrace and open fireplace. Ski locker and parking space. **280,000 Euros ref: 1049 * 4 photographs available by email ***

**Andorra la Vella. 70m2.** Modern 3 bedroom apartment, situated in the centre of Andorra la Vella, close to all amenities. Entrance

hall, independent equipped kitchen, dining/lounge room, main double bedroom, and 2 single bedrooms. **280,000 Euros  ref: 1002  * 4 photographs available by e-mail ***

**Arinsal, La Massana.  105m2.** Bright and spacious 3 bedroom 2 bathroom apartment located in the upper part of Arinsal.  Recently renovated it has lots of light and good views.  Entrance hall with utility area and fitted wardrobe, 2 double bedrooms with built in wardrobes leading to a fully equipped open plan kitchen. Dining/living room with open fireplace and access to terrace.  A further bedroom with  en suite and dressing area. Futher full bathroom.  The price includes a parking space and ski locker. **284,000 Euros  ref: 1079  * 4 photographs available by email ***

**Anyos.  100m2.** Brand new 3 bedroom 2 bathroom apartment located in the exclusive area of Anyos, surrounded by fantastic views and  good sun exposure.  Open fireplace, fitted kitchen and semi furnished bathroom.  A covered parking and a ski locker come included with the apartment. **461,552 Euros ref: 1089  * Exterior photograph available by e-mail ***

**Erts.  118m2.** Situated at the entrance of Arinsal, close to the skiing, this comfortable new penthouse has 4 bedrooms, 2 full bathrooms and guest wc.  Independent equipped kitchen, spacious lounge, quality finishes, locker room and parking space. **417,295 Euros  ref: 1027  * 4 photographs available by e-mail ***

**Arinsal.  114m2.** Brand new 3 bedroom 2 bathroom apartment, just seven minutes drive from the centre of La Massana.  Fully equipped kitchen, utility room, 2 full bathrooms, large living/dining room with high ceiling, open fireplace and terrace.  Includes 2 garage spaces and a ski locker room.  Enjoys sun, views and is close to the ski slopes. **468,000 Euros ref: 1118  * 3 photographs available by email ***

**Anyos.  116m2.** Brand new 3 bedroom 2 bathroom apartment located in the village of Anyos.  Excellent views and close to the Anyos Park Sport Complex.  The ideal property for comfortable permanent living or for investment, the apartment has very high quality finishes with a large spacious living area.  3 double bedrooms, large dining area and modern kitchen. The apartment comes with double parking and two lockers. **495,000 Euros ref:**

**1119  * 4 photographs available by email \***

**Ordino.  123m2.** 3 bedroom 2 bathroom penthouse apartment, located within walking distance of the village shops and centre. Excellent views.  The penthouse accommodation comprises of entrance hall with wardrobe, living/dining room with fitted fireplace and balcony, kitchen with fitted wall units, vitro ceramic hob top, oven and extractor. Master bedroom with fitted wardrobes and en suite bathroom, second double bedroom, with fitted cupboards and a third small bedroom/study and shower room with walk in shower.  The apartment also comes with a generous parking space and box room. **495,000 Euros ref: 1131  * 3 photographs available by email \***

**Escaldes.  115m2.** 3 bedroom 2 bathroom luxury apartment located in a prime position overlooking the capital Andorra la Vella. The apartment comprises entrance hall, living/dining room with 45m2 balcony, fitted kitchen with wall and base units, oven, vitrocerarnic hop top and extractor canopy. Master bedroom with en suite bathroom and dressing room, 2 further double bedrooms with fitted wardrobes and second bathroom.  Guest wc and laundry room.  Parking space and box room in the basement. Highest quality interior specification on doors and parquet flooring. **520,000 Euros  ref: 1161  * 6 photographs available by email \***

**Ordino.  123m2.** Spacious 4 bedroom 2 bathroom apartment in the village of Ordino.  Lovely views over the historic village of Ordino, the apartment has a large living and dining area with panoramic views, a separate equipped kitchen and a reception area.  The sleeping area has 3 double bedrooms and one single bedroom/office.  The master bedroom has en suite bathroom.  The apartment comes with an undercover parking space and large ski locker. **550,000 Euros  ref: 1127  * 4 photographs available by email \***

**Ordino.  138m2.** New 3 bedroom 2 bathroom apartment in the centre of Ordino.  3 double bedrooms, equipped kitchen, full bathroom with hydromassage bath, shower room, spacious living/dining area with open fireplace and access to a large terrace.  Includes a parking space and a large locker room. **668,000 Euros ref: 1054  * 4 photographs available by email \***

**Andorra la Vella.   130m2.**   Spacious and bright 3 bedroom 2 bathroom apartment in central Andorra la Vella.   3 double bedrooms, one en suite, large dining/living room with access to the terrace and open fireplace, separate kitchen with utility space, 2 terraces, one parking space and a locker room.   **670,350 Euros ref: 1065  * 4 photographs available by email ***

**Anyos.   124m2.**   South facing  3 double bedroom 2 bathroom apartment in the prestigious urbanization of El Cortalet.   Sun throughout the day and magnificent views.   Includes a 45m2 private garden  This apartment includes a 46m2 garage space, perfect for two cars and ample storage.   **684,000 Euros ref: 1063 * 4 photographs available by email ***

**Erts.   201m2.**   Spacious 3 bedroom 2 bathroom penthouse apartment in the quiet little village of Erts, midway between La Massana and Arinsal.   A good opportunity to acquire a new build large penthouse apartment with 260m2 of private garden.   This apartment is built to a high quality, has 3 bedrooms (1 en suite) and bright and ample living space.   A large fully equipped kitchen looks over the rear gardens.   The addition of an upper floor 41m2 mezzanine floor would make an ideal office or a childrens play area.   Includes an undercover parking space.   **703,000 Euros, ref: 1153  * 11 photographs available by email ***

**Anyos.   164m2.**   Duplex top floor 3 bedroom 2 bathroom apartment with its own 75m2 gardens - ideal perhaps for those who would like a house but not the maintenance and gardens that come with it.   The apartment has great views over Anyos and the historic church.   Own parking space.   **720,000 Euros ref: 1130  * 4 photographs available by email ***

**La Massana.   170m2.**   New 5 bedroom 3 bathroom apartment close to the ski lift in La Massana.   High quality finishes, 5 double bedrooms, 3 full bathrooms (one with jacuzzi), large living area with open fireplace, separate kitchen completely equipped, 2 terraces with nice views and sun, 2 parking spaces and 2 locker rooms.   **758,700 Euros ref: 1055   * 4 photographs available by email ***

**La Massana.   250m2.**  Luxurious duplex 4 bedroom, 3 bathroom penthouse, with sun and fantastic views.   Interior in Andorra stone

and wood, 35m2 kitchen with dining area, 40m2 lounge/dining area, terrace, solarium, open fireplace, parking space and locker room. **795,000 Euros ref: 1034  * 3 photographs available by e-mail ***

## *Andorra Apartments September*

### STUDIOS & 1 BEDROOM

**Les Bons. 46m2.** 1 bedroom apartment, located very close to Encamp's new ski lift, 20 minutes away from Soldeu and walking distance to the village. Immaculate decorative order throughout. Open plan kitchen, double bedroom converted into open plan, full bathroom and a superb 40m2 terrace with panoramic views and direct sunshine through the day. Also includes a ski locker room. **160,000 Euros ref: 1103  * 4 photographs available by email ***

**Arinsal  65m2.** 1 bedroom apartment for sale in the top part of Arinsal, close to the ski lifts and located in a quiet area. 1 double bedroom, full bathroom, fitted kitchen, living/dining room with access to balcony and open fireplace, storage room and parking space. **194,620 Euros ref: 1081  * 4 photographs available by e-mail ***

**Arinsal**. Comfortable one bedroom 56m2 apartment close to the ski lifts in Arinsal, part of the Princesa Parc hotel complex. Owners have the the right to use the hotel's swimming pool, gym, spa, etc. Ideal for skiing and summer walking. Good quality finishes, and good views and sun exposure. Furnished and equipped, the apartment includes both a garage space and a locker room. **199,000 Euros   ref: 1138    *4 photographs available by email ***

**Arinsal. 60m2.** Comfortable one bedroom ski apartment located in central Arinsal, walking distance from the restaurants and shops, also very close to the ski lift. 1 double bedroom, dressing area, full bathroom with hydromassage shower and sauna, open plan kitchen and living/dining room with open fireplace. **220,000 Euros ref: 1122  * 4 photographs available by email ***

**Encamp    57m2.** Modern and comfortable one bedroom apartment, located in a quiet private complex. Spacious living room with views over the river, independent and equipped kitchen, double en suite bedroom with corner round bath. Large patio. The apartment comes with a parking space. **203,000 Euros ref:**

**1006  * 4 photographs available by email ***

**Arinsal. 87m2.** Well situated one bedroom apartment very close to all amenities and the ski gondola in Arinsal. Large living area with access to terrace and open fireplace. 1 double bedroom, full bathroom and independent kitchen. Includes garage space and ski locker. **245,000 Euros ref: 1094  * 4 photographs available by email ***

**El Tarter.  53m2.** 1 bedroom apartment with full bathroom, balcony, fireplace, semi open plan kitchen, includes parking space and ski locker. Enjoys lots of sunshine, proximity to ski fields and fantastic views. **199,000 Euros ref: 1047  * 4 photographs available by e-mail ***

## 2 BEDROOM

**Arinsal  68m2.** 2 bedroom 2 bathroom apartment in central Arinsal, good quality finishes and totally equipped. Accommodation: 2 double bedrooms, full bathroom, open plan kitchen, lounge/dining area with access to a balcony offering views of the valley mountains. Parking space and locker room. **284,000 Euros ref: 1080  * 4 photographs available by e-mail ***

**Incles, Canillo.  82m2.** 2 bedroom 2 bathroom ski apartment located in the quiet area of Incles directly next to the ski slopes of Canaro. The apartment has a lovely external terrace and is ideally located for those who wish to take advantage of Andorra's magnificent scenery, hikes and activities through the summer months as well as the ski season. **285,000 Euros,  ref: 1157  * 5 photographs available by email ***

**Sispony.  80m2.** Redecorated 2 bedroom penthouse, located in a very quiet and sunny area with excellent views. 1 full bathroom, independent kitchen and dining/living area. Parking and locker room included in the price. **289,000 Euros ref: 1111  * 4 photographs available by email ***

**El Tarter.  64m2.** New 2 bedroom ski apartment right beside El Tarter, part of the biggest ski resort in the Pyrenees with 197km

of slopes and only 25 minutes from the capital Andorra la Vella. The apartment enjoys a large south facing terrace, 2 double bedrooms, 1 bathroom, utility room, open plan kitchen, quality finishes and sold with a parking space and a locker room. **299,250 Euros ref: 1066 * 4 photographs available by email ***

**Soldeu. 55m2.** Brand new 2 bedroom ski apartment for sale in Soldeu. Shower room and guest wc. Completely equipped open plan kitchen and comfortable living room. The apartment is ideal for ski rentals and is completely furnished with quality goods. Includes a garage space and ski locker. **300,000 Euros   ref: 1147 * 6 photographs available by e-mail ***

**Arinsal. 80m2.**   Bright and spacious 2 bedroom 2 bathroom apartment located in the upper part of Arinsal.   Needs to be renovated, it has lots of light and good views.  Entrance hall with utility area and fitted wardrobe, 2 double bedrooms (one en suite with dressing area and full bathroom) built in wardrobes, shower room, fully equipped open plan kitchen, large dining/room with open fireplace and access to terrace.  The price includes parking space and locker.  **300,000 Euros ref: 1087   *4 photographs available by e-mail ***

**El Tarter.** Two bedroom apartment, 64m2. The apartment is on the third floor of the Rossella building and part of the Hotel Gran Sol complex and just a hundred metres from the ski lifts and the new Pas de la Casa link (the ski area has doubled in size to 186 km2). Ideally situated for skiing, the apartment includes a balcony, ski locker and own parking space. **260,000 Euros ref 100  * Artist impression and floor plans available by e-mail ***

**La Cortinada, in the parish of Ordino. 79m2.**  2 bedroom 2 bathroom apartment located in Cortinada, a quaint and quiet village in the parish of Ordino, close to the 9 hole golf course. Large living area with open fireplace and access to a 6m2 balcony, open plan kitchen, fully fitted and furnished.  Double bedrooms both with access to the balcony, and two bathrooms.  Includes an undercover car park space.   **320,000 Euros ref: 1104    * 3 photographs available by email ***

**Arinsal.  60m2.**  Very central 2 bedroom penthouse apartment of recent construction, good quality finishes and totally equipped.

Accommodation offers 2 double bedrooms and a full bathroom. Open plan kitchen and a dining/living area.  Parking space and locker room.  **330,000 Euros ref: 1090   * View photograph available by email ***

**L'Aldosa.  98m2.**  A lovely spacious apartment with two large bedrooms and located directly next to El Tarter.  The apartment has two floors (duplex) offering a large double bedroom with plenty of cupboard space, and a full bathroom on the lower floor.  The living area which is also located on the lower floor has a large, modern open kitchen and a spacious living/dining area and a small terrace looking over the adjacent mountains.  The upper floor offers a very large double bedroom with en suite bathroom. Maintained very well, this attic apartment is a great home due to it's location to the ski fields.  **350,000 Euros   ref: 1146   * 6 photographs available by email ***

**Soldeu.  82m2.**  2 bedroom 2 bathroom 82m2 apartment for sale, very close to all amenities and Soldeu's ski lift.  Open plan kitchen with a dining/living area leading onto 57m2 2 double bedrooms and 2 bathrooms.   Includes a garage space and ski locker. **350,000 ref: 1151  * 4 photographs available by email ***

**Les Bons, Encamp.  93m2.**  Modern 2 bedroom apartment next door to ski lift and amenities.  Independent equipped kitchen, full bathroom, large balcony with superb views over the Encamp valley and lots of sunshine.  Parking space and  ski locker room. **378,720 Euros ref: 1020  * 4 photographs available by e-mail ***

**Escaldes.  93m2.**   Well positioned and modern 2 bedroom 2 bathroom 3rd floor apartment right next door to all amenities and overlooking the capital.  Also 15 minutes to  La Massana or Encamp's ski lift.  High quality finishes, 2 double bedrooms, en suite bathrooms with hydromassage showers, and totally equipped open plan kitchen.  Parking space and locker room.  **526,000 Euros ref: 1041  * 3 photographs available by e-mail ***

## Andorra Chalets & Houses September

**Sispony, in the parish of La Massana. 168m2.**
Opportunity to own one of Andorra's National Heritage properties, built 1832, in an upmarket area. 2 bedroom, 2 bathroom rustic style chalet with fabulous views. Located in the centre of Sispony and surrounded by cobbled streets. A downside of this house is that it's a hundred metres away from where you can park your car. **473,000 Euros ref: 964  * 4 photographs available by e-mail ***

**Arans. 211m2.** 2 bedroom 2 bathroom classic rustic mountain style townhouse, near Arcalis, the best ski station in Andorra and 10 minutes drive to the picturesque village of Ordino. **495,000 Euros, ref: 1128  * 5 photographs available by email ***

**Canillo.** Excellent 210m2 3 bedroom 2 bathroom town house in a quiet and green location with wonderful views and sunshine throughout the day. Ground floor: Entrance hall, laundry room with washing machine and tumble dryer. Entrance to garage with space for 4 cars. First floor: Open fitted kitchen totally equipped with Liebber and other quality appliances, large living/dining room with open fireplace, balcony and terrace. Second floor: 2 double bedrooms with balconies and full bathroom. Third floor: Big main bedroom with 2 balconies, dressing area and shower room. High quality materials, parquet, granite stairs, fitted wardrobes, several windows with electric blinds and sunshine and views from all  of them. **495,000 Euros  ref: 989   *4 photographs available by email ***

**Auvinya, in the parish of Sant Julia. 232m2.** Charming rustic style chalet full of character with magnificent views and day long sunshine.     Accommodation:     Delightful mezzanine makes an ideal study/library/TV area over spacious living room with fireplace and large sunny balcony, fully equipped kitchen, cloakroom, 2 double bedrooms, one  en suite with own bathroom, 3rd smaller bedroom, all have access to mature garden, second full bathroom, laundry room, garden tool room, wine cellar, central heating room and automatic watering system. **945,000 Euros ref: 856   * 4 photographs available by e-mail ***

**El Forn (Canillo).  260m2.**  Detached 4 bedroom 3 bathroom

chalet located high in the Grand Valira skiing region with beautiful panoramic views and direct sunshine throughout the day. Situated in a fantastic location above Canillo, this 4 bedroom chalet enjoys both modern and rustic finishes. **995,000 Euros ref: 1062   * 4 photographs available by email ***

**Erts, in the parish of La Massana. 300m2.** Stylish 3 bedroom chalet hidden in the peaceful surrounds of Erts. Stone faced with views and sun throughout the day. Accommodation: 3 bedrooms, 2 bathrooms, large leisure area, fully refurbished kitchen and sun room attached to a large entertaining area on the balcony. **1,200,000 Euros ref: 872 * 4 photographs available by e-mail ***

**Escaldes. 200m2.** 4 bedroom 3 bathroom family home with several terraces and a garden overlooking the capital, with panoramic views to Arinsal mountains. Lots of light and storage space, includes a double parking space. **1,214,000 Euros ref: 1046 * 4 photographs available by e-mail ***

**Puiol del Pui (La Massana). 370m2.** 4 bedroom 3 bathroom stylish home with large garden and outdoor heated swimming pool. Private driveway with outdoor parking and a double garage. On the ground floor there is a guest bedroom with en suite bathroom, TV room and office. 1st floor: Main entrance, large equipped open plan kitchen, spacious sitting room with beams, open fireplace and terrace, dining room and full bathroom. Top floor: Master suite with south facing terrace and dressing area, and two single bedrooms. **1,300,000 Euros ref: 926   * 4 photographs available by email ***

**Arinsal. 506m2 .** 4 bedroom 4 bathroom chalet. 2600m2 plot. Walking distance to ski lift, in a quiet area. In the ski season you can ski from the house to the lifts. **1,400,000 Euros ref: 1044 * 4 photographs available by e-mail ***

**Ordino. 286m2.** 3 bedroom, 3 bathroom chalet located high in the mountains looking over the valley of Ordino, sufficiently isolated to enjoy a relaxed and peaceful lifestyle, but only 5 minutes from the centre of Ordino. 3 spacious bedrooms and massive lounge/dining area with open fireplace, and terraces offering the best views of the valley, and sunshine all day. Quality finishing and design. **1,500,000 Euros ref: 911 * 4 photographs**

available by e-mail *

**La Massana.**  Excellent chalet right in the centre of La Massana, 700m2 living area.  Garden with sauna and barbecue.  4 double bedrooms, 2 full bathrooms, 1 single bedroom, guest wc and a shower room.   Independent kitchen with breakfast area, lounge/dining room with terrace and open fireplace and mezzanine with playing area.  Under this chalet there are 2 small apartments, 1 large office and 2 garages.  **1,700,000 Euros ref: 1029   * 4 photographs available by e-mail ***

**Escaldes-Engordany  513m2.**  Luxury 3 bedroom, 3 bathroom chalet with excellent views overlooking the capital.  High quality finish.  Entrance hall, study and lift access to all floors.  Eaves floor comprises large area suitable for games and hobby.  Large living/dining room with access to terrace and garden, cloakroom and fitted kitchen.  Three double bedrooms, two en suite with bathroom and dressing room.  Third full bathroom, laundry room, utility room and 4/5 car garage.  **2,200,000 Euros ref: 887   * 4 photographs available by e-mail ***

**Arinsal.  551m2.**  7 bedroom 4 bathroom chalet located high in the tranquil mountains of Arinsal with fantastic panoramic views. Large games room and ample terrace space.   Indoor barbecue. Garage access for 6 cars, and a fully self contained loft apartment of 117m2.  The ideal Andorran home. **2,400,000 Euros ref: 971 *4 photographs available by e-mail ***

**Erts.  480m2.**   4 bedroom 3 bathroom modern design chalet. Every effort has been made by the current owners to create a stylish, modern and well finished house.  Indoor and outdoor entertainment areas, magnificent views over the Arinsal ski fields. Open plan living/dining area with large fully equipped kitchen all with floor to ceiling smoked double glazed windows taking advantage of the amazing views and sunshine.  Away from the general living area is an underground grotto style pampering spa and jacuzzi area.  Garage space for 3 vehicles, and ample storage area.  **2,650,000 Euros ref: 1105  *4 photographs available by email ***

**Escaldes-Engordany.  575m2.**  Modern semi detached chalet located in the central area of Els Vilars, close to the city centre.

Sunshine throughout the day, and a sauna area on the top floor, just off the garden terrace. Very spacious living/dining areas stretching out onto wrap around balconies, making this the ideal chalet for enjoying the 12 months of the year. Stylish quality finishes throughout, this chalet is a rare find on the Andorran market for anybody looking for a modern chalet within walking distance to the city centre. **3,150,000 Euros ref: 1061  * Interior photograph available by email ***

**Pal, La Massana.  459m2.** Luxury 4 bedroom 4 bathroom mountain chalet completed to the finest detail with high quality finishes to create a beautiful and spacious rustic mountain home. Located in the quiet village of Pal, this chalet has 4 bedrooms all with en suites, large living and dining areas and breathtaking views. The perfect home for anybody looking for comfort, space and tranquility. **3,692,000 Euros ref: 1022  * 3 photographs available by email ***

# **ANDORRA'S PASSIVE RESIDENCY REQUIREMENTS**

- Criminal History Certificate from every place of residency from the age of 18. This document must be internationally legalized if it is raised outside of Andorra, Spain, France, The United Kingdom or Portugal.
- Passport and a Photocopy of the information page of the passport
- One Passport sized photograph
- A Certificate stating your civil status. ( i.e. Marriage Certificate if married, divorce certificate if divorced ) This document must be internationally legalized and updated.*
- Documentation of proof of insurance covering Life Insurance, Pension Plan, and Invalidity
- The Title Deeds of a property of personal ownership within Andorra. (Title Deeds of one property per family.)
- Certification that the applicant earns more than 300% the annual minimum wage of Andorra.** (with current proof of your income being 31130.28 or more)

- A Health Check consisting of blood analysis and chest x-rays.
- A deposit into an Andorran Government bank account of  30 000.00 for the titular of the family and  7 000.00 for each dependant.***


* For residents from the United Kingdom, registration with the Honorary British Consul will serve as an update.

** Andorran Banks can supply certificates of accreditation of this requirement.

*** This deposit can be reclaimed when the Passive Residency of any member of the family is renounced.

# EXHIBIT T



REDACTED

Sunshine throughout the day, and a sauna area on the top floor, just off the garden terrace. Very spacious living/dining areas stretching out onto wrap around balconies, making this the ideal chalet for enjoying the 12 months of the year. Stylish quality finishes throughout, this chalet is a rare find on the Andorran market for anybody looking for a modern chalet within walking distance to the city centre. **3,150,000 Euros ref: 1061 * Interior photograph available by email \***

**Pal, La Massana. 459m2.** Luxury 4 bedroom 4 bathroom mountain chalet completed to the finest detail with high quality finishes to create a beautiful and spacious rustic mountain home. Located in the quiet village of Pal, this chalet has 4 bedrooms all with en suites, large living and dining areas and breathtaking views. The perfect home for anybody looking for comfort, space and tranquility. **3,692,000 Euros ref: 1022 * 3 photographs available by email \***

# ANDORRA'S PASSIVE RESIDENCY REQUIREMENTS

- Criminal History Certificate from every place of residency from the age of 18. This document must be internationally legalized if it is raised outside of Andorra, Spain, France, The United Kingdom or Portugal.
- Passport and a Photocopy of the information page of the passport
- One Passport sized photograph
- A Certificate stating your civil status. ( i.e. Marriage Certificate if married, divorce certificate if divorced ) This document must be internationally legalized and updated.*
- Documentation of proof of insurance covering Life Insurance, Pension Plan, and Invalidity
- The Title Deeds of a property of personal ownership within Andorra. (Title Deeds of one property per family.)
- Certification that the applicant earns more than 300% the annual minimum wage of Andorra.** (with current proof of your income being 31130.28 or more)

- A Health Check consisting of blood analysis and chest x-rays.
- A deposit into an Andorran Government bank account of   30 000.00 for the titular of the family and   7 000.00 for each dependant.***

* For residents from the United Kingdom, registration with the Honorary British Consul will serve as an update.

** Andorran Banks can supply certificates of accreditation of this requirement.

*** This deposit can be reclaimed when the Passive Residency of any member of the family is renounced.

# EXHIBIT T

(13)

Ste Lthiet

Leo Salines

El Serrat

Ca Nassanja

REDACTED

Meeting
9 am
5746
612 929.6
3700

Conlin
Iron
Salt
Project
Tax Return . CC
CED - 60
66
32
Google RL

# MAASTRICHT
, Flowrin

②



Andora
Plane
Cor
Hotel —

Le Meridien
l Rouerade
des Anglais
Nice
(4) 9703 9444

Pam grey
Bus - e mail
Raul — cc Roland
#100K Invest
Cap @ $1.0 m
Oakes —
Henry - Bus
Advisor
Call List
projects

Krm 2016
Term 2
15:45 ~ Amsh
KL 7QRJTD
Ticket ETKT 074
F 32

#12
Andorra

1.5m rent $
+ $ 4 k / mo
or $ 280,000
6 mo's in
Advance +
Bank Guarantee
Ground Floor
$ 22 K / mo

L
O
S
M
C
N

③

Bare Mong

IBIZA,
Spain

Peter Buckarov







# EXHIBIT U

REDACTED

REDACTED



REDACTED



REDACTED

# EXHIBIT V



Ask 3/1.4
1.2 m EW
600 sq m
20,000 EW / FT

1.5 m Complete
+ 200K Furniture
+ 1.6 ( Furniture )

Sell +1.95

American
Consul'L ... NICE
04 93 88 89 5 5
9 am 11:30
7 AVE GUSTAVE

S Brazil Embassy
1. 34 Cours Albert 1er
FR Paris
Sa +33-1-4561-6300

7. Paraguayan
Embassy
1 Rue Saint Dominin etc
+33-1 4222 8505

②



Andorra
Plane
Car
Hotel
—

Le Meridien
Promenade
des Anglais
Nice
04 97034444

Paris grey
Bus - e mail
Paul - cc Roland
$100K Invest
Cap @ $1.0m
Calls -
Henry - Bus Advisor
Call 2:30
Projects

KLM 2016
Term 2
15:45 ~ Amst
K2 7QRJTD
Ticket ETKT 074
F 32

#12
Andorra

# EXHIBIT W

# BANK OF THE WEST

## WIRE TRANSFER REQUEST

☒ DOMESTIC WIRE
☐ FOREIGN WIRE

SEND WIRE IN (Check One): ☒ U.S. Dollars   ☐ Foreign Currency

Branch/Dept. 383

AMOUNT: $ 27,375.44   CURRENCY TYPE (If Foreign):

Test Code:

(Branch Must Complete the Following for Foreign Currency Wire)

| FX Rate | U.S. $ Equivalent | Value Date (If applicable) | Quoted By (Intranet or Trader Name) |
|---|---|---|---|
| | | | |

## ORIGINATOR INFORMATION

Originator/Account Name
SK Pm Corp

☒ Checking ☐ Savings ☐ MMA ☐ Other: (wire, etc)
Account Number ▓▓▓▓   GL 239855 ___ (BBB)

Address (Street/City/State/Zip; Country, if other than U.S.)
21 LOWER RAGSDALE   MONTEREY, CA 93940

ADDITIONAL INFORMATION REQUIRED IF NON-BANK OF THE WEST CUSTOMER (Branch Must Obtain/Verify ID as indicated)

| TIN or Alien ID Number | Type of ID Presented | Serial Number of ID Document | State or Country of Issue |
|---|---|---|---|
| | | | |

## PAYMENT INSTRUCTIONS

### BENEFICIARY BANK/BENEFICIARY INFORMATION

Beneficiary Bank Name
Mechanics Bank

ABA Number – SWIFT
▓▓▓▓

Beneficiary Bank Address (Street/City/State/ZIP; Country if other than U.S.)
343 Sansome Street, Suite 1500   SF, CA  94104

Beneficiary Name
SSC Farms II LLC

Beneficiary Account Number

Beneficiary Address (Street/City/State/ZIP; Country if other than U.S.)
300 Sky Park Drive   Monterey CA  93940

Message/Information/Instructions to Beneficiary ▓▓▓▓

TIN or Other Identifying Number

### INTERMEDIARY BANK INFORMATION (If Applicable)

Intermediary Bank Name

ABA Number

Intermediary Bank Address (Street/City/State/ZIP; Country if other than U.S.)

Beneficiary Bank Account Number

* Beneficiary's complete International Bank Account Number (IBAN) is required for wires sent to Europe. Failure to do so may result in additional fees to the Originator.
The undersigned certifies on behalf of originator that the above information is true and correct and further agrees to be bound by the terms and conditions set forth in the Wire Transfer Agreement, receipt of which is hereby acknowledged.

Send Date: 9/17/2009
Today's Date 9/17/2009

Originator's Signature: ▓▓▓▓   Title: ▓▓▓▓

Signature Verified

## BANK USE ONLY

| Prepared By: (Print Name) | Approved By: (Print Name) | Second Approver: (when applicable) |
|---|---|---|
| ▓▓▓▓ | | |
| Prepared By: (Signature) | Approved By: (Signature) | Notes: |

030-03426 (07/2005)

**SSD 00214**

# BANK OF THE WEST

## WIRE TRANSFER REQUEST

☑ DOMESTIC WIRE
☐ FOREIGN WIRE

**SEND WIRE IN (Check One):** ☑ U.S. Dollars   ☐ Foreign Currency

**AMOUNT:** $ 17,911.47   **CURRENCY TYPE (If Foreign):**

Branch/Dept. 383

Test Code:

### (Branch Must Complete the Following for Foreign Currency Wire)

| FX Rate | U.S. $ Equivalent | Value Date (If applicable) | Quoted By (Intranet or Trader Name) |
|---------|-------------------|----------------------------|--------------------------------------|
|         |                   |                            |                                      |

### ORIGINATOR INFORMATION

Originator/Account Name
**SK Foods LLC**

☑ Checking  ☐ Savings  ☐ MMA  ☐ Other: (wire, etc)
Account Number ▮▮▮▮▮ / GL 239855 ____ (BBB)

Address (Street/City/State/Zip; Country, if other than U.S.)
**21 LOWER RAGSDALE   MONTEREY CA 93940**

#### ADDITIONAL INFORMATION REQUIRED IF NON-BANK OF THE WEST CUSTOMER (Branch Must Obtain/Verify ID as Indicated)

| TIN or Alien ID Number | Type of ID Presented | Serial Number of ID Document | State or Country of Issue |
|------------------------|----------------------|------------------------------|---------------------------|
|                        |                      |                              |                           |

### PAYMENT INSTRUCTIONS

#### BENEFICIARY BANK/BENEFICIARY INFORMATION

Beneficiary Bank Name
**Mechanics Bank**

ABA Number – SWIFT
▮▮▮▮▮▮

Beneficiary Bank Address (Street/City/State/ZIP; Country if other than U.S.)
**343 Sansome Street, Suite 1500   SF, CA   94104**

Beneficiary Name
**SSC Farms II LLC**

Beneficiary Account Number
▮▮▮▮▮▮

Beneficiary Address (Street/City/State/ZIP; Country if other than U.S.)
**300 Sky Park Drive   Monterey CA   93940**

Message/Information/Instructions to Beneficiary
**Attention: Jayne Sanford**

TIN or Other Identifying Number
▮▮▮▮▮▮

#### INTERMEDIARY BANK INFORMATION (If Applicable)

Intermediary Bank Name

ABA Number

Intermediary Bank Address (Street/City/State/ZIP; Country if other than U.S.)

Beneficiary Bank Account Number

* **Beneficiary's complete International Bank Account Number (IBAN) is required for wires sent to Europe. Failure to do so may result in additional fees to the Originator.**
The undersigned certifies on behalf of originator that the above information is true and correct and further agrees to be bound by the terms and conditions set forth on the Wire Transfer Agreement, receipt of which is hereby acknowledged.

Send Date: **9/17/2009**

**Originator's Signature:** ▮▮▮▮▮▮

Today's Date **9/17/2009**

**Signature Verified**

### BANK USE ONLY

| Prepared By: (Print Name) | Approved By: (Print Name) | Second Approver: (when applicable) |
|---------------------------|---------------------------|-------------------------------------|
| ▮▮▮▮▮▮                    |                           |                                     |
| Prepared By: (Signature)  | Approved By: (Signature)  | Notes:                              |

030-03426 (07/2005)

SSD 00215

# BANK OF THE WEST

## WIRE TRANSFER REQUEST

☒ DOMESTIC WIRE
☐ FOREIGN WIRE

**SEND WIRE IN (Check One):** ☒ U.S. Dollars   ☐ Foreign Currency

**AMOUNT:** $ 35,459.17   **CURRENCY TYPE (If Foreign):**

**Branch/Dept.** 383

**Test Code:**

**(Branch Must Complete the Following for Foreign Currency Wire)**

| FX Rate | U.S. $ Equivalent | Value Date (If applicable) | Quoted By (Intranet or Trader Name) |
|---|---|---|---|
| | | | |

## ORIGINATOR INFORMATION

**Originator/Account Name**
SARS, LLC

☐ Checking  ☐ Savings  ☒ MMA  ☐ Other: (wire, etc)
**Account Number** ▓▓▓▓▓ GL 239855 ____ (BBB)

**Address (Street/City/State/Zip; Country, if other than U.S.)**
21 LOWER RAGSDALE   MONTEREY, CA   93940

**ADDITIONAL INFORMATION REQUIRED IF NON-BANK OF THE WEST CUSTOMER (Branch Must Obtain/Verify ID as indicated)**

| TIN or Alien ID Number | Type of ID Presented | Serial Number of ID Document | State or Country of Issue |
|---|---|---|---|
| | | | |

## PAYMENT INSTRUCTIONS

### BENEFICIARY BANK/BENEFICIARY INFORMATION

**Beneficiary Bank Name**
Mechanics Bank

**ABA Number – SWIFT**
▓▓▓▓▓

**Beneficiary Bank Address (Street/City/State/ZIP; Country if other than U.S.)**
343 Sansome Street, Suite 1500   SF, CA 94104

**Beneficiary Name**
SSC Farms II LLC

**Beneficiary Account Number**
▓▓▓▓▓

**Beneficiary Address (Street/City/State/ZIP; Country if other than U.S.)**
300 Sky Park Drive   Monterey, CA   93940

**Message/Information/Instructions to Beneficiary**
▓▓▓▓▓

**TIN or Other Identifying Number**
▓▓▓▓▓

### INTERMEDIARY BANK INFORMATION (if Applicable)

**Intermediary Bank Name**

**ABA Number**

**Intermediary Bank Address (Street/City/State/ZIP; Country if other than U.S.)**

**Beneficiary Bank Account Number**

* **Beneficiary's complete International Bank Account Number (IBAN) is required for wires sent to Europe. Failure to do so may result in additional fees to the Originator.**
The undersigned certifies on behalf of originator that the above information is true and correct and further agrees to be bound by the terms and conditions set forth on the Wire Transfer Agreement, receipt of which is hereby acknowledged.

**Originator's Signature:** ▓▓▓▓▓

**Send Date:** 9/17/09
**Today's Date** 9/17/09

**Signature Verified**

## BANK USE ONLY

| Prepared By: (Print Name) ▓▓▓▓▓ | Approved By: (Print Name) | Second Approver: (when applicable) |
|---|---|---|
| Prepared By: (Signature) | Approved By: (Signature) | Notes: |

030-03426 (07/2005)

# BANK OF THE WEST        WIRE TRANSFER REQUEST

☑ DOMESTIC WIRE
☐ FOREIGN WIRE

**SEND WIRE IN (Check One):** ☑ U.S. Dollars   ☐ Foreign Currency

**AMOUNT:** $ *25,054.27*   **CURRENCY TYPE (If Foreign):**

| Branch/Dept. 383 |
|---|
| **Test Code:** |

**(Branch Must Complete the Following for Foreign Currency Wire)**

| FX Rate | U.S. $ Equivalent | Value Date (if applicable) | Quoted By (Intranet or Trader Name) |
|---|---|---|---|
| | | | |

## ORIGINATOR INFORMATION

Originator/Account Name
*CSSS LP ; CENTRAL VALLEY SHIPPERS*   ☑ Checking ☐ Savings ☐ MMA ☐ Other: (wire, etc)   Account Number ████████   GL 239855 ____ (BBB)

Address (Street/City/State/Zip; Country, if other than U.S.)
*21 LOWER RAGSDALE   MONTEREY  CA 93940*

**ADDITIONAL INFORMATION REQUIRED IF NON-BANK OF THE WEST CUSTOMER (Branch Must Obtain/Verify ID as Indicated)**

| TIN or Alien ID Number | Type of ID Presented | Serial Number of ID Document | State or Country of Issue |
|---|---|---|---|
| | | | |

## PAYMENT INSTRUCTIONS

**BENEFICIARY BANK/BENEFICIARY INFORMATION**

Beneficiary Bank Name
*Mechanics Bank*

ABA Number – SWIFT
████████

Beneficiary Bank Address (Street/City/State/ZIP; Country if other than U.S.)
*343 Sansome Street, Suite 1500   SF. CA  94104*

Beneficiary Name
*SSC Farms II , LLC*

Beneficiary Account Number
████████

Beneficiary Address (Street/City/State/ZIP; Country if other than U.S.)
*300 Sky Park Drive   Monterey. CA  93940*

Message/Information/Instructions to Beneficiary
████████

TIN or Other Identifying Number
████████

**INTERMEDIARY BANK INFORMATION (If Applicable)**

Intermediary Bank Name

ABA Number

Intermediary Bank Address (Street/City/State/ZIP; Country if other than U.S.)

Beneficiary Bank Account Number

\* Beneficiary's complete International Bank Account Number (IBAN) is required for wires sent to Europe. Failure to do so may result in additional fees to the Originator.
The undersigned certifies on behalf of originator that the above information is true and correct and further agrees to be bound by the terms and conditions set forth on the Wire Transfer Agreement, receipt of which is hereby acknowledged.

**Send Date:** *9/17/09*
**Today's Date** *9/17/09*

**Originator's Signature:** ████████   **Title:** ████████

**Signature Verified**

## BANK USE ONLY

| Prepared By: (Print Name) ████████ | Approved By: (Print Name) | Second Approver: (when applicable) |
|---|---|---|
| **Prepared By: (Signature)** | **Approved By: (Signature)** | Notes: |

030-03426 (07/2005)

SSD 00217

# BANK OF THE WEST

# WIRE TRANSFER REQUEST

☑ DOMESTIC WIRE
☐ FOREIGN WIRE

**SEND WIRE IN (Check One):** ☑ U.S. Dollars   ☐ Foreign Currency

**AMOUNT:** $ *10,201.20*   **CURRENCY TYPE (If Foreign):**

**Branch/Dept.** 383

**Test Code:**

**(Branch Must Complete the Following for Foreign Currency Wire)**

| FX Rate | U.S. $ Equivalent | Value Date (If applicable) | Quoted By (Intranet or Trader Name) |
|---|---|---|---|
| | | | |

## ORIGINATOR INFORMATION

Originator/Account Name

*CSSS LP ; DBA CENTRAL VALLEY SHIPPERS*   ☐ Checking  ☐ Savings  ☑ MMA  ☐ Other: (wire, etc)

Account Number ▇▇▇▇▇▇▇ GL 239855 ___ (BBB)

Address (Street/City/State/Zip; Country, If other than U.S.)

*21 LOWER RAGSDALE  MONTEREY  CA 93940*

### ADDITIONAL INFORMATION REQUIRED IF NON-BANK OF THE WEST CUSTOMER (Branch Must Obtain/Verify ID as Indicated)

| TIN or Alien ID Number | Type of ID Presented | Serial Number of ID Document | State or Country of Issue |
|---|---|---|---|
| | | | |

## PAYMENT INSTRUCTIONS

**BENEFICIARY BANK/BENEFICIARY INFORMATION**

Beneficiary Bank Name

*Mechanics Bank*

ABA Number – SWIFT
▇▇▇▇▇▇

Beneficiary Bank Address (Street/City/State/ZIP; Country If other than U.S.)

*343 Sansome Street , Suite 1500   SF, CA 94104*

Beneficiary Name

*SSC Farms II , LLC*

Beneficiary Account Number
▇▇▇▇▇▇

Beneficiary Address (Street/City/State/ZIP; Country If other than U.S.)

*300  Sky Park Drive  Monterey, CA 93940*

Message/Information/Instructions to Beneficiary   ▇▇▇▇▇▇

TIN or Other Identifying Number
▇▇▇▇▇▇

**INTERMEDIARY BANK INFORMATION (If Applicable)**

Intermediary Bank Name

ABA Number

Intermediary Bank Address (Street/City/State/ZIP; Country If other than U.S.)

Beneficiary Bank Account Number

* **Beneficiary's complete International Bank Account Number (IBAN) is required for wires sent to Europe. Failure to do so may result in additional fees to the Originator.**

The undersigned certifies on behalf of originator that the above information is true and correct and further agrees to be bound by the terms and conditions set forth on the Wire Transfer Agreement, receipt of which is hereby acknowledged.

Originator's Signature: ▇▇▇▇▇▇▇▇▇

Send Date: *9/17/09*
Today's Date *9/18/09*

**Signature Verified**

### BANK USE ONLY

| Prepared By: (Print Name) | Approved By: (Print Name) | Second Approver: (when applicable) |
|---|---|---|
| ▇▇▇▇ | | |
| **Prepared By: (Signature)** | **Approved By: (Signature)** | **Notes:** |

030-03426 (07/2005)

# BANK OF THE WEST

## WIRE TRANSFER REQUEST

☑ DOMESTIC WIRE
☐ FOREIGN WIRE

**SEND WIRE IN (Check One):** ☑ U.S. Dollars   ☐ Foreign Currency

**AMOUNT:** $ *9,043.83*   **CURRENCY TYPE (if Foreign):**

**Branch/Dept.** 383

**Test Code:**

**(Branch Must Complete the Following for Foreign Currency Wire)**

| FX Rate | U.S. $ Equivalent | Value Date (if applicable) | Quoted By (Intranet or Trader Name) |
|---|---|---|---|
| | | | |

## ORIGINATOR INFORMATION

Originator/Account Name
*SS Farms LLC*

☐ Checking ☐ Savings ☑ MMA ☐ Other: (wire, etc)

Account Number ▓▓▓▓   GL 239855 _____ (BBB)

Address (Street/City/State/Zip; Country, if other than U.S.)
*21 LOWER RAGSDALE   MONTEREY CA 93940*

**ADDITIONAL INFORMATION REQUIRED IF NON-BANK OF THE WEST CUSTOMER (Branch Must Obtain/Verify ID as indicated)**

| TIN or Alien ID Number | Type of ID Presented | Serial Number of ID Document | State or Country of Issue |
|---|---|---|---|
| | | | |

## PAYMENT INSTRUCTIONS

### BENEFICIARY BANK/BENEFICIARY INFORMATION

Beneficiary Bank Name
*Mechanics Bank*

ABA Number – SWIFT
▓▓▓▓

Beneficiary Bank Address (Street/City/State/ZIP; Country if other than U.S.)
*343 Sansome Street, Suite 1500   SF, CA 94104*

Beneficiary Name
*SSC Farms II, LLC*

Beneficiary Account Number
▓▓▓▓

Beneficiary Address (Street/City/State/ZIP; Country if other than U.S.)
*300 Sky Park Drive Monterey CA 93940*

Message/Information/Instructions to Beneficiary ▓▓▓▓

TIN or Other Identifying Number ▓▓▓▓

### INTERMEDIARY BANK INFORMATION (if Applicable)

Intermediary Bank Name

ABA Number

Intermediary Bank Address (Street/City/State/ZIP; Country if other than U.S.)

Beneficiary Bank Account Number

\* Beneficiary's complete International Bank Account Number (IBAN) is required for wires sent to Europe. Failure to do so may result in additional fees to the Originator.
The undersigned certifies on behalf of originator that the above information is true and correct and further agrees to be bound by the terms and conditions set forth on the Wire Transfer Agreement, receipt of which is hereby acknowledged.

**Originator's Signature:** ▓▓▓▓

Send Date: *9/17/09*
Today's Date *9/17/09*

**Signature Verified**

## BANK USE ONLY

| Prepared By: (Print Name) | Approved By: (Print Name) | Second Approver: (when applicable) |
|---|---|---|
| ▓▓▓▓ | | |
| **Prepared By: (Signature)** | **Approved By: (Signature)** | **Notes:** |
| | | |

030-03426 (07/2005)

**SSD 00219**

# BANK OF THE WEST 🏦

## WIRE TRANSFER REQUEST

☒ DOMESTIC WIRE
☐ FOREIGN WIRE

**SEND WIRE IN (Check One):** ☒ U.S. Dollars   ☐ Foreign Currency

| Branch/Dept. 383 |
| --- |

**AMOUNT:** $ 32,895.92   **CURRENCY TYPE (If Foreign):**

| Test Code: |
| --- |

**(Branch Must Complete the Following for Foreign Currency Wire)**

| FX Rate | U.S. $ Equivalent | Value Date (if applicable) | Quoted By (Intranet or Trader Name) |
| --- | --- | --- | --- |
| | | | |

### ORIGINATOR INFORMATION

| Originator/Account Name | ☒ Checking ☐ Savings ☐ MMA ☐ Other: (wire, etc) |
| --- | --- |
| SS Farms, LLC | Account Number ▓▓▓▓▓ GL 239855 ___ (BBB) |

Address (Street/City/State/Zip; Country, if other than U.S.)
21 Lower Ragsdale   Monterey  CA   93940

**ADDITIONAL INFORMATION REQUIRED IF NON-BANK OF THE WEST CUSTOMER (Branch Must Obtain/Verify ID as Indicated)**

| TIN or Alien ID Number | Type of ID Presented | Serial Number of ID Document | State or Country of Issue |
| --- | --- | --- | --- |
| | | | |

### PAYMENT INSTRUCTIONS

**BENEFICIARY BANK/BENEFICIARY INFORMATION**

| Beneficiary Bank Name | ABA Number – SWIFT |
| --- | --- |
| Mechanics Bank | ▓▓▓▓▓ |

Beneficiary Bank Address (Street/City/State/ZIP; Country if other than U.S.)
343 Sansome St, Suite 1500    SF, CA   94104

| Beneficiary Name | Beneficiary Account Number |
| --- | --- |
| SSC Farms II, LLC | ▓▓▓▓▓ |

Beneficiary Address (Street/City/State/ZIP; Country if other than U.S.)
300 Sky Park Drive  Monterey  CA   93940

| Message/Information/Instructions to Beneficiary | TIN or Other Identifying Number |
| --- | --- |
| ▓▓▓▓▓ | ▓▓▓▓▓ |

**INTERMEDIARY BANK INFORMATION (If Applicable)**

| Intermediary Bank Name | ABA Number |
| --- | --- |
| | |

| Intermediary Bank Address (Street/City/State/ZIP; Country if other than U.S.) | Beneficiary Bank Account Number |
| --- | --- |
| | |

\* **Beneficiary's complete International Bank Account Number (IBAN) is required for wires sent to Europe. Failure to do so may result in additional fees to the Originator.**
The undersigned certifies on behalf of originator that the above information is true and correct and further agrees to be bound by the terms and conditions set forth on the Wire Transfer Agreement, receipt of which is hereby acknowledged.

Send Date: 9/17/09
Today's Date 9/17/09

**Originator's Signature:** ▓▓▓▓▓

**Signature Verified**

### BANK USE ONLY

| Prepared By: (Print Name) | Approved By: (Print Name) | Second Approver: (when applicable) |
| --- | --- | --- |
| ▓▓▓▓▓ | | |

| Prepared By: (Signature) | Approved By: (Signature) | Notes: |
| --- | --- | --- |
| | | |

030-03426 (07/2005)

**SSD 00220**

# BANK OF THE WEST

## WIRE TRANSFER REQUEST

☒ DOMESTIC WIRE
☐ FOREIGN WIRE

SEND WIRE IN (Check One): ☒ U.S. Dollars    ☐ Foreign Currency

AMOUNT: $ *4934.49*    CURRENCY TYPE (If Foreign):

Branch/Dept. 383

Test Code:

**(Branch Must Complete the Following for Foreign Currency Wire)**

| FX Rate | U.S. $ Equivalent | Value Date (If applicable) | Quoted By (Intranet or Trader Name) |
|---|---|---|---|
| | | | |

## ORIGINATOR INFORMATION

Originator/Account Name
*SSC Farming*

☐ Checking  ☐ Savings  ☐ MMA  ☒ Other: (wire, etc)
Account Number ▓▓▓▓▓    GL 239855 ____ (BBB)

Address (Street/City/State/Zip; Country, if other than U.S.)
*21 Lower Ragsdale Drive   Monterey, CA 93940*

### ADDITIONAL INFORMATION REQUIRED IF NON-BANK OF THE WEST CUSTOMER (Branch Must Obtain/Verify ID as Indicated)

| TIN or Alien ID Number | Type of ID Presented | Serial Number of ID Document | State or Country of Issue |
|---|---|---|---|
| | | | |

## PAYMENT INSTRUCTIONS

### BENEFICIARY BANK/BENEFICIARY INFORMATION

Beneficiary Bank Name
*Mechanics Bank*

ABA Number ~ SWIFT
▓▓▓▓▓

Beneficiary Bank Address (Street/City/State/ZIP; Country if other than U.S.)
*343 Sansome St., Suite 1500   SF, CA   94104*

Beneficiary Name
*SSC Farming II, LLC*

Beneficiary Account Number
▓▓▓▓▓

Beneficiary Address (Street/City/State/ZIP; Country if other than U.S.)
*300 Sky Park Drive   Monterey CA 93940*

Message/Information/Instructions to Beneficiary ▓▓▓▓▓

TIN or Other Identifying Number

### INTERMEDIARY BANK INFORMATION (If Applicable)

Intermediary Bank Name

ABA Number

Intermediary Bank Address (Street/City/State/ZIP; Country if other than U.S.)

Beneficiary Bank Account Number

* Beneficiary's complete International Bank Account Number (IBAN) is required for wires sent to Europe. Failure to do so may result in additional fees to the Originator.
The undersigned certifies on behalf of originator that the above information is true and correct and further agrees to be bound by the terms and conditions set forth in the Wire Transfer Agreement, receipt of which is hereby acknowledged.

Originator's Signature: ▓▓▓▓▓

Send Date: *9/17/09*
Today's Date *9/17/09*

Signature Verified

## BANK USE ONLY

| Prepared By: (Print Name) | Approved By: (Print Name) | Second Approver: (when applicable) |
|---|---|---|
| ▓▓▓▓▓ | | |
| **Prepared By: (Signature)** | **Approved By: (Signature)** | **Notes:** |
| | | |

030-03426 (07/2005)

SSD 00221

# BANK OF THE WEST

## WIRE TRANSFER REQUEST

☑ DOMESTIC WIRE
☐ FOREIGN WIRE

**SEND WIRE IN (Check One):** ☑ U.S. Dollars   ☐ Foreign Currency

**Branch/Dept.** 383

**AMOUNT:** $ 20,529.18   **CURRENCY TYPE (If Foreign):**

**Test Code:**

**(Branch Must Complete the Following for Foreign Currency Wire)**

| FX Rate | U.S. $ Equivalent | Value Date (if applicable) | Quoted By (Intranet or Trader Name) |
|---|---|---|---|
| | | | |

## ORIGINATOR INFORMATION

Originator/Account Name

SSC Farming LLC

☑ Checking ☐ Savings ☐ MMA ☐ Other: (wire, etc)

Account Number [redacted]   GL 239855 ____ (BBB)

Address (Street/City/State/Zip; Country, if other than U.S.)

21 Lower Ragsdale Dr. Monterey, CA.

**ADDITIONAL INFORMATION REQUIRED IF NON-BANK OF THE WEST CUSTOMER (Branch Must Obtain/Verify ID as Indicated)**

| TIN or Alien ID Number | Type of ID Presented | Serial Number of ID Document | State or Country of Issue |
|---|---|---|---|
| | | | |

## PAYMENT INSTRUCTIONS

**BENEFICIARY BANK/BENEFICIARY INFORMATION**

Beneficiary Bank Name

Mechanics Bank

ABA Number – SWIFT

[redacted]

Beneficiary Bank Address (Street/City/State/ZIP; Country if other than U.S.)

343 Sansome Street, Suite 1500   SF, CA 94104

Beneficiary Name

SSC Farming II, LLC

Beneficiary Account Number

[redacted]

Beneficiary Address (Street/City/State/ZIP; Country if other than U.S.)

300 Sky Park Drive   Monterey, CA 93940

Message/Information/Instructions to Beneficiary

[redacted]

TIN or Other Identifying Number

[redacted]

**INTERMEDIARY BANK INFORMATION (If Applicable)**

Intermediary Bank Name

ABA Number

Intermediary Bank Address (Street/City/State/ZIP; Country if other than U.S.)

Beneficiary Bank Account Number

\* Beneficiary's complete International Bank Account Number (IBAN) is required for wires sent to Europe. Failure to do so may result in additional fees to the Originator.

The undersigned certifies on behalf of originator that the above information is true and correct and further agrees to be bound by the terms and conditions set forth on the Wire Transfer Agreement, receipt of which is hereby acknowledged.

**Originator's Signature** [redacted]

Send Date: 9/17/09
Today's Date 9/17/09

**Signature Verified**

## BANK USE ONLY

| Prepared By: (Print Name) | Approved By: (Print Name) | Second Approver: (when applicable) |
|---|---|---|
| [redacted] | | |
| **Prepared By: (Signature)** | **Approved By: (Signature)** | **Notes:** |
| | | |

030-03426 (07/2005)

SSD 00222

**BANK OF THE WEST**                **WIRE TRANSFER REQUEST**          ☒ DOMESTIC WIRE
                                                                       ☐ FOREIGN WIRE

SEND WIRE IN (Check One): ☒ U.S. Dollars   ☐ Foreign Currency      | Branch/Dept. 383 |

AMOUNT: $ *83.47*          CURRENCY TYPE (If Foreign):            | Test Code: |

**(Branch Must Complete the Following for Foreign Currency Wire)**

| FX Rate | U.S. $ Equivalent | Value Date (If applicable) | Quoted By (Intranet or Trader Name) |
|---|---|---|---|
| | | | |

## ORIGINATOR INFORMATION

Originator/Account Name          ☒ Checking ☐ Savings ☐ MMA ☐ Other: (wire, etc)
*SSC Farms I, LLC*               Account Number ▓▓▓▓▓  GL 239855 ___ (BBB)

Address (Street/City/State/Zip; Country, if other than U.S.)
*21 Lower Ragsdale Dr. Monterey, CA 93940*

**ADDITIONAL INFORMATION REQUIRED IF NON-BANK OF THE WEST CUSTOMER (Branch Must Obtain/Verify ID as Indicated)**

| TIN or Alien ID Number | Type of ID Presented | Serial Number of ID Document | State or Country of Issue |
|---|---|---|---|
| | | | |

## PAYMENT INSTRUCTIONS

### BENEFICIARY BANK/BENEFICIARY INFORMATION

Beneficiary Bank Name                                              ABA Number – SWIFT
*Mechanics Bank*                                                   ▓▓▓▓▓

Beneficiary Bank Address (Street/City/State/ZIP; Country if other than U.S.)
*343 Sansome St, Suite 1500     SF. CA 94104*

Beneficiary Name                                                  Beneficiary Account Number
*SSC Farming II, LLC*                                             ▓▓▓▓▓

Beneficiary Address (Street/City/State/ZIP; Country if other than U.S.)
*300 Sky Park Drive Monterey, CA 93940*

Message/Information/Instructions to Beneficiary ▓▓▓▓▓              TIN or Other Identifying Number ▓▓▓▓▓

### INTERMEDIARY BANK INFORMATION (If Applicable)

Intermediary Bank Name                                            ABA Number

Intermediary Bank Address (Street/City/State/ZIP; Country if other than U.S.)   Beneficiary Bank Account Number

* Beneficiary's complete International Bank Account Number (IBAN) is required for wires sent to Europe. Failure to do so may result in additional fees to the Originator.
The undersigned certifies on behalf of originator that the above information is true and correct and further agrees to be bound by the terms and conditions set forth on the Wire Transfer Agreement, receipt of which is hereby acknowledged.

Originator's Signature: ▓▓▓▓▓                          Send Date: *9/17/09*
                                                       Today's Date *9/17/09*
Signature Verified

## BANK USE ONLY

| Prepared By: (Print Name) ▓▓▓▓▓ | Approved By: (Print Name) | Second Approver: (when applicable) |
|---|---|---|
| Prepared By: (Signature) | Approved By: (Signature) | Notes: |

030-03426 (07/2005)

**SSD 00223**

**BANK OF THE WEST**　　　**WIRE TRANSFER REQUEST**　　☒ DOMESTIC WIRE
　　　　　　　　　　　　　　　　　　　　　　　　　　☐ FOREIGN WIRE

SEND WIRE IN (Check One): ☒ U.S. Dollars　☐ Foreign Currency | Branch/Dept. 383

AMOUNT: $ 69.47　　CURRENCY TYPE (If Foreign): | Test Code:

(Branch Must Complete the Following for Foreign Currency Wire)

| FX Rate | U.S. $ Equivalent | Value Date (If applicable) | Quoted By (Intranet or Trader Name) |
|---|---|---|---|
| | | | |

## ORIGINATOR INFORMATION

Originator/Account Name
*SSC Farms II, LLC*

☒ Checking ☐ Savings ☐ MMA ☐ Other: (wire, etc)
Account Number [redacted]　GL 239855 ____ (BBB)

Address (Street/City/State/Zip; Country, If other than U.S.)
*21 Lower Ragsdale Dr. Monterey. CA 93940*

ADDITIONAL INFORMATION REQUIRED IF NON-BANK OF THE WEST CUSTOMER (Branch Must Obtain/Verify ID as Indicated)

| TIN or Alien ID Number | Type of ID Presented | Serial Number of ID Document | State or Country of Issue |
|---|---|---|---|
| | | | |

## PAYMENT INSTRUCTIONS

**BENEFICIARY BANK/BENEFICIARY INFORMATION**

Beneficiary Bank Name | ABA Number – SWIFT
*Mechanics Bank* | [redacted]

Beneficiary Bank Address (Street/City/State/ZIP; Country if other than U.S.)
*343 Sansome St, Suite 1500　SF. CA　94104*

Beneficiary Name | Beneficiary Account Number
*SSC Farming II LLC* | [redacted]

Beneficiary Address (Street/City/State/ZIP; Country if other than U.S.)
*300 Sky Park Dr. Monterey CA 93940*

Message/Information/Instructions to Beneficiary | TIN or Other Identifying Number
 | [redacted]

**INTERMEDIARY BANK INFORMATION (If Applicable)**

Intermediary Bank Name | ABA Number

Intermediary Bank Address (Street/City/State/ZIP; Country if other than U.S.) | Beneficiary Bank Account Number

* Beneficiary's complete International Bank Account Number (IBAN) is required for wires sent to Europe. Failure to do so may result in additional fees to the Originator.
The undersigned certifies on behalf of originator that the above information is true and correct and further agrees to be bound by the terms and conditions set forth in the Wire Transfer Agreement, receipt of which is hereby acknowledged.

Originator's Signature: [redacted]　　Send Date: *9/17/09*
　　　　　　　　　　　　　　　　　Today's Date: *9/17/09*
**Signature Verified**

## BANK USE ONLY

| Prepared By: (Print Name) [redacted] | Approved By: (Print Name) | Second Approver: (when applicable) |
|---|---|---|
| Prepared By: (Signature) | Approved By: (Signature) | Notes: |

030-03426 (07/2005)

**SSD 00224**

# BANK OF THE WEST

## WIRE TRANSFER REQUEST

☑ DOMESTIC WIRE
☐ FOREIGN WIRE

**SEND WIRE IN (Check One):** ☒ U.S. Dollars   ☐ Foreign Currency

**AMOUNT:** $ 33,712.04   **CURRENCY TYPE (If Foreign):**

**Branch/Dept.** 383

**Test Code:**

### (Branch Must Complete the Following for Foreign Currency Wire)

| FX Rate | U.S. $ Equivalent | Value Date (If applicable) | Quoted By (Intranet or Trader Name) |
|---|---|---|---|
| | | | |

## ORIGINATOR INFORMATION

Originator/Account Name
*SSC Farms III, Inc.*

☒ Checking ☐ Savings ☐ MMA ☐ Other: (wire, etc)
Account Number [redacted] /GL 239855 ____ (BBB)

Address (Street/City/State/Zip; Country, if other than U.S.)
*21 Lower Ragsdale Dr. Monterey, CA 93940*

### ADDITIONAL INFORMATION REQUIRED IF NON-BANK OF THE WEST CUSTOMER (Branch Must Obtain/Verify ID as Indicated)

| TIN or Alien ID Number | Type of ID Presented | Serial Number of ID Document | State or Country of Issue |
|---|---|---|---|
| | | | |

## PAYMENT INSTRUCTIONS

### BENEFICIARY BANK/BENEFICIARY INFORMATION

Beneficiary Bank Name
*Mechanics Bank*

ABA Number – SWIFT
[redacted]

Beneficiary Bank Address (Street/City/State/ZIP; Country if other than U.S.)
*343 Sansome Street, Suite 1500   SF, CA 94104*

Beneficiary Name
*SSC Farming II, LLC*

Beneficiary Account Number
[redacted]

Beneficiary Address (Street/City/State/ZIP; Country if other than U.S.)
*300 Sky Park Drive   Monterey CA 93940*

Message/Information/Instructions to Beneficiary

TIN or Other Identifying Number
[redacted]

### INTERMEDIARY BANK INFORMATION (If Applicable)

Intermediary Bank Name

ABA Number

Intermediary Bank Address (Street/City/State/ZIP; Country if other than U.S.)

Beneficiary Bank Account Number

\* **Beneficiary's complete International Bank Account Number (IBAN) is required for wires sent to Europe. Failure to do so may result in additional fees to the Originator.**
The undersigned certifies on behalf of originator that the above information is true and correct and further agrees to be bound by the terms and conditions set forth on the Wire Transfer Agreement, receipt of which is hereby acknowledged.

Originator's Signature: [redacted]

**Send Date:** 9/17/09
**Today's Date** 9/17/09

Signature Verified

## BANK USE ONLY

| Prepared By: (Print Name) | Approved By: (Print Name) | Second Approver: (when applicable) |
|---|---|---|
| [redacted] | | |
| **Prepared By: (Signature)** | **Approved By: (Signature)** | Notes: |
| | | |

030-03426 (07/2005)

**SSD 00225**

# EXHIBIT X

**From:** ▬▬▬▬▬
**Sent:** Thursday, April 16, 2009 6:33 AM
**To:** ▬▬▬▬▬
**Subject:** Wire Transfer Request - SS Farms

All:

I wanted to give you a heads up that Scott would like to initiate a wire transfer first thing this morning. The wire amount will be 1.5 Million coming out of the same SS Farms account we used at BOW yesterday. It will be going into an SS Farms II account at Mechanics Bank. Everything the same as yesterday as far as addresses and ABA – but I need to get you the account number this morning.

This wire must happen today so I wanted to get everyone in the loop before our days start rolling out of control! ☺

I will be in touch this morning.

Thanks so much!

*JJ*

REDACTED

3

**SSDLC 00006**

███████

**From:**
**Sent:**          Thursday, April 16, 2009 11:42 AM
**To:**            Scott Salyer
**Cc:**            Scott Salyer External; ████████████
**Subject:**       RE: Wire Transfer Request - SS Farms

Scott – doing it now.

**From:** Scott Salyer [mailto:fscott.salyer@gmail.com]
**Sent:** Thursday, April 16, 2009 11:22 AM
**To:** ████████████
**Cc:** Scott Salyer External; ████████████
**Subject:** Re: Wire Transfer Request - SS Farms

Quit stalling and transfer the funds ..

Sent from my iPhone

On Apr 16, 2009, at 10:34 AM, "████████████

     Scott,


     As I am no longer authorized to make transactions on SSF, please reply as approved to ███████
     request so that Michael and Barrett have the appropriate approvals.


     They have been instructed that they need approvals on all banking transactions.  Given the recent
     change in management, they didn't' want to do something that wasn't what you wanted.


     Thanks


     ███████


**From:** ███████
**Sent:** Thursday, April 16, 2009 9:46 AM
**To:** ███████
**Cc:**
**Subject:** RE: Wire Transfer Request - SS Farms

1

██████

Account Name: SSC Farms  LLC 2

Money Market Account Number ████████

Routing Number ████████

You have the address on Sansome Street.

Thank you for taking care of this.


*JJ*


REDACTED


**From:** ████████
**Sent:** Thursday, April 16, 2009 9:22 AM
**To:** ████████
**Subject:** RE: Wire Transfer Request - SS Farms

2

**SSDLC 00008**

# EXHIBIT Y

From 1306885173220767876@xxx Mon Jun 29 23:20:24 2009
MIME-Version: 1.0
Sender: fscott.salyer@gmail.com
Received: by 10.151.27.5 with HTTP; Mon, 29 Jun 2009 23:20:24 -0700 (PDT)

Date: Mon, 29 Jun 2009 23:20:24 -0700
Delivered-To: fscott.salyer@gmail.com
X-Google-Sender-Auth: 2728c99526240e5f
Message-ID: <844b054e0906292320u4b1682a5lcc53704c8b51f80b@mail.gmail.com>
Subject: Re: FW: Your Phonecall
From: Scott Salyer <scott@scottsalyer.net>

Got it , in touch tomorrow .

Scott

On Mon, Jun 29, 2009 at 4:39 PM,                              > wrote:

>
> ----- Forwarded Message
> *From: *Hermann René <R.Hermann@valartis.ch>
> *Date: *Fri, 19 Jun 2009 18:22:52 +0200
> *To:
> *Conversation: *Your Phonecall
> *Subject: *RE: Your Phonecall
>
> Dear
>
> I would like to thank you for contacting me yesterday. Further to our
> conversation please find below a direct link to our reports.
> http://www.valartis.ch/en/investors-media/reports.asp
>
> We would be very glad discussing further options for the proper handling
of
> the business relationships. Therefore please do not hesitate to contact u
s
> for any further information. We could meet the clients here at any time t
hat
> is convenient for them.
>
> René Hermann
> Head Private Banking Zürich
>
> Valartis Bank AG
> Sihlstrasse 24
> Postfach
> 8021 Zürich
>

```
> Tel.    + 41 43 336 83 32
> Mobile + 41 79 651 00 16
> Fax    + 41 43 336 81 00
> r.hermann@valartis.ch
> www.valartis.ch
>
>
>
> ------------------------------
> *From:* ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
D>
> *Sent:* Donnerstag, 18. Juni 2009 18:49
> *To:* Hermann René
> *Subject:* RE: Your Phonecall
>
> You have made contact
>
>
>
> --
> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>
> ************************
>
```

REDACTED

```
>
>
```

```
>
>
>
>  -----------------------------
>
> *From:* Hermann René [mailto:R.Hermann@valartis.ch]<R.Hermann@valartis.
ch%5D>
> *Sent:* Thursday, June 18, 2009 9:49 AM
> *To:* ████████████
> *Subject:* Your Phonecall
>
> Dear ████
>
> I have appreciated talking to you today. We would be glad meeting you and
> your contacts soonest possible. Any additional information would be recei
ved
> with pleasure.
>
> www.valartis.ch <file:///\\www.valartis.ch>
>
> With best regards
> René Hermann
> Head Private Banking Zürich
>
> Valartis Bank AG
> Sihlstrasse 24
> Postfach
> 8021 Zürich
>
> Tel.   + 41 43 336 83 32
> Mobile + 41 79 651 00 16
> Fax    + 41 43 336 81 00
> r.hermann@valartis.ch
> www.valartis.ch <file:///\\www.valartis.ch>
>
>
> ------ End of Forwarded Message
>

Content-Type: text/html; charset=ISO-8859-1
Content-Transfer-Encoding: quoted-printable

-----Attachment1-----
File name = "Attachment1"
```

# EXHIBIT Z

From 1307929891512525558@xxx Sat Jul 11 12:05:45 2009
Delivered-To: fscott.salyer@gmail.com
Received: by 10.150.53.14 with SMTP id b14cs661937yba;
    Sat, 11 Jul 2009 12:05:45 -0700 (PDT)
Received: by 10.224.74.18 with SMTP id s18mr2010604qaj.293.1247339145073;
    Sat, 11 Jul 2009 12:05:45 -0700 (PDT)



Microsoft SMTPSVC(6.0.3790.3959);
  Sat, 11 Jul 2009 12:05:43 -0700
Received: from 78.25.226.118 ([78.25.226.118]) by ex10.hostedexchange.local ([172.16.69.19]) with
Microsoft Exchange Server HTTP-DAV ;
  Sat, 11 Jul 2009 19:05:09 +0000
User-Agent: Microsoft-Entourage/11.4.0.080122
Date: Sat, 11 Jul 2009 12:05:05 -0700
Subject: Re: Taxes & Printer
From: ▮▮▮▮▮▮▮▮▮▮▮▮▮
To: Scott Salyer <fscott.salyer@gmail.com>
Message-ID: ▮▮▮▮
Thread-Topic: Taxes & Printer
Thread-Index: AcoCWn/svsMDZm5NEd6qRgAbY5a58Q==
In-Reply-To: <706773CB-796D-4B80-8D3F-E1EF3DDFC30D@gmail.com>
Mime-version: 1.0
Content-type: multipart/alternative;
 boundary="B_3330158706_3015504"
Return-Path ▮▮▮▮▮▮
X-OriginalArrivalTime: 11 Jul 2009 19:05:43.0123 (UTC) FILETIME=[96A5A230:01CA025A]

Content-type: text/plain;
 charset="ISO-8859-1"
Content-transfer-encoding: quoted-printable

You got it. I will be there.
--



*************************

REDACTED

REDACTED

On 7/11/09 10:30 AM, "Scott Salyer" <fscott.salyer@gmail.com> wrote:

> Let's meet in Zurich Thursday pm..
>
> Sent from my iPhone
>
> On Jul 10, 2009, at 9:45 PM, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
>
>> If you can get the passport to Alex, we can have the account done by
>> Thursday. Warning: Mr. Hermann really likes to talk. Remember this accou=
nt
>> was set up through the Nevis LLC for which you are the manager. That is =
how
>> he knows you. I have not disclosed to Valartis any of the US legal
>> activities, the foreign trust and LLC were established solely for asset
>> protection and as a vehicle to operate the Australian and New Zealand
>> corporations. I don't need to be at this meeting, but I am returning to =
the
>> US on Friday, and if you want me there I can arrange it. Face time with =
Swiss
>> bankers settles their nerves.
>> --
>>
>> 
>>
>>
>>
>>
>>
. --*************************
.
.

REDACTED

REDACTED

>>
>> On 7/10/09 10:41 AM, "Scott Salyer" <fscott.salyer@gmail.com> wrote:
>>
>>> Thanks .Whitney and I are heading to Europe Monday ,can you arrange a
>>> meeting with Swiss Banker in Zurich for next Thursday ???Scott
>>>
>>>
>>>
>>>
>>> Sent from my iPhone
>>>
>>> On Jul 9, 2009, at 11:15 PM, ▓▓▓▓▓▓▓▓▓▓ wrote:
>>>
>>>> We will start these next week. I think everyone should have a refund!
>>>> --
>>>>

REDACTED

# EXHIBIT AA

From 1308333120932156831@xxx Wed Jul 15 22:54:54 2009
Delivered-To: fscott.salyer@gmail.com
Received: by 10.150.53.14 with SMTP id b14cs145707yba;
    Wed, 15 Jul 2009 22:54:56 -0700 (PDT)
Received: by 10.223.109.198 with SMTP id k6mr4335756fap.46.1247723694943;
    Wed, 15 Jul 2009 22:54:54 -0700 (PDT)
X-Forwarded-To: fscott.salyer@gmail.com
X-Forwarded-For: scott@scottsalyer.net fscott.salyer@gmail.com
Delivered-To: scott@scottsalyer.net
Received: by 10.223.111.5 with SMTP id q5cs182940fap;
    Wed, 15 Jul 2009 22:54:53 -0700 (PDT)
Received: by 10.224.89.72 with SMTP id d8mr5377563qam.129.1247723692118;
    Wed, 15 Jul 2009 22:54:52 -0700 (PDT)



Received: from ex10.myhostedexchange.com ([69.56.2.43]) by ex18.myhostedexchange.com with
Microsoft SMTPSVC(6.0.3790.3959);
 Wed, 15 Jul 2009 22:54:49 -0700
Received: from 212.159.80.18 ([212.159.80.18]) by ex10.hostedexchange.local ([172.16.69.19]) with
Microsoft Exchange Server HTTP-DAV ;
 Thu, 16 Jul 2009 05:54:49 +0000
User-Agent: Microsoft-Entourage/11.4.0.080122
Date: Wed, 15 Jul 2009 22:54:47 -0700
Subject: Re: EU Cell
From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
To: Scott Salyer <scott@scottsalyer.net>
CC: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Thread-Topic: EU Cell
Thread-Index: AcoF2eyoK1dZjHHNEd6qRgAbY5a58Q==
In-Reply-To: <844b054e0907150424o311e6d86w46bd399d4f1e2943@mail.gmail.com>
Mime-version: 1.0
Content-type: multipart/alternative;
 boundary="B_3330543287_8047491"

X-OriginalArrivalTime: 16 Jul 2009 05:54:49.0872 (UTC) FILETIME=[EE5EE900:01CA05D9]

Content-type: text/plain;
 charset="ISO-8859-1"
Content-transfer-encoding: quoted-printable


Scott,

I kept the 3:00 PM meeting with Rene. I am not too happy with him, but how
angry can you really get with a banker (I know that I should be cautious
asking you that question). Knowing that no one in the world was really
dependable, I took the liberty of also setting up a secondary bank contact
with Volksbank in Switzerland. If you don't like Valartis, the second
account is also established, and we can go either way or keep both. I like

to keep my/your options flexible. I will meet you at your hotel on Friday a=
t
2:00 PM.

Alex sent my number here just in case you need it.



On 7/15/09 4:24 AM, "Scott Salyer" <scott@scottsalyer.net> wrote:

>
>
> OK,Rene sounds like a wanker ..
> Whitney and I will delay arrival to Zurich to Friday .
> Our flight arrives @ 12:15 pm ..
>
> We'll head to Park Hyatt , then meet up with you .
> Need to get our game plan refined prior to meeting Rene .
> Let me know if this works for you ..
>
> Scott
>
> On Wed, Jul 15, 2009 at 6:59 AM,                                    > wrot=
e:
>> Scott,
>>
>> Give me a call on my European cell                     when you can. Rene
>> Hermann of Valartis has told me that he can not meet until the end of th=
e
>> day on Friday. I am relatively angry about this since I requested that t=
hey
>> block the period from 2:00 to 4:00 PM for us on Thursday. I don't know w=
hat
>> your schedule looks like, and will change mine to adjust to yours as
>> possible.
>>
>>
>>
>
>


Content-type: text/html;
 charset="ISO-8859-1"
Content-transfer-encoding: quoted-printable


-----Attachment1-----
File name = "Attachment1"

# EXHIBIT BB

From 1313510832757262365@xxx Fri Sep 11 02:32:25 2009
MIME-Version: 1.0
Sender: fscott.salyer@gmail.com
Received: by 10.150.182.11 with HTTP; Fri, 11 Sep 2009 02:32:25 -0700 (PDT)

Delivered-To: fscott.salyer@gmail.com
X-Google-Sender-Auth: 0789e6ce3f00395a
Message-ID: <844b054e0909110232v15c19d58g57453fcc026219a7@mail.gmail.com>
Subject: Re: FW: Scott Salyer
From: Scott Salyer <scott@scottsalyer.net>
To:
Content-Type: multipart/alternative; boundary=000e0cd59ce077a3be047349fe14
Content-Type: text/plain; charset=ISO-8859-1
Content-Transfer-Encoding: quoted-printable

Greetings .
I have misread my schedule and find myswlf in Zurich on the wrong day .
Monday I'm scheduled to me in Lugano .
Is there anyway we could meet this afternoon in Zurich ?

My cell:
Staying @ Dolder Grand Room # 3110

Call or e-mail if we can meet up .

Scott

On Wed, Sep 9, 2009 at 8:09 AM,                                          >w
rote:

>
> I am very much looking forward to meeting Mr. Salyer next Monday. The
> meeting with the chairman will take place at 3pm, so that would give Scot
t
> and me time for a short lunch before we drive to Liechtenstein. Please le
t
> me know if this is convenient.
>
> Kind regards,
>
>
>
>
>
> -------- Original-Nachricht --------
> > Datum: Wed, 09 Sep 2009 05:26:09 -0700
> > Von:
> > An:
> > Betreff: FW: Scott Salyer
>



\> \>

\> \> Scott will be at your office on Monday at 11:30 AM to meet the chairman

\> \> --
\> \>
\> \>
\> \>
\> \>
\> \>

REDACTED

REDACTED

\> \>
\> \> ------ Forwarded Message
\> \> From: Scott Salyer <scott@scottsalyer.net>
\> \> Date: Wed, 9 Sep 2009 13:23:44 +0100
\> \> To:
\> \> Subject: Re: FW: Scott Salyer
\> \>
\> \>
\> \> Monday would be great , I'll meet Maja in Zurich by 11:30 at her office

> > drive to meet Chairman @ 1pm with 
> >
> > First meeting is tomorrow ,
> >
> > SS
> > On Wed, Sep 9, 2009 at 12:33 PM,
> > wrote:
> > > Scott,
> > >
> > > Maja will meet you in Zurich and/or Liechtenstein to do the bank
> > > introduction. Her address is shown below and so is the address in
> > > Liechtenstein. Please let me know where you would like to meet her.
> > >
> > > How did your other appointments go?
> > > --
> > >
> > >
> > >
> > >
> > >

REDACTED


REDACTED

REDACTED

> > > From: ███████████████████████████
> > > Date: Wed, 09 Sep 2009 12:57:59 +0200
> > > To: ███████████████████████
> > > Subject: Re: Scott Salyer
> > >
> > > Dear ████████
> > >
> > > I am watching out for the funds and keep you posted.
> > >
> > > I arranged a meeting with the chairman of the management, Mr. Hamel.
> > >
> > > Monday 14th at 3pm. I could then drive there with SS. It is about 1
> > hour
> > > drive. So we could meet at my office around 1 pm.
> > >
> > > My office address is Toedistrasse 27 in Zürich, the address in
> > Liechtenstein
> > > is Feldkircherstrasse 2, Schaan.
> > >
> > > Please confirm asap if the Monday afternoon appointment is convenient
> > for
> > > SS. Thank you.
> > >
> > > Kind regards,
> > > ███████
> > >
> > >
> > > -------- Original-Nachricht --------
> > >> > Datum: Tue, 08 Sep 2009 17:09:47 -0700
> > >> > Von: ████████████████
> > >> > An: ██████████████████████
> > >> > Betreff: Scott Salyer
> > >
> > >> > ████████
> > >> >
> > >> > I will be wiring the balance of the funds to the SS account
> tomorrow.
> > >> > Scott
> > >> > would like to meet with the banker next week. Could you forward
> > location
> > >> > and
> > >> > available times.
> > >> >
> > >> > On another note, Alex is no longer with the Firm; would you please

> > use my
> > >> > email account?
> > >> >
> > >> >
> > >> > --
> > >> >
> > >> > 
> > >> >
> > >>>

REDACTED

# EXHIBIT CC

From 1313814716725305707@xxx Mon Sep 14 11:02:31 2009
Delivered-To: fscott.salyer@gmail.com
Received: by 10.150.182.11 with SMTP id e11cs292555ybf;
    Mon, 14 Sep 2009 11:02:34 -0700 (PDT)
Received: by 10.115.132.9 with SMTP id j9mr10831581wan.210.1252951352192;
    Mon, 14 Sep 2009 11:02:32 -0700 (PDT)



Received: from ex10.myhostedexchange.com ([69.50.2.43]) by ex18.myhostedexchange.com with
Microsoft SMTPSVC(6.0.3790.3959);
  Mon, 14 Sep 2009 11:02:31 -0700
X-MimeOLE: Produced By Microsoft Exchange V6.5
Content-class: urn:content-classes:message
MIME-Version: 1.0
Content-Type: multipart/alternative;
  boundary="----_=_NextPart_001_01CA3565.873C22BE"
Subject: RE: Wires Fast Falcon
Date: Mon, 14 Sep 2009 10:58:02 -0700
Message-ID: <07CBA6F100E32249840F119A313BB5C3057E2EE0@ex10.hostedexchange.local>
X-MS-Has-Attach:
X-MS-TNEF-Correlator:
Thread-Topic: Wires Fast Falcon
Thread-Index:
AcoyHQnSTefCQTQ7Sly/A3bT+oBuegAhTPbgAACQReAAACWIYAAFfMQQAAHN9+AAqFGI8AAAUvew
References: <26070179.1252661451001.JavaMail.trustmail@smx2>
From: ███████████████████████>
To: <
  ████████████████████████████
Cc: "Scott Salyer" <fscott.salyer@gmail.com>
Return-Path: ██████████
X-OriginalArrivalTime: 14 Sep 2009 18:02:31.0097 (UTC) FILETIME=[87462290:01CA3565]

Content-Type: text/plain;
  charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable



There will be additional funds arriving for Fast Falcon today. Can you =
please confirm to us that these funds have arrived and the amount as =
soon as possible?. Thank-you.

# EXHIBIT DD

# Mechanics Bank Secure Email
**Mechanics Bank Secure Email Message View**



| | |
|---|---|
| **Received:** | Oct 26, 2009 01:02:04 PM |
| **Expires:** | Nov 9, 2009 12:02:03 PM |
| **From:** | ███████@mechbank.com |
| **To:** | ███████, fscott.salyer@gmail.com |
| **Cc:** | |
| **Subject:** | SECURE - VBank Information |

███/Scott

I am precluded from providing any information to any one (including lawyers) who call without written and signed authorization from authorized signers on Scott's various accounts.  If someone is not authorized, I do not even acknowledge the relationship(s).  (Privacy Act)

Some attorney called about the VBank last friday.....I did not talk to him.

So here is information for you and Scott:
VolksBank AG
Feldkircher Strasse 2
FL-9494 Schaan Liechenstein

Bank Account:  Fast Falcon, LLC
Main Street 556
Charlestown, West Indies
Account No. ███████
Correspondent Bank:  UBS AG Stamford
        UBSWUS33

For Further Credit to LGT Bank in Liechenstein AG; 9490 VADUZ/FL; BIC



Let me know if there is anything further I can do.  Best, 

███████████

Mechanics Bank - San Francisco Corporate Banking
343 Sansome Street - 15th Floor
San Francisco, CA  94104
415.249.0325

"commitment that lasts generations..."

SSD 00001

# EXHIBIT EE

**THE SACRAMENTO BEE**  sacbee.com

# FBI arrests SK Foods owner on fraud charges

By Denny Walsh
dwalsh@sacbee.com
*Published: Friday, Feb. 5, 2010 - 12:00 am | Page 1A*

Frederick Scott Salyer, heir of one of California's biggest land barons, was arrested Thursday in New York City after being secretly charged in Sacramento federal court with massive fraud in connection with the operation of his SK Foods LP.

His was the most-anticipated arrest in a far-reaching federal investigation of corruption in the food industry.

Salyer is charged in a criminal complaint and a 59-page supporting affidavit from an FBI agent – filed Jan. 5 and unsealed Thursday – with 20 counts of mail and wire fraud linked to a maze of alleged schemes carried out between 1998 and 2008. They purportedly were designed to bilk corporate customers through bribery, misbranding and the sale of products so full of mold that they were not legally salable in the United States.

U.S. Attorney Benjamin Wagner said Salyer, a 54-year-old Pebble Beach resident, had planned to abscond in the wake of guilty pleas by several former SK Foods employees and customers.

Purchasing managers for a who's who of the nation's food companies have pleaded guilty to bribing an SK Foods sales broker to ensure that the companies purchased SK's products at elevated prices. At other times, bribes were paid to acquire SK competitors' proprietary bid information, according to plea agreements on file in federal court.

The broker, Randall Lee Rahal, 61, of Ramsey, N.J., pleaded guilty in December 2008 to bid rigging, racketeering and other charges. He said Salyer ordered the hundreds of thousands of dollars in bribe payments.

Based in Monterey and with two Central Valley plants, SK Foods – until it was sold out of bankruptcy in June – was a grower, processor and distributor of tomato and other food products for nationwide sale to manufacturers, distributors, marketers and retail outlets. Salyer was owner and chief executive officer of the partnership, which he set up in 1990.

Salyer planned to flee the country and already had transferred millions of dollars from bank accounts formerly associated with SK Foods entities to accounts in the Caribbean and Lichtenstein, according to the affidavit of FBI Special Agent Paul Artley.

Salyer was arrested at John F. Kennedy International Airport late Thursday afternoon as he got off a flight from London.

Artley's affidavit says Salyer left the country in October and had instructed a subordinate to sell many of his belongings. It says Salyer spoke to a former SK employee about obtaining permanent residence status in Uruguay, Paraguay, Andorra and France because he would not be extradited from those countries.

"Mr. Salyer apparently intended to become a fugitive from justice," Wagner said. "We are pleased that he will now have his day in court, and we commend the FBI for its excellent work in apprehending him."

In a telephone interview, attorney Malcolm Segal fiercely denied that his client had any plans to skip the country.

He said that allegation "makes no sense for a number of reasons."

Segal said he met Salyer in France last week to prepare for a settlement conference Tuesday in the still-pending SK Foods bankruptcy in Sacramento, and "develop his defense to criminal allegations." Salyer is spending "thousands and thousands of dollars" defending a plethora of private anti-trust lawsuits growing out of the government's investigation, Segal said.

"Why would he spend 5 cents doing that if he intended to flee?" Segal demanded. "For that matter, why would you fly into one of the busiest airports in the world, with one of the longest watch lists, using your own passport if you were trying to hide? The answer is, you wouldn't. You would fly into East Podunk under an alias."

Segal said the only money transferred out of the country belongs to Salyer's daughters, who did not want their funds attached because of their father's travails.

The lawyer said he and Assistant U.S. Attorney Sean Flynn last month discussed the government's concern that Salyer was a fugitive, and Segal assured the prosecutor "those rumors are simply false." He said he did not find out about the month-old charges against Salyer until Thursday, after the arrest.

"It's pretty shocking, really," said Segal, a former federal prosecutor. "It's not what I expected from this (U.S. attorney's) office."

Salyer is the grandson of the late E. Clarence "Cockeye" Salyer, who carved out a vast land empire, one of the richest and most powerful in the state's history.

Artley's affidavit says the ongoing probe began in August 2005, when a private investigation firm approached the FBI with information about an embezzlement by a former employee of an SK competitor, who became an SK vice president. When agents squeezed Anthony Ray Manuel over $1 million stolen from his former employer, he began talking about SK.

His information proved to be a never-ending ball of yarn.

© Copyright The Sacramento Bee. All rights reserved.

# EXHIBIT FF



Chris Rentals
Petents - and

1.3 - 1.5 m

500k advance
= 750

2.75 - 4.2

1.4 or

1.0 Em

- 10 years

Chand B/D

3 B/rm 26
take 2.5.

Rent 30-40 k
Festival wf
Clavs 1.4 + 1.9 m

S = 700 K
2, 5.00 (1800)
200k/yr/10
1.2 yrs or 6.5
1.0 or 600
or 6 yrs

⊛ Distribute
Falcon
to me
- Corey
New agreement
pre or 01/01/10

④

First Filed?
Limited

Int lawyer
Tax Expert

✪ Need new
Asset FBI
Report
ASK Roland
Gibbons -
510-3151-577x

# EXHIBIT GG

ATTORNEY-CLIENT –
PRIVILEGED
DUANE MORRIS

**From:** ▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, July 07, 2009 3:21 PM
**To:** ▮▮▮▮
**Subject:** Re: Money to Switzerland - Confirmation

I requested a second copy be sent to me today. I will talk to them in the morning. I am meeting with the bank on Thursday in Zurich. The additional delay came from setting up the USD Tbill account

On 7/7/09 2:55 PM, ▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

Can you send us some type of confirmation that the dollars were rec'd in Switzerland - Has the wire posted yet?  Thanks so much!
JJ

1

SSD 00302

# EXHIBIT HH

From 1313604384532482008@xxx Sat Sep 12 03:19:23 2009
MIME-Version: 1.0
Sender: fscott.salyer@gmail.com
Received: by 10.150.182.11 with HTTP; Sat, 12 Sep 2009 03:19:23 -0700 (PDT)
In-Reply-To: <07CBA6F100E32249840F119A313BB5C3057E2C5D@ex10.hostedexchange.local>
References: <07CBA6F100E32249840F119A313BB5C3057E2C5D@ex10.hostedexchange.local>
Date: Sat, 12 Sep 2009 03:19:23 -0700
Delivered-To: fscott.salyer@gmail.com
X-Google-Sender-Auth: 2ce6b4723b6498d2
Message-ID: <844b054e0909120319j62526295x83d50fae459a20fa@mail.gmail.com>
Subject: Re: FW: Salyer Wire
From: Scott Salyer <scott@scottsalyer.net>
To: 

Makes No sense to me .

Keep trying or we move to another Bank that knows how to send wires .

SS

On Fri, Sep 11, 2009 at 12:16 PM,  wrote:

> We are trying. The wires are proving to be hard for Mechanics.
>
> > --
> 
>
>
>
> ************************

REDACTED

> attachment.
>
>
>
> -----Original Message-----
> From: 
> Sent: Friday, September 11, 2009 10:39 AM
> To:
> Subject: FW: Salyer Wire
>
>
> FYI
>
>

REDACTED

> attachment
>
>
> -----Original Message-----
> From:████████████████@mechbank.com
> [mailto:████████████████@mechbank.com]
> Sent: Friday, September 11, 2009 10:23 AM
> To:███████████████
> Subject: RE: Salyer Wire
>
>
>
> ██████
>
> The $250,000 wire was sent with the same ABA information for the
> UBS-Stamford correspondent, as the $1,000 wire.  The $250,000 was
> rejected.
> We have sent an email to the bankers at Volksbnank to provide us with
> any
> updates on their correspondent and to inform them that the $250,000 wire
> was rejected.  We are awaiting their response, but being that it is now
> past 5:00 p.m. there, I doubt we will hear from them until Monday.
>
> I dare not send the $2+Million until I have firm information about the
> correspondent ABA number, because we all get charged for returned wires.
>
> Best,██████
>
>
> ████████████████████
>
> Mechanics Bank - San Francisco Corporate Banking
> 343 Sansome Street - 15th Floor
> San Francisco, CA  94104
>█████████
>
> "commitment that lasts generations..."
>
>
>
>
>
>      █████████████
>
>      ████████████████
>
> To  ███████████
>
>                          ████████████████@mechbank.com>
>
>        09/11/2009 09:24
> cc
>        AM
>
>
> Subject

>           RE: Salyer Wire
>
>
>
>
>
>
>
>
>
>
>
>
>
>
>
> █████████
>
> ███ is after me about this one...Will our/did our wire clear?
>
> ████████████
>
> ████████████████████
>
> ████████████████
>
> █████████████
>
>
> *************************
>
>

REDACTED

REDACTED

> 
> -----Original Message-----
> From : ██████████
> Sent: Thursday, September 10, 2009 5:04 PM
> To: ███████████@mechbank.com'
> Subject: RE: Salyer Wire
> 
> 
> Do you think this we go through today?
> 
> 
> ██████████
> 
> ██████████
> 
> ██████████
> 
> ██████████
> 
> 
> 
> ************************

REDACTED

> be s ubject to review.
>
>
>
> 
>
> no liability for any damage sustained as a result of software viruses
> and  advise you carry out your own virus check before opening any
> attachment
>
> -----Original Message-----
> From:
> Sent: Thursday, September 10, 2009 11:32 AM
> To:                  @mechbank.com
> Cc:
> Subject: FW: Salyer Wire
>
> Please find last of Salyer wire. Please advise Stephen of the
> correctness of the wire as drafted. You may disclose banking information
> to Stephen. Please send today if possible. This wire does not include
> the $250K that you sent yesterday.
>
> --
>
>
>
>
>
> ************************

REDACTED

>
>
>

# EXHIBIT II

From 1313777250012747884@xxx Mon Sep 14 01:07:00 2009
Delivered-To: fscott.salyer@gmail.com
Received: by 10.150.182.11 with SMTP id e11cs264200ybf;
     Mon, 14 Sep 2009 01:07:02 -0700 (PDT)
Received: by 10.216.88.209 with SMTP id a59mr1444404wef.50.1252915620851;
     Mon, 14 Sep 2009 01:07:00 -0700 (PDT)
X-Forwarded-To: fscott.salyer@gmail.com
X-Forwarded-For: scott@scottsalyer.net fscott.salyer@gmail.com
Delivered-To: scott@scottsalyer.net
Received: by 10.216.24.130 with SMTP id x2cs157377wex;
     Mon, 14 Sep 2009 01:07:00 -0700 (PDT)
Received: by 10.210.7.16 with SMTP id 16mr6450741ebg.14.1252915619775;
     Mon, 14 Sep 2009 01:06:59 -0700 (PDT)
Return-Path: ███████████████
Received: from mail.gmx.net (mail.gmx.net [213.165.64.20])
     by mx.google.com with SMTP id 24si850590ewy.37.2009.09.14.01.06.59;
     Mon, 14 Sep 2009 01:06:59 -0700 (PDT)
Received-SPF: pass (google.com: domain of ███████████████
permitted sender) client-ip=213.165.64.20;
Authentication-Results: mx.google.com; spf=pass (google.com: ████████

Received: from 194.56.165.5 by www051.gmx.net with HTTP;
 Mon, 14 Sep 2009 10:06:57 +0200 (CEST)
Cc: ███████████
Content-Type: text/plain; charset="iso-8859-1"
Date: Mon, 14 Sep 2009 10:06:57 +0200
From: ████████████████████
In-Reply-To: <844b054e0909131409x60a2ae1fs6c7203bbcdc60dca@mail.gmail.com>
Message-ID: <20090914080657.321170@gmx.net>
MIME-Version: 1.0
References: <844b054e0909130934m5e55557cv11d1eb0c2aba0b4@mail.gmail.com>
 <07CBA6F100E32249840F119A313BB5C3057E2DAB@ex10.hostedexchange.local>
 <844b054e0909131409x60a2ae1fs6c7203bbcdc60dca@mail.gmail.com>
Subject: Re: Fwd: SK Foods LP and RHM
To: Scott Salyer <scott@scottsalyer.net>
X-Authenticated: #55332458
X-Flags: 0001
X-Mailer: WWW-Mail 6100 (Global Message Exchange)
X-Priority: 3
X-Provags-ID: V01U2FsdGVkX1/0Eo0atOL0mm+CF+kiNs6YHewJwulPOby7+KX+zC
 Ce5yKjchJ2YpQBxp8sT8iGGylvk/CsShl94g==
Content-Transfer-Encoding: 8bit
X-GMX-UID: 7ozMLhwca0A7JQshOTlzn+s/Njh6dl52
X-FuHaFi: 0.65


Dear Scott,

I confirm receipt of another 250k today. Thank you! I will keep you posted about the last "big" wire.

Kind regards,

█████

-------- Original-Nachricht --------

> Datum: Sun, 13 Sep 2009 14:09:14 -0700
> Von: Scott Salyer <scott@scottsalyer.net>
> An: ████████████████████████████████
> Betreff: Fwd: SK Foods LP and RHM

> ████
>
> Please verify funds tomorrow .
>
> Thanks ,
>
> Scott
>
>
--
GRATIS feür alle GMX-Mitglieder: Die maxdome Movie-FLAT!
Jetzt freischalten unter http://portal.gmx.net/de/go/maxdome01

# EXHIBIT JJ

MERCHANTS BANK

**WIRE ACTIVITY DETAIL REPORT ( TAX ID )**
01/01/2008 - 02/18/2010

| SCOTT SALYER REVOCABLE TRUST | DDA | 11/10/2009 | OUTGOING WIRE | 2009110000165 | 0.00 | -303,837.00 |
| Woollira, Sydney, 2025, Australia | | | Westpac Bank<br>393-395 New South Head Road<br>Double Bay, NSW 2026<br>Australia | | | |
| SCOTT SALYER REVOCABLE TRUST | DDA | 11/12/2009 | OUTGOING WIRE | 2009112000101 | 0.00 | 508,808.00 |
| Woollira, Sydney, 2025, Australia | | | Westpac Bank<br>393-395 New South Head Road<br>Double Bay, 2026, NSW<br>Australia | | | |

FAX NO.

P. 06

# EXHIBIT KK

MECHANICS BANK

**WIRE ACTIVITY DETAIL REPORT ( TAX I.D )**
01/01/2008 - 02/23/2010

4:46:24 PM

SSC FARMS II LLC

San Francisco, CA 94110

DDA   9/28/2009   OUTGOING WIRE   0.00   100,000.00

FRT REP BK SF
FIRST REPUBLIC BK,A DIV ML B&T CO
SAN FRANCISCO, CA

20090928 QMGFT001002466

SSC FARMS II LLC

San Francisco, CA 94110

DDA   9/30/2009   OUTGOING WIRE   0.00   100,000.00

MECH BK RICH
MECHANICS BANK
RICHMOND, CA

20090930 QMGFT005002586

0.00

1,000,000.00

0.00

20090630 QMOFT01300480

OUTGOING WIRE

DDA    6/30/2009

FST REP BK SF
FIRST REPUBLIC BK,A DIV ML B&T CO
SAN FRANCISCO, CA

SCOTT SALYER REVOCABLE
TRUST

San Francisco, CA 94110

03/24/2010
4:46:24 PM

# WIRE ACTIVITY DETAIL REPORT (TAX ID)
## 01/01/2008 - 02/23/2010

**MECHANICS BANK**



| | | |
|---|---|---|

**SSC FARMS II LLC**

DDA    8/5/2009    OUTGOING WIRE    700,000.00    0.00

FST REP BK SF
FIRST REPUBLIC BK,A DIV ML B&T CO
SAN FRANCISCO, CA

San Francisco, CA 94110

20090805QMGFT009002627


**SSC FARMS II LLC**

DDA    8/11/2009    OUTGOING WIRE    200,000.00    0.00

FST REP BK SF
FIRST REPUBLIC BK,A DIV ML B&T CO
SAN FRANCISCO, CA

San Francisco, CA 94110

20090811QMGFT009002623



DDA Credits - Amount: $2,243,684.00   Date 08/17/2009



DDA Credits - Amount: $2,243,684.00   Date 08/17/2009



Transit - ABA No. 51   Amount $2,243,684.00   Date 08/17/2009



Transit - ABA No. 51   Amount $2,243,684.00   Date 08/17/2009



DDA Credits - Amount: $955,690.58   Date 08/31/2009



DDA Credits - Amount: $955,690.58   Date 08/31/2009

GL Debits - Amount $955,690.58   Date 08/31/2009



**CREDIT**                    **RECONCILED E/ENTRY**

FROM Off/Dept: SF #29

Originator: Iman Shula (P)     Lina Chishan          DATE 8/31/1

Approved By: ▪▪▪▪▪▪▪

TO Off/Dept: C.P.S

Receiver: _____

Account Title: Suspense Liabilities

Description: Deposit

▪▪▪▪▪ LLP Acc#▪▪▪▪▪▪

Registered Warrant

OK per STEVE BARLOW

_____ Offset By: _____

$         955 690.5

AMOUNT

ACCOUNT NUMBER

"026230 52" ⑆6711"00501⑈          400

---

**STATE OF CALIFORNIA** 94-0172

0027 TAX REFUND ACCOUNT

TAX YEAR    2008   1730

STATE INCOME
TAX REFUND

This **REGISTERED WARRANT** will be honored on or after 10/02/2009
unless it's approved for earlier redemption pursuant to Gov.Code Section 17221.5

ISSUE DATE

TO: 017232                          MO. DAY YR.
--- FREDERICK S SALYER           08 17 2009

     MONTEREY CA 93940

JOHN CHIANG
CALIFORNIA STATE CONTROLLER

⑆121145077⑈ 940172328"

# EXHIBIT LL

**Wire Information for : 20090914QMGFT003003355**

**General Information**

| | | | |
|---|---|---|---|
| Sender ABA | 121102036 | Receiver ABA | 026007993 |
| Sender Name | Mechanics Bank | Receiver Name | UBS AG NYC |
| Reference | 20090914000084 CTR | Amount | 2,750,000.00 |
| Date | 9/14/2009 | Status | |

**Originator Information**

| | |
|---|---|
| ID | ████████ |
| Name | ████████ |
| Address | 3450 21st STREET SAN FRANCISCO, CA 94110-0000 |

**Originator Bank Information**

| | |
|---|---|
| ID | 121102036 Mechanics Bank |
| Name | Mechanics Bank |
| Address | 725 Alfred Nobel Dr |
| Remark | |

**Intermediary Bank Information**

| | |
|---|---|
| ID | |
| Name | |
| Address | |

**Beneficiary Bank Information**

| | |
|---|---|
| ID | VOAGLI22 |
| Name | VOLKSBANK LIECHTENSTEIN |
| Address | FELDKIRCHER STRASSE 2 FL-9494 SCHAAN GERMANY |
| Remark | For further credit: LGT Bank in Liechtenstein AG; FL-9490 Vaduz; BIC BLFLLI2X; IBAN: ████████ |

**Beneficiary Information**

| | |
|---|---|
| ID | LI4108812105020630000 |
| Name | FAST FALCON, LLC |
| Address | MAIN ST 556 CHARLESTON, NEVIS WEST INDIES |
| Remark | |

**Instructing Bank Information**

| | |
|---|---|
| ID | |
| Name | |
| Address | |

**Drawdown Debit A/C Information**

| | |
|---|---|
| ID | |
| Name | |
| Address | |

**Other Information**

Wire Information for : 20090911QMGFT002002928

**General Information**

| | | | | |
|---|---|---|---|---|
| Sender ABA | 121102036 | | Receiver ABA | 026007993 |
| Sender Name | Mechanics Bank | | Receiver Name | UBS AG NYC |
| | | | | |
| Reference | 20090911000101 CTR | | Amount | 250,000.00 |
| Date | 9/11/2009 | | Status | |

**Originator Information**

| | |
|---|---|
| ID | ▬▬▬▬▬▬▬ |
| Name | ▬▬▬▬▬▬▬ |
| Address | 3450 21st STREET SAN FRANCISCO, CA 94110-0000 |

**Originator Bank Information**

| | |
|---|---|
| ID | 121102036 Mechanics Bank |
| Name | Mechanics Bank |
| Address | 725 Alfred Nobel Dr |
| Remark | CLIENT ACCOUNT FUNDING |

**Intermediary Bank Information**

| | |
|---|---|
| ID | |
| Name | |
| Address | |

**Beneficiary Bank Information**

| | |
|---|---|
| ID | VOAGLI22 |
| Name | VOLKSBANK LIECHTENSTEIN |
| Address | FELDKIRCHER STRASSE 2 FL-9494 SCHAAN GERMANY |
| Remark | FOR FURTHER CREDIT TO: LGT BANK IN LIECHTENSTEIN AG; 9490 VALDUZ/FL; BIC: BLFLL12X; ▬▬▬▬▬ |

**Beneficiary Information**

| | |
|---|---|
| ID | LI4108812105020630000 |
| Name | FAST FALCON, LLC |
| Address | MAIN ST 556 CHARLESTON, NEVIS WEST INDIES |
| Remark | |

**Instructing Bank Information**

| | |
|---|---|
| ID | |
| Name | |
| Address | |

**Drawdown Debit A/C Information**

| | |
|---|---|
| ID | |
| Name | |
| Address | |

**Other Information**

ire Information for : 20090904QMGFT007003718

**eneral Information**

| ender ABA | 121102036 | Receiver ABA | 021000018 |
| ender Name | Mechanics Bank | Receiver Name | BK OF NYC |

| eference | 20090904000123 CTR | Amount | 250,000.00 |
| ate | 9/4/2009 | Status | |

**Originator Information**

| D | |
| lame | |
| ddress | 3450 21st STREET SAN FRANCISCO, CA 94110-0000 |

**Originator Bank Information**

| D | 121102036 Mechanics Bank |
| Name | Mechanics Bank |
| Address | 725 Alfred Nobel Dr |
| Remark | CLIENT ACCOUNT FUNDING |

**Intermediary Bank Information**

| ID | |
| Name | |
| Address | |

**Benefiary Bank Information**

| ID | VOAGLI22 |
| Name | VOLKSBANK LIECHTENSTEIN |
| Address | FELDKIRCHER STRASSE Z FL-9494 SCHAAN GERMANY |
| Remark | |

**Benefiary Information**

| ID | LI4108812105020630000 |
| Name | FAST FALCON, LLC |
| Address | MAIN ST 656 CHARLESTON, NEVIS WEST INDIES |
| Remark | |

**Instructing Bank Information**

| ID | |
| Name | |
| Address | |

**Drawdown Debit A/C Information**

| ID | |
| Name | |
| Address | |

**Other Information**

**Wire Information for : 20091013000154**

**General Information**

| | | | |
|---|---|---|---|
| Sender ABA | 121102036 | Receiver ABA | 026007993 |
| Sender Name | Mechanics Bank | Receiver Name | UBS AG NYC |
| Reference | 20091013000154 CTR | Amount | 250,000.00 |
| Date | 10/13/2009 | Status | |

**Originator Information**

| | |
|---|---|
| ID | |
| Name | ▓▓▓▓▓▓▓▓ |
| Address | 3450 21st STREET SAN FRANCISCO, CA 94110-0000 |

**Originator Bank Information**

| | |
|---|---|
| ID | 121102036 Mechanics Bank |
| Name | Mechanics Bank |
| Address | 725 Alfred Nobel Dr Hercules, CA 94547 |
| Remark | |

**Intermediary Bank Information**

| | |
|---|---|
| ID | |
| Name | |
| Address | |

**Benefiary Bank Information**

| | |
|---|---|
| ID | VOAGLI22 |
| Name | Volksbank AG |
| Address | Feldkircher Strasse 2 FL-9494 Schaan Germany |
| Remark | For Further Credit to: LGT Bank in Liechtenstein AG; 9490 VADUZ/FL; BIC BLFLLI2X; IBAN ▓▓▓▓▓▓▓▓ |

**Benefiary Information**

| | |
|---|---|
| ID | LI4108812105020630000 |
| Name | Fast Falcon, LLC |
| Address | Main Street 556 Charlestown, Nevis West Indies |
| Remark | |

**Instructing Bank Information**

| | |
|---|---|
| ID | |
| Name | |
| Address | |

**Drawdown Debit A/C Information**

| | |
|---|---|
| ID | |
| Name | |
| Address | |

**Other Information**

| |
|---|
| |
| |

Wire Information for : 20090910QMGFT014002310

**General Information**

| | | | |
|---|---|---|---|
| Sender ABA | 121102036 | Receiver ABA | 026007993 |
| Sender Name | Mechanics Bank | Receiver Name | UBS AG NYC |
| Reference | 20090910000107 CTR | Amount | 250,000.00 |
| Date | 9/10/2009 | Status | |

**Originator Information**

| | |
|---|---|
| ID | |
| Name | |
| Address | 3450 21st STREET SAN FRANCISCO, CA 94110-0000 |

**Originator Bank Information**

| | |
|---|---|
| ID | 121102036 Mechanics Bank |
| Name | Mechanics Bank |
| Address | 725 Alfred Nobel Dr |
| Remark | CLIENT ACCOUNT FUNDING |

**Intermediary Bank Information**

| | |
|---|---|
| ID | |
| Name | |
| Address | |

**Benefiary Bank Information**

| | |
|---|---|
| ID | VOAGLI22 |
| Name | VOLKSBANK LIECHTENSTEIN |
| Address | FELDKIRCHER STRASSE 2 FL-9494 SCHAAN GERMANY |
| Remark | |

**Benefiary Information**

| | |
|---|---|
| ID | LI41088121050206300000 |
| Name | FAST FALCON, LLC |
| Address | MAIN ST 556 CHARLESTON, NEVIS WEST INDIES |
| Remark | |

**Instructing Bank Information**

| | |
|---|---|
| ID | |
| Name | |
| Address | |

**Drawdown Debit A/C Information**

| | |
|---|---|
| ID | |
| Name | |
| Address | |

**Other Information**