IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,

    Plaintiff,                    No. 2:10-cr-0061 GEB

    vs.

FREDERICK SCOTT SALYER,

    Defendant.                 <u>ORDER</u>

_____/

      Pursuant to 28 U.S.C. § 455(b)(3), the undersigned HEREBY RECUSES himself from presiding over proceedings in this matter presently set for February 25, 2010, which include defendant's initial appearance and arraignment and defendant's motion for pretrial release.

DATED: February 25, 2010

                                                     _____
                                                     KENDALL J. NEWMAN
                                                     UNITED STATES MAGISTRATE JUDGE