IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S. 10-061-LKK |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | **LIMITED DISCLOSURE AND** |
| vs. | ) | **PROTECTION OF GRAND JURY** |
| | ) | **MATERIALS** |
| FREDERICK SCOTT SALYER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The United States has moved, pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(I), for an order, preliminarily to or in connection with the trial in <u>United States v. Frederick Scott Salyer</u>, Cr. S. 10-061-LKK:  (1) authorizing the limited disclosure of certain grand jury transcripts, reports of interviews, and documents to counsel and their experts, consultants, contractors, subcontractors, investigators, and agents, to assist in preparing the case for trial; (2) authorizing the limited disclosure of grand jury transcripts, reports of interviews, and documents by all parties to prospective witnesses in preparation for trial; and (3) limiting the kind and extent of the disclosure.

    Having considered the motion of the United States, the applicability of Federal Rule of Criminal Procedure 6(e)(3)(E)(I), and the interests of the grand jury investigation, it is HEREBY ORDERED THAT:

1. The attorneys for the United States may disclose to counsel for the defendant, preliminarily to or in connection with the trial, grand jury transcripts, reports of interviews, and documents that may be relevant to the charges in the case.

2. Except as permitted by Federal Rule of Criminal Procedure 6(e), this Order, or some later order of this Court, counsel for the parties shall not disclose any transcripts, reports of interviews, documents or their contents that were produced under subpoena to the grand jury, to any person except that, for the sole purpose of preparing for trial:

    (a) counsel may use their knowledge of the transcripts, reports of interviews, and documents to interview prospective witnesses and to prepare for trial:

    (b) counsel may show or provide a prospective witness documents and the witness' transcript or report of interview;

    (c) defense counsel may show transcripts, reports of interviews, and documents to the Defendant; and

    (d) counsel may allow secretaries, clerical workers, paralegals, consultants, contractors, subcontractors, investigators, agents and experts retained to assist in the preparation of this case for trial (including litigation support and graphics production) to view transcripts, reports of interviews, and documents.

3. No person to whom transcripts, reports of interviews,

and documents have been shown or their contents disclosed pursuant to Paragraphs 1 and 2 of this Order may discuss with, show, or otherwise disclose the contents thereof, except as permitted by Federal Rule of Criminal Procedure 6(e) and this Order.

    4.   No notes or recorded notations of any kind that the Defendant, his counsel, their secretaries, clerical workers, paralegals, consultants, contractors, subcontractor, agents, investigators, and experts; or any consultant, contractor, subcontractor, agent, or expert retained by the United States may make relating to the contents of the grand jury transcripts, reports of interviews, or documents shall be shown to anyone except for the sole purpose of preparation for and trial of the case.

    5.   Nothing contained in this Order shall restrict or prevent any party from offering any of the disclosed grand jury materials into evidence or citing those materials in court papers filed in the case.

    6.   Counsel for the Defendant shall make good faith efforts to promptly destroy or return to the United States all grand jury transcripts, reports of interviews, and documents provided pursuant to Paragraphs 1 and 2 of this Order, along with all copies of the transcripts and documents, after the Defendant's case is disposed of by trial, appeal (if any), or other resolution of the charges against the Defendant.

    7.   The parties may apply to the Court for a modification of this Order at any time.

1   8.   Copies of this Order may be furnished to counsel for
2 the Defendant and to those to whom disclosure of grand jury
3 material is made.
4   SO ORDERED this _8th_ day of March, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-4-