MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FREDERICK SCOTT SALYER,<br><br>　　　　　Defendant.<br>_____/ | CASE NO: 2:10-CR-0061-LKK<br><br>**SUPPLEMENT TO DEFENDANT'S MEMORANDUM REGARDING CONDITIONS OF RELEASE AND DUE PROCESS**<br><br>**[18 U.S.C. § 3145(b)]**<br><br>_____<br>Date:　March 25, 2010<br>Time:　9:15 a.m.<br>Judge:　Hon. Lawrence K. Karlton |

In order to provide the Court with the most current information concerning the defendant's health status, and given the government's proffer of the Sacramento County Jail as the place of pre-trial confinement, counsel visited the defendant on the afternoon of March 24, 2010.

The defendant is, as he has been since his confinement commenced, located on the no-contact floor of the facility and is "locked down" in his small cell 23 ½ hours a day without any opportunity for exercise.

During his confinement in New York and during his transportation to California, the defendant did not receive his prescribed combination of medications, despite the fact that they were in his possession in New York at the time of his arrest.  After

arrival in Sacramento, he met the prison physician and told the doctor that he had been prescribed and was taking Tricor and Zetia in combination to control his diabetes and avoid stroke.  He was advised by the physician that "his medications" or combination of medications are not available at the facility and he was given an unknown ½ section of a pill to take.  The pill has not assisted him.  He remains "shaky" and sometimes disoriented; he now suffers vision problems in his right eye and has trouble concentrating.  The food he receives has a high starch content, not appropriate for dietary controls even if he is properly medicated.  He recently signed up for a review but has not yet been contacted for that purpose.

Respectfully submitted,

Dated:   March 24, 2010          **SEGAL & KIRBY LLP**

BY:   /s/ Malcolm S. Segal
MALCOLM S. SEGAL
Attorneys for Defendant
FREDERICK SCOTT SALYER