UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

FREDERICK SCOTT SALYER,

        Defendant.

                                        NO. CR. S-10-061 LKK

O R D E R

/

Pending before the court is the defendant's motion for bail. While the court will be frank and note its anxiety concerning Mr. Salyer's being released on bail, it is also convinced that under the totality of the circumstances, bail is appropriate, and that there are conditions of release that will reasonably assure the defendant's presence at trial.

ACCORDINGLY, the court ORDERS that the defendant will be released on bail when the totality of cash and property bond has been tendered and the following conditions will then go into effect:

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;
2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;
3. You shall not possess a firearm/ammunition, destructive device or any other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;
4. You shall surrender your passport and any and all pilot licenses to Pretrial Services or the Clerk of the United States District Court and you shall not seek or obtain any passport or travel documents or pilot licenses during the pendency of this case;
5. You shall not associate or have any contact with any co-defendants, unless in the presence of counsel, or otherwise approved in advance by the Pretrial Services Officer;
6. You shall report any contact with law enforcement to your Pretrial Services Officer within 24 hours;
7. You shall be personally responsible for the cost of your participation in the electronic monitoring program ordered herein and shall pay the monthly fee as instructed by the Pretrial Services Agency;
8. You shall submit to DNA testing as directed by the United States Attorney's Office;

1	9.	All financial transactions, including transferring of
2		funds, purchase of property or assets, and liquidation
3		of assets, must be approved in advance by Pretrial
4		Services;
5	10.	You are not to open any new financial accounts or lines
6		of credit without prior approval of Pretrial Services;
7	11.	You shall provide Pretrial Services with disclosure of
8		your financial statements as directed;
9	12.	You are released to the third-party custody of your
10		neighbor, Lynne Lintz.  Although Ms. Lintz will not be
11		residing with you, she will be required to have contact
12		with you regularly as directed by Pretrial Services;
13	13.	You shall have a home monitoring unit installed in a
14		place in the residence and a radio-frequency transmitter
15		attached to your person;
16	14.	You are restricted to the residence 24 hours a day, 7
17		days a week except for travel to your attorney's office,
18		the office of the FBI or other federal agencies in
19		California in possession of discovery records or
20		documents; each of those visits must first have
21		permission obtained from Pretrial Services, which may
22		also authorize such medical
23		visits as are necessary to maintain your health;
24	15.	You shall post cash bail in the amount of $300,000.00;
25	16.	You shall sign a personal surety bond secured by your
26		interest and the interest of your daughter's trust

1       in the property located at Redondo Road, Pebble Beach,
2       California, or, in the alternative, you shall cause to
3       be posted as security an interest in one or more homes
4       or real property owned by friends, family or neighbors,
5       the total between the cash bond and the personal surety
6       bond shall equal $6,000,000.00.
7  17.  You shall sign a waiver of extradition in a form
8       prepared by the United States and an agreement to be
9       tried and sentenced in absentia in the event that you
10      are not present for trial in this case.

IT IS SO ORDERED.

DATED: March 25, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4