UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-10-061 LKK

    Plaintiff,

  v.                           O R D E R

FREDERICK SCOTT SALYER,

    Defendant.
                                     /

    Pending before the court is the government's motion to stay the order releasing the defendant on bail.

    The motion is DENIED.

    IT IS SO ORDERED.

    DATED: March 26, 2010.

                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT

1