UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-10-061 LKK |
| Plaintiff, | |
| v. | O R D E R |
| FREDERICK SCOTT SALYER, | |
| Defendant. | |

The court is in receipt of the defendant's "application for release." To the extent it seeks a modification of the terms and conditions for bail heretofore ordered, it is DENIED.

To the extent it seeks to post the Redondo Road property, the defendant must demonstrate that he can do so despite the Lis Pendens.

IT IS SO ORDERED.

DATED: March 29, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1