UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-10-061 LKK

    Plaintiff,

 v.                     O R D E R

FREDERICK SCOTT SALYER,

    Defendant.

    The defendant has failed to convince the court that the lis pendens will not sufficiently diminish the value of the Ronda Road property. ACCORDINGLY, the court will not accept the Pebble Beach home as sufficient support for the bond under the order.

    This conclusion is premised upon the government being able to ensure defense counsel's access to the defendant in the Sacramento County jail as heretofore proposed by the government.

    IT IS SO ORDERED.

    DATED: March 30, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1