

```
 1 │ BENJAMIN B. WAGNER
   │ United States Attorney
 2 │ SEAN C. FLYNN
   │ MATTHEW D. SEGAL
 3 │ Assistant U.S. Attorneys
   │ 501 "I" Street, Suite 10-100
 4 │ Sacramento, California 95814
   │ Telephone: (916) 554-2700
 5 │
 6 │
 7 │             IN THE UNITED STATES DISTRICT COURT
   │          FOR THE EASTERN DISTRICT OF CALIFORNIA
 8 │
 9 │
   │ UNITED STATES OF AMERICA,    )  CASE NO. 2:10-CR-0061-LKK
10 │                              )
   │           Plaintiff,         )  STIPULATION AND PROTECTIVE
11 │                              )  ORDER REGULATING DISCOVERY
   │      v.                      )
12 │                              )
   │ FREDERICK SCOTT SALYER,      )
13 │                              )
   │           Defendant.         )
14 │
15 │      Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties in
16 │ United States v. Frederick Scott Salyer, stipulate and agree, and
17 │ respectfully request that the Court order that:
18 │      1.   The United States is in the process of turning over its
19 │           production of discovery in this case.  While the parties
20 │           may disagree as to defendant's entitlement to certain
21 │           discovery or the timing of disclosure, they agree that
22 │           early access to witness interviews and similar items of
23 │           discovery may facilitate the trial of the case.
24 │      2.   Certain of the documents contained in the government's
25 │           discovery production contain names and personal
26 │           identifying information of certain individuals
27 │           (hereinafter, the "Protected Material").  Such personal
28 │           identifying information includes, but is not limited to,
```

        addresses, telephone numbers, driver's license numbers, social security numbers and bank account numbers. Any pages of discovery that contain no personal identifying information or on which the identifying material is not redacted or blacked out are not subject to this order.

3. The Protected Material is now and will forever remain the property of the United States. The Protected Material is entrusted to counsel for the defendant only for purposes of representation in this case.

4. Counsel for the defendant shall not give Protected Material or any copy of Protected Material to any person other than counsel's staff, investigator(s), or retained expert(s). The terms "staff," "investigator," and "expert" shall not be construed to describe any defendant or other person not either regularly employed by counsel or a licensed investigator or expert hired in this case.

5. Any person receiving Protected Material or a copy of Protected Material from counsel for the defendant shall be bound by the same obligations as counsel and further may not give the Protected Material to anyone (except that the Protected Material shall be returned to counsel).

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

6. Counsel shall maintain a list of persons to whom any Protected Material, or copies thereof, have been given. Such persons shall be shown a copy of this Stipulation and Order and shall sign a copy of the Stipulation and Order and note that they understand its terms and agree to them.

7. The defendant in this case may review the Protected Material and be aware of its contents, but shall not be given control of the Protected Material or any copies thereof. Notwithstanding the foregoing, counsel is permitted to provide the defendant with copies of documents otherwise classifiable as Protected Material so long as counsel completely redact <u>all</u> personal identifying information from those documents prior to providing them to defendant.

8. Within twenty days of sentencing or dismissal of the defendant's case, or the conclusion of any appeals or litigation ancillary to the criminal case, defendant's counsel shall destroy the Protected Material, and any copies of Protected Material, and shall so certify to the attorney for the government by letter.

9. The foregoing notwithstanding, after the Trial Confirmation Hearing in this case, counsel, staff, and investigator for any defendant who has confirmed for trial may make copies of the Protected Material for trial preparation and presentation. Any copies must, however,

/ / / /
/ / / /
/ / / /

```
 1                remain in the possession of counsel, staff, investigator,
 2           expert or the Court.
 3
                                        Respectfully Submitted,
 4
                                        BENJAMIN B. WAGNER
 5                                      United States Attorney
 6
 7   DATE: April 6, 2010        By:     /s/ Sean C. Flynn
                                        SEAN C. FLYNN
 8                                      Assistant U.S. Attorney
 9
                                        /s/ Malcolm Segal
10   DATE: April 6, 2010                MALCOLM SEGAL
                                        Counsel for F. Scott Salyer
11
12   SO ORDERED.
13
14   DATE: April 6, 2010.
                                        _____
15                                      HON. KIMBERLY J. MUELLER
                                        U.S. Magistrate Judge
```

4