UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

        v.                                CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

    Defendant.
_____/
IN RE:

SK FOODS, L.P.

    Debtor.

BRADLEY D. SHARP,                         CIV. NO. S-10-810 GEB

    Plaintiff,

        v.

SCOTT SALYER, et al.,

    Defendants.
_____/

////

////

////

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY D. SHARP,                    CIV. NO. S-10-811 WBS
 5          Plaintiff,
 6              v.
 7  SKF AVIATION, LLC, et al.,
 8          Defendants.
                                     /
 9  IN RE:
10  SK FOODS, L.P.
11          Debtor.
12  BRADLEY D. SHARP,                    CIV. NO. S-10-812 JAM
13          Plaintiff,
14              v.
15  SSC FARMS 1, LLC, et al.,            RELATED CASE ORDER
16          Defendants.
                                     /
17
```

　　　Attorneys for defendant Frederick Scott Salyer have filed a notice of related cases stating that United States of America v. Salyer, No. 2:10-CR-0061-LKK, is related to three appeals from the Bankruptcy Court.  Examination of the above matters reveals that they are related within the meaning of E.D. Cal. Local Rule 123 for the reasons set forth in the defendant's memorandum.

　　　The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected.

Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated No. 2:10-CV-810-GEB, 2:10-CV-811-WBS and 2:10-CV-812-JAM are reassigned to Judge Lawrence K. Karlton for all further proceedings. Henceforth the caption on all documents filed in the reassigned cases shall be shown as No. 2:10-CV-810-LKK, 2:10-CV-811-LKK and 2:10-CV-812-LKK.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: April 12, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT