BENJAMIN B. WAGNER
United States Attorney
SEAN C. FLYNN
MATTHEW D. SEGAL
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,    )<br>  )<br>      v.                    )<br>  )<br>FREDERICK SCOTT SALYER,   )<br>  )<br>            Defendant.    )<br>  )<br>_____) | Case No. Cr. S. 10-061-LKK<br><br>ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |

The parties to the above-referenced matter appeared before this Court on April 13, 2010, at 9:15 a.m. for a hearing on Defendant's Motion for Reconsideration of Release and/or Reconsideration of the Court's March 30, 2010 Order Concerning Conditions of Release.  At the conclusion of the hearing, counsel for both parties agreed to the setting of a further status conference before this Court on Tuesday, April 27, 2010, at 9:15 a.m., at which time and schedule for motion practice will be set.

The Court finds that the time period from April 13, 2010, up to and including the new status conference date of April 27 2010, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act.  As the Defendant has

represented during prior detention proceedings, this is a complex case both in the nature of the allegations and in the volume and scope of the evidence.  Based on the representations of counsel, the Government has produced hundreds of thousands of documents, and hundreds of hours of recordings to the defendant, and the defense is currently reviewing that information.

Based on that information, the Court finds that the above-captioned case is unusual and complex such that it is unreasonable to expect adequate preparation for pretrial proceedings or for a potential trial within the time limits established by the Speedy Trial Act.

For these reasons, the Court orders that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A),(B)(ii) (Local Code T2).

Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period.

**O R D E R**

IT IS SO FOUND AND ORDERED this 15th day of April, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2