MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CR-0061-LKK |
| Plaintiff, | **ORDER REGARDING PRETRIAL MOTION SCHEDULE** |
| v. | |
| FREDERICK SCOTT SALYER, | |
| Defendant. | |

The parties to the above-referenced matter appeared before this Court on April 27, 2010, at 9:15 a.m. for a further status conference.  At the status conference, the Court set the following motion schedule:

The defendant shall file a discovery motion on or before May 14, 2010, the government shall file a response by May 28, 2010, and the defendant shall file a reply by June 4, 2010.  The hearing on the motion is to be noticed for the Magistrate Judge's calendar.

The defendant shall file Fourth Amendment motions to suppress evidence on or before June 7, 2010, the government shall file a response by June 28, 2010, and the defendant shall file a reply by July 6, 2010.  <u>Hearing on the motion(s) is set for July 13, 2010 at 9:15 a.m.</u>  Any evidentiary hearing on the motions shall also be set by the Court on the Court's first available calendar date for that purpose.

The defendant shall file any further challenges to the Title III wire and interceptions, to dismiss the indictment, or counts thereof, severance and other FRCP Rule 12 motions, on

1  or before July 26, 2010, the government shall file a response by August 16, 2010, and the
2  defendant shall file a reply by August 23, 2010.  <u>Hearing on these motion is set for August
3  31, 2010 at 9:15 a.m.</u> Any evidentiary hearing on the motions shall also be set by the Court
4  on the Court's first available calendar date for that purpose.

5  Nothing in this proposed schedule is intended to preclude the defendant from
6  requesting additional time from the Court to file motions should such become necessary by
7  reason of the need to review discovery or for such other reason as may later be provided to
8  the Court.

9  The time between April 27, 2010, and the filing of the motions under this order shall
10  be excluded from the calculation of time pursuant to the Speedy Trial Act
11  in order to permit defense counsel to prepare such motions and reply to the government's
12  oppositions.  18 U.S.C. §§3161(h)(1)(D), (h)(7)(B)(iv) [Local Codes E/T4].

14  **O R D E R**

16  IT IS SO ORDERED this 28th day of April, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT