MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FREDERICK SCOTT SALYER,<br><br>　　　　　Defendant. | Case No. 2:10-CR-0061-LKK<br><br>**ORDER REGARDING DEFENDANT'S APPLICATION TO RELEASE AND RETURN CASH BAIL POSTED WITH CLERK OF THE COURT**<br>_____<br><br>**No Hearing Requested** |

　　　　The defendant, FREDERICK SCOTT SALYER, respectfully requests that the Court issue an order directing the Clerk of the Court to release and return the $300,000 cash bail posted on March 29, 2010.  The cash bail, in the form of cashier's check payable to the Clerk of the Court, was deposited with the Clerk in accord with the Court's release order issued March 25, 2010, as security for a personal surety bond.  Exhibit 1 (copy of receipt for collateral).

　　　　As the Court is aware, the conditions specified in the release order *inter alia* required that the defendant execute a personal surety bond in the amount of six million dollars, secured by three-hundred thousand dollars in cash bail and interests in a family home located in Pebble Beach.  Subsequent determinations concerning a

1 lis pendens have precluded the defendant from posting the property and he remains
2 detained pending trial.
3     The $300,000 cash bail was posted with the Clerk of the Court from funds lent
4 to the defendant for that specific purpose by his daughters' Trusts. The Trustee of
5 the daughters' Trusts has requested that the funds be returned to the trusts pending
6 further bail proceedings, if any, and the Clerk's Office has advised that an order from
7 the Court is necessary to obtain release and return of the cash bail.  Consequently,
8 the defendant requests that the Court issue an order directing the Clerk of the Court
9 to immediately release and return the $300,000 cash bail so that it can be returned
10 to the Trusts.

**O R D E R**

IT IS SO ORDERED this 18th day of May, 2010.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT