BENJAMIN B. WAGNER
United States Attorney
SEAN C. FLYNN
MATTHEW D. SEGAL
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. Cr. S. 10-061-LKK |
|---|---|---|
| Plaintiff, | ) | ORDER REGARDING REVISED |
| | ) | PRETRIAL MOTIONS SCHEDULE |
| v. | ) | |
| FREDERICK SCOTT SALYER, | ) | |
| Defendant. | ) | |

On April 28, 2010, the Court issued an Order setting forth a pretrial motions schedule in the above-captioned matter. On May 6, 2010, Defendant filed a request to modify that motions schedule. The Government subsequently filed a Statement of Non-Opposition to the defendant's modification request on May 7, 2010. Since that date, the parties have conferred and have agreed to jointly submit to the Court a revised pretrial motions schedule in this matter. The dates proposed by the parties, which are agreeable to the Court, are as follows:

The defendant shall file a discovery motion on or before June 1, 2010, the government shall file a response by June 15, 2010, and the defendant shall file a reply by June 22, 2010. The

hearing on the motion is to be noticed for the Magistrate Judge's calendar.

The defendant shall file Fourth Amendment motions to suppress evidence on or before June 29, 2010, the government shall file a response by July 20, 2010, and the defendant shall file a reply by July 27, 2010. A hearing on the defendant's Fourth Amendment motions shall be held before the Court on August 3, 2010.

The defendant shall file any further challenges to the Title III wire and interceptions, to dismiss the indictment, or counts thereof, severance and other FRCP Rule 12 motions, on or before August 24, 2010, the government shall file a response by September 14, 2010, and the defendant shall file a reply by September 21, 2010. A hearing on these motions shall be held before the Court on September 28, 2010.

Nothing in this schedule is intended to preclude the defendant from requesting additional time from the Court to file motions should such become necessary by reason of the need to review discovery or for such other reason as may later be provided to the Court.

The time between the date of this Order, and the filing of the motions under this Order shall be excluded from the calculation of time pursuant to the Speedy Trial Act in order to

/ / / /

/ / / /

/ / / /

permit defense counsel to prepare such motions and reply to the government's oppositions.  18 U.S.C. §§ 3161(h)(1)(d), (h)(7)(B)(iv)[Local Codes E/T4].

**O R D E R**

IT IS SO FOUND AND ORDERED this 25th day of May, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3