MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FREDERICK SCOTT SALYER, <br><br> Defendant. | Case No. 2:10-CR-0061-LKK <br><br> **DEFENDANT'S NOTICE OF MOTION AND MOTION FOR PRESERVATION OF GOVERNMENT NOTES** <br><br> Date:  July 1, 2010 <br> Time:  2:00 pm <br> Judge:  Magistrate Judge <br>           Gregory G. Hollows |

TO: Plaintiff United States of America, BENJAMIN B. WAGNER, United States Attorney, SEAN C. FLYNN, MATTHEW D. SEGAL, Assistant United States Attorneys, counsel for Plaintiff

PLEASE TAKE NOTICE that on July 1, 2010, at 2:00 p.m., or as soon thereafter as the matter may be heard before Gregory G. Hollows, United States Magistrate Judge, the defendant, Frederick Scott Salyer, by and through his counsel, will and hereby move this court for an order requiring plaintiff to preserve all government notes.

This motion is based upon the attached Memorandum of Points and Authorities, the files and records in this case, and any argument or evidence which may be presented at the hearing on this motion.

Respectfully submitted,

Dated:   June 1, 2010                        **SEGAL & KIRBY LLP**

BY:   /s/ Malcolm S. Segal
      MALCOLM S. SEGAL
      Attorneys for Defendant
      FREDERICK SCOTT SALYER

### MEMORANDUM OF POINTS AND AUTHORITIES

The defense respectfully requests this Court to enter an order directing all government agents, including those employed by the United States Attorney's office, the FBI, the United States Internal Revenue Service Criminal Investigation Division, the United States Department of Justice, including its anti-trust division, the Office of Inspector General, the United States Department of Agriculture, and the United States Food and Drug Administration; and any other state or federal agencies, involved in any state or federal, civil or criminal aspect of the subject matter of this case to retain and preserve all notes made during the course of the investigation of the subject matter of this case.

Specifically, the defense requests the preservation of all rough notes, e-mails, correspondence, reports, memoranda, charts, synopses, summaries, etc., which were taken or made as part of any witness interviews, whether or not the contents of the same were incorporated into any official records such as, but not limited to, investigative reports, search warrant affidavits, and wiretap affidavits.  These notes shall include, but are not limited to, e-mails, correspondence, or any other written instructions given to, received from, or concerning the activities of the FBI Agent Paul Artley who supplied the affidavit in support of a criminal complaint in this case.

Pursuant to 18 U.S.C. §3500 and Rule 26.2 of the Federal Rules of Criminal Procedure, witness statements are not subject to inspection prior to that witness's testimony on direct examination. These items included within this motion must be preserved so that if any dispute arises concerning this material, this Court

can determine, for itself, whether disclosure to the defense is required under *Brady v. Maryland*, 373 U.S. 83 (1963), the Jencks Act, 18 U.S.C. § 3500, or F.R.Crim.P. 26.2.  *See United States v. Harris*, 543 F.2d 1247, 1253 (9th Cir. 1976). *See also United States v. Miller*, 771 F.2d 1219, 1231-32 (9th Cir. 1985) (the determination of whether or not these materials are discoverable is a fact question for the court).

Granting the instant request imposes no undue burden upon the government.

WHEREFORE, for all the foregoing reasons, the defense respectfully request the entry of an order requiring all government personnel and agencies, to retain their criminal and civil case investigative notes, and other items specified above, related to all transactions and matters concerning the activities listed in the present indictment.

Respectfully submitted,

Dated:   June 1, 2010              **SEGAL & KIRBY LLP**

BY:   /s/ Malcolm S. Segal
MALCOLM S. SEGAL
Attorneys for Defendant
FREDERICK SCOTT SALYER