MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
SEGAL & KIRBY LLP
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK SCOTT SALYER,<br><br>Defendant. | Case No. 2:10-CR-0061-LKK<br><br>**ORDER REGARDING REVISED PRETRIAL  MOTIONS SCHEDULE** |

On May 26, 2010, the Court issued an Order setting forth a revised pretrial motions schedule in the above-captioned matter.  In conformity with the schedule, the defendant has timely filed a pretrial discovery motion, opposed by the government, which is set for hearing on July 1, 2010, before the Magistrate Judge. The defendant has requested additional time to file the other motions because of the volume of discovery and the pending resolution of the discovery motion before the Magistrate Judge.  The parties have conferred and have agreed to jointly submit to the Court a second revised pretrial motions schedule and time exclusion in this matter.  The dates proposed by the parties, which are agreeable to the Court, are as follows:

The defendant shall file Fourth Amendment motions to suppress evidence on or before July 20, 2010, the government shall file a response by August 10, 2010,

and the defendant shall file a reply by August 17, 2010.   A hearing on the defendant's Fourth Amendment motions shall be held before the Court on September 8, 2010 at 9:15 a.m..

The defendant shall file any further challenges to the Title III wire and interceptions, motion to dismiss any or all counts of the indictment, motion for severance, and other FRCrP Rule 12 motions, on or before September 14, 2010, the government shall file a response by October 5, 2010, and the defendant shall file a reply by October 12, 2010.   A hearing on these motions shall be held before the Court on October 26, 2010, at 9:15 am.

Nothing in this schedule is intended to preclude either party from requesting relief from these deadlines based on a showing of good cause.

The time between April 27, 2010 and the filing of the motions under this Order are properly excluded from the calculation of time pursuant to the Speedy Trial Act in order to permit defense counsel to evaluate the voluminous discovery and prepare motions.  18 U.S.C. §§3161(h)(7)(A), (h)(7)(B)(iv).  Failure to grant this continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  Id.  Thus, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.  Id.

**O R D E R**

IT IS SO FOUND AND ORDERED this 29th day of June, 2010.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT