UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

       v.                        CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

    Defendant.
_____/
IN RE:

SK FOODS, L.P.

    Debtor.

BRADLEY D. SHARP,                   CIV. NO. S-10-810 LKK

    Plaintiff,

       v.

SCOTT SALYER, et al.,

    Defendants.
_____/

////

////

////

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY D. SHARP,                        CIV. NO. S-10-811 LKK
 5          Plaintiff,
 6             v.
 7  SKF AVIATION, LLC, et al.,
 8          Defendants.
                                         /
 9  IN RE:
10  SK FOODS, L.P.
11          Debtor.
12  BRADLEY D. SHARP,                        CIV. NO. S-10-812 LKK
13          Plaintiff,
14             v.
15  SSC FARMS 1, LLC, et al.,
16          Defendants.
                                         /
17  IN RE:
18  SK FOODS, L.P.
19          Debtor.
20  BRADLEY SHARP,                           CIV. NO. S-10-1492 FCD
21          Plaintiff,
22             v.
23  SSC FARMS 1, LLC, et al.,
24          Defendants.
                                         /
25  ////
26  ////
```

```
 1  IN RE:
 2  SK FOODS, L.P.                              CIV. NO. S-10-1493 GEB
 3          Debtor.
    _____/
 4  IN RE:
 5  SK FOODS, L.P.
 6          Debtor.
 7  BRADLEY SHARP,                              CIV. NO. S-10-1496 WBS
 8          Plaintiff,
 9             v.
10  CSSS, L.P., et al.,
11          Defendants.
    _____/
12  IN RE:
13  SK FOODS, L.P.
14          Debtor.
15  BRADLEY SHARP,                              CIV. NO. S-10-1497 GEB
16          Plaintiff,
17             v.
18  FRED SALYER IRREVOCABLE
    TRUST, et al.,
19
            Defendants.
20  _____/
21  ////
22  ////
23  ////
24  ////
25  ////
26  ////
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY SHARP,                          CIV. NO. S-10-1498 WBS
 5          Plaintiff,
 6             v.
 7  SKF AVIATION, LLC., et al.,
 8          Defendants.
   _____/
 9  IN RE:
10  SK FOODS, L.P.
11          Debtor.
12  BRADLEY SHARP,                          CIV. NO. S-10-1499 WBS
13          Plaintiff,
14             v.
15  SCOTT SALYER, et al.,
16          Defendants.
   _____/
17  IN RE:
18  SK FOODS, L.P.
19          Debtor.
20  BRADLEY SHARP,                          CIV. NO. S-10-1500 MCE
21          Plaintiff,
22             v.
                                            RELATED CASE ORDER
23  SCOTT SALYER, et al.,
24          Defendants.
   _____/
25  ////
26  ////
```

1        Defendant Frederick Scott Salyer has filed a notice of related
2   cases arguing that United States of America v. Salyer, No. 2:10-CR-
3   0061-LKK, is related to seven appeals from orders entered by the
4   Bankruptcy Court in adversary litigation.  Each of these appeals
5   concerns a request to stay the adversary proceedings pending
6   completion of the criminal proceedings in United States v. Salyer.
7   Examination of the above matters reveals that they are related
8   within the meaning of E.D. Cal. Local Rule 123 for the reasons set
9   forth in defendant Salyer's memorandum.
10       The parties should be aware that relating the cases under
11  Local Rule 123 merely has the result that the actions are assigned
12  to the same judge; no consolidation of the actions is effected.
13  Under the regular practice of this court, related cases are
14  generally assigned to the judge to whom the first filed action was
15  assigned.
16       IT IS THEREFORE ORDERED that the actions denominated
17  2:10-CV-1492-FCD, 2:10-CV-1493-GEB, 2:10-CV-1496-WBS,
18  2:10-CV-1497-GEB, 2:10-CV-1498-WBS, 2:10-CV-1499-WBS, and
19  2:10-CV-1500-MCE are reassigned to Judge Lawrence K. Karlton for
20  all further proceedings.  Henceforth the caption on all documents
21  filed in the reassigned cases shall be shown as No. 2:10-CV-1492-
22  LKK, 2:10-CV-1493-LKK, 2:10-CV-1496-LKK, 2:10-CV-1497-LKK,
23  2:10-CV-1498-LKK, 2:10-CV-1499-LKK and 2:10-CV-1500-LKK.
24       IT IS FURTHER ORDERED that the Clerk of the Court make
25  appropriate adjustment in the assignment of cases to compensate for
26  ////

1  this reassignment.
2      IT IS SO ORDERED.
3      DATED:  July 8, 2010.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```