BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
MATTHEW D. SEGAL
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

BARBARA NELSON
RICHARD COHEN
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102
Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:10-CR-61 LKK - GGH |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | |
| ) | |
| FREDERICK SCOTT SALYER ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties jointly request that the Court continue the dates it set for the Government's Motion for Reconsideration by Magistrate Judge as follows:

1) Defendant's Response due close of business Monday, July 26, 2010;

2) Hearing to be held at 9:00 a.m. on Wednesday, July 28, 2010;

1

3) Deadline for any party to seek any and all review by the District Court shall be fourteen days after Magistrate Court files an order on the Government's Motion for Reconsideration by Magistrate Judge.

This continuance best serves the interests of justice by ensuring prompt disposition while also minimizing disruption of motions practice in the District Court.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

Date:  July 20, 2010      By:  /s/ Matt Segal
                               R. STEVEN LAPHAM
                               MATTHEW D. SEGAL
                               Assistant United States Attorneys
                               BARBARA NELSON
                               RICHARD COHEN
                               Trial Attorneys, Antitrust Division

Date:  July 20, 2010           /s/ Malcolm Segal
                               MALCOLM S. SEGAL
                               Attorney for Frederick Scott Salyer

**SO ORDERED**

Date:  July 20, 2010           /s/ Gregory G. Hollows
                               HON. GREGORY G. HOLLOWS
                               U.S. Magistrate Judge

salyer.eot