MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK SCOTT SALYER,<br><br>Defendant. | Case No. 2:10-CR-0061-LKK<br><br>**ORDER REGARDING REDACTION OF PREVIOUSLY FILED EXHIBITS**<br><br>**No Hearing Requested** |

The defendant, FREDERICK SCOTT SALYER, respectfully requests that the Court issue an order directing the Clerk of the Court to redact the following exhibits contained in the previously filed Combined Index of Exhibits and Request for Judicial Notice in Support of Motion to Suppress Evidence Obtained by Search Warrants Tainted by Prior Illegal Warrantless Searches and Title III Wire Interceptions; Request for Evidentiary Hearing and Hearing Pursuant to *Franks v. Delaware* by the Defendant in Support of His Suppression Motions filed on July 20, 2010:

Docket #162

1.  Exhibit F: Bates USAO 002432 (excerpt illustrated in Attachment 1);
2.  Exhibit G: Bates USAO 001850 (excerpt illustrated in Attachment 2).

The defendant further respectfully requests that the Court issue an order directing the Clerk of the Court to redact the following exhibits contained in the previously filed Combined Index of Exhibits And Request for Judicial Notice in

Support Of: (1) Defendant's Motion to Suppress Evidence of Warrantless Searches; Request for Evidentiary Hearing; and (2) Defendant's Motion to Suppress Fruits of Illegal Wiretaps Or, in the Alternative, for Suppression under *Franks v. Delaware*; Request for Evidentiary Hearing and Hearing Pursuant to *Franks v. Delaware* filed on July 20, 2010:

Docket #163

3.  Exhibit A-1 : Bates USAO 001850 (excerpt illustrated in Attachment 3);
4.  Exhibit A-2: Bates USAO 001847-48 (excerpt illustrated in Attachment 4);

Docket #164

5.  Exhibit A-20: Bates USAO 002432 (excerpt illustrated in Attachment 5);

Docket #170

6.  Exhibit A-68: Bates USAO 027872, 027875, 027889-90 (excerpt illustrated in Attachment 6).

**O R D E R**

IT IS SO ORDERED this 5th day of August, 2010.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT