UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

FREDERICK SCOTT SALYER,

        Defendant.

_____/

NO. CR. S-10-061 LKK

O R D E R

    The court is in receipt of defendant's request for reconsideration of conditions of release.  The government may file a response within fourteen (14) days from the date of this order.  The response shall be no longer than ten (10) pages in length.  If the court determines a hearing is necessary, one will be set and the parties will be notified.

    IT IS SO ORDERED.

    DATED: August 11, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1