Case 2:10-cr-00061-TLN-DAD   Document 199   Filed 08/12/10   Page 1 of 2

MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CR-0061-LKK |
| Plaintiff, | **ORDER REGARDING REDACTION OF EXHIBITS FILED FEBRUARY 24, 2010** |
| v. | |
| FREDERICK SCOTT SALYER, | **No Hearing Requested** |
| Defendant. | |

The defendant, FREDERICK SCOTT SALYER, respectfully requests that the Court issue an order directing the Clerk of the Court to redact the following exhibits contained in the previously filed Compendium of Exhibits in Support of Defendant's Motion for Pre-Trial Release filed on February 24, 2010:

Docket #8

1. Attachment 2, Exhibit 12 (excerpts illustrated in Attachment A);

2. Attachment 3, Exhibit 13 (excerpts illustrated in Attachment B).

//
//
//

1
ORDER REGARDING REDACTION OF EXHIBITS FILED FEBRUARY 24, 2010

1 | Dated: August 6, 2010               **SEGAL & KIRBY LLP**

                          By:    /s/ Malcolm S. Segal
                                 MALCOLM S. SEGAL
                                 Attorneys for Defendant
                                 FREDERICK SCOTT SALYER


### **O R D E R**

IT IS SO ORDERED this 11th day of August, 2010.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

ORDER REGARDING REDACTION OF EXHIBITS FILED FEBRUARY 24, 2010