1  MALCOLM S. SEGAL - 075481
   JAMES P. MAYO - 169897
2  **SEGAL & KIRBY LLP**
   770 L Street, Suite 1440
3  Sacramento, CA  95814
   Telephone: (916) 441-0828
4  Facsimile: (916) 446-6003

5  Attorneys for Defendant
   FREDERICK SCOTT SALYER

6

7

8              UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,      )   Case No. 2:10-CR-0061-LKK
12                                 )
              Plaintiff,           )   **ORDER REGARDING REVISED**
13                                 )   **PRETRIAL  MOTIONS SCHEDULE**
              v.                   )   **AND DISCOVERY ORDER**
14                                 )
   FREDERICK SCOTT SALYER,         )
15                                 )
              Defendant.           )
16                                 )
17  _____  )

18       On June 30, 2010, the Court issued an Order setting forth a revised pretrial

19  motions schedule in the above-captioned.  The defendant has filed motions to

20  suppress evidence (docket nos. 144-145, 147-148, 151-152, 154-170) which were

21  opposed by the government (docket nos. 189-191, 193-197).  The defendant has

22  requested additional time to file reply briefs because of the need to review a

23  substantial amount of discovery pertinent to the government's responses.  The

24  parties have conferred and have agreed to jointly submit to the Court a third

25  stipulated revised pretrial motions schedule, which also incorporates an agreement

26  extending the government's time to appeal and comply with discovery orders issued

27  by  Magistrate Judge Hollows pertaining to *Brady/Giglio* (docket nos. 132, 181).  The

28  dates proposed by the parties are as follows:

1       The defendant shall file his replies to the government's responses to the

2 motions to suppress evidence on or before September 14, 2010, and the

3 government, if it believes new facts or issues are raised by the defendant in his

4 replies, shall file its sur-replies by September 28, 2010.  A hearing on those motions

5 shall be held before the Court on October 19, 2010 at 9:15 am.

6       The defendant shall file any further challenges to the Title III wire and

7 interceptions, any motions to dismiss any or all counts of the indictment, for

8 severance of counts of the indictment and all other FRCrP Rule 12 motions, on or

9 before November 9, 2010, the government shall file a response by December 2,

10 2010, and the defendant shall file a reply by December 16, 2010.   A hearing on

11 these motions shall be held before the Court on January 11, 2011, at 9:15 am.

12       The government shall file its appeal of Magistrate Judge Hollow's discovery

13 order(s), currently due on August 16, 2010, by August 26, 2010, and the defendant

14 shall file his opposition on or before September 2, 2010.   A hearing on the matter, if

15 ordered by the Court, shall be held on September 21, 2010, at 9:15 am.  In addition,

16 the ninety day time frame for the government to comply with the order with respect to

17 *Brady/Giglio* identification/disclosure shall be extended for twenty-one days.

18       Nothing in this schedule is intended to preclude either party from requesting

19 relief from these deadlines based on a showing of good cause.

20       The time between April 27, 2010, and the filing of the motions under this Order

21 are properly excluded from the calculation of time pursuant to the Speedy Trial Act in

22 order to permit defense counsel to evaluate the voluminous discovery and prepare

23 motions.   18 U.S.C. §§3161(h)(7)(A), (h)(7)(B)(iv).  Failure to grant this continuance

24 would deny counsel for the defendant the reasonable time necessary for effective

25 //

26 //

27 //

28 //

ORDER REGARDING REVISED PRETRIAL MOTIONS
SCHEDULE AND DISCOVERY ORDER

1  preparation, taking into account the exercise of due diligence. Thus, the ends of

2  justice served by the granting of this continuance outweigh the best interests of the

3  public and the defendant in a speedy trial.  Id.

4

5  **O R D E R**

6

7  IT IS SO FOUND AND ORDERED this 27th day of August, 2010.

8

9

10  _____

11  LAWRENCE K. KARLTON
   SENIOR JUDGE

12  UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER REGARDING REVISED PRETRIAL MOTIONS
SCHEDULE AND DISCOVERY ORDER