# SEGAL & KIRBY LLP

770 L Street, Suite 1440
Sacramento, California 95814

Telephone (916) 441-0828
Facsimile  (916) 446-6003
www.segalandkirby.com

**FILED**

SEP - 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

September 3, 2010

**Via Hand Delivery**
Lawrence K. Karlton
Chief United States District Judge Emeritus
Eastern District of California
501 I Street
Sacramento, CA 95814

> **RE:** *United States v. F. Scott Salyer*, 2:10-CR-0061 LKK
> Defendant's Bail Submission

Dear Judge Karlton:

The defendant, F. Scott Salyer has submitted herewith documents, including a cashier's check in the amount of $300,000, the personal surety bonds securing the interests in real property and a signed waiver of extradition signed by the defendant, in compliance with your order dated March 25, 2010.

In lieu of the Pebble Beach home encumbered by a lis pendens, the defendant has submitted property from his sister and friends having equity in excess of the $5,700,000 required by the order. For the Court's convenience, a copy of the release order is attached and the following chart identifies the properties and persons who have provided the security:

| Surety | Address | Appraisal | Title Report | Debt | Net Equity |
|---|---|---|---|---|---|
| Cash | | $300,000 | N/A | N/A | $300,000 |
| Linda Lee | | $3,650,000 | Yes | None | $3,650,000 |
| Linda Lee | | $450,000 | Yes | None | $450,000 |
| Linda Lee | | $250,000 | Yes | None | $250,000 |
| Robert Pruett & Deborah Myers | | $1,175,000 | Yes | $900,000 | $275,000 |
| Robert Pruett, Sr. & Nancy Pruett | Real Property - Placer County | $300,000 | Yes | None | $300,000 |
| Calvin & Diane Carter | | $850,000 | Yes | $64,321 | $785,679 |
| | | **TOTAL EQUITY** | | | **$6,010,679** |

Lawrence K. Karlton
September 3, 2010
Page 2

      Given the impending holiday weekend, the defendant respectfully requests that, should the Court approve the defendant's release, Malcolm Segal, counsel for the defendant, be intrusted with the responsibility of filing and recording the deeds with the clerk's of the five counties in which the properties are located and that the defendant be released conditioned on the recording of the deeds and the delivery of the recorded deeds to the Clerk of this Court. Should the Court determine not to release the defendant pending the filing, the defendant requests that, in view of the Court's unavailability next week, a release order be issued subject only to the recording and filing of the recorded deeds with the Clerk of this Court.

                                         Very truly yours,

                                         Malcolm Segal

cc:    Jared Dolan, AUSA (via hand-delivery)

**Mindy Perry**

| | |
|---|---|
| **From:** | caed_cmecf_helpdesk@caed.uscourts.gov |
| **Sent:** | Friday, March 26, 2010 3:43 PM |
| **To:** | caed_cmecf_nef@caed.uscourts.gov |
| **Subject:** | Activity in Case 2:10-cr-00061-LKK USA v. Salyer Collateral Received |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of California - Live System

**Notice of Electronic Filing**

The following transaction was entered on 3/26/2010 at 3:42 PM PDT and filed on 3/26/2010
**Case Name:**      USA v. Salyer
**Case Number:**    2:10-cr-61
**Filer:**
**Document Number:** 55(No document attached)

**Docket Text:**
**COLLATERAL RECEIVED as to Frederick Scott Salyer: Passport by Attorney James P. Mayo for Frederick Scott Salyer, 047635550. (Mena-Sanchez, L)**


**2:10-cr-61-1 Electronically filed documents will be served electronically to:**

Malcolm S. Segal    mperry@segalandkirby.com, msegal@segalandkirby.com

Matthew Dean Segal    Matthew.Segal@usdoj.gov, gwen.lincoln@usdoj.gov, usacae.ecfsaccrm@usdoj.gov

Sean C. Flynn    sean.flynn@usdoj.gov, usacae.ecfsaccrm@usdoj.gov

**2:10-cr-61-1 Electronically filed documents must be served conventionally by the filer to:**

3/29/2010

**Mindy Perry**

| | |
|---|---|
| **From:** | caed_cmecf_helpdesk@caed.uscourts.gov |
| **Sent:** | Friday, March 26, 2010 3:47 PM |
| **To:** | caed_cmecf_nef@caed.uscourts.gov |
| **Subject:** | Activity in Case 2:10-cr-00061-LKK USA v. Salyer Collateral Received |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of California - Live System

**Notice of Electronic Filing**

The following transaction was entered on 3/26/2010 at 3:46 PM PDT and filed on 3/26/2010
**Case Name:**      USA v. Salyer
**Case Number:**    2:10-cr-61
**Filer:**
**Document Number:** 56(No document attached)

**Docket Text:**
**COLLATERAL RECEIVED as to Frederick Scott Salyer: Federal Aviation Commercial Pilot Proficiency Card from Frederick Scott Salyer, 5600250023. (Mena-Sanchez, L)**


**2:10-cr-61-1 Electronically filed documents will be served electronically to:**

Malcolm S. Segal    mperry@segalandkirby.com, msegal@segalandkirby.com

Matthew Dean Segal    Matthew.Segal@usdoj.gov, gwen.lincoln@usdoj.gov, usacae.ecfsaccrm@usdoj.gov

Sean C. Flynn    sean.flynn@usdoj.gov, usacae.ecfsaccrm@usdoj.gov

**2:10-cr-61-1 Electronically filed documents must be served conventionally by the filer to:**

3/29/2010