UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
September 3, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR. S-10-061 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| FREDERICK SCOTT SALYER, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  FREDERICK SCOTT SALYER , Case No.

 CR. S-10-061 , Charge  18 USC 1962 - Conducting The Affairs of an Enterprise Through a

Pattern of Racketeering Activity , from custody subject to the conditions contained in the attached

"Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $ 6,000,000.00 

        ___   Unsecured Appearance Bond

        ___   Appearance Bond with 10% Deposit

        ✔   Appearance Bond with Surety

        ___   Corporate Surety Bail Bond

        ✔   (Other)        See Order 

Issued at  Sacramento, CA  on  September 3, 2010 .

By /s/ Lawrence K. Karlton
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal