# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

UNITED STATES OF AMERICA
V.

Frederick Scott Salyer

Defendant

**APPEARANCE BOND**

FILED

SEP 0 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

Case Number: 2:10-CR-0061 LKK

☐ Non-surety: I, the undersigned defendant acknowledge that I and my . . .
☑ Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __6,000,000.00__ , and there has been deposited in the Registry of the Court the sum of
$ __300,000.00__ in cash or __and real properties (see attachment)__ (describe other security.)

The conditions of this bond are that the defendant __Frederick Scott Salyer__
(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __9-2-10__ at _____
Date

Defendant ___[signature]___ Address ___

Surety _____ Address __3__

Surety _____ Address ___

Signed and acknowledged before me _____
Date

Approved _____

## ATTACHMENT TO APPEARANCE BOND

*United States v. Frederick Scott Salyer*, 2:10-CR-0061 LKK

| Property | Owner(s) |
|---|---|
| 2 | Robert Pruett and Debora S. Myers |
| F0 3- | Robert John Pruett and Nancy Louise Pruett, Trustees ff the Robert John Pruett, Sr. and Nancy Louise Pruett Revocable Trust |
| 1 ?8 | Calvin E. Carter and Diane Kay Carter |
| 69 | Linda S. Lee, Trustee of the Linda S. Lee Revocable Trust |
| 89 | Linda S. Lee, Trustee of the Linda S. Lee Revocable Trust |
| 3 | Linda S. Lee, Trustee of the Linda S. Lee Revocable Trust |

%AO 98   (Rev. 12/03) Appearance Bond

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____California_____

UNITED STATES OF AMERICA
V.

Frederick Scott Salyer

Defendant

**APPEARANCE BOND**

Case Number:   2:10-CR-0061 LKK

☐ Non-surety: I, the undersigned defendant acknowledge that I and my . . .
☑ Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$     6,000,000.00         , and there has been deposited in the Registry of the Court the sum of
$       300,000.00         in cash ~~or~~ _and real properties (see attachment)_ (describe other security.)

The conditions of this bond are that the defendant _____Frederick Scott Salyer_____
(Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on ___9·3·10___ at ___Bass Lake, CA___
                              Date                              Place

Defendant _____ Address _____
Surety _____, TTE LINDA S. Lee Rev Trust_ Address _____
Surety _____ Address _____

Signed and acknowledged before me   _____
                                          Date

Approved _____

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __MADERA__

On __SEPT. 2, 2010__ before me, __Suzanne E. Lowry, Notary Public__,
    Date                                                     Here Insert Name and Title of the Officer

personally appeared __LINDA S. LEE, TRUSTEE OF THE LINDA S. LEE REVOCABLE TRUST__
                                                          Name(s) of Signer(s)

[Notary Seal: Suzanne E. Lowry, Commission # 1727713, Notary Public - California, Madera County, My Comm. Expires Mar 16, 2011]

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ____Suzanne E. Lowry____
                         Signature of Notary Public

Place Notary Seal Above

——— **OPTIONAL** ———

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827



Please see Attached
9/2/10

## ATTACHMENT TO APPEARANCE BOND

*United States v. Frederick Scott Salyer*, 2:10-CR-0061 LKK

Surety *Deborah S. Myers*    Address _
       Deborah S. Myers

Surety _____    Address _
       Calvin E. Carter

Surety _____    Address _
       Diane K. Carter

Surety _____    Address _
       Robert John Pruett, Trustee
       Of the Robert John Pruett, Sr.
       Revocable Trust

Surety _____    Address _____
       Nancy Louise Pruett, Trustee
       Of the Nancy Louise Pruett
       Revocable Trust

AO 98 (Rev. 12/03) Appearance Bond

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____California_____

UNITED STATES OF AMERICA
V.

Frederick Scott Salyer

Defendant

**APPEARANCE BOND**

Case Number: 2:10-CR-0061 LKK

☐ Non-surety: I, the undersigned defendant acknowledge that I and my ...
☑ Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$   6,000,000.00   , and there has been deposited in the Registry of the Court the sum of
$     300,000.00   in cash or  and real properties (see attachment)  (describe other security.)

The conditions of this bond are that the defendant _____Frederick Scott Salyer_____
(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on _Sept 2, 2010_ at _Pleasanton, CA Alameda Cty_
                              Date                                    Place

Defendant _____ Address

Surety _____ Address

Surety _____ Address

Signed and acknowledged before me _____
                                                 Date

Approved _____

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of __Alameda__

On __9/02/2010__ before me, __Hassan Zafari (Notary Public)__,
(Here insert name and title of the officer)

personally appeared __Debora S. Myers__,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

(Notary Seal)

HASSAN ZAFARI
COMM. # 1754613
NOTARY PUBLIC - CALIFORNIA
ALAMEDA COUNTY
MY COMM. EXP. JULY 17, 2011

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date _____

_____
(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
☐ Individual (s)
☐ Corporate Officer
   _____
   (Title)
☐ Partner(s)
☐ Attorney-in-Fact
☐ Trustee(s)
☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM
*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

2008 Version CAPA v12.10.07 800-873-9865 www.NotaryClasses.com

## ATTACHMENT TO APPEARANCE BOND

*United States v. Frederick Scott Salyer*, 2:10-CR-0061 LKK

Surety _____          Address _____
      Deborah S. Myers

Surety _____          Address _____
      Calvin E. Carter

Surety _____          Address _____
      Diane K. Carter

Surety *[signature]*                   Address
      Robert John Pruett, Trustee
      Of the Robert John Pruett, Sr.
      Revocable Trust

Surety *[signature]*                   Address
      Nancy Louise Pruett, Trustee
      Of the Nancy Louise Pruett
      Revocable Trust

**See Attached Notorial Certificate**

AO 98 (Rev 12/03) Appearance Bond

# UNITED STATES DISTRICT COURT

_____Eastern_____ District of _____California_____

UNITED STATES OF AMERICA
V.

Frederick Scott Salyer

**APPEARANCE BOND**

Defendant

Case Number: 2:10-CR-0061 LKK

☐ Non-surety: I, the undersigned defendant acknowledge that I and my ...
☒ Surety: We, the undersigned, jointly and severally acknowledge that we and our ...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$   6,000,000.00   , and there has been deposited in the Registry of the Court the sum of
$   300,000.00   in cash or   and real properties (see attachment)   (describe other security.)

The conditions of this bond are that the defendant _____Frederick Scott Salyer_____
(Name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on _____ at _____
                         Date

Defendant _____ Address

Surety _____ Address

(1) Surety _____ROBERT J. PRUETT_____ Address

Signed and acknowledged before me _____
                                    Date

Approved _____

(1) WITNESS DEREK RYAN

# CALIFORNIA ALL PURPOSE ACKNOWLEDGEMENT

STATE OF CALIFORNIA

COUNTY OF Placer

On September 2nd, 2010 before me,

Brenda Henderson, Notary Public
(here insert name and title of the officer)

, personally appeared ROBERT JOHN PRUETT, SR and Nancy Louise PRUETT

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the state of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature *Brenda Henderson*

BRENDA HENDERSON
COMM. # 1715987
NOTARY PUBLIC - CALIFORNIA
SACRAMENTO COUNTY
MY COMM. EXP. JAN. 17, 2011

(This area for official notarial seal)

---------- Optional ----------

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: Attachment to Appearance Bond

Document Date:

Number of Pages:         (Not including this page)

Signer(s) Other Than Named Above:

## ATTACHMENT TO APPEARANCE BOND

*United States v. Frederick Scott Salyer*, 2:10-CR-0061 LKK

Surety _____    Address _____
Deborah S. Myers

ack attached →

Surety *(signed)* Calvin E. Carter    Address __

Surety *(signed)* Diane K. Carter    Address _//_

Surety _____    Address __
Robert John Pruett, Trustee
Of the Robert John Pruett, Sr.
Revocable Trust

Surety _____    Address _____
Nancy Louise Pruett, Trustee
Of the Nancy Louise Pruett
Revocable Trust

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of California

County of __Santa Clara__

On __September 2, 2010__ before me, __Gardenia Gonzalez, notary public__,
(Here insert name and title of the officer)

personally appeared __Calvin E Carter and Diane K. Carter__,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) ~~is~~/are subscribed to the within instrument and acknowledged to me that ~~he/she~~/they executed the same in ~~his/her~~/their authorized capacity(ies), and that by ~~his/her~~/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature of Notary Public

GARDENIA GONZALEZ
COMM. #1849161
NOTARY PUBLIC - CALIFORNIA
SANTA CLARA COUNTY
My Comm. Expires May 14, 2013
(Notary Seal)

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

__Appearance Bond__
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages __2__   Document Date __9/2/10__

_____
(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
- ☑ Individual (s)
- ☐ Corporate Officer
  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM
*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/~~they,~~ is /~~are~~ ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  ❖ Indicate title or type of attached document, number of pages and date.
  ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document