MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CR-0061-LKK |
| Plaintiff, | **ORDER REGARDING REVISED PRETRIAL MOTIONS SCHEDULE AND DISCOVERY ORDER** |
| v. | |
| FREDERICK SCOTT SALYER, | |
| Defendant. | |

On August 27, 2010, the Court issued an Order setting forth a revised pretrial motions schedule in the above-captioned.  The defendant has filed motions to suppress evidence (docket nos. 144-145, 147-148, 151-152, 154-170) which were opposed by the government (docket nos. 189-191, 193-197).  The defendant has requested additional time to file reply briefs because of the need to review a substantial amount of electronic discovery pertinent to the government's responses, which the government is in the process of providing.  The parties have conferred and have agreed to jointly submit to the Court a fourth stipulated revised pretrial motions schedule, which also incorporates an agreement extending the government's time to comply with discovery orders issued by  Magistrate Judge Hollows pertaining to *Brady/Giglio* (docket nos. 132, 181).  The dates proposed by the parties are as follows:

The defendant shall file his replies to the government's responses to the motions to suppress evidence on or before October 12, 2010, and the government, if it believes new facts or issues are raised by the defendant in his replies and without waiver of the right to argue that the Court should disregard any such new facts or issues, shall file its sur-replies by October 26, 2010.  A hearing on those motions shall be held before the Court on November 16, 2010, at 9:15 am.

The date for the defendant to file any further challenges to the Title III wire and interceptions, any motions to dismiss any or all counts of the indictment, for severance of counts of the indictment and all other FRCrP Rule 12 motions (which were previously scheduled to be filed on or before November 9, 2010), and the briefing and hearing schedule relating thereto, shall be determined pursuant to a future agreement by the parties.

The government has filed its appeal of Magistrate Judge Hollow's discovery order(s), and a hearing on the matter shall be held on September 21, 2010, at 9:15 am.  The ninety day time frame for the government to comply with the order with respect to *Brady/Giglio* identification/disclosure, previously extended for twenty-one days, shall be extended for an additional twenty-eight days.

Nothing in this schedule is intended to preclude either party from requesting relief from these deadlines based on a showing of good cause.

The time between April 27, 2010, and the filing and hearing of the motions under this Order are properly excluded from the calculation of time pursuant to the Speedy Trial Act in order to permit defense counsel to evaluate the voluminous discovery and prepare motions.  18 U.S.C. §§3161(h)(7)(A), (h)(7)(B)(iv).  Failure to

//
//
//
//
//

1  grant this continuance would deny counsel for the defendant the reasonable time
2  necessary for effective preparation, taking into account the exercise of due diligence.
3  Thus, the ends of justice served by the granting of this continuance outweigh the
4  best interests of the public and the defendant in a speedy trial.  Id.

## O R D E R

IT IS SO FOUND AND ORDERED this 16th day of September, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT