MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FREDERICK SCOTT SALYER,<br><br>　　　　Defendant. | Case No. 2:10-CR-0061-LKK<br><br>**ORDER RE DEFENDANT FREDERICK SCOTT SALYER'S WAIVER OF APPEARANCE** |

　　　　The defendant, Frederick Scott Salyer, hereby waives his right to be present in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, impanelment of jury and imposition of sentence.  Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver, agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in his absence.

　　　　Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. Sections 3161-3174 (Speedy Trial Act), and has authorized his

1  attorney to set times and delays under the provisions of the Act without defendant
2  being present.
3  Dated: September 16, 2010

_____
FREDERICK SCOTT SALYER

9  Dated: September 16, 2010           **SEGAL & KIRBY LLP**

By:   /s/ Malcolm S. Segal
      MALCOLM S. SEGAL
      Attorneys for Defendant
      FREDERICK SCOTT SALYER

APPROVED:

Dated: September 20, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

DEFENDANT FREDERICK SCOTT SALYER'S WAIVER OF APPEARANCE