BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-61 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXCLUDE TIME |
| FREDERICK SCOTT SALYER | |
| Defendant. | |

The parties request that the status conference in this case be continued from November 9, 2010 to November 23, 2010 at 9:15 a.m.. They stipulate that the time between November 9, 2010 and November 23, 2010 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Specifically, the parties are discussing how the defense can best analyze the electronic evidence produced in this case. Defense experts have communicated directly with an FBI computer analyst about the

seized electronic evidence and the parties are working diligently.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: November 9, 2010        By:   /s/ Matt Segal
                                                MATTHEW D. SEGAL
                                                Assistant U.S. Attorney

DATE: November 9, 2010             /s/ Malcolm Segal by MDS
                                                MALCOLM S. SEGAL
                                                Attorney for Defendant

                                        **SO ORDERED.**

DATE: November 8, 2010

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT