MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK SCOTT SALYER<br><br>Defendant.<br>_____/ | CASE NO.: 2:10-CR-0061-LKK<br><br>**ORDER RE: DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE MEMORANDUM REPLYING TO GOVERNMENT'S STANDING ARGUMENTS RE: MOTIONS TO SUPPRESS EVIDENCE AND OFFER OF PROOF CONCERNING WHAT HE EXPECTS TO FIND IN HIS REVIEW OF DISCOVERY MATERIALS ON THE ISSUE**<br>_____<br><br>Date:     No Hearing Requested<br>Judge:   Lawrence K. Karlton |

Defendant, F. Scott Salyer, respectfully submits this request for an extension of time to file a memorandum replying to the government's standing arguments and to submit an offer of proof as to what he expects to find in the thus-far unexamined discovery materials relating to the standing issues raised by the government concerning the defendant's right to challenge searches conducted by Anthony Manuel, his former employee, at the behest of the FBI.  Those warrantless searches largely provide the bases for search warrants for the defendant's home, his offices, his other business premises, and for multiple applications for Title III wire

interceptions.  The government raised the standing issue at the status conference held on November 23, 2010, in response to the defense statements concerning its problems accessing the discovery provided by the government.

The Court set a filing date of ten (10) days for counsel to explain why discovery was needed on the standing issue and indicated, based on the defendant's filing, that it may rule on the motions prior to the next status conference on March 8, 2011.

Counsel for the defendant failed to recognize at the hearing that the Thanksgiving holiday fell within the ten day period and that family travel, visits from children, and other such activities over the long weekend would consume so much time.  In view of the importance of this issue to the outcome of the case, counsel requests an additional week to file the required pleading and can file the same by December 10, 2010, at noon.

The government, through Assistant United States Matthew Segal, has stated that it has no opposition to the defendant's request for this additional time to comply with the Court's order.

Respectfully submitted,

Dated: November 30, 2010        **SEGAL & KIRBY LLP**

By:  /s/ Malcolm S. Segal
_____
MALCOLM S. SEGAL
Attorneys for Defendant
FREDERICK SCOTT SALYER

**O R D E R**

IT IS SO ORDERED this 1ST day of December, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT