1  MALCOLM S. SEGAL - 075481
   JAMES P. MAYO - 169897
2  **SEGAL & KIRBY LLP**
   770 L Street, Suite 1440
3  Sacramento, CA  95814
   Telephone: (916) 441-0828
4  Facsimile: (916) 446-6003

5  Attorneys for Defendant
   FREDERICK SCOTT SALYER

6

7              UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

| UNITED STATES OF AMERICA, | ) | Case No. 2:10-CR-0061-LKK |
|---|---|---|
| Plaintiff, | ) | **ORDER AND DEFENDANT'S APPLICATION TO TEMPORARILY MODIFY THE CONDITIONS OF PRETRIAL RELEASE TO PERMIT CHRISTMAS DAY DINNER AND TRAVEL** |
| v. | ) | |
| FREDERICK SCOTT SALYER, | ) | |
| Defendant. | ) | _____ |
| | ) | **No Hearing Requested** |

17        The conditions of release in this Court's amended order issued on September

18  17, 2010 (Docket No. 217, ¶¶ 13 & 14) require the defendant to remain in his

19  residence in Pebble Beach, California, under electronic monitoring twenty-four hours

20  a day, seven days a week, with certain stated exceptions for case related and

21  medical related travel.

22        The defendant respectfully requests that the Court issue an order temporarily

23  modifying these conditions to permit him to leave his residence for Christmas Day

24  dinner at the residence of Mrs. Rita Shugart, also in the community of Pebble Beach.

25        Pre-Trial Services has been advised of Mrs. Shugart's address and the phone

26  numbers where he can be immediately reached during the dinner hour and during

27  the brief drive to and from the residence and he will remain subject to electronic

28  monitoring.

1  Counsel is advised by Pre-Trial Services that the defendant has been
2  compliant under supervision and that it is in agreement with this specific and single-
3  purpose modification of conditions.
4  The United States Attorney's Office has advised that the government opposes
5  the application.
6
7  **O R D E R**
8  GOOD CAUSE APPEARING, the defendant's conditions of release are
9  hereby modified to permit the defendant to temporarily leave his residence on
10  Christmas Day for dinner at the designated neighbor's residence, and for associated
11  travel, at the discretion of and under the direction of Pre-Trial Services.   While the
12  defendant is away from his residence, he will remain subject to electronic monitoring
13  and must remain accessible at all times by telephone at the phone numbers
14  provided to Pre-Trial Services.
15  IT IS SO ORDERED.
16  Dated: December 21, 2010
17  LAWRENCE K. KARLTON
   SENIOR JUDGE
18  UNITED STATES DISTRICT COURT
19
20
21
22
23
24
25
26
27
28

Order and Defendant's Application to Temporarily Modify Conditions of Pretrial Release