

FILED
DEC 2 2 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>FREDERICK SCOTT SALYER,<br><br>　　　　　　Defendant. | No. Cr. S. 10-061-LKK<br><br>ORDER REQUIRING THE PRESERVATION OF NOTES BY MEMBERS OF THE PROSECUTION TEAM |

　　　Defendant Frederick Scott Salyer has moved this Court for an Order requiring certain members of the Government to preserve notes and related documents which were taken or made a part of any witness interviews in connection with the above-captioned criminal matter.

　　　Having considered the Defendant's Motion and the United States' Statement of Non-Opposition, it is HEREBY ORDERED THAT:

　　　1.　Agents or employees of federal agencies who have or are participating in the investigation and prosecution of the above-captioned matter shall preserve all rough notes, and other documents which were taken in connection with, or which memorialize the substance of, any witness interview that was conducted by such agents or employees during the underlying investigation of this matter; and

　　　2.　For purposes of this Order, the federal agencies that are participating in this prosecution include, and are limited to: the United States Attorney's Office for the Eastern District of California; the United States Department of Justice, Antitrust Division; the Federal Bureau of Investigation; the Internal Revenue

1  Service-Criminal Investigation; the United States Department of
2  Agriculture; and the United States Food and Drug Administration.
3     SO ORDERED this 20th day of December, 2010.

**GREGORY G. HOLLOWS**
_____
Honorable Gregory G. Hollows
United States Magistrate Judge
Eastern District of California