1  MALCOLM S. SEGAL - 075481
   JAMES P. MAYO - 169897
2  **SEGAL & KIRBY LLP**
   770 L Street, Suite 1440
3  Sacramento, CA  95814
   Telephone: (916) 441-0828
4  Facsimile: (916) 446-6003

5  Attorneys for Defendant
   FREDERICK SCOTT SALYER

6

7                UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

UNITED STATES OF AMERICA,          )  Case No. 2:10-CR-0061-LKK
11                                 )
                    Plaintiff,     )  **ORDER REGARDING DEFENDANT'S**
12                                 )  **MOTION FOR PERMISSION TO**
             v.                    )  **TRANSFER FUNDS FROM ANDORRA**
13                                 )  **TO THE UNITED STATES**
FREDERICK SCOTT SALYER,            )  _____
14                                 )
                    Defendant.     )  **No Hearing Requested**
15                                 )
_____)
16

17

18          The defendant, F. Scott Salyer, has moved for an order authorizing him to

19  apply to the authorities in the country of Andorra for return to the United States of

20  funds on deposit in that country to the bank account of the Trustee for his childrens'

21  Trusts in the United States. The motion is made pursuant to Paragraph 9 of the

22  amended Release Order, signed by this Court on September 23, 2010, which

23  requires the defendant to seek permission of the Pretrial Services Office of the

24  District Court for the Eastern District of California for "all financial transactions,

25  including transferring of funds, purchase of property or assets, and liquidation of

26  assets...." Pretrial Services has advised the defendant to seek the required

27  permission from this Court because of the amount of the funds for which he seeks

28  authority to transfer.

1     Good cause having been shown, the Court finds and Orders as follows:

2     The funds at issue are the proceeds of a settlement of a legal dispute between

3   the Trustee for the bankruptcy estate of SK Foods, LP, and the non-debtor farming

4   entities owned by the Trusts of Stephanie and Caroline Salyer.  Robert Pruett is the

5   Trustee for the childrens' Trusts.  The Honorable Robert S. Bardwil, of the United

6   States Bankruptcy Court for the Eastern District of California, approved the

7   settlement and payment of $1,315,000 by order filed June 25, 2009.  The agreement

8   approved by the Bankruptcy Court provided that the funds would not be subject to

9   claims of any of the secured creditors or claims seeking to bring the funds back into

10  the bankruptcy estate, including claims that may be asserted by the Trustee, or any

11  future Trustee, the secured creditors, the estate in general or the Official Committee

12  of Unsecured Creditors.

13    The Trustee paid over the sum of $1,315,000 to the farming entities pursuant

14  to the order and the funds are now in a bank account in the country of Andorra in an

15  account on which the defendant, F. Scott Salyer, is the signatory.

16    The Trustee for the Salyer childrens' Trusts, Robert Pruett, has declared that

17  the Trusts own the settlement funds, that they were disclosed to Pretrial Services

18  prior to the defendant's release and that he has authorized the return of the funds

19  from Andorra to the United States where he will maintain them under his control.  He

20  has declared that he believes it is in the best interests of the beneficiaries of the

21  Trusts for him to use the funds to assist in Scott Salyer's defense in this case and to

22  assist in paying the outstanding and ongoing personal expenses of the beneficiaries

23  and of the defendant during the pendency of the case.

24    **For the foregoing reasons, the court hereby ORDERS as follows:**

25    The defendant has satisfied the requirements of Paragraph 9 of the release

26  order dated September 23, 2010, and may apply for the return to the United States

27  for the $1,315,000 in funds in Andorra.  On return of the funds to the United States,

28  they may be deposited in a financial institution chosen by the Trustee for the

1  childrens' Trusts.  However, as required by the amended release order, all

2  expenditures and transfers for the benefit of the defendant must first be approved by

3  the Pretrial Services Officer to be used as necessary living expenses or for the

4  defense of this case.

5  Dated: January 27, 2011

6  LAWRENCE K. KARLTON

7  SENIOR JUDGE
   UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Regarding Defendant's Motion For Permission To Transfer Funds