UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

FREDERICK SCOTT SALYER,

        Defendant.

                                            NO. CR. S-10-061 LKK

                                            O R D E R

    Defendant has moved to suppress certain warrantless searches. In response, the government contends that the defendant lacks standing to object to the search of corporate property. The defendant argues he is unable to respond to the government's contention because he does not have access to various corporate documents seized by the government. In reply, the court asked defendant to provide an offer of proof as to what the documents could demonstrate relative to standing. The defendant attempts to demonstrate that if he had access to those documents, he could demonstrate that he and his company fall within the limited holding

1

in United States v. Gonzalez, 412 F.3d 1102 (9th Cir. 2005), amended by 437 F.3d 854 (9th Cir. 2006).

The court agrees with the government's analysis of the limited nature of Gonzalez and that it has no applicability to the instant matter. Thus defendant's argument that he is unable to proceed without the materials he seeks is without merit. Finally, the court agrees with the government that the defendant lacks standing relative to the searches which he seeks to suppress. For that reason, the defendant's motion to suppress is DENIED.

IT IS SO ORDERED.

DATED: February 7, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT