MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FREDERICK SCOTT SALYER,<br><br>　　　　Defendant. | Case No. 2:10-CR-0061-LKK<br><br>**ORDER AND DEFENDANT'S APPLICATION TO TEMPORARILY MODIFY CONDITIONS OF PRETRIAL RELEASE TO ATTEND TWO-DAY SETTLEMENT CONFERENCE**<br>_____<br><br>**No Hearing Requested** |

The conditions specified in the amended release order issued on September 17, 2010 (Docket No. 217, ¶¶ 13 & 14) require the defendant to remain in his residence in Pebble Beach, California, under electronic monitoring twenty-four hours a day, seven days a week subject to specifically delineated exceptions.

The defendant respectfully requests that the Court issue an order temporarily modifying those conditions to permit him to stay overnight in Sacramento in order to attend a two-day settlement conference at the United States Courthouse in Sacramento on March 2 and 3, 2011, to be conducted by Chief Bankruptcy Court Judge Michael McManus.  The defendant would stay overnight at a hotel in downtown Sacramento under the supervision of Robert Pruett, who will also attend the settlement conference as trustee for the Salyer childrens' trusts and as a represented party at the mediation.  Mr. Pruett is also one of the sureties for the

defendant's bail, having posted a deed to his personal residence as collateral. While the defendant is away from his residence, he will remain subject to electronic monitoring, will be present at the Courthouse or at the hotel and will provide a phone number and be available to Pretrial Services at all times.

The defendant has requested travel permission from his Pretrial Services Officer in San Jose, who requires that the request be presented to this Court before authorizing travel but does not oppose the travel or the modification of the conditions of release for this purpose. The government has stated that it does not oppose this application.

**O R D E R**

GOOD CAUSE APPEARING, the conditions of release requiring the defendant to remain in his residence in Pebble Beach, California, under electronic monitoring twenty-four hours a day, seven days a week, are hereby modified to permit the defendant to travel to Sacramento on March 2, 2011, stay overnight at a Sacramento hotel and return to his residence on March 3, 2011, for the purpose of attending a settlement conference in bankruptcy proceedings at the United States Courthouse. The defendant shall be accompanied by Robert Pruett who shall maintain custody and control over the defendant. While the defendant is away from his residence, he will remain subject to electronic monitoring, and further he shall be available to be contacted at any time by Pretrial Services.

IT IS SO ORDERED:

Dated: February 18, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT