UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

         Plaintiff,

   v.

FREDERICK SCOTT SALYER,

         Defendant.

                              NO. CR. S-10-061 LKK

O R D E R

The government has moved to set a trial date. The defendant has responded asserting that the material delivered by the government is neither readable nor usable by the defendant. The matter is referred to Magistrate Judge Gregory G. Hollows for further hearing on the matter. In that regard, the defendant shall supply the magistrate judge with affidavits which support their contention. Upon review and such hearing as the magistrate judge believes necessary, the magistrate judge shall recommend to the district court appropriate orders dealing with the asserted

////

1

1  positions of the parties.
2       IT IS SO ORDERED.
3       DATED: March 8, 2011.

```
                          /s/ Lawrence K. Karlton
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```