UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-10-061 LKK

    Plaintiff,

  v.                          O R D E R

FREDERICK SCOTT SALYER,

    Defendant.
                                   /

On March 29, 2011, the court heard oral argument on defendant Frederick Scott Salyer's motion to enjoin enforcement of a state court referee's order regarding the transfer of funds from Andorra to the United States.

For the foregoing reasons discussed at the hearing, the court ORDERS as follows:

    (1)    The Bank of the West may appear as amicus curiae to oppose defendant's motion to enjoin.

    (2)    Defendant's motion to enjoin enforcement of state court referee's order regarding the transfer of funds from

1

Andorra to the United States (Doc. No. 283) is DENIED.

(3) The court's order granting defendant's motion for permission to transfer funds from Andorra to the United States (Doc. No. 270) is AMENDED, as follows:

The defendant, F. Scott Salyer, has moved for an order authorizing him to apply to the authorities in the country of Andorra for return to the United States of funds on deposit in that country to the bank account of the Trustee for his children's Trusts in the United States. The motion is made pursuant to Paragraph 9 of the amended Release Order, signed by this Court on September 17, 2010, which requires the defendant to seek permission of the Pretrial Services Office of the District Court for the Eastern District of California for "all financial transactions, including transferring of funds, purchase of property or assets, and liquidation of assets. . . ." Pretrial Services has advised the defendant to seek the required permission from this Court because of the amount of the funds for which he seeks authority to transfer.

Upon consideration of the parties' briefs and oral argument on defendant's motion to enjoin the state court referee, the court hereby ORDERS as follows:

Paragraph 9 of the release order dated September 23, 2010, shall not bar the defendant from repatriating assets currently located in Andorra, provided such

2

1           transaction is otherwise lawful.
2      (4)  Nothing in this order is intended to interfere in any
3           way with or to suggest the proper resolution of the
4           dispute between Salyer and Bank of the West in the state
5           court proceedings or in any potential Bankruptcy Court
6           proceedings.
7      IT IS SO ORDERED.
8      DATED: April 4, 2011.

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT