MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK SCOTT SALYER,<br><br>Defendant. | Case No. 2:10-CR-0061-LKK<br><br>**ORDER AND DEFENDANT'S APPLICATION TO TEMPORARILY MODIFY THE CONDITIONS OF PRETRIAL RELEASE TO PERMIT EASTER DINNER AND TRAVEL**<br><br>**No Hearing Requested** |

The conditions of release in this Court's amended order issued on September 17, 2010 (Docket No. 217, ¶¶ 13 & 14) require the defendant to remain in his residence in Pebble Beach, California, under electronic monitoring twenty-four hours a day, seven days a week, with certain stated exceptions for case related and medical related travel.

The defendant respectfully requests that the Court issue an order temporarily modifying these conditions to permit him to leave his residence for Easter Sunday dinner, April 24, 2011, at the residence of Mrs. Rita Shugart, also in the community of Pebble Beach.

Pre-Trial Services has been advised of Mrs. Shugart's address and the phone numbers where he can be immediately reached during the dinner hour and during the brief drive to and from the residence and he will remain subject to electronic monitoring.

1  Counsel is advised that Pre-Trial Services is in agreement with this
2  modification of conditions.
3  The United States Attorney's Office has been advised of this application.
4
5  **O R D E R**
6  GOOD CAUSE APPEARING, the defendant's conditions of release are
7  hereby modified to permit the defendant to temporarily leave his residence on Easter
8  Sunday, April 24, 2011, for dinner at the designated neighbor's residence, and for
9  associated travel, at the discretion of and under the direction of Pre-Trial Services.
10 While the defendant is away from his residence, he will remain subject to electronic
11 monitoring and must remain accessible at all times by telephone at the phone
12 numbers provided to Pre-Trial Services.
13 IT IS SO ORDERED.
14 Dated: April 21, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT