UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-10-061 LKK

    Plaintiff,

  v.                          O R D E R

FREDERICK SCOTT SALYER,

    Defendant.
_____/

    The court referred the matter of discovery and the impact of such discovery upon motion and trial dates to Magistrate Judge Hollows. On April 18, 2011, the Magistrate Judge issued findings and recommendations. (Doc. No. 303). Defendant has filed objections and the government has filed a response to the findings and recommendations.

    Having carefully reviewed the findings and recommendations and responsive briefs, the court finds as follows:

    (1)  The findings are adopted in full; and

    (2)  The court shall hold a status conference on May 18, 2011

1

at 10:00 a.m. to resolve the various scheduling issues addressed in the recommendations and to determine whether defendant may be permitted to file a CJA request for services.

IT IS SO ORDERED.

DATED: May 12, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2