1  MALCOLM S. SEGAL–075481
   JAMES P. MAYO–169897
2  SEGAL & KIRBY LLP
   770 l Street, Suite 1440
3  Sacramento, CA  95814
   Telephone:  (916) 441-0828
4  Facsimile:  (916) 446-6003

5  Attorneys for Defendant
   FREDERICK SCOTT SAYLER

6

7              UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,      | Case No. 2:10-CR-0061-LKK
11 |                     Plaintiff, | **ORDER SEALING DOCUMENTS**
12 |    v.                          | Judge:      Lawrence K. Karlton
   |                                | Trial Date:  April 17, 2012
13 | FREDERICK SCOTT SALYER,        |
14 |                     Defendant. |

15

16

17     **GOOD CAUSING APPEARING THEREFORE**, Defendant F. Scott Salyer's Request

18 to Seal Documents relating to the representation of Mr. Salyer is GRANTED, and the Clerk is

19 ordered to file under seal the Request to Seal Documents and Pages 1–15 of the submitted

20 Documents to be Sealed.

21     **IT IS SO ORDERED**.
   Dated:  June 15, 2011
22
                        [signature]
23                      LAWRENCE K. KARLTON
                        SENIOR JUDGE
24                      UNITED STATES DISTRICT COURT

25

26

27

28