UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-10-061 LKK

    Plaintiff,

  v.                            O R D E R

FREDERICK SCOTT SALYER,

    Defendant.
                                   /

On June 2, 2011, defendant Frederick Scott Salyer filed a motion to modify the conditions under which he may review discovery in light of numerous impediments identified by Magistrate Judge Hollows' April 18, 2011 findings and recommendations. (Doc. No. 313). This motion is set to be heard on June 21, 2011. The government opposes this motion, *inter alia*, on the ground that the Local Rules require discovery motions in criminal cases to be heard by magistrate judges. L.R. 302(b)(1).

For the foregoing reasons, the court HEREBY ORDERS as follows:

(1)  Hearing on defendant's motion (Doc. No. 313) is VACATED.

(2) Defendant is instructed to notice his motion before Magistrate Judge Hollows.

IT IS SO ORDERED.

DATED: June 17, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT