MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
770 L Street, Suite 1440
Sacramento, CA 95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK SCOTT SALYER,<br><br>Defendant. | Case No. 2:10-CR-0061-LKK<br><br>**ORDER MODIFYING THE CONDITIONS OF DEFENDANT'S PRETRIAL RELEASE**<br>_____ |

GOOD CAUSE APPEARING, the defendant's conditions of release are hereby modified as follows:

1. Defendant is permitted to stay overnight in Sacramento for the purpose of visiting the Office of the FBI to review discovery with the approval of the Offices of Pre-Trial Services and notice to the U.S. Attorney's Office, and without further application to this Court. The defendant must be accompanied during the period of any overnight stay by a person authorized to serve as a temporary custodian by Pre-Trial Services.

2. Defendant is permitted to stay overnight in San Francisco and Sacramento for the purpose of visiting his attorney's offices to prepare his defense with the approval of the Offices of Pre-Trial Services and notice to the U.S. Attorney's Office and without further application to this Court. The defendant must be accompanied during the period of any overnight stay by a person authorized to serve

Proposed Order Modifying the Conditions of Defendant's Pretrial Release

as a temporary custodian by Pre-Trial Services.

3. Defendant is permitted to leave his residence for three hours, one day a week with approval by Pre-Trial Services. The Court expressly declines to order or prohibit the defendant's appearance in state court proceedings.

While the defendant is away from his residence, he will remain subject to electronic monitoring and must remain accessible at all times by telephone at the phone numbers provided to Pre-Trial Services.

IT IS SO ORDERED.

Dated: June 29, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT