UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-10-061 LKK

    Plaintiff,

  v.                              O R D E R

FREDERICK SCOTT SALYER,

    Defendant.
                                    /

    On July 6, 2011, attorneys John W. Keker, Elliot R. Peters, and Brian L. Ferrall of Keker & Van Nest LLP filed notices of appearance in the above captioned case. Counsel for the government has informed the court of their intention to move to disqualify these attorneys. The government may file a motion to disqualify within twenty (20) days of the issuance of this order. Failure to file such a motion by that date will be considered a waiver of any grounds for disqualification of these lawyers.

    Counsel for the government has also informed the court of its intention to file a second superseding indictment. The court

1

instructs the government to file its second superseding indictment within twenty (20) days of the issuance of this order.

IT IS SO ORDERED.

DATED: July 13, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2