UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-10-061 LKK

    Plaintiff,

  v.                          O R D E R

FREDERICK SCOTT SALYER,

    Defendant.

    On July 14, 2011, the government filed a motion to disqualify the law firm of Keker & Van Nest. This motion is set to be heard on August 9, 2011. The parties have stipulated to a briefing schedule for this motion. Also before the court are several motions to suppress and for reconsideration, which are set to be heard on August 2, 2011. The court finds that it is not proper to hear the motions to suppress and for reconsideration until it has ruled on the motion to disqualify. It further finds that the motions to suppress and for reconsideration should be specially set to allow adequate time for oral argument.

1  For the foregoing reasons, the court ORDERS as follows:
2  (1)  Hearing on the motions to suppress (Doc. Nos. 147, 151,
3       154, 157) and the motion for reconsideration (Doc. No.
4       340) is CONTINUED to August 24, 2011 at 10:00 a.m.
5  (2)  Defendant's opposition to the government's motion to
6       disqualify (Doc. No. 339) shall be filed on or before
7       July 28, 2011. The government may file a reply in
8       support of its motion on or before August 3, 2011.
9  IT IS SO ORDERED.
10 DATED: July 20, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2