1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   MATTHEW D. SEGAL
3  JARED. C. DOLAN
   Assistant U.S. Attorneys
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2700

6  RICHARD COHEN
   ANNA T. PLETCHER
7  TAI S. MILDER
   Trial Attorneys
8  U.S. Department of Justice
   Antitrust Division
9  450 Golden Gate Avenue, Room 10-0101
   San Francisco, California 94102
10 Telephone: (415) 436-6660

11

12                    IN THE UNITED STATES DISTRICT COURT

13                   FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 UNITED STATES OF AMERICA,    )    CASE NO. 2:10-CR-61 LKK
                                )
16              Plaintiff,      )
                                )
17      v.                      )    MOTION AND ORDER
                                )
18 FREDERICK SCOTT SALYER       )
                                )
19                              )
                                )
20              Defendant.      )
   _____)

21

22      The United States requests revised deadlines for its reply

23 brief on the Motion to Reconsider and for the date by which the

24 Court has instructed the United States to file a Second

25 Superseding Indictment.  The Defendant reserves whatever right he

26 might have to object if he is ever charged in an indictment that

27 contains any additional theory beyond honest services

28 deprivation.

                                  1

On July 14, 2011 the Court directed the Government to file any motion to disqualify within twenty days and also instructed the Government to file its Second Superseding Indictment within the same time frame.  Doc. No. 338.  The Government still plans to file a Second Superseding Indictment that accounts for the Supreme Court's teaching in Skilling v. United States, 130 S. Ct. 2896 (2010).

The Government filed its Motion to Disqualify on the same day as the Court's scheduling order.  Doc. No. 339.  The next day, on July 15, 2011, the Defendant filed a Motion to Reconsider the Court's denial of one of his motions to suppress.  Doc. No. 340.  The briefing dates for the Motion to Disqualify were extended by stipulation and this Court's Order.  Doc. Nos. 346, 348.  Currently, the Motion to Disqualify is set for argument on August 9, 2011 and the various Motions to Suppress are set for argument on August 24, 2011.  Id.

The Government requests that the Court set August 10, 2011, the day after the hearing on the Motion to Disqualify, as the Government's deadline to respond to the Defendant's Motion to Reconsider and set August 17, 2011 as the reply date.

The Government further requests that the Court's instruction on when to file a Second Superseding Indictment be extended to August 17, 2011.  That gives the Defendant one week to consider the Second Superseding Indictment before August 24, 2011, when the Court is hearing argument on the suppression motions and can arraign the Defendant.

As stated, the Defendant reserves the right to object should the Government add some charging theory beyond honest services.

The proposed dates give him ample time to object to the Second Superseding Indictment in his second round of Rule 12 motions, which he is presently set to file on September 19, 2011. The Government has cautioned the Defendant that he has not been immunized for any other conduct in which he might have engaged.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: July 28, 2011          By:   /s/ Matt Segal
                                   MATTHEW D. SEGAL
                                   Assistant U.S. Attorney

**SO ORDERED**

DATE: July 28, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT