UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,

          Plaintiff,

             v.                          CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

          Defendant.
                                    /
In re:

SK FOODS, L.P., a California
limited partnership, et al.,

          Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

          Plaintiff,

             v.                          CIV. NO. S-11-1839 GEB

FRED SALYER IRREVOCABLE
TRUST,

          Defendant.
                                    /
```

////

////

////

```
 1  In re:

 2  SK FOODS, L.P., a California
    limited partnership, et al.,
 3
              Debtors.
 4
    BRADLEY D. SHARP, Chapter 11
 5  Trustee,

 6            Plaintiff,

 7                v.                         CIV. NO. S-11-1840 JAM

 8  SKF AVIATION, LLC, et al.,

 9            Defendants.
    _____/
10  In re:

11  SK FOODS, L.P., a California
    limited partnership, et al.,
12
              Debtors.
13
    BRADLEY D. SHARP, Chapter 11
14  Trustee,

15            Plaintiff,

16                v.                         CIV. NO. S-11-1841 KJM

17  SCOTT SALYER, as trustee of
    the Scott Salyer Revocable
18  Trust, et al.,

19            Defendants.
    _____/
20  In re:

21  SK FOODS, L.P., a California
    limited partnership, et al.,
22
              Debtors.
23
24  ////

25  ////

26  ////
```

```
 1  BRADLEY D. SHARP, Chapter 11
    Trustee,
 2
              Plaintiff,
 3
                   v.                        CIV. NO. S-11-1842 WBS
 4
    SSC FARMS 1, LLC, et al.,
 5
              Defendants.
 6  _____/
    In re:
 7
    SK FOODS, L.P., a California
 8  limited partnership, et al.,

 9            Debtors.

10  BANK OF MONTREAL, as
    Administrative Agent, successor
11  by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial
12  Specialty Foods, Inc., a
    California corporation, d/b/a
13  Colusa County Canning Co.,

14            Appellant,

15                 v.                        CIV. NO. S-11-1845 GEB

16  SCOTT SALYER, et al.,

17            Appellees.
    _____/
18  In re:

19  SK FOODS, L.P., a California
    limited partnership,
20
              Debtors.
21
    BANK OF MONTREAL, as
22  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
23  L.P. and RHM Industrial
    Specialty Foods, Inc., a
24  California corporation, d/b/a
    Colusa County Canning Co.,
25
              Appellant,
26
```

3

```
 1              v.                              CIV. NO. S-11-1846 MCE

 2  INTERNAL REVENUE SERVICE, et al.,

 3           Appellees.
                                         /
 4  In re:

 5  SK FOODS, L.P., a California
    limited partnership, et al.,
 6
             Debtors.
 7
    BANK OF MONTREAL, as
 8  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
 9  L.P. and RHM Industrial
    Specialty Foods, Inc., a
10  California corporation, d/b/a
    Colusa County Canning Co.,
11
             Appellant,
12
                v.                              CIV. NO. S-11-1847 KJM
13
    CSSS, L.P.,
14
             Appellee.
15                                       /
    In re:
16
    SK FOODS, L.P., a California
17  limited partnership, et al.,

18           Debtors.

19  BANK OF MONTREAL, as
    Administrative Agent, successor
20  by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial
21  Specialty Foods, Inc., a
    California corporation, d/b/a
22  Colusa County Canning Co.,

23           Appellant,

24              v.                              CIV. NO. 11-1849 GEB

25  CALIFORNIA FRANCHISE TAX
    BOARD, et al.,
26
```

```
                Appellees.
       _____/
       In re:

       SK FOODS, L.P., a California
       limited partnership, et al.,

                Debtors.

       BANK OF MONTREAL, as
       Administrative Agent, successor
       by Assignment to Debtors SK Foods,
       L.P. and RHM Industrial
       Specialty Foods, Inc., a
       California corporation, d/b/a
       Colusa County Canning Co.,

                Appellant,

                  v.                         CIV. NO. 11-1850 JAM

       CALIFORNIA FRANCHISE TAX
       BOARD, et al.,

                Appellees.
       _____/
       In re:

       SK FOODS, L.P., a California
       limited partnership, et al.,

                Debtors.

       BANK OF MONTREAL, as
       Administrative Agent, successor
       by Assignment to Debtors SK Foods,
       L.P. and RHM Industrial
       Specialty Foods, Inc., a
       California corporation, d/b/a
       Colusa County Canning Co.,

                Appellant,

                  v.                         CIV. NO. S-11-1853 KJM

       CARY SCOTT COLLINS, et al.,

                Appellees.
       _____/

       ////
```

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

       Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc., a
California corporation, d/b/a
Colusa County Canning Co.,

       Appellant,

          v.

CARY SCOTT COLLINS, et al.,

       Appellees.

       CIV. NO. S-11-1855 MCE

       <u>RELATED CASE ORDER</u>

     The bankruptcy Trustee and creditor Bank of Montreal have filed Notices of Related cases in the above-captioned bankruptcy appeals. On April 14, 2011, in light of the above-captioned criminal case, this court remanded several bankruptcy appeals with the instruction to issue a stay if "discovery from or testimony of Salyer or his criminal counsel is reasonably necessary to dispose of a particular matter before the Bankruptcy Court in the adversary proceedings." <u>Sharp v. SSC Farms 1, LLC (In re SK Foods, L.P.)</u>, 10 Civ. 1492 LKK, Dkt. No. 74 at p.5 (E.D. Cal. April 14, 2011). Each of the above-captioned bankruptcy appeals is from an order staying the underlying adversary proceedings in light of this court's instructions.

     Therefore, each of the above-captioned bankruptcy cases is related to the above-captioned criminal case, as well as to the

previously related cases 2:10-CV-810, 2:10-CV-811, 2:10-CV-812, 2:10-CV-1492, 2:10-CV-1493, 2:10-CV-1496, 2:10-CV-1497, 2:10-CV-1498, 2:10-CV-1499 and 2:10-CV-1500.

Related cases are generally assigned to the judge presiding over the case with the lowest number. See E.D. Cal. R. 123(c). Accordingly the court ORDERS as follows:

1. The actions denominated 2:11-CV-1839-GEB, 2:11-CV-01840-JAM, 2:11-CV-1841-KJM, 2:11-CV-1842-WBS, 2:11-CV-1845-GEB, 2:11-CV-1846-MCE, 2:11-CV-1847-KJM, 2:11-CV-1849-GEB, 2:11-CV-1850-JAM, 2:11-CV-1853-KJM and 2:11-CV-1855-MCE, are REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings, and any dates currently set in the reassigned cases only, are hereby VACATED.

2. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:11-CV-1839-LKK, 2:11-CV-01840-LKK, 2:11-CV-1841-LKK, 2:11-CV-1842-LKK, 2:11-CV-1845-LKK, 2:11-CV-1846-LKK, 2:11-CV-1847-LKK, 2:11-CV-1849-LKK, 2:11-CV-1850-LKK, 2:11-CV-1853-LKK and 2:11-CV-1855-LKK.

3. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: August 8, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT