UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-10-061 LKK

    Plaintiff,

  v.                            O R D E R

FREDERICK SCOTT SALYER,

    Defendant.
_____/

    Michael D. Celio, Esq., on behalf of his non-party client Mark Grewal, has submitted a letter and accompanying documents to the court, requesting that "the attached documents be lodged *in camera* and under seal." The letter and declaration do not specify which document or documents Mr. Celio wishes to protect: (i) a declaration; (ii) a transcript, which has already been publicly filed and docketed in the case; (iii) a letter, which has already been publicly filed and docketed in the case; or (iv) the response the court requested from Mr. Celio's client.

    Mr. Celio may seek an Order Protecting Confidential

Information in conformity with our local rules, E.D. Cal. R. 141.1, within 7 days of the date of this order.  If no such request or motion is timely filed, the request for lodging *in camera* and for sealing will be disregarded, and the Clerk will be directed to file the letter and accompanying documents.

IT IS SO ORDERED.

DATED: August 17, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT