KEKER & VAN NEST LLP
JOHN W. KEKER - #49092
ELLIOT R. PETERS - #158708
BRIAN L. FERRALL - #160847
633 Battery Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

SEGAL & KIRBY LLP
MALCOLM S. SEGAL - #075481
770 L Street, Suite 1449
Sacramento, CA  95814
Telephone:  (916) 441-0828
Facsimile:  (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CR-0061-LKK (GGH) |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | Judge:    Hon. Lawrence K. Karlton |
| FREDERICK SCOTT SALYER, | Date Comp. Filed:    February 18, 2010 |
| Defendant. | |

**WHEREAS,** this matter is currently scheduled for a motions hearing on September 22, 2011. Due to scheduling conflicts, not all parties are able to attend a September 22, 2011 hearing date. The parties have met and conferred and agreed to continue the hearing date to September 23, 2011 at 10:00 am.

**WHEREAS**, the parties have also met and conferred about a suitable briefing schedule for the next round of motions, except for any motion based upon due process violations arising from outrageous government conduct. Based upon that meet and confer, the parties hereby stipulate and agree:

1. Motions shall be filed on September 30, 2011.

2. Oppositions shall be filed on October 28, 2011.

3. Any Reply shall be filed on November 10, 2011.

4. Motions will be heard on November 29, 2011.

The parties have agreed to this briefing schedule with the understanding that Defendant is contemplating filing a motion to sever the antitrust claims as well as a motion for a bill of particulars on September 30, 2011. Should Defendant elect to file any additional motions on September 30, 2011, the parties will meet and confer to arrive at a mutually agreeable schedule for filing oppositions and reply briefs as well as a motions hearing date.

**WHEREAS**, the parties have met and conferred and agreed that Defendant's outrageous government conduct motion, if any, will be filed four weeks after the Court decides the motions that are argued on September 23, 2011. Dates for a hearing on the motion and a briefing schedule will be proposed by the parties to the Court in advance of filing the motion.

Dated: September 12, 2011                         KEKER & VAN NEST LLP

                                                  By: */s/ John W. Keker*
                                                      JOHN W. KEKER
                                                      Attorney for Defendant
                                                      FREDERICK SCOTT SALYER

Dated: September 12, 2011                              UNITED STATES OF AMERICA

                                                       By: /s/ *Matthew D. Segal*
                                                           MATTHEW D. SEGAL
                                                           Assistant United States Attorney

**ORDER**

The Court also finds the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The Court orders time excluded from the date of this order through the hearing on November 29, 2011, pursuant to 18 U.S.C. § 3161 (h)(1)(D) and Local Code E.

Dated: September 12, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT