KEKER & VAN NEST LLP
JOHN W. KEKER - #49092
ELLIOT R. PETERS - #158708
BRIAN L. FERRALL - #160847
633 Battery Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

SEGAL & KIRBY LLP
MALCOLM S. SEGAL - #075481
770 L Street, Suite 1449
Sacramento, CA  95814
Telephone:  (916) 441-0828
Facsimile:  (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     v.<br><br>FREDERICK SCOTT SALYER,<br><br>                              Defendant. | Case No. 2:10-CR-0061-LKK (GGH)<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE**<br><br>Judge:     Hon. Lawrence K. Karlton<br><br>Date Comp. Filed:     February 18, 2010 |

**WHEREAS,** during the hearing on September 23, 2011, the Court ordered further briefing on the motion to suppress the fruits of the government's wiretaps [Docket 154]. The current briefing schedule calls for Defendant to file his opening brief on October 7, 2011, the government to file its opposition on October 21, 2011, and the Defendant to file a reply on October 28, 2011. Due to scheduling conflicts raised by the upcoming Jewish holidays, counsel have met and conferred and agreed to extend the deadlines for filing each brief by one week. The parties hereby stipulate and agree:

1. Defendant's opening brief shall be filed on October 14, 2011.
2. The government's opposition brief shall be filed on October 28, 2011.
3. Defendant's reply brief shall be filed on November 4, 2011.

Dated: September 30, 2011                                KEKER & VAN NEST LLP


By: */s/ Elliot R. Peters*
    Elliot R. Peters
    Attorney for Defendant
    FREDERICK SCOTT SALYER

Dated: September 30, 2011                                UNITED STATES OF AMERICA


By: /s/ *Matthew D. Segal*
    MATTHEW D. SEGAL
    Assistant United States Attorney

**IT IS SO ORDERED**.

Dated: September 30, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT