KEKER & VAN NEST LLP
JOHN W. KEKER - #49092
ELLIOT R. PETERS - #158708
BRIAN L. FERRALL - #160847
633 Battery Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

SEGAL & KIRBY LLP
MALCOLM S. SEGAL - #75481
770 L Street, Suite 1449
Sacramento, CA  95814
Telephone:  (916) 441-0828
Facsimile:  (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK SCOTT SALYER,<br><br>Defendant. | Case No. 2:10-CR-0061-LKK (GGH)<br><br>**DECLARATION OF JOHN W. KEKER IN SUPPORT OF DEFENDANT'S MOTION TO SUPPRESS FRUITS OF ILLEGAL WIRETAPS, OR IN THE ALTERNATIVE, FOR SUPPRESSION UNDER *FRANKS V. DELAWARE*; REQUEST FOR AN EVIDENTIARY HEARING PURSUANT TO *FRANKS V. DELAWARE***<br><br>Judge:     Hon. Lawrence K. Karlton<br><br>Date Comp. Filed:     February 18, 2010<br><br>Trial Date: April 17, 2012 |

DECLARATION OF KEKER IN SUPPORT OF SALYER'S SUPPLEMENTAL BRIEF I.S.O.
MOTION TO SUPPRESS FRUITS OF ILLEGAL WIRETAPS
CASE NO. 2:10-CR-0061-LKK (GGH)

584811.01

I, JOHN W. KEKER, declare and state:

1. I am an attorney licensed to practice law in the State of California and a partner at the law firm of Keker & Van Nest, LLP ("KVN"), counsel for Defendant Frederick Scott Salyer in the above-captioned action.

2. I have knowledge of the facts set forth herein, and if called upon as a witness thereto, I could do so competently under oath.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Application for Authorization to Intercept Wire Communications over Target Telephone #1 and Target Telephone #2, dated June 4, 2007, as it was produced by the government in this case. The document is Bates stamped USAO 986-910.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Affidavit of Paul S. Artley in Support of Application for Authorization to Intercept Wire Communications over Target Telephone #1 and Target Telephone #2, dated June 4, 2007, as it was produced by the government in this case. The document is Bates stamped USAO 911-79.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Application to Extend Authorization to Intercept Wire Communications over Target Telephone #1 and Target Telephone #2, dated July 5, 2007, as it was produced by the government in this case. The document is Bates stamped USAO 1131-45.

6. Attached hereto as **Exhibit D** is a true and correct copy of the Affidavit of Paul S. Artley in Support of Application to Extend Authorization to Intercept Wire Communications over Target Telephone #1 and Target Telephone #2, dated July 5, 2007, as it was produced by the government in this case. The document is Bates stamped USAO 1146-88.

7. Attached hereto as **Exhibit E** is a true and correct copy of the Application for an Order Authorizing the Interception of Visual, Non-Verbal Conduct and Activities, dated February 4, 2008, as it was produced by the government in this case. The document is Bates stamped USAO 29323-29.

8. Attached hereto as **Exhibit F** is a true and correct copy of the Application to for an Order Authorizing the Interception of Oral Communications, dated February 4, 2008, as it

1

DECLARATION OF KEKER IN SUPPORT OF SALYER'S SUPPLEMENTAL BRIEF I.S.O.
MOTION TO SUPPRESS FRUITS OF ILLEGAL WIRETAPS
CASE NO. 2:10-CR-0061-LKK (GGH)

584811.01

1  was produced by the government in this case.  The document is Bates stamped USAO 29308-16..

2      9.    Attached hereto as **Exhibit G** is a true and correct copy of the Application for an
3  Order Authorizing the Interception of Visual, Non-Verbal Conduct and Activities, dated
4  February 6, 2008, as it was produced by the government in this case.  The document is Bates
5  stamped USAO 29388-97.

6      10.    Attached hereto as **Exhibit H** is a true and correct copy of the Application for
7  Authorization to Intercept Wire Communications over Target Telephone #1 and Target
8  Telephone #2, dated February 21, 2008, as it was produced by the government in this case.  The
9  document is Bates stamped USAO 1292-307.

10     11.    Attached hereto as **Exhibit I** is a true and correct copy of the Affidavit of Paul S.
11 Artley in Support of Application for Authorization to Intercept Wire Communications, dated
12 February 21, 2008, as it was produced by the government in this case.  The document is Bates
13 stamped USAO 1308-55.

14     12.    Attached hereto as **Exhibit J** is a true and correct copy of the Application to
15 Extend Authorization to Intercept Wire Communications over Target Telephone #1 and Target
16 Telephone #2, dated March 25, 2008, as it was produced by the government in this case.  The
17 document is Bates stamped USAO 1515-27.

18     13.    Attached hereto as **Exhibit K** is a true and correct copy of the Affidavit of Paul S.
19 Artley in Support of Application to Extend Authorization to Intercept Wire Communications
20 over Target Telephone #1 and Target Telephone #2, dated March 25, 2008, as it was produced
21 by the government in this case.  The document is Bates stamped USAO 1475-514.

22     14.    Attached hereto as **Exhibit L** is a true and correct copy of the Application and
23 Affidavit for Search Warrant in the Matter of SK Foods, 1175 19th Ave., Lemoore, CA, dated
24 April 15, 2008, as it was produced by the government in this case.  The document is Bates
25 stamped USAO 001-126.

26     15.    Attached hereto as **Exhibit M** is a true and correct copy of a chart prepared by
27 Defendant's counsel Segal & Kirby LLP, which lists the items seized by Anthony Manuel from
28 SK Foods.  The chart was previously submitted to the Court on July 20, 2010 as part of

2
DECLARATION OF KEKER IN SUPPORT OF SALYER'S SUPPLEMENTAL BRIEF I.S.O.
MOTION TO SUPPRESS FRUITS OF ILLEGAL WIRETAPS
CASE NO. 2:10-CR-0061-LKK (GGH)

584811.01

Defendant's Motion to Suppress Evidence of Warrantless Searches [Dkt. No. 144].

16. Attached hereto as **Exhibit N** is a true and correct copy of the Reporter's Transcript of the Motions Hearing held before this Court on September 23, 2011.

17. Attached hereto as **Exhibit O** is a true and correct copy of California Tomato Export Group (CTEG) Retreat Minutes, dated April 11-12, 2006, as it was produced by the government in this case. The document is Bates stamped USAO 127829-30.

18. Attached hereto as **Exhibit P** is a true and correct copy of CTEG Team Meeting Minutes, dated May 16, 2006, as it was produced by the government in this case. The document is Bates stamped USAO 117113-16.

19. Attached hereto as **Exhibit Q** is a true and correct copy of a Cross-Complaint in re *McClaren v. SK Foods, LP*, Case No. 07 CE CG 03677, dated January 7, 2008, as it was produced by the government in this case. The document is Bates stamped USAO 135412-32.

20. Attached hereto as **Exhibit R** is a true and correct copy of a letter to McGregor W. Scott from Special Agent Kevin Baker, dated February 16, 2006, as it was produced by the government in this case. The document is Bates stamped USAO 27428-29.

21. Attached hereto as **Exhibit S** are true and correct copies of emails to Stephen Jackson from the FDA, dated May 20, 2010 and a Report of Sample Analysis, dated July 25, 2007, as they were produced by the government in this case. The documents are Bates stamped USAO 134482-85 and USAO 134507-12.

22. Attached hereto as **Exhibit T** is a true and correct copy of the relevant excerpts of the First Periodic Report on Extended Authorization, dated July 23, 2007, as it was produced by the government in this case. The document is Bates stamped USAO 1202, 1229-30.

23. Attached hereto as **Exhibit U** are true and correct copies of emails to Paul S. Artley from the FDA, dated November 7, 2007, as it was produced by the government in this case. The document is Bates stamped USAO 27421-22.

24. Attached hereto as **Exhibit V** is a true and correct copy of a memorandum prepared by SA Paul Artley, dated November 28, 2007, as it was produced by the government in this case. The document is Bates stamped USAO 2996.

3
DECLARATION OF KEKER IN SUPPORT OF SALYER'S SUPPLEMENTAL BRIEF I.S.O.
MOTION TO SUPPRESS FRUITS OF ILLEGAL WIRETAPS
CASE NO. 2:10-CR-0061-LKK (GGH)

584811.01

25. Attached hereto as **Exhibit W** is a true and correct copy of a letter to Bruce J. Copeland from Special Agent Kevin Baker, dated November 28, 2007, as it was produced by the government in this case. The document is Bates stamped USAO 2991-92.

26. Attached hereto as **Exhibit X** is a true and correct copy of a memorandum prepared by SA Paul Artley, dated January 2, 2008, as it was produced by the government in this case. The document is Bates stamped USAO 3327-31.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on October 14, 2011 in San Francisco, California.

_____
JOHN W. KEKER

4
DECLARATION OF KEKER IN SUPPORT OF SALYER'S SUPPLEMENTAL BRIEF I.S.O.
MOTION TO SUPPRESS FRUITS OF ILLEGAL WIRETAPS
CASE NO. 2:10-CR-0061-LKK (GGH)

584811.01