1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,
                                      NO. CR. S-10-061 LKK
12          Plaintiff,

13      v.                                 O R D E R

14  FREDERICK SCOTT SALYER,

15          Defendant.
    _____/

16

17      The court orders the government's Exhibits C - J filed under

18  seal until the case is finally disposed of.

19      IT IS SO ORDERED.

20      DATED: November 2, 2011.

21

22

23      LAWRENCE K. KARLTON
        SENIOR JUDGE
24      UNITED STATES DISTRICT COURT

25

26

                              1