KEKER & VAN NEST LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
ELLIOT R. PETERS - #158708
epeters@kvn.com
BRIAN L. FERRALL - #160847
bferrall@kvn.com
633 Battery Street
San Francisco, CA  94111-1809
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

SEGAL & KIRBY LLP
MALCOLM S. SEGAL - #075481
msegal@segalandkirby.com
770 L Street, Suite 1449
Sacramento, CA  95814
Telephone:  (916) 441-0828
Facsimile:  (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

**FILED**

**Nov 9, 2011**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     v.<br><br>FREDERICK SCOTT SALYER,<br><br>                              Defendant. | Case No. 2:10-CR-0061-LKK (GGH)<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS**<br><br>Courtroom: 4, 15th Floor<br>Judge:      Hon. Lawrence K. Karlton<br><br>Date Comp. Filed:      February 18, 2010<br><br>Trial Date: April 17, 2012 |

1 | Now before the Court is Defendant Frederick Scott Salyer's Request to Seal Documents. GOOD CAUSE APPEARING THEREFORE,

Defendant Frederick Scott Salyer's Request to Seal Documents is GRANTED, and the Clerk is ordered to file under seal the submitted Request to File Application Under Seal, and Defendant's Unopposed Application to Temporarily Modify Conditions of Pretrial Release. The documents shall remain under seal unless and until this Court orders otherwise.

Dated: November 9, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT