# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>FREDERICK SCOTT SALYER<br>*Defendant* | )<br>)<br>) Case No. 2:10-CR-0061-LKK (GGH)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Frederick Scott Salyer

Date:  November 21, 2011

*Attorney's signature*

Justina K. Sessions  #270914
*Printed name and bar number*

Keker & Van Nest LLP
633 Battery Streett
San Francisco, CA  94111
*Address*

jsessions@kvn.com
*E-mail address*

(415) 391-5400
*Telephone number*

(415) 397-7188
*FAX number*

