UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

NO. CR. S-10-061 LKK

     Plaintiff,

  v.                      O R D E R

FREDERICK SCOTT SALYER,

     Defendant.

_____/

    Defendant has moved to require the government to disclose evidence pursuant to Fed. R. Evid. R. 404(b) ("Other Crimes, Wrongs, or Acts"). The matter came on for hearing on November 29, 2011.

    Good cause appearing, it is hereby ordered that the government shall inform defendant of any and all Rule 404(b) evidence it intends to tender at trial, not later than January 15, 2012.

    IT IS SO ORDERED.

    DATED: December 1, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT