BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>           Plaintiff,        )<br>                             )<br>   v.                        )<br>                             )<br> FREDERICK SCOTT SALYER      )<br>                             )<br>                             )<br>           Defendant.        )<br>_____) | CASE NO. 2:10-cr-61 LKK<br><br><br>ORDER<br>EXCLUDING TIME |

On September 23, 2011, the Court found the time between September 23, 2011 and April 17, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The ends of justice are served by the Court excluding such time. 18 U.S.C. § 3161(h)(7)(A). First, as the filings in this case demonstrate, this case is legally and factually complex due to the nature of the prosecution, such that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(B)(ii). Second, failure to continue the trial to April 17, 2011 would unreasonably deny the Defendant continuity of counsel, whose schedule was considered when the Court set the

trial date for April 17, 2012.  18 U.S.C. § 3161(h)(7)(B)(iv).
Therefore, the interests of justice served by granting this
continuance outweigh the best interests of the public and the
Defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

DATE: December 15, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT