| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
|   | JOHN W. KEKER - #49092 |
| 2 | jkeker@kvn.com |
|   | ELLIOT R. PETERS - #158708 |
| 3 | epeters@kvn.com |
|   | BRIAN L. FERRALL - #160847 |
| 4 | bferrall@kvn.com |
|   | 633 Battery Street |
| 5 | San Francisco, CA  94111-1809 |
|   | Telephone:  (415) 391-5400 |
| 6 | Facsimile:  (415) 397-7188 |
| 7 | SEGAL & KIRBY LLP |
|   | MALCOLM S. SEGAL - #075481 |
| 8 | msegal@segalandkirby.com |
|   | 770 L Street, Suite 1449 |
| 9 | Sacramento, CA  95814 |
|   | Telephone:  (916) 441-0828 |
| 10 | Facsimile:  (916) 446-6003 |
| 11 | Attorneys for Defendant |
|    | FREDERICK SCOTT SALYER |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>        v.<br><br>FREDERICK SCOTT SALYER,<br><br>                           Defendant. | Case No. 2:10-CR-0061-LKK (GGH)<br><br>**[PROPOSED] ORDER EXCLUDING TIME**<br><br>Courtroom: 4. 15th Floor<br>Judge:       Hon. Lawrence K. Karlton<br><br>Date Comp. Filed:     February 18, 2010<br><br>Trial Date: April 17, 2012 |

On December 21, 2011, the Court found the time between December 21, 2011 and September 11, 2012 should be excluded from the calculation of time under the Speedy Trial Act with respect to Counts 8-12 of the government's second superseding indictment, served on August 17, 2011 [Dkt. 365]. Counts 8-12 concern alleged violations of the Sherman Antitrust Act. Counsel for the government and defendant consented to the exclusion of time.

The exclusion of time is appropriate for two reasons. First, Counts 8-12 have been severed from Counts 1-7 of the second superseding indictment. Trial on Counts 1-7 will commence on April 17, 2012 and is expected to last multiple weeks. Consequently, exclusion of time is appropriate under 18 U.S.C. § 3161(h)(1)(B). Second, the ends of justice are also served by the Court excluding the above-mentioned time. 18 U.S.C. § 3161(h)(7)(B). Failure to continue the trial to September 11, 2012 would unreasonably deny the Defendant continuity of counsel, whose schedule was considered when the Court set the trial date for September 11, 2012. 18 U.S.C. §3161(h)(7)(B)(iv). Additionally, given the complexity of Counts 8-12, failure to continue the trial to September 11, 2012 would deny the parties of adequate time to prepare for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act. 18 U.S.C. §3161(h)(7)(B)(ii). Therefore, the interests of justice served by granting this continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

**SO ORDERED**.

DATE:

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT