Dale C. Campbell, State Bar No. 99173
Zachary J. Wadlé, State Bar No. 231404
**weintraub** genshlea chediak
**tobin** & tobin
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California 95814
Telephone:   916.558.6000
Facsimile:    916.446.1611
dcampbell@weintraub.com

Attorneys for Movant
The Morning Star Packing Company, L.P.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK SCOTT SALYER,<br><br>Defendant. | Case No. 2:10-cr-0061-LKK (GGH)<br><br>NOTICE OF MOTION AND MOTION TO QUASH SUBPOENAS<br><br>Date: March 6, 2012<br>Time: 9:15 a.m.<br>Courtroom 4, The Hon. Lawrence K. Karlton<br><br>Complaint Filed: February 18, 2010<br>Trial Date: April 17, 2012 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on March 6, 2012, at 9:15 a.m., or as soon thereafter as the matter may be heard, in Courtroom No. 4, before the Hon. Lawrence K. Karlton, United States District Court, located at 501 "I" Street, Sacramento, California, The Morning Star Packing Company, L.P. will move the Court, pursuant to Federal Rules of Criminal Procedure, Rule 17(c)(3), for an order quashing defendant's subpoenas on The Morning Star Packing Company ("Morning Star") and Morning Star's counsel's retained investigator Don Vilfer.

{1450372.DOCX;}   1   Not. of Mot. and Motion to Quash Subpoenas

This motion is made on the grounds that there are no "exceptional circumstances" justifying the *ex parte* issuance of defendant's subpoenas without prior notice under the Crime Victim Rights Act (18 U.S.C. § 3771), and the subpoenas are improper under Federal Rules of Criminal Procedure, Rule 17(c) and applicable legal statutes.

This motion is based upon this Notice, the attached Memorandum of Points and Authorities, the declarations of Dale C. Campbell, Chris Rufer, and Don Vilfer, all of the pleadings and records on file in this action, and upon such other argument as may be presented at the hearing of this motion

Dated: February 21, 2012

Respectfully submitted,

**weintraub** genshlea chediak
**tobin** & tobin
Law Corporation

By: /s/ Dale C. Campbell
Dale C. Campbell
State Bar No. 99173

Attorneys for Movant
The Morning Star Packing Company, L.P.