UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-10-061 LKK

    Plaintiff,

  v.                      O R D E R

FREDERICK SCOTT SALYER,

    Defendant.
                                   /

The government requests that it be given notice of all post-arraignment orders issued by the court in this case (Dkt. No. 464). Defendant has filed a Statement of Non-Opposition (Dkt. No. 471).

It appears that the only orders responsive to the government's motion are those granted pursuant to defendant's <u>ex parte</u> applications for orders relating to Rule 17 subpoenas.

Accordingly, defendant is ordered to serve the government with all such orders, no later than seven days from the date of this order.

////

1

1   IT IS SO ORDERED.

2   DATED: March 7, 2012.

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

2