KEKER & VAN NEST LLP
JOHN KEKER, #49092
ELLIOT R. PETERS, #158708
BRIAN L. FERRALL, #160847
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

SEGAL & KIRBY LLP
MALCOLM S. SEGAL - #075481
770 L Street, Suite 1449
Sacramento, CA  95814
Telephone:  (916) 441-0828
Facsimile:  (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>FREDERICK SCOTT SALYER,<br><br>         Defendant. | Case No. 2:10-CR-0061-LKK<br><br>**STIPULATION AND ORDER** |

By and through their undersigned counsel, the parties hereby stipulate and agree:

1. The Court's deadline in its September 12, 2011 scheduling order [Dkt. 376] should be extended to allow Defendant Salyer to file a motion to dismiss by March 23, 2012;

2. The United States will file any opposition to that motion by April 6, 2012;

3. Defendant Salyer will file any reply in support of the motion by April 13, 2012; and

4. The hearing on any such motion shall be noticed for the same date as the hearing on any motions *in limine* filed in this matter.

Dated: March 8, 2012  KEKER & VAN NEST LLP

By:  */s/ John W. Keker*
     JOHN KEKER
     ELLIOT R. PETERS
     BRIAN L. FERRALL

     Attorneys for Defendant
     FREDERICK SCOTT SALYER

Dated: March 8, 2012  UNITED STATES OF AMERICA

By:  */s/ Matthew D. Segal*
     MATTHEW D. SEGAL
     Assistant United States Attorney

**IT IS SO ORDERED**.
Dated: March 9, 2012

By:  _____
     LAWRENCE K. KARLTON
     SENIOR JUDGE
     UNITED STATES DISTRICT COURT