| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| Plaintiff, | |
| v. | CASE NO. **2:10–CR–00061–LKK** |
| **FREDERICK SCOTT SALYER ,** | SCHEDULE FOR DISCLOSURE OF PRE–SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE–SENTENCE REPORT |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of referral to Probation Officer: | **3/23/2012** |
| Judgment and sentencing date: | **7/10/2012** |
| Reply or statement of non–opposition: | **7/3/2012** |
| Motion for correction of the Pre–Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | **6/26/2012** |
| The Pre–Sentence Report shall be filed with the court and disclosed to counsel no later than: | **6/19/2012** |
| Counsel's written objections to the Pre–Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **6/12/2012** |
| The Proposed Pre–Sentence Report shall be disclosed to counsel no later than: | **5/29/2012** |
| Copies of this schedule given this date in court to: | AUSA – Defense Counsel – USPO |

Dated:   March 23, 2012                    By: /s/ M. Krueger
                                                          COURTROOM CLERK