UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FREDERICK SCOTT SALYER,

Defendant.

_________________________________/

CR. NO. S-10-061 LKK

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BRADLEY D. SHARP, Chapter 11 Trustee,

Appellant,

v.

SSC FARMS 1, LLC, et al.,

Appellees.

_________________________________/

CIV. NO. S-12-0775 JAM

////

////

////

////

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BRADLEY D. SHARP, Chapter 11 Trustee,

Appellant,

v. CIV. NO. S-11-1839 LKK

FRED SALYER IRREVOCABLE TRUST,

Appellee.

_________________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BRADLEY D. SHARP, Chapter 11 Trustee,

Appellant,

v. CIV. NO. S-11-1840 LKK

SKF AVIATION, LLC, et al.,

Appellees.

_________________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BRADLEY D. SHARP, Chapter 11 Trustee,

Appellant,

////

////

v. CIV. NO. S-11-1842 LKK

SSC FARMS 1, LLC, et al.,

Appellees.
_______________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co.,

Appellant,

v. CIV. NO. S-11-1845 LKK

SCOTT SALYER, et al.,

Appellees.
_______________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co.,

Appellant,

v. CIV. NO. S-11-1846 LKK

INTERNAL REVENUE SERVICE, et al.,

Appellees.
_______________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co.,

Appellant,

v.

CSSS, L.P.,

Appellee.

CIV. NO. S-11-1847 LKK

______________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co.,

Appellant,

v.

CALIFORNIA FRANCHISE TAX BOARD, et al.,

Appellees.

CIV. NO. S-11-1849 LKK

______________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co., CIV. NO. S-11-1850 LKK

Appellant,

v.

CALIFORNIA FRANCHISE TAX BOARD, et al.,

Appellees.
________________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co., CIV. NO. S-11-1853 LKK

Appellant,

v.

CARY SCOTT COLLINS, et al.,

Appellees.
________________________________/

In re:

SK FOODS, L.P., a California limited partnership, et al.,

Debtors.

BANK OF MONTREAL, as Administrative Agent, successor

by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc, a California corporation, d/b/a Colusa County Canning Co.,

Appellant,

v.

CARY SCOTT COLLINS, et al.,

Appellees.
_______________________________/

CIV. NO. S-11-1855 LKK

**RELATED CASE ORDER**

Non-parties Cary Collins and Collins and Associates in the above-captioned bankruptcy appeal have filed a Notice of Related Cases.

The above-captioned bankruptcy matter appears to be related to the previously related cases 2:11-CV-1839-LKK, 2:11-CV-01840, 2:11-CV-1842, 2:11-CV-1845, 2:11-CV-1846, 2:11-CV-1847, 2:11-CV-1849, 2:11-CV-1850, 2:11-CV-1853, and 2:11-CV-1855.

Related cases are generally assigned to the judge presiding over the case with the lowest number. See E.D. Cal. R. 123(c). Accordingly the court ORDERS as follows:

1. The action denominated 2:12-CV-0775 JAM is REASSIGNED to Senior Judge Lawrence K. Karlton for all further proceedings.

2. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:12-CV-0775 LKK.

3. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

////

IT IS SO ORDERED.

DATED: March 29, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT