UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

       v.                      CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

    Defendant.
                                  /

IN RE:

SK FOODS, L.P.,

    Debtor.

BRADLEY D. SHARP,                    CIV. NO. S-10-810 LKK

    Plaintiff,

       v.

SCOTT SALYER, et al.,

    Defendants.
                                  /

////

////

////

```
 1  IN RE:
 2  SK FOODS, L.P.,
 3           Debtor.
 4  BRADLEY D. SHARP,                          CIV. NO. S-10-811 LKK
 5           Plaintiff,
 6              v.
 7  SKF AVIATION, LLC, et al.,
 8           Defendants.
                                        /
 9  IN RE:
10  SK FOODS, L.P.,
11           Debtor.
12  BRADLEY D. SHARP,                          CIV. NO. S-10-812 LKK
13           Plaintiff,
14              v.
15  SSC FARMS 1, LLC, et al.,
16           Defendants.
                                        /
17  IN RE:
18  SK FOODS, L.P.,
19           Debtor.
20  ROBERT PRUETT,                             CIV NO. S-12-669 MCE
21           Appellant,
22              v.                             RELATED CASE ORDER
23  BRADLEY D. SHARP,
    CHAPTER 11 TRUSTEE,
24
             Appellee.
25                                      /
26  ////
```

1  The above-captioned case is an appeal of an order of the
2  Bankruptcy Court holding Robert Pruett (and others) in contempt for
3  violating a preliminary injunction. The court is in receipt of the
4  Trustee's notice that this case is related to <u>Sharp v. Salyer (In
5  re SK Foods, L.P.)</u>, Civ. No. 2:10-cv-810 LKK, <u>Sharp v. SKF
6  Aviation, LLC (In re SK Foods, L.P.)</u>, Civ. No. 2:10-cv-811 LKK, and
7  <u>Sharp v. SSC Farms 1, LLC (In re SK Foods, L.P.)</u>, Civ. No. 2:10-cv-
8  812 LKK. This court previously upheld the preliminary injunctions
9  on appeal from the related cases.
10  Accordingly the court ORDERS as follows:
11  1. The bankruptcy appeal denominated Civ. No. 2:12-cv-669 MCE
12  is REASSIGNED to Senior Judge Lawrence K. Karlton for all further
13  proceedings. Henceforth, the caption on documents filed in the
14  reassigned case shall be shown as Civ. No. 2:12-cv-669 LKK.
15  2. The Clerk of the Court make shall appropriate adjustment
16  in the assignment of civil cases to compensate for this
17  reassignment.
18  IT IS SO ORDERED.
19  DATED: March 29, 2012.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3