KEKER & VAN NEST LLP
JOHN KEKER, #49092
ELLIOT R. PETERS, #158708
BRIAN L. FERRALL, #160847
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

SEGAL & KIRBY LLP
MALCOLM S. SEGAL - #075481
400 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 441-0828
Facsimile:  (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>FREDERICK SCOTT SALYER,<br><br>            Defendant. | Case No. 2:10-CR-0061-LKK (GGH)<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS**<br><br>Courtroom:  4, 15th Floor<br>Judge:         Hon. Lawrence K. Karlton |

1  Now before the Court is Defendant Frederick Scott Salyer's Request to Seal Documents.
2  GOOD CAUSE APPEARING THEREFORE,
3  Defendant Frederick Scott Salyer's Request to Seal Documents is GRANTED, and the
4  Clerk is ordered to lodge under seal the submitted Defendant's Unopposed Application to
5  Temporarily Modify Conditions of Pretrial Release.  The Application shall remain under seal
6  unless and until this Court orders otherwise.
7  **IT IS SO ORDERED.**
8
9  Dated:  April 5, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT