1

2

3

4

5

6

7                         UNITED STATES DISTRICT COURT

8                         EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,

11            Plaintiff,

12                 v.                        CR. NO. S-10-061 LKK

13   FREDERICK SCOTT SALYER,

14            Defendant.
     _____/
15   IN RE:

16   SK FOODS, L.P.,

17            Debtor.

18   BRADLEY D. SHARP,                        CIV. NO. S-10-810 LKK

19            Plaintiff,

20                 v.

21   SCOTT SALYER, et al.,

22            Defendants.
     _____/
23

24   ////

25   ////

26   ////

IN RE:

SK FOODS, L.P.,

        Debtor.

ROBERT PRUETT,                                CIV NO. S-12-669 LKK

        Appellant,

            v.

BRADLEY D. SHARP,
CHAPTER 11 TRUSTEE,

        Appellee.
_____/

IN RE:

SK FOOD, L.P., a California
limited partnership, et al.,

        Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

        Appellant,                    CIV NO. S-12-775 LKK

            v.

SSC FARMS 1, LLC, et al.,

        Appellees.
_____/

////

////

////

////

////

////

////

////

2

1   IN RE:

2   SK FOODS, L.P., a California
    limited partnership,

3
            Debtor.

4
    CARY COLLINS and COLLINS &
5   ASSOCIATES,

6           Appellants,                      CIV. NO. S-12-0655 GEB

7                v.

8   BRADLEY D. SHARP, Chapter 11
    Trustee,
9           Appellee.
    _____/

10  IN RE:

11  SK FOODS, L.P., a California
    limited partnership, et al.,

12
            Debtors.

13
    SSC FARMS 1, LLC, et al.,
14
            Appellants,                      CIV. NO. S-12-0894 JAM
15
                 v.

16
    BRADLEY SHARP, et al.,                   RELATED CASE ORDER
17
            Appellees.
18  _____/

19        The above-captioned cases are bankruptcy appeals.  The court

20  is in receipt of notices that the above-captioned appeals are

21  related to Sharp v. Salyer (In re SK Foods, L.P.), Civ. No. 2:10-

22  cv-810 LKK (and its previously related cases), and also to Pruett

23  v. SSC Farms (In re SK Foods, L.P.), Civ. No. 2:12-669 LKK and

24  Sharp v. SSC Farms (In re SK Foods, L.P.), Civ. No. 2:12-775 LKK.

25        Pursuant to E.D. Cal. R. 123(c), related cases are re-assigned

26  to the judge with the lower numbered case.

1    Accordingly the court ORDERS as follows:

2    1.   The bankruptcy appeals denominated Civ. No. 2:12-cv-655

3    GEB and Civ. No. 2:12-cv-894 JAM are REASSIGNED to Senior Judge

4    Lawrence K. Karlton for all further proceedings.  Henceforth, the

5    caption on documents filed in the reassigned cases shall be shown

6    as 2:12-cv-655 LKK and Civ. No. 2:12-cv-894 LKK.

7    2. The Clerk of the Court make shall appropriate adjustment

8    in  the assignment of civil cases to compensate for this

9    reassignment.

10   IT IS SO ORDERED.

11   DATED:  April 13, 2012.

12

13

14

15   LAWRENCE K. KARLTON
     SENIOR JUDGE
16   UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

4