1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,

11            Plaintiff,

12                  v.                      CR. NO. S-10-061 LKK

13   FREDERICK SCOTT SALYER,

14            Defendant.
     _____/

15   IN RE:

16   SK FOOD, L.P.,

17            Debtor.

18   BRADLEY D. SHARP, Chapter 11
     Trustee,
19
              Plaintiff,                    CIV NO. S-12-775 LKK
20
                  v.
21
     SSC FARMS 1, LLC, et al.,
22
              Defendants.
23   _____/

24   ////

25   ////

26   ////

IN RE:

SK FOODS, L.P.,

      Debtor.

BRADLEY D. SHARP, Chapter 11
Trustee,

      Plaintiff,            CIV. NO. S-12-923 GEB

        v.

SSC FARMS 1, LLC, et al.,      <u>RELATED CASE ORDER</u>

      Defendants.
_____/

    The court is in receipt of a notice that <u>Sharp v. SSC Farms</u>
<u>I, LLC (In re SK Foods, L.P.)</u>, Civ. No. 12-923 GEB, is related to
<u>Sharp v. SSC Farms I, LLC (In re SK Foods, L.P.)</u>, Civ. No. 12-775
LKK.  Examination of the cases shows that they are related, as they
are both appeals from the same Bankruptcy Court orders.  Pursuant
to E.D. Cal. R. 123(c), related cases are re-assigned to the judge
with the lower numbered case.

    Accordingly the court ORDERS as follows:

    1.   The case denominated Civ. No. 12-923 GEB is **REASSIGNED**
to Senior Judge Lawrence K. Karlton for all further proceedings.
Henceforth, the caption on documents filed in the reassigned case
shall be shown as Civ. No. 12-923 LKK.

    2.   The Clerk of the Court make shall appropriate adjustment
in  the  assignment of civil cases to compensate for this
reassignment.

    IT IS SO ORDERED.

    DATED:  May 1, 2012.

                           LAWRENCE K. KARLTON
                           SENIOR JUDGE
                           UNITED STATES DISTRICT COURT