UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-10-061 LKK

    Plaintiff,

  v.                            O R D E R

FREDERICK SCOTT SALYER,

    Defendant.
                                          /

    Defendant's motion to alter the terms of pretrial release is DENIED.

    IT IS SO ORDERED.

    DATED: May 23, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1