UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

         v.                    CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

       Defendant.
_____/

IN RE:

SK FOODS, L.P.,

       Debtor.

BRADLEY D. SHARP,                    CIV. NO. S-10-810 LKK

       Plaintiff,

         v.

SCOTT SALYER, et al.,

       Defendants.
_____/

////

////

////

IN RE:

SK FOODS, L.P.,

     Debtor.

BRADLEY D. SHARP,                                                    CIV. NO. S-10-811 LKK

     Plaintiff,

        v.

SKF AVIATION, LLC, et al.,

     Defendants.
_____/

IN RE:

SK FOODS, L.P.,

     Debtor.

BRADLEY D. SHARP,                                                    CIV. NO. S-10-812 LKK

     Plaintiff,

        v.

SSC FARMS 1, LLC, et al.,

     Defendants.
_____/

IN RE:

SK FOODS, L.P., a California
limited partnership,

     Debtor.

CARY COLLINS and COLLINS &
ASSOCIATES,

     Appellants,                                              CIV NO. S-12-655 LKK

        v.

BRADLEY D. SHARP, Chapter 11
Trustee

     Appellee.
_____/

2

IN RE:

SK FOOD, L.P., a California
limited partnership,

        Debtor.

CARY COLLINS and COLLINS &
ASSOCIATES,

        Appellants,             CIV NO. S-12-1308 JAM

        v.

BRADLEY D. SHARP, Chapter 11
Trustee,                   <u>RELATED CASE ORDER</u>

        Appellee.
_____/

    The court is in receipt of a notice that <u>Collins v. Sharp (In</u>
<u>re SK Foods, L.P.)</u>, Civ. No. 2:12-cv-1308-JAM, is related to Civ.
Nos. 2:10-cv-810-LKK, 2:10-cv-811-LKK, 2:10-cv-812-LKK and 2:12-cv-
655-LKK.  Examination of these cases shows that they are related.
Pursuant to E.D. Cal. R. 123(c), related cases are re-assigned to
the judge with the lower numbered case.

    Accordingly the court ORDERS as follows:

    1.  The case denominated Civ. No. 2:12-cv-1308-JAM is
REASSIGNED to Senior Judge Lawrence K. Karlton for all further
proceedings.  Henceforth, the caption on documents filed in the
reassigned case shall be shown as Civ. No. 2:12-cv-1308-LKK.

    2.  The Clerk of the Court make shall appropriate adjustment
in the assignment of civil cases to compensate for this
reassignment.

    IT IS SO ORDERED.

    DATED:  June 4, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3