UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

# INTEROFFICE MEMORANDUM

**TO:** Ana Rivas, Courtroom Clerk
of the Honorable Lawrence K. Karlton

**FROM:** Talia Katz
United States Probation Officer

**DATE:** August 20, 2012

**SUBJECT:** **Frederick Scott SALYER**
Docket Number: 2:10CR00061
<u>JUDGMENT AND SENTENCING CONTINUANCE</u>

**FILED**
Aug 20, 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

The above matter is scheduled for judgment and sentencing on September 05, 2012. Due to the Probation Officer's workload demand, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing Date: | <u>November 27, 2012 at 09:15 a.m.</u> |
| Reply, or Statement of Non-Opposition: | 11/20/2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/13/2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 11/06/2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 10/30/2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | 10/16/2012 |

**Reviewed by:** _Jeffrey C. Oestreicher_
Jeffrey C. Oestreicher
**Supervising United States Probation Officer**

TK:fn
cc: Matthew Segal, Assistant United States Attorney
Elliot Peters, Defense Counsel

Rev. 07/2010
CONTINUANCE ~ TO CT CLERK.WPD