1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   MATTHEW D. SEGAL
3  JARED C. DOLAN
   Assistant U.S. Attorneys
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2700

6  ANNA TRYON PLETCHER
   TAI S. MILDER
7  Trial Attorneys
   U.S. Department of Justice
8  Antitrust Divsion
   450 Golden Gate Avenue, Room 10-0101
9  San Francisco, CA 94102
   Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CR-00061-LKK |
| ) | |
| Plaintiff, ) | |
| ) | PRELIMINARY ORDER OF FORFEITURE |
| v. ) | |
| ) | |
| FREDERICK SCOTT SALYER, ) | |
| ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Frederick Scott Salyer, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 1963(a) and (b), defendant Frederick Scott Salyer's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.  All funds ever at Volksbank in Liechtenstein (Acct. No. 10-502063-0 100) and Credit Andorra in Andorra

1          (IBAN No. AD41 0003 0012 0000 0095 B200), including
2          $3,250,000 transferred from Volksbank to Credit Andorra
           on or about January 5, 2010.

3    2.   The above-listed property constitutes interests the
4 defendant has acquired or maintained in violation of 18 U.S.C. §
5 1962(c); interests in, securities of, claims against, and
6 property or contractual rights of any kind affording a source of
7 influence over an enterprise which the defendant established,
8 operated, controlled, conducted, and participated in the conduct
9 of in violation of 18 U.S.C. § 1962(c); and constitutes or is
10 derived from proceeds obtained, directly and indirectly, from
11 racketeering activity in violation of 18 U.S.C. § 1962(c).

12   3.   Pursuant to Rule 32.2(b), the Attorney General (or a
13 designee) shall be authorized to seize the above-listed property.
14 The aforementioned property shall be seized and held by the
15 Internal Revenue Service - Criminal Investigation, in its secure
16 custody and control.

17   4.   a.   Pursuant to 18 U.S.C. § 1963(l) and Local Rule 171,
18 the United States shall publish notice of the order of
19 forfeiture.  Notice of this Order and notice of the Attorney
20 General's (or a designee's) intent to dispose of the property in
21 such manner as the Attorney General may direct shall be posted
22 for at least 30 consecutive days on the official internet
23 government forfeiture site www.forfeiture.gov.  The United States
24 may also, to the extent practicable, provide direct written
25 notice to any person known to have alleged an interest in the
26 property that is the subject of the order of forfeiture as a
27 substitute for published notice as to those persons so notified.
28        b.   This notice shall state that any person, other than

the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 1963(a) and (b), in which all interests will be addressed.

SO ORDERED this 27th day of September, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT