KEKER & VAN NEST LLP
JOHN KEKER, #49092
ELLIOT R. PETERS, #158708
BRIAN L. FERRALL, #160847
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

SEGAL & KIRBY LLP
MALCOLM S. SEGAL - #075481
400 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 441-0828
Facsimile:  (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:10-CR-0061-LKK (EFB) |
|---|---|
| Plaintiff, | **RESPONSE TO MOTION FOR RECONVEYANCE** |
| v. | |
| FREDERICK SCOTT SALYER, | Date:    October 17, 2012<br>Time:    2:00 pm.<br>Court:   Hon. Edmund F. Brennan |
| Defendant. | |

Defendant Frederick Scott Salyer takes no position regarding this Motion.

Dated:  October 8, 2012

KEKER & VAN NEST LLP

By: /s/ Paven Malhotra
JOHN KEKER
ELLIOT R. PETERS
BRIAN L. FERRALL
PAVEN MALHOTRA

Attorneys for Defendant
FREDERICK SCOTT SALYER