```
KEKER & VAN NEST LLP
JOHN KEKER, #49092
ELLIOT R. PETERS, #158708
BRIAN L. FERRALL, #160847
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391-5400
Facsimile:    415 397-7188

SEGAL & KIRBY LLP
MALCOLM S. SEGAL - #075481
400 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:    916 441-0828
Facsimile:    916 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER


EDWARD W. SWANSON, SBN 159859
AUGUST GUGELMANN, SBN 240544
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone:    415 477-3800
Facsimile:    415 477-9010

Attorneys for Non-Party
LYNNE SALYER
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:10-CR-0061-LKK (EFB) |
|---|---|
| Plaintiff, | **JOINT STATEMENT OF LYNNE SALYER AND F. SCOTT SALYER RE MOTION FOR RECONVEYANCE (DKT. NO. 503) HEARING SET FOR OCTOBER 17, 2012** |
| v. | |
| FREDERICK SCOTT SALYER, | |
| Defendant. | Date:    October 17, 2012<br>Time:   2:00 pm.<br>Court:  Hon. Edmund F. Brennan |

1  Defendant F. Scott Salyer and Nonparty Lynne Salyer submit the following joint
2  statement regarding the Motion for Reconveyance filed by Lynne Salyer on October 1, 2012, Dkt.
3  503.  That motion is currently set for a hearing on October 17, 2012 before the Hon. Edmund
4  Brennan at 2pm. On October 8, 2012, Defendant Salyer filed his response to Ms. Salyer's motion,
5  Dkt. 505.  Mr. Salyer indicated that he would take no position regarding Ms. Salyer's motion.  As
6  a result, both Mr. Salyer and Ms. Salyer respectfully suggest that the Motion for Reconveyance
7  be submitted on the papers and that the hearing currently set for October 17, 2012 be taken off
8  calendar.

Dated:  October 12, 2012                        SWANSON & McNAMARA LLP

                                                s/Edward W. Swanson
                                            By: EDWARD W. SWANSON
                                                AUGUST GUGELMANN

                                                Attorneys for
                                                LYNNE SALYER

Dated:  October 12, 2012                        Keker & Van Nest LLP

                                                s/Paven Malhotra
                                            By: JOHN KEKER
                                                ELLIOT R. PETERS
                                                BRIAN L. FERRALL
                                                PAVEN MALHOTRA

                                                Attorneys for Defendant
                                                FREDERICK SCOTT SALYER

1

JOINT STATEMENT OF F. SCOTT SALYER AND LYNNE SALYER
Case No. 2:10-CR-0061-LKK (EFB)