UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

INTEROFFICE MEMORANDUM

TO: Ana Rivas, Courtroom Clerk
of the Honorable Lawrence K. Karlton

FROM: Scott Storey
Senior United States Probation Officer

DATE: October 15, 2012

SUBJECT: Frederick Scott SALYER
Docket Number: 2:10CR00061-01
JUDGMENT AND SENTENCING CONTINUANCE

FILED
Oct 15, 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

The above matter is scheduled for judgment and sentencing on November 27, 2012. Additional time is needed to complete the restitution and financial sections of the presentence report. All parties agree to a continuation of the judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing date: | January 8, 2013 at 9:15 a.m.; |
| Motion for Correction of the presentence report shall be filed with the Court and served to the probation officer and opposing counsel no later than: | December 26, 2013; |
| The presentence report shall be filed with the Court and disclosed to counsel no later than: | December 18, 2013; |
| Counsel's written objections to the presentence report shall be delivered to the probation officer and opposing counsel no later than: | December 11, 2013; |
| The proposed presentence report was disclosed to counsel no later than: | November 27, 2013. |

Reviewed by:

TERENCE A. SHERBONDY
Deputy Chief United States Probation Officer

cc: Matthew Segal, Assistant United States Attorney
Elliot Peters, Defense Counsel (Retained)

Rev. 8/98
CONTJ&S.MRG