KEKER & VAN NEST LLP
JOHN KEKER - # 49092
jkeker@kvn.com
ELLIOT R. PETERS - # 158708
epeters@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

SEGAL & KIRBY LLP
MALCOLM S. SEGAL - #075481
400 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 441-0828
Facsimile:  (916) 446-6003

Attorneys for Defendant FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>FREDERICK SCOTT SALYER,<br><br>           Defendant. | Case No. 2:10-CR-0061-LKK (GGH)<br><br>**NOTICE OF REQUEST TO SEAL DOCUMENTS**<br><br>Judge:       Hon. Lawrence K. Karlton |

1 | PLEASE TAKE NOTICE that, pursuant to Federal Rule of Criminal Procedure 49.1 and Local Rule 141, Defendant Frederick Scott Salyer, through undersigned counsel, requests permission to file under seal Defendant's Unopposed Application to Temporarily Modify Conditions of Pretrial Release.

The basis for the requested sealing is that the document contains personal information regarding third parties.

This Notice is being filed electronically.  The accompanying Request to Seal Documents, a Proposed Order, and the Application itself are being delivered by e-mail to Judge Karlton's proposed orders e-mail box and by United States Mail to the U.S. Attorney's Office.  Courtesy copies will also be emailed to all counsel of record.

Dated:  November 15, 2012                    KEKER & VAN NEST LLP


                                             By:    /s/ Justina Sessions
                                                    JUSTINA SESSIONS

                                                    Attorneys for Defendant FREDERICK SCOTT SALYER