KEKER & VAN NEST LLP
JOHN KEKER - # 49092
jkeker@kvn.com
ELLIOT R. PETERS - # 158708
epeters@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

SEGAL & KIRBY LLP
MALCOLM S. SEGAL - #075481
400 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 441-0828
Facsimile:  (916) 446-6003

Attorneys for Defendant FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>FREDERICK SCOTT SALYER,<br><br>            Defendant. | Case No. 2:10-CR-0061-LKK (GGH)<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS**<br><br>Judge:       Hon. Lawrence K. Karlton |

Now before the Court is Defendant Frederick Scott Salyer's Request to Seal Documents. GOOD CAUSE APPEARING THEREFORE,

Defendant Frederick Scott Salyer's Request to Seal Documents is GRANTED, and the Clerk is ordered to lodge under seal the submitted Defendant's Unopposed Application to Temporarily Modify Conditions of Pretrial Release and accompanying proposed order. The Application shall remain under seal unless and until this Court orders otherwise.

Dated: November 19, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT