KEKER & VAN NEST LLP
JOHN KEKER - # 49092
jkeker@kvn.com
ELLIOT R. PETERS - # 158708
epeters@kvn.com
BRIAN L. FERRALL - # 160847
bferrall@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

SEGAL & KIRBY LLP
MALCOLM S. SEGAL - #075481
400 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 441-0828
Facsimile:  (916) 446-6003

Attorneys for Defendant FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>FREDERICK SCOTT SALYER,<br><br>            Defendant. | Case No. 2:10-CR-0061-LKK (GGH)<br><br>**NOTICE OF REQUEST TO SEAL DOCUMENTS**<br><br>Judge:     Hon. Lawrence K. Karlton |

1   PLEASE TAKE NOTICE that, pursuant to Federal Rule of Criminal Procedure 49.1 and
2   Local Rule 141, Defendant Frederick Scott Salyer, through undersigned counsel, requests
3   permission to file under seal a document required to be furnished and filed under seal pursuant to
4   the Plea Agreement entered into between Defendant and the government.

5   This Notice is being filed electronically. The accompanying Request to Seal Documents,
6   the document requested to be filed under seal, and a Proposed Order are being hand-delivered to
7   the Court and the U.S. Attorney's Office. Courtesy copies of the Request and Proposed Order
8   will also be e-mailed to counsel of record for the government.

Dated: December 7, 2012                                 KEKER & VAN NEST LLP

                                                By:    /s/ Justina Sessions
                                                       JUSTINA SESSIONS

                                                       Attorneys for Defendant FREDERICK
                                                       SCOTT SALYER