BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
MATTHEW D. SEGAL
JARED C. DOLAN
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

ANNA TRYON PLETCHER
TAI S. MILDER
Trial Attorneys
U.S. Department of Justice
Antitrust Divsion
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:10-CR-00061-LKK |
|---|---|
| Plaintiff, | DECLARATION OF PUBLICATION |
| v. | |
| FREDERICK SCOTT SALYER, | |
| Defendant. | |

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on the official government internet site www.forfeiture.gov for at least 30 consecutive days beginning on November 9, 2012, and ending on December 8, 2012.

Attached hereto as Attachment 1 is a true and correct copy of the Notice of Forfeiture Action I caused to be published on the official government internet site www.forfeiture.gov.

Attached hereto as Attachment 2 is a true and correct copy of the Advertisement Certification Report that I printed off the Department of Justice Consolidated Asset Tracking System (CATS), a

1  database designed to track, throughout the forfeiture life-cycle, assets seized by federal law
2  enforcement agencies.  Attachment 2 shows that Attachment 1 was published for 30 consecutive
3  calendar days.
4      I declare under penalty of perjury that the foregoing is true and correct.  Executed on
5  December 13, 2012, at Sacramento, California.

*Tammy Teglia*
Tammy Teglia
Paralegal Specialist

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
COURT CASE NUMBER: 2:10-CR-00061-LKK; NOTICE OF FORFEITURE

Notice is hereby given that on September 27, 2012, in the case of U.S. v. Frederick Scott Salyer, Court Case Number 2:10-CR-00061-LKK, the United States District Court for the Eastern District of California entered an Order condemning and forfeiting the following property to the United States of America:

All funds ever at Volksbank in Liechtenstein (Acct. No. 10-502063-0 100) and Credit Andorra in Andorra (IBAN No. AD41 0003 0012 0000 0095 B200), including $3,250,000 transferred from Volksbank to Credit Andorra on or about January 5, 2010 (12-IRS-001908).

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (November 09, 2012) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 501 I Street, Room 4-200, Sacramento, CA 95814, and a copy served upon Assistant United States Attorney Matthew D. Segal, 501 I Street, Suite 10-100, Sacramento, CA 95814. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between November 9, 2012 and December 08, 2012. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Frederick Scott Salyer

**Court Case No:** 2:10-CR-00061-LKK
**For Asset ID(s):** See Attached Advertisement Copy

|  |  |  |  |
| --- | --- | --- | --- |
| 1 | 11/09/2012 | 24.0 | Verified |
| 2 | 11/10/2012 | 24.0 | Verified |
| 3 | 11/11/2012 | 24.0 | Verified |
| 4 | 11/12/2012 | 24.0 | Verified |
| 5 | 11/13/2012 | 24.0 | Verified |
| 6 | 11/14/2012 | 23.9 | Verified |
| 7 | 11/15/2012 | 24.0 | Verified |
| 8 | 11/16/2012 | 24.0 | Verified |
| 9 | 11/17/2012 | 23.9 | Verified |
| 10 | 11/18/2012 | 24.0 | Verified |
| 11 | 11/19/2012 | 24.0 | Verified |
| 12 | 11/20/2012 | 24.0 | Verified |
| 13 | 11/21/2012 | 24.0 | Verified |
| 14 | 11/22/2012 | 24.0 | Verified |
| 15 | 11/23/2012 | 24.0 | Verified |
| 16 | 11/24/2012 | 24.0 | Verified |
| 17 | 11/25/2012 | 23.9 | Verified |
| 18 | 11/26/2012 | 24.0 | Verified |
| 19 | 11/27/2012 | 24.0 | Verified |
| 20 | 11/28/2012 | 24.0 | Verified |
| 21 | 11/29/2012 | 24.0 | Verified |
| 22 | 11/30/2012 | 23.9 | Verified |
| 23 | 12/01/2012 | 23.9 | Verified |
| 24 | 12/02/2012 | 23.9 | Verified |
| 25 | 12/03/2012 | 24.0 | Verified |
| 26 | 12/04/2012 | 24.0 | Verified |
| 27 | 12/05/2012 | 24.0 | Verified |
| 28 | 12/06/2012 | 23.8 | Verified |
| 29 | 12/07/2012 | 24.0 | Verified |
| 30 | 12/08/2012 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.