UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        NO. CR. S-10-061 LKK

    Plaintiff,

  v.                      O R D E R

FREDERICK SCOTT SALYER,

    Defendant.

    The defendant's motion to delay surrender is DENIED.

    IT IS SO ORDERED.

    DATED: April 3, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1