1  KEKER & VAN NEST LLP
   JOHN KEKER - # 49092
2  jkeker@kvn.com
   ELLIOT R. PETERS - # 158708
3  epeters@kvn.com
   PAVEN MALHOTRA - # 258429
4  pmalhotra@kvn.com
   JUSTINA SESSIONS - # 270914
5  jsessions@kvn.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
7  Facsimile:     415 397 7188

8  SEGAL & KIRBY LLP
   MALCOLM S. SEGAL - #075481
9  400 Capitol Mall, Suite 1600
   Sacramento, CA  95814
10 Telephone:  (916) 441-0828
   Facsimile:  (916) 446-6003

11
   Attorneys for Defendant
12 FREDERICK SCOTT SALYER

13                    UNITED STATES DISTRICT COURT

14                  EASTERN DISTRICT OF CALIFORNIA

15                       SACRAMENTO DIVISION

16 UNITED STATES OF AMERICA,              Case No. 2:10-CR-0061-LKK (GGH)

17          Plaintiff,                    **MOTION TO EXONERATE BOND AND
                                          FOR RECONVEYANCE OF REAL
18       v.                               PROPERTY**

19 FREDERICK SCOTT SALYER,                Judge:      Hon. Lawrence K. Karlton

20          Defendant.

21

22

23

24

25

26

27

28

---

MOTION TO EXONERATE BOND AND FOR RECONVEYANCE OF REAL PROPERTY
Case No. 2:10-CR-0061-LKK (GGH)

747323.01

1    Defendant Frederick Scott Salyer respectfully moves this Court for the entry of an order to

2    (1) exonerate the personal Appearance Bond for Frederick Scott Salyer; (2) return the $300,000

3    cash securing the Appearance Bond; (3) direct the Clerk of the Court to reconvey the real

4    property securing the Appearance Bond; and (4) direct the Clerk of the Court to return

5    Defendant's passport and pilot's license.

6        In accordance with the Court's Order of Release [Dkt. 212] and Amended Order

7    concerning bail [Dkt. 217], the following security was provided to the Court:

8        1.  Cashier's check in the amount of $300,000, *see* Receipt No. #CAE200024945;

9        2.  Passport for Frederick Scott Salyer, *see* Dkt. 55;

10       3.  Federal Aviation Commercial Pilot Proficiency Card for Frederick Scott Salyer, *see*

11           Dkt. 56; and

12       4.  Appearance Bond for the amount of $6,000,000, secured by $300,000 cash and real

13           property, *see* Dkt. 213 and Dkt. 221-24, 226-27.

14       The Appearance Bond should be exonerated and all collateral returned to its owners. *See*

15   *Cain v. United States*, 148 F.2d 182, 183 (9th Cir. 1945) ("The bail bond is of course exonerated

16   by the appearance of defendant to answer to the judgment of the court, in conformity with the

17   terms of the bond."); Fed. R. Crim P. 43(g) ("The court must exonerate the surety and release any

18   bail when a bond condition has been satisfied . . . ."). This case has been concluded and the

19   necessity for the bail has passed. Mr. Salyer timely surrendered to the Bureau of Prisons and the

20   Judgment was returned executed on April 12, 2013. *See* Dkt. 597. For this reason, Mr. Salyer

21   respectfully requests that the Court enter an order exonerating the Appearance Bond.

22   Dated: April 16, 2013                          KEKER & VAN NEST LLP

24                                          By:  /s/ *Justina Sessions*
                                                JOHN KEKER
25                                              ELLIOT R. PETERS
                                                PAVEN MALHOTRA
26                                              JUSTINA SESSIONS

27                                              Attorneys for Defendant
                                                FREDERICK SCOTT SALYER

1

MOTION TO EXONERATE BOND AND FOR RECONVEYANCE OF REAL PROPERTY
Case No. 2:10-CR-0061-LKK (GGH)

747323.01