KEKER & VAN NEST LLP
JOHN KEKER - # 49092
jkeker@kvn.com
ELLIOT R. PETERS - # 158708
epeters@kvn.com
PAVEN MALHOTRA - # 258429
pmalhotra@kvn.com
JUSTINA SESSIONS - # 270914
jsessions@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

SEGAL & KIRBY LLP
MALCOLM S. SEGAL - #075481
400 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  (916) 441-0828
Facsimile:  (916) 446-6003

Attorneys for Defendant
FREDERICK SCOTT SALYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-CR-0061-LKK (GGH) |
| Plaintiff, | **[PROPOSED] ORDER EXONERATING BOND AND DIRECTING RECONVEYANCE OF REAL PROPERTY** |
| v. | |
| FREDERICK SCOTT SALYER, | Judge:     Hon. Lawrence K. Karlton |
| Defendant. | |

Now before the Court is Defendant Frederick Scott Salyer's Motion to Exonerate Bond and for Reconveyance of Real Property.  Mr. Salyer timely surrendered to the Bureau of Prisons and the Judgment against him was returned executed on April 12, 2013.  *See* Dkt. 597.  For this reason, it is hereby ordered that the Appearance Bond for the amount of $6,000,000, secured by $300,000 cash and real property, Dkt. 208, is EXONERATED.

It is further ordered that the Clerk of the Court shall:

1. Return the sum of $300,000 deposited as bail to the Defendant or his attorney;
2. Return the Defendant's Passport and Federal Aviation Commercial Pilot Proficiency Card to the Defendant or his attorney; and
3. Reconvey the real property posted as collateral for the Appearance Bond, *see* Dkt. 221-24, 226-27 to the property owners and transmit quit claim deeds to the appropriate County Clerks.

**IT IS SO ORDERED.**

Dated: _____

By: _____
HON. LAWRENCE K. KARLTON