**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK SCOTT SALYER,<br><br>Defendants. | Case No. 2:10-CR-0061-LKK<br><br>**DECLARATION OF FREDERICK SCOTT SALYER IN SUPPORT OF LINDA SALYER LEE'S, AS TRUSTEE FOR THE LINDA SALYER LEE REVOCABLE TRUST, OPPOSITION TO: (1) BANK OF MONTREAL'S MOTION FOR TURNOVER OF PROPERTY SUBJECT TO JUDGMENT CREDITOR'S LIEN AND (2) UNITED STATES' MOTION FOR AN ORDER DIRECTING PAYMENT TO THE UNITED STATES ATTORNEY, AND IN SUPPORT OF DEFENDANT FREDERICK SCOTT SALYER'S MOTION TO EXONERATE BOND.** |

I, Fredrick Scott Salyer, state and declare that:

1. I am the defendant in the above-titled case. I have personal knowledge of the facts set forth in this Declaration.

2. A condition of this Court's Order authorizing my bail pre-trial was, among other conditions, that $300,000.00 cash be posted.

3. My sister, Linda Salyer Lee, as trustee of the Linda Salyer Lee, as trustee for the Linda Salyer Lee Revocable Trust ("Trust"), posted the $300,000.00 cash portion of my bail. Neither myself personally nor any entity or affiliate with which I had an interest had any direct or indirect ownership or interest of any nature in the $300,000.00 cash portion of my bail that was posted pursuant to this Court's Order.

3. Neither myself personally nor any entity or affiliate with which I had an interest had at the time the Trust posted the $300,000.00 cash, nor does it currently have, any direct or indirect ownership or interest of any nature in the Linda Salyer Lee Revocable Trust, or the assets of that Trust.

4. My sister, Linda Salyer Lee, as the trustee of the Trust posted the $300,000.00 cash as an act of kindness for her brother. The $300,000.00 was not a loan or a gift to me.

I declare under penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct. Executed this 7 day of May, 2013, at Lompoc, California.

Fredrick Scott Salyer

2   USDC, ED CA, Case No.: 10-cr-0061-LKK

DECL. OF FREDERICK SCOTT SALYER IN SUPPORT OF LINDA SALYER LEE'S OPP. TO: (1) BMO's MOTION FOR TURNOVER OF PROPERTY SUBJECT TO JUDGMENT CREDITOR'S LIEN AND (2) US's MOTION FOR AN ORDER DIRECTING PAYMENT TO THE UNITED STATES ATTORNEY, AND IN SUPPORT OF DEFENDANT FREDERICK SCOTT SALYER'S MOTION TO EXONERATE BOND.

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss
COUNTY OF SANTA BARBARA )

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is 15 W. Carrillo Street, Santa Barbara, California 93101.

On May 7, 2013, I served the following document(s):

**DECLARATION OF FREDERICK SCOTT SALYER IN SUPPORT OF LINDA SALYER LEE'S, AS TRUSTEE FOR THE LINDA SALYER LEE REVOCABLE TRUST, OPPOSITION TO: (1) BANK OF MONTREAL'S MOTION FOR TURNOVER OF PROPERTY SUBJECT TO JUDGMENT CREDITOR'S LIEN AND (2) UNITED STATES' MOTION FOR AN ORDER DIRECTING PAYMENT TO THE UNITED STATES ATTORNEY, AND IN SUPPORT OF DEFENDANT FREDERICK SCOTT SALYER'S MOTION TO EXONERATE BOND**

on the following person(s), with the name and address of the person served shown on the envelope as follows:

Robert Pruett
2593 Gillian Court
Pleasanton, CA 94566

☐ BY HAND-DELIVERY: I personally delivered by hand a true copy of the above-referenced document(s) to the person(s) listed above.

☐ BY OVERNIGHT DELIVERY: I am familiar with the practice at my place of business for collection and processing of documents for overnight delivery with an overnight courier service. The above-referenced document(s) will be placed in an envelope, addressed to the person(s) listed above, sealed, and placed for collection and delivery the next business day with fees fully prepaid in accordance with ordinary business practices.

1
PROOF OF SERVICE
Case No.: 10-cr-0061-LKK-GHH

1  ☐ BY FACSIMILE: I caused the above-referenced document(s) to be served on the person(s) listed above by facsimile and from Foley, Bezek, Behle & Curtis, LLP's facsimile machine no. (805) 962-0722.

☐ BY E-MAIL: I submitted an electronic version of the above-referenced document(s) to the person(s) whose e-mail address(es) is/are known to me as listed above.

X BY MAIL: I am familiar with the practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. The above-referenced document(s) will placed in an envelope, addressed to the person(s) listed above, sealed, and deposited with the United States Postal Service with postage fully prepaid in accordance with the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on May 7, 2013, at Santa Barbara, California.

Colleen Connors