MALCOLM S. SEGAL - 075481
JAMES P. MAYO - 169897
**SEGAL & KIRBY LLP**
400 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone: (916) 441-0828
msegal@segalandkirby.com
jmayo@segalandkirby.com

Attorneys for Defendant
FREDERICK SCOTT SALYER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:10-CR-0061-LKK-DAD |
| Plaintiff, | |
| v. | **NOTICE OF RELATED CASES** |
| FREDERICK SCOTT SALYER, | |
| Defendant. | |
| _____/ | |

Segal & Kirby LLP gives notice that Adversary No. 13-02180 in *In re SK Foods L.P*, No. 09-29162-D-11 (Bankr. E.D. Cal.) as well as a motion to withdraw the reference filed (or to be filed) in that matter are related to these cases pending in this Court: (1) *United States v. Salyer*, No. 10-CR-061 LKK; (2) *Four In One Company, Inc. v. SK Foods, L.P.*, No. 08-CV-3017 KJM EFB; and, (3) *The Morning Star Packing Co. v. SK Foods, L.P.*, No. 09-CV-208 KJM EFB.  E.D.R. 123.  Segal & Kirby LLP will filed an amended notice when the motion to withdraw the reference is assigned a District Court number.

In this adversary proceeding, the Trustee seeks money damages in the form of attorney's fees the Debtor allegedly paid to Segal & Kirby, a law firm, for

the defense of the Debtor's principal and CEO, Scott Salyer.  Mr. Salyer is a defendant in all three listed cases; the Debtor remains as a defendant in the two civil cases.  The Trustee asserts that payments made to Segal & Kirby LLP for Mr. Salyer's defense were "fraudulent transfers" under the bankruptcy code and seeks their return to the estate.  Segal & Kirby, LLP, contends that the payments were for the most part for the defense of the civil and criminal matters in the listed cases as part of a "joint defense" with SK Foods LP and its separate counsel and for the benefit of both Salyer and SK Foods, LP.  In order to present that defense, Segal & Kirby LLP would have to reveal, and it cannot, attorney client privileged matters and communications in the listed civil and criminal cases and seek testimony from Mr. Salyer and previous counsel of SK Foods, LP, in derogation of Mr. Salyer's Fifth Amendment Privilege and the Joint Defense Agreement while the listed cases are still pending before this Court.

Segal & Kirby LLP has filed a motion to withdraw the reference to be heard in the District Court on the grounds that: (1) Segal & Kirby LLP asserts its right to a jury trial on the claims presented; (2) the bankruptcy court may only conduct a jury trial "with the express consent of all the parties," 28 U.S.C. §157(e), and Segal & Kirby LLP does not consent; and, (3) considerations of judicial economy and related factors favor proceedings in the District Court.

Segal & Kirby LLP is counsel of record for Mr. Salyer in the criminal and civil cases identified in this Notice.  Segal & Kirby LLP will raise substantive defenses to the Trustee's claims that are more properly addressed in the District Court and which directly relate to these cases, including whether the estate received "reasonably equivalent value" from the pre-bankruptcy joint defense of Mr. Salyer and SK Foods LP in the civil cases.  Segal & Kirby LLP will also assert that it cannot defend itself in the adversary proceeding because Scott Salyer has a Fifth Amendment privilege (that continues through completion of the sentencing process) and attorney-client privileges.  These privileges arise from *United States*

*v. Salyer*, the criminal matter pending before Judge Karlton, as well as the pre-bankruptcy joint defense of Mr. Salyer and SK Foods LP in *Four In One Company, Inc. v. SK Foods, L.P.* and *The Morning Star Packing Co. v. SK Foods, L.P.*, the civil matters pending before Judge Mueller.

      Judge Karlton has previously addressed similar Fifth Amendment and attorney-client issues in connection with adjudication of several appeals from the bankruptcy case related to the pending parallel criminal action, and Judge Mueller has similarly addressed Fifth Amendment issues, including the continuation of a stay of discovery against Scott Salyer pending completion of the sentencing process.

      Because the adversary proceeding involving Segal & Kirby LLP and the pending criminal and civil cases collectively involve and relate to SK Foods LP and Mr. Salyer, and Segal & Kirby LLP's defense of the adversary proceeding profoundly impacts Mr. Salyer's Fifth Amendment rights and attorney-client privilege, the matters are related within the meaning of Local Rule 123.

      Consequently, it is submitted that the motion to withdraw the reference and the associated adversary proceedings should be assigned to Judge Lawrence K. Karlton, or alternatively, to Judge Kimberly J. Mueller.

Respectfully submitted,

Dated: July 8, 2013    **SEGAL & KIRBY LLP**

By: /s/ James P. Mayo
JAMES P. MAYO
MALCOLM S. SEGAL
Attorneys for Defendant
FREDERICK SCOTT SALYER