BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
MATTHEW D. SEGAL
JARED C. DOLAN
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

ANNA TRYON PLETCHER
TAI S. MILDER
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 436-6660

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:10-CR-00061-LKK |
| Plaintiff, | |
| v. | UNITED STATES' BRIEF REGARDING RESTITUTION |
| FREDERICK SCOTT SALYER, | |
| Defendant. | |

Pursuant to the Court's June 5, 2013 Order, the United States submits this brief in support of a restitution award against Salyer under the Mandatory Victims Restitution Act ("MVRA").  This brief primarily addresses the factual issues inherent to calculating victim loss, and will be supplemented by the victims pursuant to the Court's briefing schedule.

///

1

# I.  BACKGROUND

### A.      Criminal Charges, Salyer's Guilty Plea, and Sentencing

On January 5, 2010, the defendant was charged in a sealed complaint with twenty counts of mail and wire fraud.  ECF No. 1.  Following Salyer's arrest, the grand jury returned an indictment in February 2010, a first superseding indictment in April 2010, and a second superseding indictment in August 2011.  ECF Nos. 1, 95, 365.  The indictments charged Salyer's criminal use of his agricultural company, SK Foods, to engage in price-fixing, bribery, and mislabeling of food products.  Id.

On March 23, 2012, pursuant to a written plea agreement, Salyer pleaded guilty to two counts of a second superseding indictment: conducting the affairs of an enterprise through a pattern of racketeering activity and conspiracy in restraint of trade.  ECF No. 478.  On February 12, 2013, Salyer was sentenced to six years in prison for each of his racketeering and restraint of trade convictions, to be served concurrently.   ECF No. 560.

### B.      Restitution

Prior to the February 12, 2013 sentencing, eighteen individuals and entities submitted Victim Impact statements for the district court's consideration.  Thirteen victims submitted requests for restitution.[1]  The Pre-Sentence Report (PSR) made a number of recommendations as to restitution.  The PSR recommended that the court decline to order restitution for Salyer's conduct related to adulterated food and price fixing because expert witness testimony would be required to quantify victim losses, which would complicate and prolong the sentencing process.  However, the PSR did quantify the losses related to bribes paid to SK Foods customers on Salyer's behalf.  Ultimately, the PSR recommended that the district court impose restitution in the amount of $33,025,976.60.  Among others, this restitution amount included Morning Star's restitution request of $18,326,715, Frito Lay's request of $3,333,826.00, Kraft Foods' request of $800,000, and SK Foods, LP's request of $5,675,027.04.

During Salyer's sentencing on February 12, 2013, the court did not adopt the PSR's recommendation to impose victim restitution of $33,025,976.60.  Rather, the court initially indicated that it would not order restitution, but scheduled a restitution hearing for March 12, 2013.  During that

---

[1] The restitution requests were filed under seal and are not publicly available.

United States' Brief Regarding Restitution

hearing, the court declined to impose restitution against Salyer, giving significant weight to Salyer's claimed inability to pay restitution and the ability of the victims to seek redress in civil court.

Morning Star appealed.  On March 29, 2013, the Ninth Circuit issued a writ of mandamus and vacated the judgment with respect to restitution, finding that the district court improperly weighed financial status and civil litigation when it rejected the restitution award.  In re Morning Star Packing Co., 711 F.3d 1142 (9th Cir. 2013).[2]  The Ninth Circuit found it "unclear" whether the district court weighed the victim's need for restitution against the burden on the sentencing process to determine complex issues of fact related to the cause or amount of that restitution, as required by Section 3663A(c)(3)(B):

> [T]o the extent that the district court's denial of restitution rested on a determination that complex issues of fact would complicate or prolong the sentencing process, the record is unclear as to whether the district court conducted the balancing test required by 18 U.S.C. § 3663A(c)(3) and determined 'from facts on the record' that the burden on the sentencing process of determining restitution would outweigh the need to provide restitution to victims.  See 18 U.S.C. § 3663A(c)(3).

Id. at 1144.

Accordingly, the case was remanded to the district court to conduct further proceedings "as necessary to determine whether to award restitution to any victims."  Id.

On April 1, 2013, the district court referred the matter of restitution to Magistrate Judge Dale A. Drozd.  ECF No. 589.

During a June 5, 2013 status conference, this Court and the parties discussed In re Morning Star Packing Co. and, specifically, the demands of the balancing test required by 18 U.S.C. § 3663A(c)(3). ECF No. 629 (transcript of hearing).  Following this discussion, the Court ordered the parties to brief the restitution facts, because the court could not effectively balance the § 3663A(c)(3) factors without first evaluating the complexity of the victims' restitution requests.

---

[2] As explained in In re Morning Star Packing Co., restitution is mandatory for losses suffered by victims of crimes perpetrated by fraud or deceit. 18 U.S.C. § 3663A(c)(1)(A)(ii).  A court may only decline to award *mandatory* restitution "if a determination of complex issues of fact relating to the amount of the victim's losses would complicate or prolong the sentencing process to such a degree that the burden outweighs the need to provide restitution."  18 U.S.C. § 3663A(c)(3)(B).

## II. DISCUSSION

This case does not fall within the complexity exception to the MVRA.  Similar to securities fraud and Ponzi-scheme cases, it is necessarily tedious to unwind such financial-based crime and audit victim loss.  That is inherent in the crime itself.  But "[t]he complexity of issues has not discouraged district courts from ordering restitution in criminal cases – as required by Congress."  United States v. Brennan, 526 F. Supp. 2d 378, 384 (E.D.N.Y. 2007).  After all, the "primary and overarching purpose of the MVRA is to make victims of crime whole, to fully compensate these victims for their losses and to restore these victims to their original state of well-being."  United States v. Boccagna, 450 F.3d 107, 115 (2d Cir. 2006).

In this case, like many financial fraud cases, "a degree of tedium inheres in the [calculation] process, to be sure, but not complexity[.]"  United States v. Ageloff, 809 F. Supp. 2d 89, 99 (E.D.N.Y. 2011).  Here, Salyer's crimes are narrated clearly in his factual basis:  Salyer "encouraged" SK Foods' agent, Randall Rahal ("Rahal"), to "routinely pay bribes and kickbacks to the purchasing managers of several SK Foods customers," including B & G Foods, Frito-Lay and Kraft Foods, from January 2004 to April 2008.  The payments and purposes were concealed from the purchasing managers' employer and benefited SK Foods, because the bribe produced the inflated contract price.  The bribes further ensured that there would be little competition to SK Foods' (inflated) bids, and, many times, the bribed employee passed competitor bids to SK Foods.  Thus, in the bribery context, the "victims" are the customer who paid inflated prices for SK Foods products and the competitor who was excluded based on SK Foods' bribes;[3] and the "loss" is the amount of bribes, the "inflation" cost, and the lost profit to the excluded competitor.[4]

---

[3] The MVRA defines "victim" as "a person directly and proximately harmed as a result of the commission of an offense for which restitution may be ordered including, in the case of an offense that involves as an element a scheme, conspiracy, or pattern of criminal activity, any person directly harmed by the defendant's criminal conduct in the course of the scheme, conspiracy, or pattern." 18 U.S.C. § 3663A(a)(2).  "The requirement that the victim be 'directly and proximately harmed' encompasses the traditional 'but for' and proximate cause analyses."  In re Rendón Galvis, 564 F.3d 170, 175 (2d Cir. 2009).

[4] Restitution under the MVRA "may only compensate a victim for actual losses caused by the defendant's conduct."  United States v. Gamma Tech Industries, Inc., 265 F.3d 917, 926 (9th Cir. 2001).  "Actual loss" for purposes of restitution "is determined by comparing what actually happened

4

Salyer further admits directing SK Foods employees, including Alan Huey and Jennifer Dahlman, to falsify food labeling documents so that they appeared to meet customer specifications. Much of the mislabeling occurred because SK Foods could not meet its contractual obligations for certain types of tomato products. Salyer's Factual Basis at 17. The documents contained false information that induced SK Foods' customers to accept product that the customers may otherwise have rejected. Id. This mislabeling and fabrication was "routine" and took place from no later than 2003 to April 2008. Id. In this context, the "victim" is the customer who paid for product not meeting certain contractual specifications; the "loss" is absolute if the product was destroyed because it did not meet customer specifications or regulatory requirements.

With this general summary of the scheme, it is easier to understand the restitution calculations for victim loss. In each of the four illustrations below, the loss to the victim is real, calculable, and a result of the offenses for which Salyer stands convicted. The Court should recognize Salyer's arguments against restitution for what they are: a campaign to manufacture complexity so that he can avoid the financial consequences of his crime.[5]

### A.   Kraft Foods

Kraft's restitution request is based on Salyer's and SK Foods' paying bribes to one its employees, Robert Watson ("Watson"), from January 2004 to April 2008, and the purchase of mislabeled tomato product from SK Foods in early 2007. Kraft originally sought $1,800,000 in restitution for its losses, but has since received $1,000,000 in settlement funds from the Estate of SK Foods. Thus, Kraft's restitution request is for $800,000.

1.   SK Foods, through Rahal, bribed Watson to steer Kraft's business to SK Foods; it was

---

with what would have happened if the defendant had acted lawfully." United States v. Hunter, 618 F.3d 1062, 1064 (9th Cir. 2010).

[5] See Ageloff, 809 F. Supp. 2d at 99 ("the court read[s] most of [defendant's] objections to the Restitution Report as an effort to [ ] manufacturing complexity in the hope that [the court] might, at this late date, wave the white flag and decide that the matter of restitution is too complex or too much of a burden on the system after all. It is neither. Indeed, it would be an unconscionable injustice to grant such a windfall to the architect, engineer and enforcer of a massive fraud that injured so many thousands of investors and netted him many millions of dollars[.]").

Rahal's job to "take care of Watson."  See Attached Exhibit E, Transcribed Recorded Conversation Between Salyer and Rahal.  Specifically, SK Foods paid $158,000 in bribes from January 2004 to April 2008.  See United States v. Robert Watson, Case 2:09-cr-00035-LKK, Factual Basis for Guilty Plea to Honest Services Mail Fraud ("Watson's Factual Basis"), at 11-12.  In return, Watson ensured that Kraft purchased tomato products from SK Foods at inflated prices.  Id.  He also provided SK Foods the bidding information of its primary competitor, Morning Star.  During the time he received bribes from SK Foods, Watson was employed as purchasing manager by Kraft Foods.  Id.  Accordingly, Salyer and SK Foods participated in a bribery or kickback scheme when it bribed Watson and received a specific benefit in return – Kraft's money.  It is therefore appropriate to award restitution in the amount of bribes SK Foods paid to Watson, see Gamma Tech Indus., Inc., 265 F.3d at 927 (affirming a restitution award in the amount of kickbacks), or in an amount equal to a percentage of Watson's salary from January 2004 to April 2008.  See United States v. Skowron, --- F. App'x ----, 2013 WL 3593780 at 2 (2d Cir. July 16, 2013) (in a bribery and honest services fraud case, affirming a restitution order equaling 20% of the defendant's salary for the period of his offense.).

2.      In early 2008, SK Foods contracted to sell Kraft 12 million pounds of tomato product at $.365 per pound.  Later, when SK Foods received a better offer for the tomato product from a European buyer, Rahal convinced Watson – read: Kraft – to release SK Foods from the contract, thereby allowing SK Foods to sell the same product for more profit.  Kraft, however, had to buy the 12 million pounds of tomato product under a different contract, at an increased price of $.50 per pound.  Ironically, the seller turned out to be SK Foods, who received an additional $1.62 million based on the $.50 per pound contract price.  One of Rahal and Watson's conversations regarding the release of SK Foods from its contractual obligations with Kraft was recorded by law enforcement and is attached as Exhibit A.  The general nature of the bribery and kickback scheme between Salyer, SK Foods, Rahal, and Watson is set forth in Salyer's plea.  See Salyer's Factual Basis at 16 ("with Salyer's knowledge and encouragement … Rahal paid concealed bribes and kickbacks to, among others… a Purchasing Manager at Kraft

6

Foods, Inc., Robert Watson.").[6]

3.      Finally, Kraft seeks restitution based on the 2007 purchase of 3.4 million pounds of processed tomato product from SK Foods.  As specifically explained in Jennifer Dahlman's plea agreement,[7] Salyer and SK Foods shipped 3.4 million pounds of misbranded tomato product to Kraft's facility in Wisconsin on or about April 17, 2007.  The shipment's quality control documents contained fabricated mold counts, among other falsities.  In return for this non-conforming and mislabeled tomato product, Kraft paid SK Foods the sum of $46,621.   The United States' evidence is that Kraft sold this tomato product, and did not destroy it based on non-conformity with quality standards.  It is therefore the United States' position that this amount should be excluded from restitution.

In sum, Kraft is a victim because its losses were a foreseeable result of Salyer and SK Foods directing their employees to engage in bribery and mislabeling.  See Gamma Tech Indus., Inc., 265 F.3d at 928 ("it is not unreasonable to assume that a natural result of paying kickbacks is inflation of the charges in order to make the scheme profitable for the payer of the kickbacks.") (citing United States v. Vaghela, 169 F.3d 729, 736 (11th Cir. 1999).  In addition, the loss is easy to calculate, because it represents the inflated cost of SK Foods' tomato product and the amount of bribes SK Foods paid to Watson.

## B.      Frito-Lay

Frito-Lay seeks restitution of $3,333,826.09, broken down as follows:  (1) $919,442.28 based on the bribery/bid-rigging losses; (2) $1,627,379.16 in damages stemming from the Salyer-led misbranding of SK Foods tomato product; and (3) $787,004.65 to resolve civil disputes involving tomato product it received from SK Foods and Salyer in 2009.

1.      Like Kraft, Frito-Lay purchased tomato products from SK Foods from January 2004 to

---

[6] See also Watson's Factual Basis at 11-12;  United States v. Randall Rahal, Case 2:08-cr-00566-LKK, Factual Basis for Guilty Plea to Conducting the Affairs of an Enterprise Through a Pattern of Racketeering Activity, Money Laundering and Price Fixing ("Rahall's Factual Basis"), at 23-29.

[7] United States v. Jennifer Dahlman, Case 2:09-cr-00062-LKK, Factual Basis for Guilty Plea to Causing the Introduction or Delivery for Introduction of Adulterated or Misbranded Food ("Dahlman's Factual Basis"), at 14-17.

April 2008.  Identical to the Kraft scheme, Salyer, SK Foods, and Rahal acted in concert to bribe Frito-Lay's purchasing manager, Jim Wahl ("Wahl"), who used his position to secure contracts between SK Foods and Frito Lay for the sale of tomato products at elevated prices.  See Salyer's Factual Basis at 16 (""with Salyer's knowledge and encouragement … Rahal paid concealed bribes and kickbacks to, among others… the Senior Group Manager for Ingredients Purchasing at Frito Lay, Inc., James Richard Wahl.").

The $919,442.28 in bribery losses are comprised largely of Frito Lay's purchase of tomato products from SK Foods in 2008.  During that crop year, Morning Star, a SK Foods' competitor, offered to sell tomato product at a price lower than SK Foods offered.   Frito Lay never received Morning Star's lower bid, however, because SK Foods bribed Wahl to exclude Morning Star from the bidding process.  Thus, SK Foods' bribes to Wahl guaranteed that Morning Star's lower bid would never reach Frito Lay, and Frito Lay would continue to purchase tomato product from SK Foods at inflated prices. Salyer's manipulation of Frito Lay's tomato business through bribes to Wahl is best captured in the following recorded conversation between himself and his lieutenant, Rahal:

> Rahal:  I'm informing you what's going on, that's why I sent you what I sent you.
>
> Salyer: Right.  The problem with Frito is, is that they can't get Morningstar in cause they're not approved yet.
>
> Rahal:  And I can thank Jean (IA) for that.
>
> Salyer: Exactly, and I think it'll take 'em a couple years, at least, to get approved.
>
> Rahal:  Well they've been trying to get approved for the last five years.
>
> Salyer:  Right.
>
> Rahal:  As long as Jim is there, they're not gonna get approved, I can tell you that.

April 14, 2008 Recorded Call Between Salyer and Rahal.[8]

There can be no dispute that Salyer and SK Foods' bribery of Wahl eliminated Morning Star

---

[8] The transcription of Salyer's and Rahal's entire conversation is attached hereto as Exhibit B.

from competition in 2008, a bout that Salyer and SK Foods could not win.[9]  Morning Star sold tomato product at a lower price than Salyer and SK Foods.  That is why SK Foods needed to resort to bribery.  The difference between Morning Star's lower bid and Frito Lay's ultimate purchase of tomato product from SK Foods totaled $419,081.90.  The restitution award should reflect that amount.  See Gamma Tech Indus., Inc., 265 F.3d at 927 (overpayments to certain companies "caused [the company's] lost profits and were … directly related to the payment of the kickbacks."  Finding that the "causal nexus" was "not too attenuated" to defeat restitution.)

Of the remaining $500,360.38 in losses from the bribery scheme, $160,000 is recoverable as bribes paid from SK Foods directly to Wahl, $13,526.24 in replacement costs after learning about Salyer's bribery of Wahl, and $326,833.84 in costs incurred as a result of the federal criminal investigation of Wahl, Salyer, Rahal, and SK Foods.  All of these amounts are properly recoverable as restitution against Salyer.  See e.g., Gamma Tech Indus., Inc., 265 F.3d at 927;  see also United States v. Gordon, 393 F.3d 1044, 1056-57 (9th Cir. 2004) ("Generally, investigation costs-including attorneys' fees-incurred by private parties as a 'direct and foreseeable result' of the defendant's wrongful conduct 'may be recoverable.') (citation omitted).

2.      As to the misbranding losses, Salyer has acknowledged directing his employees, specifically Jennifer Dahlman, to falsify documents so that SK Foods' tomato products appear to meet customer specifications and/or regulatory requirements.  See Salyer's Factual Basis at 17 ("At Salyer's direction… SK Foods routine materially falsified the values of the grading factors and date contained on the certificates of analysis, bills of lading, invoices and bin labels that SK Foods sent to its customers… Former employees [] Jennifer Duhlman falsified and directed other SK Foods employees to falsify these documents[.]"  Dahlman's plea establishes that Frito Lay received at least one shipment of tomato products containing falsified mold count figures.  Moreover, Frito Lay was one of SK Foods'

---

[9] A review of a recorded conversation between Salyer and Rahal on February 21, 2008 resolves any dispute over whether Morning Star bid lower than SK Foods for tomato products.  During that conversation, Salyer and Rahal discussed the fact that Morning Star outbid SK Foods at 37 cents per pound for tomato product.  Salyer and SK Foods' bid was at 41 cents per pound, and Salyer wanted the competition to come in at 42 cents per pound, thereby guaranteeing him the lowest bid.  That conversation is attached hereto as Exhibit C.

largest competitors, so important that Salyer and SK Foods bribed Frito Lay's purchasing manager to eliminate the competition and keep the inflated profits flowing.  See Salyer's Factual Basis at 16 ("with Salyer's knowledge and encouragement … Rahal paid concealed bribes and kickbacks to, among others… James Richard Wahl.").  Thus, loss incurred as a result of discarding unusable tomato product purchased from SK Foods and obtaining replacement tomato product to meet pre-contracted output, is the type of "loss caused by the specific conduct that is the basis of the offense of conviction."  Hughey v. United States, 495 U.S. 411, 413 (1990).

### C.    Morning Star

Morning Star seeks restitution for profits it lost based on Salyer's bribes to the purchasing managers of Frito Lay, Kraft, and Safeway.  Again, Salyer bribed the purchasing managers of these companies to obtain bidding information, to receive inflated contracts from each managers' employer, and to eliminate Morning Star from the bidding process because it could not compete with Morning Star's low bids. [10]  Morning Star outbid SK Foods and the competition, and Salyer's bribes were the only reason SK Foods, not Morning Star, received the contracts to sell tomato product to Frito Lay, Kraft, and Safeway from January 2004 to April 2008.[11]  Therefore, Salyer's bribes to Frito Lay, Kraft, and Safeway caused Morning Star's lost profits and were directly related to the RICO count for which Salyer has admitted guilt.  See Gamma Tech Indus., Inc., 265 F.3d at 927 (causal nexus between the payment of kickbacks to an insider and his employer's lost profits "not too attenuated" for purposes of restitution.).

The only remaining issue is how to calculate Morning Star's lost profits.  Gamma, supra.  If the object is to come to a reasonable calculation, the Court can simply adopt the figure that Salyer represents was SK Foods' net profit margin for tomato product sales during his crimes.  ECF No. 546 at

---

[10] Attached hereto as Exhibit D is a recorded conversation between Salyer and Rahal, this time on April 14, 2008, where the discuss Morning Star's pricing and the need to keep Kraft Foods in the fold.  Discussing, Kraft and Watson, Rahal tells Salyer, that, "And Kraft, as long as I got Watson in there, I'm trying to get everything we can.  And Watson's my guy, Scott."

[11] In a recorded conversation from June 2007, Rahal tells an insider whose employer recently purchased product from Morning Star, that Morning Star is "his target."  This transcribed recording is attached hereto as Exhibit F.

United States' Brief Regarding Restitution

32.  In that filing, which is still under seal, Salyer explains that SK Foods' net profit margin for tomato product  was "slim" at "4-5%."  Id.  Although this will not fully compensate Morning Star for its loss, incorporating Salyer's profit margin is an efficient way to determine restitution and does not prolong the sentencing process.  Thus, any contrary argument is without merit.  See United States v. Catoggio, 326 F.3d 323 (2d Cir. 2003) (in a case involving $193 million fraud loss and 10,000 victims, finding "meritless [defendant's] argument that the number of victims is too large for restitution to be practicable and that the issues involved in determining restitution are so complex that the need for restitution is outweighed by the burden on the sentencing process.").

Morning Star may have its own view on how to determine the profit margins in this case.  If the Court determines that an evidentiary hearing is necessary, Morning Star should have the opportunity to present evidence that its profit margins are subject to reasonable calculation for purposes of restitution.

### D.      SK Foods – The Bankruptcy Estate

SK Foods' Chapter 11 Bankruptcy Trustee, Bradley Sharp, seeks restitution of $5,675,027.04, the sum of SK Foods' accounts receivables that went unpaid following the uncovering of Salyer's bribery and mislabeling schemes.  Specifically, in 2008 and 2009, B & G, Kraft, and Frito Lay, food manufacturers and SK Foods customers, entered into new contracts for tomato products.  SK Foods delivered the product, but, after Salyer's scheme came to light, the companies refused to pay claiming that their current debt should be reduced based on the damages stemming from Salyer's crimes.  Each offset claim has been resolved pursuant to settlements filed in bankruptcy court,[12] but the Chapter 11 estate is still without money that should have been used to pay its creditors.  Here, the amounts due to the estate have already been determined through the bankruptcy settlements.  Accordingly, the Court should award the bankruptcy estate restitution in the amount of $5,675,027.04, subject to creditor priority as set forth in the MVRA and applicable law.

///

---

[12] The settlements between SK Foods and the victims do not bar recovery in this restitution proceeding.  See United States v. Bearden, 274 F.3d 1031, 1041 (6th Cir. 2001) ("a private settlement between a criminal wrongdoer and his victim releasing the wrongdoer from further liability does not preclude a district court from imposing a restitution order for the same underlying wrong.").

## <u>CONCLUSION</u>

For the foregoing reasons, the Court should order restitution against Salyer in the amounts set forth initially in the PSR and described in more particularity in this brief.

Dated:  9/13/13                                    BENJAMIN B. WAGNER
                                                   United States Attorney


                                          By:     /s/ Kevin C. Khasigian
                                                   KEVIN C. KHASIGIAN
                                                   Assistant U.S. Attorney

12

# EXHIBIT A

REVIEWED BY & DATE:   atl on 03/25/2008
REVIEWER NOTES:   Pertinent *

SYNOPSIS:   Pertinent call between RR and BW; RR called BW; Switched over to Ingomar and MorningStar to take 31% paste, 10 Million Pounds.   RR tells BW it would be a better thing for both of them if they could go to Europe with the remaining paste. BW wants to make sure he's still covered.

MAJOR ISSUE:   N/A

TRANSCRIPTION BY:   Kim Rother 3/14/08

BW:   ...done that on the, you know, all we had to do was to delete that 3 million (IA).

RR:   I don't know what you've done. Ok.   I don't know what you've done, but we want to switch off SK and get you back on to Inogmar and Morningstar.   Every order that you have in now we're not gonna cancel, we'll go ahead and ship, but we want to stop that and get over to Ingomar and to Morningstar.

BW:   And that's on the 31% paste?

RR:   Yes.

BW:   Because the ones where you know when you finish the 3 million which I put you back on, and I already went out yesterday or the day before and told them that...

RR:   Get ready.

BW:   That you had depleted the 3 million.

RR:   Good.

BW:   So I switched over to Ingomar for that, to take the remaining poundage from that.

RR:   Ok.

BW:   So, you want to switch over on the 31% on the 10 million pounds?

RR:   Correct.   That's correct.

BW:   Ok.   Alright.   Well how much do I have left in inventory?

RR:   I don't know, I'll get that for you, member what I gave you, I gave you that breakdown that Alan when we were in San Diego.

BW:   I think it was like 60 million pounds.

RR:   Ok.   We just need to get off of it now cause we're starting to run a little thin, and if I had an opportunity to go to Europe with it, for both of us it would be a better thing.   So get over to Morningstar on that 31% as soon as you can.

BW:    Alright, so, what I need you to do is take a look to see...

RR:   What's left.

BW:    You know, what's there and kinda where would I be for this upcoming quarter once we switch over.

RR:   Ok, and we'll talk again tomorrow.

BW:   Ok, cause I wanna make sure that I'm still covered, you know, and til we move to the the prepaid inventory contract.

RR:   Yeah ok.

BW:   Alright, but I'll talk to you about it tomorrow.

RR:   Sounds good.

BW:   Alright, thank you Randy.

RR:   Bye bye.

BW:   Alright bye.

[END OF CALL]

# EXHIBIT B

REVIEWED BY & DATE:
REVIEWER NOTES:   pertinent *

SYNOPSIS:   SS calling RR; Steve, Glen, Lisa, Stephanie and Scott went to school; this
will change our company; for the people that don't like it they will be gone; talk about
pomegranate $35 to $40 a gallon can grow on shit field; SS thinks it is a brilliant idea to
start growing; Will not interfere with the tomato pack; SS needs RR to get PC to release 5
million pounds of paste back to us; SS says JB is overreacting as usual; RR says JB's
problem is we are taking from a customer that has title to the goods and selling them to
another; SS says we will not have to produce any 1/2 inch paste; Greg Pruitt quoted
Barilla and met the Morningstar deal; talk about prices; SS says we will just walk away;
Frito does not have Morningstar approved and as long as JW is there Morningstar will
not be approved; RR says JW will do that;

MAJOR ISSUE:   contracts obtained from competitors

TRANSCRIBED BY & DATE:   Kim Rother 4/15/08

TRANSCRIPTION:

RR:   Rahal.

SS:   Randy.

RR:   Hey, are you back?

SS:   Yeah.

RR:   Good for you.   How was your trip?

SS:   It was a good trip, it really was.   It was nice having Stefanie along.

RR:   Oh good.   That was the first trip there, right?   I mean, a business trip.

SS:   She's never been to New Zealand, she's been to Australia before.   But, she's never
seen any of the factories.

RR:   Yeah, right.   That's something to see.

SS:   We went through that school that was really interesting, really eye opening.

RR:   How many days was that?

SS:   Two.

RR:   Two, yeah ok.

SS:   It was two long days, but it was two days.   And really an eye opening for everybody, Steve and Glen, Lisa, Steff and I went.

RR:   Good.

SS:   And there was some Cedenco people there too.

RR:   The school was in Auckland?   Or Sydney?   Where was it?

SS:   It was in Auckland.

RR:   It was, ok.   Is there any principles we can apply here?

SS:   Everything.

RR:   Yeah, ok.

SS:   No, huge.   It's gonna change our company.   We're gonna go at this thing totally different.

RR:   Good.

SS:   And for the people that don't like it they'll be gone.

RR:   Yeah.

SS:   So.

RR:   Well I can tell you, Emmett, I've been talking to Rick Emmett, we're talking about pomegranate.

SS:   Yeah.

RR:   Our friend Stewart Resnick?

SS:   Right, he controls it.

RR:   Oh man, that's Del Mar Farms I found out.

SS:   Ok.

RR:   And , there's three of us, well, I have the information, I don't have it in front of me, I'm just finishing up with Turner, you know there's not enough pomegranate that it still has to be imported into the United States?

SS:  I didn't know that.

RR:  I'm surprised, I am shocked.   And it comes from Iran and it comes from Turkey, and it comes from China.

SS:  I'll be damned.

RR:  But the best product comes from California right in our backyard.

SS:  Son of a bitch.

RR:  And that's 35 to 45 dollars a gallon, I'm gonna know more about it, cause according to Rick Emmett, we can grow this on really alkaline soil.

SS:  Yeah, it grows on really shit.

RR:  So I've been working on that, talking to my brother Jordan about it and a couple of other importers.   Stewart, he owns the brand, Pomi.

SS:  Right.

RR:  And, every time I look at it, it's dusty, it's on the shelf dusty, it's expensive.   What's happening is that that stuff is being used in other product, like Cran-Pom and Apple and Grape-Pom.   The demand for it continues to grow on a health issue.   It's not a kid's drink, it's more adults drink it.   So anyway, it's kinda interesting.

SS:  It's a brilliant idea.

RR:  Yeah, hey listen, if we got land that we can't grow anything else on, why not put, and, I mean, I didn't know, I've never seen a pomegranate plant, but, according to RIck Emmett, he says, you have fruit in two years, plenty of fruit in three years, and you can mechanically harvest it.

SS:  Yep.   And nobody'll process it faster than we will.

RR:  That's right, cause Emmett says there's about 4 thousand acres that we don't own, but it's close to the factory in Lemoore, and, I mean, what the hell, we can take it, process it and off it goes.   I like the fact that you can do it the end of October.

SS:  Well that's when it's ready.

RR:  That's perfect, it doesn't interfere with the tomato pack.

SS:  Right.

RR:  We got the asset unfortunately we only use it three months out of the year, really

use it.

SS:  Yep.

RR:  So, that's kinda interesting.

SS:  I need you to get Pat Coe or somebody to sell us 5 million pounds of, or release 5 million pounds of paste back to us.

RR:  Ok, well, Pat went fishing, he won't be back in the office til Monday, so, I'll work on it Monday.   He went up to Reno, they go fishing there, fly fishing or something.

SS:  Yeah, it's about that time of year.

RR:  He goes every year he says.

SS:  Yeah.

RR:  Alright, yeah, we can use it.

SS:  Beasley just fucking (IA) again.

RR:  I told him, go on vacation, he's leaving, he's leaving Monday for Jamaica.

SS:  Good.

RR:  I told him, you need to relax cause, every day he calls me.

SS:  He's over-reacting, f*ck we've been in worse shape than this.   What it comes out to, we're probably gonna end, we'll start up with no paste inventory other than like 15 million pounds of carry-over in this and 10 million of that and 5 million of this 10 million of that, f*ck we got carry-over up our ass, we just don't have any (IA) to sell.

RR:  The problem that Beasley has, I think, is not that we're short, it's the fact that we're taking paste from inventory that somebody else has got title to.

SS:  I don't give a shit about that.

RR:  I know you don't, I'm telling you, I think that's his problem.

SS:  (IA) needs to not know about it.

RR:  That's exactly right.

SS:  He needs to go on a f*cking long holiday.

RR:   Yeah, he's leaving on Monday, he'll be gone next week.

SS:   Yeah, good.   We'll deal with that, but it would look good if you could get, the cheapest way to do it, course we're converting all the 28 bricks over and all we have to do is tell everybody, hey, we'll give you a 2 cent discount for the, you know, stuff, it's the same shit.

RR:   Yeah right, we can manage this.   And I do know that Pat is long.

SS:   That's 10 million pounds right there Randy.   We'll take that 10 million, but I think we can still are gonna need about 5, but that's all we need, I think that'll do it.   I'm not like these guys that want to carry over cans and paste and diced.   F*ck, we got enough god damn 1/2 inch diced, we won't have to make any this year.   We got 40 fucking million pounds in inventory.   40 f*cking million pounds (IA).

RR:   Way too much.

SS:   Way too much.

RR:   Way too much.

SS:   When you're shipping 6 million pounds a month it is.

RR:   Yeah.

SS:   We got enough to last us until December if we don't make any.

RR:   Yeah, well, um, Greg Pruitt quoted Barilla and they met the Morningstar 3 year deal.   And it comes out to, what the hell was it,   34 cent a pound on the 26 percent, less 2 on the bin.

SS:   Well, that's not the Morningstar proposal, but that may be his. You sent it to me and that ain't it.   Morningstar's is 33 and 1/2 plus a 60 dollar.

RR:   That's the one to Frito.

SS:   That was the one to Frito, yeah.

RR:   That was to Frito.   To Barilla, it's 33, oh, I don't have it in front of me, I don't remember.   What it was 16 and 1/2 on the diced, less 2.   I sent it over to Alan.

SS:   Well you sent it to me too, and I didn't read it that way.   Well, we'll just walk away, I got no problem with it.

RR:   No, that's exactly right.   Alan said, don't worry about it, we didn't even put it in the pack plan.

SS:   We didn't, we're not in that business.   Let Barilla and Frito and all the rest of them go (IA).   Morningstar may own North America, but we'll be making money selling it someplace else.

RR:   I'm informing you what's going on, that's why I sent you what I sent you.

SS:   Right.   The problem with Frito is, is that they can't get Morningstar in cause they're not approved yet.

RR:   And I can thank Jean (IA) for that.

SS:   Exactly, and I think it'll take em a couple years, at least, to get approved.

RR:   Well they've been trying to get approved for the last five years.

SS:   Right.

RR:   As long as Jim is there, they're not gonna get approved, I can tell you that.

SS:   No, I know that.   What Jim needs to do is give us all the diced and give Pruitt (IA) the paste.

RR:   I could make that happen too.

SS:   Why not?

RR:   I can make that happen.   Pruitt wants to sell paste cheap, let him have the paste.

SS:   Let him have the paste and well take the diced.

RR:   Yeah, ok.

SS:   And Jim can look at that thing, right, and say, the price for the diced is 17 cents a pound and that's, you know, that's what it's gonna be.

RR:   That's fine.

SS:   So we'll take the 17 cent diced, and Pruitt gets (IA) really only has two suppliers and it's us and Ingomar.

RR:   Yeah, right.

SS:   So, we'll just do it that way.   On Barilla, they can go stick (IA)

RR:   He's gone by the way.   Wednesday's next week his last day.   He's going over with

Bill McGowen, to the company where Bill is.   He couldn't work there anymore.   I told you he was leaving.

SS:   That's fine.   That's a Ledestri account.

RR:   Yeah.

SS:   So they can have fun with that f*cker.   I gotta run in and go see Steve King about frozen.

RR:   Talk to you later.

SS:   Bye.

[END OF CALL]

# EXHIBIT C

REVIEWED BY:   atl on 03/31/2008
REVIEWER NOTES:   Pertinent *

SYNOPSIS:   Scott Salyer calling Rahal.   Scott tells Rahal that Greg says he is at 41 cents and Morningstar is at 37.   Salyer wants everyone to be between 42 and 45.   Salyer and Rahal discuss the mouse business and how it could have come from anywhere. Scott tells Randy he told Greg and Stuart they all had to be at 45 cents.   Scott says Greg won't tell him the price he's charging for a Nestle order.

TRANSCRIPTION: Kim Rother on 2/22/08

SS:...its 30 days.

RR:   Ok.

SS:   The fact that it's staying so quiet means that their lawyers I'm sure are trying to figure out what the hell they're gonna do.

MINIMIZED

RR:   ...screwy, he's screwy!

SS:   I'ts not him, this is a Foley type of deal.   We're not gonna answer a whole bunch of them, f*ck em, I'm not giving them over every, they're asking, every payment that we ever made to Randy Rahal.   I'm not showing them anything, that's confidential.

RR:   Uh huh.   Well I know they're gonna bring me into it, you can bet the house on that.

SS:   Well, they're gonna try, but I mean, that's gonna be damned difficult.   They want all our customers, they want all the QC sheets from Kraft...

MINIMIZED

SS:   ...I got Greg Pruett to tell me that he was at 41 cents a pound.

RR:   That's good.

SS:   I don't know what's good about it.

RR:   I mean, are you kidding, we expected them to be at 38 or 39!

SS:   Well apparently, Greg told me that Morningstar was at 37.

RR:   Yeah?   I've not heard yet ok

SS:   Our costs show that we are at 36 before interest.

RR:   Yeah.

SS:   So why would anybody go, I mean at 37, I don't give a sh*t if he's a penny cheaper than us in costs or not, he got more interest costs than we do.   So, at the end of the day, the guy is breaking even, once again, at best.   That's why that auction was held because there was a 7 cent a pound spread between the high and the low.

RR:   Uh huh, that's too much of a spread.

SS:   Well, that's what the buyer said.   If it was 1 or 2 cents a pound he says, I know what to do, you know he's trying to negotiate everybody to the middle and take the low guy and negotiate the other ones down to the middle.

RR:   Yeah.

SS:   But this case, he said, we were at 45, I think it was 45.   Ingomar was at 41 and Morningstar was at 37.

RR:   Uh huh.

SS:   So, the buyer didn't know what to do.

RR:   Yeah.   No, I did talk to Jeff, specifically, and there's been no word on this.

SS:   Yeah.

RR:   Was Ingomar at 45 or 44 and 3/4?

SS:   41.

RR:   They were at 41, ok.

SS:   Now we don't know if that's net or gross or, we don't know...

MINIMIZED

SS:   ...the mice,   and said it was us.   And I said, but, you don't know, I mean, there are f*cking mice all over that place.

RR:   Yeah, right.

SS:   And how do you know your mouse jumped in the damn kettle and road around and ended up top of a meal instead of running outdoors.

RR:   No, that's right.

SS:   You don't know.   What you do know is you just, he wrote a f*cking check.

RR:   See that's the problem.

SS:   He didn't negotiate. We at least negotiated them down to half.

RR:   Yeah, he just writes a check.

SS:   He wrote a check.

RR:   Yeah.

SS:   So it looks like the market right now is at 41 cents.   That's the best you can tell.   It should be at 45.

RR:   Well, I don't know, we just need everybody to be (IA) between 42 and 45. Whatever we can get is what we're gonna get, we don't dictate the market, but if you get Greg and Stuart and us, all at the 44/45 cent price range.   It makes it a heck of a lot more believable.

SS:   When I told them all that we had to be at 45.

RR:   Yeah.

SS:   We left Sacramento.   45.   That's gonna be the number guys.   It took em 1 f*ckin second to get to 41.

RR:   Yeah, no, I know.

SS:   One second.

RR:   That's the shame of it.

SS:   And uh, on the diced.   Ingomar is at 17.

RR:   Yeah, so much for 23/25.

SS:   Yep.   We went in at 18 and the guy told Beasley, well, you're the highest priced on diced.   Apparently Morning Star has very little diced business, cause they threw him out two years ago for mice.

RR:   Oh, ok.

SS:   But he's got, like 7 million pounds, Ingomar had 16 million pounds and we had 12 to 14, something like that.

MINIMIZED

SS:....hello?   Go ahead.

RR:   It's gonna be very interesting to see how all this shakes out.   And we'll know here in 3/4 weeks whats going on.   If Greg Pruett's already told you he's at 41, well that's what he's, I don't know if that's 41 plus 3?   Or is that 41 minus 3?

SS:   We don't know.   And he wouldn't tell me.   He said, cause this guy's buying for Nestle Canada.   And he says, I understand it's Nestle Canada, but the bulk of this is Nestle USA.

RR:   USA.

SS:   So he said, I'm real skeptical about talking about it.   But then I got quite a bit of information out of him, including this exact same dollar amount for the f*cking mouse.

RR:   That Greg Pruett paid the $200,000 for, same thing.

SS:   Yep.   I think that's just very interesting.   And it's all from the same plant.

RR:   Yeah.   I think they don't know where it came from or who it came from, but they saw Ingomar bins and SK bins in the factory and they said, we'll just send a claim to both of them.

SS:   Well, how do we know they didn't send a claim to half a dozen different vendors? You know, some guys selling, you know, whatever the hell goes into that product. Maybe there's a meat guy, maybe there's, you know, there's all kinds of ingredients going into those frozen entrees.

RR:   Oh sure.

SS:   IQF vegetables, let's send them one too.

RR:   Yeah.Anyway.

SS:   Ok, I'll see you Sunday afternoon.

RR:   I'm there, I get in Sunday around 6 o'clock in the evening and I'm having dinner with Watson, just him and me on Sunday night.   But I'll see you Sunday.   Bye bye.

SS:   Yeah, ok, see you later.

END OF CALL

# EXHIBIT D

REVIEWED BY & DATE:
REVIEWER NOTES:   Pertinent *

SYNOPSIS:   SS calling RR. MS answers the phone and transfers. RR talked to PC this morning we are getting 5 million pounds at 37 cents. SS doesn't want to cut people like Kraft off. RR just sent BW $24,000.00 for his taxes. Mike Chavez went to Jamba Juice and left not on a good note took 3 people with him. RR doesn't pay Barilla. He is just a friend.

MAJOR ISSUE:

TRANSCRIBED BY & DATE:   J. Harding 04/16/08

TRANSCRIPTION:


MS:   Good afternoon.   Intramark USA.

SS:  Hi.   Maryann?

MS:  Yes.

SS:  Scott.

MS:  Yes.

SS:  What are you doing there on a Monday?

MS:   I'm getting everyone confused.   Are you looking for Randy?

SS:  Yeah.

MS:   Hang on a second.

SS:  Thanks.

RR:  Hi.

SS:  Hey, Randy.

RR:   Talked to Pat Coe this morning.

SS:  Uh-huh.

RR:   He's going to get us 5 million pounds.   He's got to find out what stuff he's going to give us.

SS:  That's huge.   We need it.

RR:   Yeah.   I can't get it any cheaper than 37 cents, though.

SS:  That's okay.

RR:  I'm trying.

SS:  We're going to lose money on it, but I don't care.

RR:   Yeah, alright.

SS:  I don't want to cut people like Kraft off.

RR:   Well, I had the coon walk away from stuff.   Closed it out.   But stuff we never packed.

SS:   Yeah.   That didn't really help our (inaudible).

RR:   No, I know.   I know.   He don't know that.   I just sent that mother f*cker a (yells to Maryann.   Maryann - tell Scott how much money we sent the n*gger.   Get on the phone.   Don't yell).

MS:  24,000.

SS:  Jesus Christ.   Is it Christmas time over in (inaudible).

RR:  It's taxes time.

MS:   It's tax time.

SS:  It's tax time.   I knew there was something going on.

RR:   Thank you, Maryann.

SS:  It's Christmas time for mister Watson.

RR:   Yeah.   That's why I'm inviting him to the house for barbecue.   He said he needs watermelon.

SS:   Well, we can get watermelon.

RR:   Oh, yeah.   We got good watermelon in California.   Thank you, Maryann. Anyway.

SS: Thanks, Maryann.

RR:  I do what I can.   I'm at the house Friday night.

SS:  Okay, that's fine.

RR:   And then I got to leave early Saturday.   I got a meeting with Better Baked Foods on Monday.   And then I'm going - well you see.   I sent you that.

SS:  Yeah, I know.   I saw it.

RR:   Alright.   I got Poretti coming to meet me over at Safeway.   We got a new buyer at Safeway.   Mike Chavez left not on a good note, I found out.

SS:  Oh, really?

RR:   Yep.   He went over to Jamba Juice, which I knew he was going.   But he went with - he took 3 people with him.   And they don't like that.

SS:  No.   Well, nobody does.

RR:   And speaking of not liking it, I'll tell you, I talked with my buddy Morrie Fedeck today from Red Gold.   He's also pissed at the maneuver that Brian Reickert, that f*cking Brian Reickert's a squirrel.   I'll tell you.   He's a wacko.   And Derek and Lynch, I mean, I can show you the chain of mail.   These guys are so glad this is behind us.   All three of them are pissed at what Brian tried to do.

SS:  Yeah.   Well, I saw it.   I saw that one chain you (inaudible).

RR:  Oh, you did?   Okay.

SS:  I wanted to see what they were saying.   Now it ain't done by any means.   I'm waiting for Brian to send me a new outline of what the deal is because I'd gone back to him over the weekend and said, you know, look.   We're willing to do the original deal. But that's it.

RR:  That's it.   Don't deep six me on that.   I'm stuck by guns on that.   I told that to Lynch.   I says Lynch, you want me to talk to Brian, I'll go to Brian.   He said oh no. Brian won't even take your call.   I said fine. Then I'm telling you I'm sending you an email.   We're honoring the original deal which we had all agreed to.   The only question he had, we had, was the dates when we paid it and then we agreed to the dates.

SS:  Right.   Well, then it drug along and now he's agreed to move it to May.

RR:  Yeah, well, yeah.   I know.   His lawyer didn't understand.

SS:   We don't even have anything.   We don't even have a draft so it's not even probably going to make May.   Which I don't give a shit.

RR:   I don't give a sh*t.

SS:   It could f*cking be next May as far as I'm concerned.

RR:   That's it.   That's it.

SS:   You know, it appears Alan went to a CTEG meeting, and you probably heard all this shit.   Have you heard all this crap?

RR:   No.

SS:   Basically Stewart, that's why I sent that comment on Kraft, Stewart - well, not Stewart - Greg Pruett says well, it's very clear to him that there's two markets in the world.   There's the North American market which is Mexico, Canada and the United States.

RR:   Alan told me.   I heard this.

SS:   Yeah. And that's controlled by Morningstar, according to them.   And that's the 38 cent market.   And where Morningstar doesn't control or participate, the market's 44 to 50 depending on the product.   31% equivalent.

RR:   He's a lying sack of sh*t.

SS:   Because I'm telling you, we know that there is some cheap pricing out from Morningstar, and everywhere there is - let them have it.

RR:   Yeah, well that's exactly what I said.   And that's what I told Barilla today.   Bill Thomas.   I said Bill, I said, you know, where are we?   He said Randy, Greg Pruett's in here at 16 1/2 less 2 on the diced.   And I can't split the diced.   They won't let me do it. So I don't want to give it to Morningstar based on what - what's his name - John Ledestri said and we don't like all the power in Morningstar and Ledestri's hands, so we're going to give the order over to Ingomar.   And I sent that information over to Alan this morning.   Greg Pruett's at 16 1/2 less 2.   Hell, I'll send it to you.   But don't go to Pruett with this because it'll get - Bill's leaving Wednesday.   He won't have a problem.   Hold on.   I'll send you the offer.

SS:   Why don't I send it to him on Wednesday?

RR:   No.   Because it don't make any difference.   All it does is create problems.   That's why.   You're not going to win that battle.

SS:   Well, I'll tell you what it does is it means that we're competitors, not partners.

RR:   Oh, I've told you that a hundred times.   He's going to do whatever he can behind our back.

SS:   I have to be able to say that, again, in front of Duncan and Martin Stillwell and the rest of them, that this guy can't be trusted.

RR:   Hold on, Scott.   Here it is.

SS:   Here's the difference...

RR:   Okay.   It's on it's way.

SS:   Here's the difference.   Stewart writes me an email 2 weeks ago and he says hey, (inaudible) which he sent samples to wants a quote on 8 million pounds of 31% or 28 bricks ketchup paste.   And I said, I went back to him and I said let me check with Tony but if the legacy account of Merco and SK Foods and Sadanko.   I said all three of us sell and have for 20 years.   I mean, Duncan's been in there over 20 years.

RR:   That's clear.

SS:   By entering another supplier may be difficult.   So Stewart gets back to me a couple of times since then and he said look, he said I won't do anything to harm your business, so I told my brother to just back off and forget it ever happened.   But see, there's somebody that has some honor.   And I promise you, if he tries to sell   (inaudible), I'll know it in 5 seconds.   Gregg Pruett wouldn't have done that.   He would have been sneaking around and then I would have found out.

RR:   Well, two, three weeks ago, four weeks ago I wanted to see where Greg was so I bought 6 million pounds of tomato paste from Greg Pruett at 38 cents a pound.   That's net, though. That's net.   I have to pay for the bins.   But he's at 38 cents less that to everybody else.   So don't tell me he's not at 38 cents.

SS:   I know he's at 38 cents.

RR:   So I don't know whether he sees the market as two different markets. That I didn't know until Alan told me that this morning.

SS:   Right. That's what he announced to Alan.   And if I would have been there I would have gone fucking ballistic.

RR:   He's going to do what he wants.   And you know what tips us off, and both you and me know it, is when he brought Rick Ozali in there.   Because Rick Orzali is bird dogging every one of our foreign accounts with Tony.   And you know how I know that? Tony called me.

SS:   Of course Tony called you.   Now here's my point is I can shut that trip off with Tony right now.   I'll call Greg up and say Greg, you fucked us.   So you stole one of our oldest accounts.   So congratulations, but (inaudible) Orzali's going to be on his own.   He wants to go to Africa or Italy and meet people.   He'll do it against SK Foods will undercut him everywhere we can.

RR:   Yeah, well.   Apparently he knows we can't compete.   He knows more than what we think he knows.   And I can tell you, John Ledestri is out telling the world that we ship crap ie the cotton stalk issue.   That we have problems with quality and that we can't compete.   And you know, when it starts getting into the rumor mill, these kind of things spread.

SS:   Well, Randy, we're choosing not to compete because (inaudible).

RR:   We know that.   We know that.   But the customers in the United States don't want to hear about that.   They're going to say well what about us.   And here's what the issue is - these are 3 year deals.   You know, everything that I got is a 3 year deal.   To Kraft, which I don't know if I sent it to you, but I sent it out.   And the Jim Wahl deal, which I know I sent you.   And oh, by the way, I checked that.

SS:   I got that one.   Let him have that one, too.

RR:   Well, I'm just telling you it's less 2, Scott.

SS:   Yeah, that's not real clear.

RR:   Yeah it is.   I looked at the contract.

SS:   And I'll tell you why it's not.   It says if you send them back - this is Morningstar, not Greg Pruett - Morningstar said if you send them back we will illegally buy a trademark branded product back from you at 60 dollars.   If you send them to us.   That's what it says.   That's against, by the way, federal registration law and federal trademark law.   Just so you know.   But that's what it says.   It says if you send those pieces back to us, we'll pay you.

RR:   We determine what... yeah.

SS:   You see?   It's not just oh, deduct 2 cents.   It's not that.   It's if they send them back. If the customer is stupid enough to say hey, we want to play an illegal game and start shipping product because we're going to pick up some free cash.   Which we know a lot of customers do.   A lot of them don't.   But a lot of them do.   And the one's that do are, you know, they're at risk.   But anyway, it isn't a straight 2 cents.   It's more than 2 cents on diced.   And it's right at 2 cents on paste.   So that's what it really is.

RR:   Morningstar will pay 60 dollars for each U.S. industry standard bulk tomato ingredient bin regardless of markings received in good, reusable condition at our facility

in accordance with Morningstar's bin policy.   Bins are to be shipped to the Morningstar at the expense of the shipper.   Title to bins belongs to the shipper until purchased by Morningstar for it's inventory.   I read it right off of there.

SS:   Yep.   That's exactly what it says.

RR:   Well, I think that's their standard.   I don't know what their standard is, but that's what this says.

SS:   No, that is what it says.   And I assume that is their standard.   But I'm also telling you it's against the law.

RR:   Okay.

SS:   There's no question about it.   You can't take somebody else's brand and product. There's no difference in that, Randy, than taking somebody's cattle and saying by the way, I'm going to take a rail car of your cattle and I'm going to change the brand, so I'm going to erase them out and I'm going to change them and I'm going to put my brand on it.   But I'm going to pay you 25%, 30% of what the replacement cost is. The cattle cost 500, I'm going to pay you 100.   I promise you that is against the law.   That will be added to our lawsuit against Morningstar.   As far as where we're going to get our business, we're going to keep our major accounts, but if our major accounts like Barilla they give it to... shit, Ingomar's not even an approved supplier to Barilla.

RR:   I don't know.   They're giving it to Barilla.   They're not going to break it up and you're looking at 16 1/2 less 2, which is 14 1/2.   I was not planning on going that low. And the diced price is ridiculous.   It's like 34.   I mean the paste.   Sorry.

SS:   It's 33 1/2.

RR:   33 1/2.   Less 2.

SS:   No, it's 33 1/2 net.   Read it.   I don't have time for any bull sh*t.   But that is what it is.   And the cost is about 32.

RR:   Well, we're not going there.

SS:   It's too much tomato to give away.

RR:   The hell with it.   If he wants that business, then let him have that.   That's the only thing I can tell you.   That's the only thing I can tell you.   You know, I don't pay Barilla. He's just been a friend.   That's it.   The thing I care about - Frito I have some real control on and Kraft I have a lot of control on.   Even with Rick Maurice there I think I'm still okay.   What I need is I need Greg Pruett to play ball.   I can't have Greg Pruett coming in at 38 and then us at 40.   That I can't have that.   Because I know that's where Morningstar's going to come in at 38.

SS:   Yeah, if Ingomar and (inaudible) coming in at the same price they'll say it's just another Morningstar tactic.

RR:   That's what happened last year and we were able to get through it.   That was the success we had last year.

SS:   Yeah.   I'll call Greg but...

RR:   Frankly, Barilla is not that big of loss as far as I'm concerned.   I don't want to lose anything.

SS:   We lost money on them.

RR:   That was a bad deal.   That whole thing started bad and ended bad.   And then the cotton stalk issue didn't help.   Ledestri didn't help.   And what I just found interesting was that Barilla does not want to do business Morningstar/Ledestri.   They wanted Ingomar.   So they fast tracked it.   Whatever they did, they did.   And that came through their broker, by the way.   Mullins, whatever the hell their name is.   I'm talking Ingomar's broker.

SS:   Yeah, I know.

RR:   And I mentioned it, in fact I mentioned it to Bill Cahill on Friday when Bill told me this over the phone.   And he agreed.   He said no.   I said is that your price on the paste? That's awful cheap.   And he said that's where we have to be.   So obviously they're looking at the U.S. market as a very different market than offshore and they're not going to lose anything to Morningstar, much less us.   And you got Rick Orzeli out there looking after, watching over Tony's shoulder.   He pulled another one on Tony and Tony told me about it.   Shit, I can't remember what the hell it was.   But Tony called me all bent out of shape, too.   It was something else.   Greg Pruett is going to do his business in the United States with us, without us, whatever.   And that's really what it boils down to.

SS:   Obviously, Randy, it's easy for us to stop it.   All we have to do is match his fucking price and tell him to hit the fucking road.   But what's that do for us?

RR:   That's exactly right, Scott.   Don't do that, because right now I can pick here and there.   Losing Barilla isn't the end of the world.

SS:   No.

RR:   That's what I'm saying.   Don't blow this thing up with Greg.   Let me blow it up. Don't you blow it up.

SS:   Well, this is kind of my area of...

RR:   Scott, I don't want to end the... I can still pick the son of a bitch's bones.   He's not that bright.   And I need him to give us a price that's going to be close for Watson.

SS:   He won't do it.

RR:   Yeah, he did last year.

SS:   I know, but he, I'm telling you, he's going to come in at 38 cents.   Why would he come in...

RR:   Because he gets more money for it.   He knows it works.   They know I have a relationship with Watson.

SS:   I wrote it.   I put it in writing.   I handed he and Stewart notes.   Hand written notes.

RR:   Yeah, but you did that before.   It didn't do anything.

SS:   Yeah, but Kraft's on that list.

RR:   He raised his price last year.   That made this thing work with Kraft.   And he raised his price to Jim Wahl also.

SS:   You're saying that he's got a price in to Jim Wahl at 14 1/2.

RR:   No, not Ingomar.   Morningstar does.   We don't know where Ingomar is yet to Jim Wahl.   Even if they've even quoted them.   There's nothing from Ingomar to Jim Wahl yet.   What I sent you was the Morningstar deal.   And Morningstar is not approved, as you know.

SS:   I doubt they will be.

RR:   Jim's going to do everything he can to keep them out and you see the chain of letter.   What he's wrote.

SS:   Look at what he did the last time.   It wasn't very long ago he was threatening to sue him.

RR:   That's right.

SS:   Took them all the way up and down the line.

RR:   It went to corporate at Pepsi.   I need Pruett.   I don't need an enemy because I need to get his price close to us at 40 cents to the coon.   Otherwise I'm throwing all my money away to Watson.

SS:   Well, Watson don't do us a whole lot of good if he can't help us with price.   I mean,

somehow or another you got to get something out of it.

RR:   Yeah.   Well, that's what I'm saying.   I got to give the guy some ammunition so he can make it happen.   He ain't working for Tom Jerone anymore.   He's working for Rick Maurice.

SS:   Yeah, I know who he works for.   But if we have to match 38 cents then what good is anybody?   What good is, what value is there in any of it when I sell it for 46 to 50 cents a pound overseas?

RR:   Well, that's a business decision we have to make.   He knows, if he comes to his boss and says this is, I mean it's a bid deal.   If we do this and we're at 40 and I got Greg Pruett at 38 and Chris Rufer at 38, you don't think there's some magic that Watson can pull to get us the business?

SS:   Well, I'm just saying then there's no value in paying Watson.

RR:   No.   I won't pay him.   I can only pay him if he's pulls them.

SS:   Because there's no value period.   Because the 40, if I get Pruett the 40 it ain't Watson doing nothing except copying out numbers.   Just saying these two are at 40. We prefer them over Morningstar.

RR:   Right.   That's what we did last year.   And we got the bulk of the business.   All Greg Pruett got was 10 million pounds or product.   That's it.

SS:   Well, I have an email from Greg Pruett that says that he only has 10 million pounds of capacity left on diced.   And that was from about six weeks ago.

RR:   Well, maybe he does.

SS:   What I'm saying is he don't now.   So does that mean Greg Pruett sold out?   I think it does.

RR:   I don't know.

SS:   Look, Randy, he's got one single diced line with a 90 million pound (inaudible)

RR:   How much carry over does he have?

SS:   Beats the shit out of me, but I'm sure he has some.

RR:   Well, I'm going to tell you something.   I'll believe Barilla before I believe Greg Pruett.

SS:   Well, I agree with that.   But I'm telling you, we have a fucking copy of his

customer list.   From a couple years ago.   (inaudible)   It's in your office.

RR:   Yeah, okay.

SS:   And you go look it up and it's still, I was there.   I looked at the diced line twice.
It's a 90 million pound max.   Shit, we owned one.   He ain't never done shit to it.   It's
only got 2 fillers on it.   Even if it's less than 90 million the day he fills the first drum.   If
you put one head on drum you're down to 75 gallons a minute.   You put   2 heads on
drum you're down to about 55.   Max.   Which that cuts it down to 65 - 70 million pound
line.   So there's no way.   The guy doesn't have shit to sell.   And that's what pisses me
off.

RR:   He must be selling it from old inventory.   I have no idea where he's coming from.

SS:   Absolutely it could be.   You can't do that on a 3 year deal.   And that's a 3 year -
well, I don't think it is a fixed price either.

RR:   No, it's not.

SS:   It floats with (inaudible).

RR:   Yeah, no, it floats.   That's right.   CTGA.   The whole thing.

SS:   (inaudible) would be about 15 because they all say 70 dollars but the CTGA
average price, which we have to make sure we put in all our deals, saying that the CTGA
average price - that word average - is critical.   Because number one you have a split
between the north and the south and CTGA's done us a huge favor in adopting my
recommendation of using that word average.   So they have a base price and then they
have an average price.   And an average price take into account an average of early
season, late season, every other fucking premium they got.   That's all on a big old
honking ass (inaudible) that they put in there week by week and it comes out as an
average.   They post that.   That's on their website.   The average price is 7260, the base
price, if you were to be able to run a factory between July 20 and stop it on September 5,
that's what you would pay.   70 dollars.   But if you work on any of those days before or
after that you're going to average 7260.   That's a fair bit of difference in money.   In our
case about 4 million bucks.   Between using the word average and using what is called
base price.   What these morons are doing is they're not stating it one way or another.
What Morningstar's offer says is they say a price of.   They don't say - they say a price of
California price based on 70 dollars.   Well, it's not base on - I mean...

RR:   I have the Morningstar one here and it says 70 base price.   And then it has ups and
downs, you know, for PPI...

SS:   Yeah, I said it.   Over and over.   But what that is, that's an instant price increase.
So the people that are receiving that aren't going to get... it's going to be base price of 70
dollars, but the base price ain't 70 dollars.   The CTGA posted price is 7260.

RR:   Well then you know something?   That's what they should all say instead of this terminology it's 70 dollars.   Because that's an immediate question.

SS:   No.   Randy, you won't put 70 dollars in.   It's based on an average price CTGA price 70 dollars.   And then the average price CTGA is 7260.   So you mark it up a cent a pound.   On paste.   And you mark it up about 1/2 cent, 6/10 of a cent a pound on...

RR:   Diced.

SS:   Diced.

RR:   Yeah.   Okay.

SS:   So it's just, you know, we've seen Morningstar do this.

RR:   They're saying one thing but it really means something else.

SS:   Every fucking time they write something.   And when you say net prices, well is it net with this?   Is it net with that?   Is it this?   Is it that?   Does it include bins?   When do you get your bins.   So you're paying a higher price.   You're paying 16 1/2 and then at some point they'll buy things from you at their option.   Because that, by the way, is part of the Morningstar policy.   They buy the bins back at 60 bucks based on their option.   In other words, if they don't need any bins they ain't buying them back.   If they need bins, and particularly if they're SK new bins, and they can take the brand off of them then they'll pay 60 bucks.

RR:   Well, that's the way they're playing.   At the end of the day that's the way they're playing.   The only one's I care about is Kraft and Frito.   That's the only one's I have any kind of control on.   Because if we can't secure Kraft and Frito we're not going to secure anything.

SS:   Well, it's just going to be a matter of where we want to sell cheap.   If we want to give away 7 cents, 8, 10 cents a pound on Kraft then that's a multi million dollar business decision that I probably wouldn't support.

RR:   Well then we can't support it. That's where it'll be.   We don't have to worry about (inaudible).   We'll do whatever we can to get whatever business we can.   That's all you can do.   We don't have that kind of influence.

SS:   Well, I know.   Well we should have.

RR:   Well, we don't.

SS:   Well, we do if Greg would play along.   We would.

RR:   Well that's what I'm telling you.   Have Greg go in at 40 cents a pound to Kraft.
And we'll be at 40 cents a pound.   He did it last year.

SS:   I will talk to him.   But based on Alan's conversation with him it probably won't
happen.

RR:   It's possible.

SS:   It's probably not going to happen.   Because they're just absolutely panicked about 2
things.   One is any discussions about a domestic customer.

RR:   That continues.

SS:   45 minutes about that.   And then they both abruptly got up and left because they
had to go to a Bank of America meeting.   Or maybe it was Wells Fargo.   But they both
had to run off to, and it was all about how to finance offshore inventories.   Because
currently all that offshore shit's got to be removed from your (inaudible) base.   And the
number is so big that those guys don't have enough working capital to cover it.   So
they're saying the same thing as we are.   We're saying the same thing.   We've got
enough.   But I'm just saying - we're all saying it's like bull shit.   You know?   They
include Japan, they include Mexico, Canada.   Every f*cking Tom, Dick and Harry.   I
said Jesus Christ.   Half the f*cking business is going to be, in your mind, export.
You're willing to f*cking finance Chelton House and other dead f*cking beats like every
dead beat on the planet.   Those are good accounts for you.   But companies that are
buying hundreds of millions of pounds of paste a year, you consider pirates.   And so
they all kind of were embarrassed about it.   You know particularly after seeing, you
know, knowing what the dollar's doing and how the business is moving.   All I said to
him was you guys are hampering our ability to make money.   And we don't need banks
to do that.   And U.S. Bank guy stood up and said well we're in.   We can finance it 2
different ways.   We can insure the accounts receivable.   Or we'll buy the accounts - that
particular accounts receivable that have to do with export right now.   And then the Bank
of Montreal people got all embarrassed and said we'll have to talk about that as a bank
group.   U.S. Bank guys just said this is bull shit. You're either fucking banking them or
you're not.   So anyway, that... I'll talk to Pruett, but I'm going to tell him look.   We don't
appreciate you taking our f*cking domestic customers.   And if you continue then we're
going to go after, we can just do the reverse and then at that point why do we have
CTEG?

RR:   What's he going to do?   He's going to deny it.

SS:   He can't deny it.

RR:   It's the same old story.

SS:   He can't deny it.

RR:   Yeah.   Well, what he can or what he can't.   I mean, he's going to do what he wants to do.   Really, at the end of the day, that's what it boils down to.   He'll go at 38 cents wherever he wants to or less.   I never thought he'd go to 14 1/2 cents on diced.

SS:   He's not making any money.   Our cost is 13, Randy.   So how in the f*ck...

RR:   I guarantee you our cost is better.   If he wants to lose money or break even he's going to do it.   I don't even think he's making that much money on the farm.   I don't know.

SS:   He's not.   I mean, you know, that's all these f*cking idiots all think about anyways is what they make on the farm.   Oh, did you hear that Boswell wants to come in and join CTEG?

RR:   No.

SS:   Yeah.

RR:   That's interesting.   Especially since you got their salesmen telling everybody that we're going to go broke and we can't make it work because they've cut us off on tomatoes.   That's what he told Bob Turner.   The salesman, John Nusfogle.   So now they want to be part of C... everybody wants to be part of CTEG because it's the export business.   That's why.   They're going to separate the domestic from the export.

SS:   Yeah.   And then Boswell will be the first one hollering wait a minute.   We have an email from Scott that might include a domestic issue so we think we ought to kick SK Foods out of it.   I can see that kind of shit happening.

RR:   I was going to say if they want into CTEG tell him to sell us another 150,000 tons or 300,000 tons of fruit at 60 dollars a ton.

SS:   Yeah.   Well, that ain't going to happen.

RR:   No.   Do you know why all of a sudden CTEG is important?   Because of what's happened with the   Euro and U.S. domestic product being exported.

SS:   Well, what happens is is when you have a good idea all of a sudden everybody wants in on it.

RR:   Yeah.   And the Euro's helped and the subsidy is gone has helped.   And we got Tony Manuel who's already plowed the field having customers come to us.   This is easy picking.

SS:   And then plowing it for 3 years when nobody else was around.

RR:   That's right.   Somebody had to put the effort in to get to this point.   Lucky for us

we have him.   Or Chris would have had this.

SS:   That's right.   Yeah.   That's absolutely right.   I still say we're better off having money in the bank.

RR:   Scott, that's a business decision and I agree.   And the question is where do we walk away from and what don't we?   I mean, ultimately that's the business decision that has to be made.

SS:   Randy, they can't sell it all.   They don't have the fucking capacity.   They can't invent capacity.   They don't have it, so at what point do we say well - lets say Greg Pruett.   Now Rufer's a different situation because Rufer's big enough he can say okay.   I can't take anymore export business because I'm going to try to grab a bunch of Kraft.   I'll take 50 million pounds of Kraft.   If you remember his offer last year said I'll take...

RR:   Yes.   It was a certain amount only.

SS:   10 million pounds this year.   20 million pounds the next year.   You know, 30 million pounds the years after that.   What does that tell you?   He doesn't have the capacity.

RR:   And Rufer's one year deal to Barilla for 2008, if they want a one year deal, was at 17 cents on diced and 35 1/2 cents on paste.   If Barilla wanted a 3 year deal then it went to 16 and 34.   I'm looking at my numbers here.   And again it has all the ups and downs in it.   But the 17-35 was a fixed deal and that was standard terms.   Oh, by the way, the deal with, well you see it, with Ingomar was bill and hold.

SS:   Oh it was?

RR:   Yeah, it's on there.

SS:   Yeah, I didn't see that.

RR:   Yeah.   It's regular terms and then the bill and hold comes due in October.   But not bill and hold with Morningstar.   There was no bill and hold.   It was standard terms. Which was net 20 and the full amount on 21.

SS:   So Ingomar's got a bill and hold at 14 1/2.

RR:   That's right.

SS:   For 3 years.

RR:   That is correct.

SS:   Well why don't you go back to... had Barilla already made the deal?

RR:   Well, he's waiting for me to call him.   But they won't break it up.   They won't let us have just the diced and not the paste.   We have to have both.

SS:   So we have to lose money on the paste to get the cheap diced?

RR:   Yeah.   Remember how we originally sold it?   In order to get the diced we had to sell them the paste.   And that's where it's at.   And it's not necessarily just Bill saying this.   This is coming from Bill and his boss and all the way up.   They want one supplier and they don't want Chris Rufer.   Which I thought was interesting.   Because they could have taken Chris's 3 year deal, which was cheaper.

SS:   And Pruett's deal is just a 3 year deal?   Because I don't have it right in front of me.

RR:   Just a 3 year deal, Scott.

SS:   Just a 3 year deal.

RR:   Yeah.

SS:   So I think what we ought to do, Randy, is match it.   And I'll tell you why.   And I think we just... and then I call Pruett and say once again you cost us a bunch of fucking money, asshole.   And I'm not going to support you.   You didn't get the customer.   You thought you had the customer.   You didn't get the customer.   You're never going to get any customers of ours.   And just telling him to shut his f*cking saleman's trap because they're not going to fucking win.   I think that's the right thing to do.

RR:   I don't.   I don't.   And I don't think we'll even get it.   Because there's been some bad blood with this cotton stalk issue.   And I've told Bill I'm not going to those low numbers.   You want to call Bill, honey, you call him.

SS:   Well, you're the salesman, Randy.

RR:   I don't care.   You can have the account.   Give the account to somebody else.   I'm telling you I talked to Bill all morning on this thing.   And I'm telling you that he didn't even want to send this to me.   I had to damn near twist his arm.   And I said Bill, I don't believe you.   I'm going to get on a plane this afternoon.   I'm coming to see it.   He said Randy, you don't have to do that.   I will send it to you.   And I says well this is too cheap.   Because I didn't believe that price.   Not from Ingomar.   From Morningstar I would have believed.   Because I've not seen any Ingomar pricing in the market place.   I've only seen Chris Rufer pricing, ie Frito Lay and Kraft.   If he wants that bad enough, that's what it is.   And he says well, Randy, the problem with you guys is you have a black eye.   It probably won't be good enough if you match it.   You have to be cheaper.   And I says I'm not interested.   He's going to leave.   I don't want to have a headache with these people.   And they're no longer a 35 million pound buyer anymore either, of diced.   And it's still going to John Ledestri.   So everything is bad at Barilla.   If we're going to

go ahead and make anything, the deal is to get all the diced business from Jim Wahl. And let Greg Pruett have the paste.   The 26%.   That's using your head.   You said that to me Friday.   That's using your head.

SS:   I agree that's using the head.   (inaudible)

RR:   I'll see if he can.   I mean, I have some leverage.

SS:   (inaudible) saying one thing and doing something else.

RR:   We're more involved with both of these accounts.   I mean, Frito is representing spinach to us and jalapenos and all kinds of things.

SS:   And we represent a lot to them, too.

RR:   Yeah.   I know we do.   And Kraft, as long as I got Watson in there, I'm trying to get everything we can.   And Watson's my guy, Scott.

SS:   Yeah.   I know that.   Shit.   The f*cking guy won't leave you alone.

RR:   Yeah.

SS:   No, I understand both of those accounts.

RR:   The battle is not over Barilla.

SS:   Yeah.   No, the battle's with Greg Pruett.   That's what I'm trying to drive at.

RR:   If he does that here, how do I know he ain't going to do it somewhere else?

SS:   Well, I know he'll do it somewhere else.   And then at some point I've got to be, because I want to be able to call him and say he, we matched you price, asshole.   But I don't want to do it if we match his price and have to go cheaper to an unapproved supplier.   How the fuck does Barilla know that Ingomar's not going to have fucking problems, too?   They farm, you know what their main rotation crop is?   On Turner Island?

RR:   I have no idea.

SS:   Corn.   You know what comes with corn?   Corn stalks.

RR:   Corn stalks.

SS:   Yep.   Corn stalks are just as bad if not worse than cotton stalks.

RR:   I thought it was interesting that they didn't go to Morningstar.   Because that's the

crux of this whole thing.   That's John Ledestri.   That's Chris Rufer.   That union.   And they're dirt cheap for 3 years.   But yet John Ledestri told Barilla, told Bill Thomas,   I think you should give the business to SK Foods.   Because I think Chris is oversold on diced and you might not get it.   That's what Bill Thomas told me.   Two weeks ago.

SS:   And that's the kind of conversation you have with Jim Wahl, too.

RR:   I don't worry about Jim Wahl over there.   They're not even an approved supplier. If they could have gotten in by now they'd have gotten in.   We've been in this movie every year for the last 10 years.   Jim's reason is we don't need another supplier.   We got three.   You don't think they know that price never gets past Jim Wahl?   They don't go around him.   Or if they have, I don't know it.

SS:   I doubt they do.   They probably check, (inaudible) the type of guy that reads food institute and takes a look in there and says hey, are we getting the best deal?   Food institute said 16 cents and we're paying 15 or whatever.   Is that as good as we can do? Jim will say yeah.

RR:   Jim will say no.   It's SK Foods.   This is where they are.   That's our main supplier and he'll say fine.   And with spinach and with IQF jalapenos coming we represent - we're a food company.   We're not just a tomato representative to them.   And that's what's good.   What are we to Barilla?   Nothing more than a tomato company.   And right now, as Bill told me this morning, I am so glad that I am leaving.   He's going to go work with Bill McGowen.   He says I'm so glad because you think tomatoes a problem here.   Remember what we are.   We're Barilla pasta.   We're playing 3 times, 3x, maybe 4x before this thing is over, for (inaudible) for wheat.

SS:   Yeah. That's good for him.

RR:   The battle is not Barilla.   Yes, the battle's Greg Pruett.   I agree with you.   That came right out of Greg's mouth, according to Alan, that he sees the U.S. market at 38 cents.   I said to myself, not to Alan, wonder what the hell happened to his little note that was signed by him and Scott that they wouldn't go below 40.   So, you see.   It don't mean anything to him.   Maybe he's thinking for export not for domestic.

SS:   That's what his excuse is now.   His excuse to Alan was well, there's 2 different markets.

RR:   Okay.   That's what he's doing.

SS:   You go back to Barilla and tell him we'll match the deal.   If they want to change suppliers that's fine.   But when somebody else fails, Morningstar doesn't have the capacity, Ingomar's unproven, if that's the direction they want to go - good luck.

RR:   Yeah, I'll tell him.   It won't do any good, but I'll tell him.

SS:   Well, I need to know that because I still need to know if Greg...

RR:   Well, then stand by your phone.   I'll call him right now.   You want to do a conference call?

SS:   No, but I'll just stand by.

RR:   Stay right there. I'll call you right back.

SS:   Bye.

(Recording Ends)

# EXHIBIT E

REVIEWED BY & DATE:   sjd 3/26/2008
REVIEWER NOTES:   pertinent **

SYNOPSIS:   SS calling for RR - RR says just goes to show you how shitty a factory can be.   The report is a real eye opener.   Stuart knows they are going into business - the report from Steve is worth it's weight in gold

RR says we're renting the building and that's a huge piece.   Land is expensive there.   RR says bringing all that shit from the field into the factory just looking for trouble.   SS what's gonna blow them away is we are going to have clean rooms, once been washed it's going into an air positive micro aired clean room - keep bacteria counts to absolute minimum

RR says with food safety where it is today on the forefront that's critical - RR is meeting with Pete Huff for lunch tomorrow - Patterson is wreck

RR would love Steve to go through Ekert

Study on fresh business and keep eye on frozen business will fire John Brice - Brice has never visited a customer in five months and never gone out it the field - not seen one grower because he's too busy sneaking off to screw Jeannie

RR says he'll be at Ryan Ranch on April 18th (RR will be coming in on Thursday) - SS wants RR to meet Schwarts

Scott hiring a new CFO who was CFO and GM of Bell Cart Olives for 18 years and before that was partner   in Ernest and Young as a CPA   - he's 60 years old acts 30 years old

RR says my job is to do that **- I take care of Watson I do what I do - that's what I am**. I get a lot of push back from the people at the company because I get too involved and I'm not signing paychecks SS says to f*ck off asks who pushes back RR; everybody from Glen Long, Steve, Alan, even salesmen - RR says my name could be your name could be Rahal or Salyer - I'm not an SK employee - I'm not going to be what they now is I'm Scott Salyer with no hair

SS says they should listen to RR; SS is in the hiring mood and hatchet mood   - wants Brice to fire Toby who claimed to be export salesman who hasn't done anything and is costing them $100,000 a year and nobody wants to deal with Toby - SS says there are at least 3 different snitches in office talking to Don Blodgett and the rest of them

RR: Whose watching chickens?   Alan wanted to protect Diane Shafey SS fired her last week

Davey resigned

John Brice overseeing new computer consultants costing 3 1/5 million to 5 million

SS says Mike Culversan is a finance accountant operator assigned to fresh foods

SS says Mike Harberson (new CFO)   built a plant in China and Spain - took sales from $30 million to $30 million

SS says Brice is like Alan a plotter - not a doer -

Jeannie knows everything and she's disgruntled and the fall out will come out of that bad news for her is she has f*cking mud in her closet

RR says Lisa Crist has gotten real good and protects us

RR thanks SS for sending him Steve's report or RR would have never seen it

SS wants RR to chat with Jim Wahl about Jay -

RR says they got plastic bags showing up in the IQF product - Stuart won't change a f*cking thing over there

RR hopes they can get Steve Mancini their national sales manager so disgruntled over at Patterson that they can bring him on board

SS Patterson is filthy RR says it has splintered boards, rotten wood, mold and concrete block with paint peeling off RR says in such an IQF business being such a passage and conscious and volatile problem business like Frito Lay and Kraft these end users would be more careful in what the picking SS: says it's price - get one or two more outbreaks going and ...RR says we'll compete but let our factory sell it for us

RR says don't you think the industry would be different without Rufer - ruined business

SS asks what's happening with the domestic market - told Alan to go back through it, everything Tony sells is cutting it off in US

RR says look where money gives best return - told Tony to sell everything you can

MAJOR ISSUE:   Bribes

TRANSCRIBED BY & DATE:   J. Harding 03/31/07

TRANSCRIPTION:

Kathy:   Intramark.   May I help you?

SS:   This is Scott for Randy.

Kathy:   Sure Scott.   Hold on a sec.

RR:   Hi.

SS:   Hey Randy.

RR:   Just goes to show you how shitty a factory can be and what people will do to approve it.   We keep running into this all the time.   All the time.

SS:   Yep.   Then we have to sell at the same price or less.

RR:   Nobody's willing to pay you for anything.

SS:   Nope.

RR:   That's the problem. But that report was a real eye opener.   I'm thrilled that Steve had a chance to go there.

SS:   It just shows also how stupid f*cking Stuart Wolf's group is letting somebody like Steve King in there.

RR:   Well, I mean, Steve didn't just walk in.   I mean, somebody hat to let him in.   I mean, but you told Stuart we were going into the business.

SS:   Yeah.   He's knows that we're going in the business and Steve went in with an equipment guy.   Like a key technology or somebody.   Somebody, one of those equipment guys.

RR:   Yeah, yeah, yeah.   Well he got it.   The report is worth it's weight in gold.

SS:   Yeah it is.

RR:   Oh, I tell you.   Well I sent you my comments on it.

SS:   Yeah, and I sent you one back.   You know (inaudible).   We're going to do it right.

RR:   We're renting the building so we don't have to worry about that part.

SS:   That's a huge piece.

RR:   Yeah it is.

SS:   I mean, that real estate and everything where it is.   It's expensive.

RR:   I know.   I always thought that was going to be the problem with being there was

the land's expensive there.   I liked the idea of having it in Lemoore frankly but we own the land.

SS:  Right.   We did.   We do.

RR:  Yeah, well, okay.

SS:  Anyway, I thought it was a great report and...

RR:  Bringing all that shit from the field into the factory.

SS:  Yep.

RR:  I mean god, you're just looking for trouble.

SS:  Yep.   They bring it all in.   When you do that it makes you (inaudible).   And what we're going to do, one of the real things that's going to blow any smart quality person away.   I mean it'll blow them away.   We are going to have clean rooms where that stuff, once it's been washed it's going to go into an air positive, micro air cleaned room.

RR:  Yeah.   A septic room.

SS:  Yep.   We're going to keep the bacteria counts to an absolute minimum.

RR:  Well, with food safety where it is today on the fore front, that's critical.

SS:  I think it is.   When a Jay walks in, or a Pete Huff walks in...

RR:  Yeah, it's going to be more Pete Huff.

SS:  (inaudible) bright white and then it's f*cking immaculate and you can't even... we're going to have hallways that you walk in because you're not going to be able to go in the rooms.

RR:  Oh, like an air lock.   Yeah, okay.

SS:  Yeah.

RR:  Yeah, well, I'm with Pete Huff tomorrow over this.   We're meeting tomorrow for lunch.

SS:  Well, just tell him, you know, that Patterson is a wreck.

RR:  I'm taking this email with me.

SS:  Oh good.

RR:   Tell him?   Shit, I'm going to show it to him.   I would have never got this had you not sent it to me.

SS:   No, you wouldn't have.

RR:   No.   I didn't know about this.   I didn't even know he was there.

SS:   Yeah, well, he knew he was going.

RR:   Yeah but he never told me.   I didn't know he was going.

SS:   Well, we didn't know which one he was going to.

RR:   Oh, okay.

SS:   He said he was going to one of the factories, the frozen factories.   We didn't know. It was going to be Eckert or Patterson.

RR:   Yeah, okay.

SS:   And it turned out it was Patterson.   Now I think I can get him in Eckert too.

RR:   That would be a wonderful opposite end of the spectrum I think.   I think Eckert is a much better operation but I'd love Steve to go through it.   Here's what I like.   You soak the living shit out of that spinach or any vegetable.   I want water on that stuff. That's where we're going to make our money.

SS:   Well you got to be careful because it clumps.

RR:   Yeah, it locks it together.

SS:   Yeah.   You got to be careful how you do it.   What you need to do is re-hydrate it to the maximum amount.

RR:   Oh, okay.

SS:   Without getting moisture on the top of it.

RR:   Put the water in the cells of the product.

SS:   Put the water back in the cells.

RR:   Yeah, okay.

SS:   That's how you do it.

RR:   Well, we're going to do it.

SS:   Well, if it can be done I'll pressurize the f*cker.

RR:   Yeah.

SS:   You know, nobody's ever talked about it but I've, I immediately thought well f*ck, why don't we pressurize it in water for just a, you know, it might be 30 seconds or something.   And just put it through a positive pressure, and it might be a high pressure. I'm not sure.

RR:   I don't know.   That way you're pushing it into it.

SS:   Yeah, and then dry it off.   And notice that they don't - they're not using any air knives.   I think that's a huge (recording skips).

RR:   ...and he's from Dole so he knows the fresh business.

SS:   He's originally from Birds Eye.

RR:   Oh, then he knows the frozen business.

SS:   Then he went to Kraft.

RR:   Oh, okay.

SS:   And he was at Kraft for like 6 years.   And then he's been at Dole, he's been at Dole twice.   He went to Dole, then he went to Birds Eye, then he went to Kraft, then he went back to Dole.   He's been at Dole about the last (inaudible).

RR:   Good, Scott.   So his office will be at Ryan Ranch?

SS:   Yeah, Ryan Ranch.

RR:   So he must live in the Monterey area or something.

SS:   Oh yeah, he does.   He lives right, damn near next to Mark McCormick.

RR:   Okay.

SS:   What I'm probably going to do is I'm going to have him come in and do a study on the fresh business and keep an eye on the frozen business and just kind of he's going to write up, do a write up on what we should do to reposition ourselves.    And then I'm going to fire John Brice once he gets everybody used to looking around.   Do you know that f*cking John Brice has never... listen to this.   He has never visited a customer in 5

months and he has never gone out in the field in 5 months.   He's not seen one f*cking grower.   Do you know why?   Because he doesn't have time.   He's busy sneaking off to screw Jeannie every god damn day.

RR:   Oh, this whole Jeannie Brice thing has turned into a f*cking joke.   And that's why we cannot have this in this company.   We just can't have this.   This whole Jeannie thing is just so f*cked up it's unbelievable.

SS:   I interviewed a girl yesterday...

RR:   You need to get a personal assistant back in your office is what you need.

SS:   This girl I interviewed yesterday (recording skips).   This one's a little bit too good looking though.

RR:   I don't know.   I'll be there April 18th by the way.

SS:   Okay.

RR:   For the Ryan Ranch deal.   Unless you don't want me.   I mean...

SS:   No.   That'd be wonderful.

RR:   So I want to be there and I want to say a few words.

SS:   You can meet Schwartz and you can meet, I'm hiring another guy today, another CFO.

RR:   Okay, well, that's what I'm saying.   I'm coming in on Thursday.

SS:   The CFO is, he was the CFO and general manager of Bell Cart Olives for 18 years.

RR:   He's got experience in the food business.   That's what's important.

SS:   Yeah he does.   And before that he was a partner at Ernest & Young.

RR:   Oh, okay.   He's a CPA?

SS:   Yeah.   So this guy, he's 60 years old.   They say he acts like a 30 year old and I tell you that everybody I've talked to says holy shit.   I got calls from all over the place saying (recording skips)

RR:   My job is to do that.   Take care of Watson.   I mean, I do what I do.   That's what I am.   Because I get a lot of push back from the people at the company now because I get too involved, you know.    I'm not signing paychecks.

SS:  Tell them to f*ck off.

RR:  I know but that's what happens.   That's what happens.

SS:  Who pushes back?

RR:  Everybody.   Everybody from Glen Long all the way through.   Steve, Alan.  Everybody.   Even the salesmen.   My name could be your name.   It could be Rayhal or Salyer.   It don't make any damn bit of difference.   I'm not an SK employee and I'm not going to be.   I mean, they know that.   What they know is that I'm Scott Salyer with no hair.   That's the interpretation.

SS:  Well then they ought to f*cking listen to what you have to say.

RR:  Wouldn't you think?

SS:  I'd think so.   Because it's going to come back to haunt them.   I'm in the hiring mood and I'm in the hatchet mood.   The same way.   I've asked that f*cking Brice for two and a half months to fire this stupid guy named Toby.   He's a stupid f*cking g*** that claims he was an export salesman.   He made one f*cking sale and it came back with 100 thousand dollar claim.   The guy has not done anything since.   And it's like get rid of the f*cking guy.   He's costing us 100 grand a year.   Get rid of him.   Oh well, you know, maybe he's going to make a sale.   I don't give a f*ck about maybe.   Richard Lawrence and Tim Crist won't even be on the same phone with the guy.   So now they're weekly phone conferences, of which Brice does nothing, they said they don't want to have Toby on the phone anymore.   They don't even trust him.   The other problem we have is we've got at least 3 different snitches inside that office that are still talking to Don Blodget and the rest of them.

RR:  You've got to be kidding me.

SS:  Nope.

RR:  It's a year.   We haven't filtered that out yet?

SS:  Nope.

RR:  Well that I blame John Brice for and Peter Ferrar or whatever his name is.

SS:  Romero.

RR:  Romero.

SS:  Well it's out of his area.   It's over in admin.

RR:  Well who the hell is watching the chickens?   John Brice, Alan Huey?   I don't

know.

SS:   John Brice is supposed to be watching the chickens.

RR:   Yeah, well, we cannot have those kind of leaks.

SS:   (inaudible).   Neither did Alan.   Alan wanted to protect that Diane Shapey.   I finally fired her ass last week.   Finally, after, you know,   months of saying get rid of that bitch.   I finally just said you guys, she ain't coming back.   She's not moving in this new office.   I'm not going to have... the attitude amongst these fresh foods people is scary.   They're just like, we're entitled.   We will do what the f*ck we want.

RR:   Well where's that coming from?   That's coming from some leadership.

SS:   Yeah, that's coming, I'll tell you where it's coming from.   It's coming from Davey Hatchet, who's already resigned.   We need to just throw her fucking ass on the street. (recording skips).   ...office went ape shit.   Said who in the hell is this person?   This is not right.   This is our business.   You know, all that push back.   You talk about push back.   You should have seen what she got.   She told them all very kindly, she says I'll just be helping you collect the money that you've been unable to collect.

RR:   Yeah, what's wrong with that?

SS:   It's like, write it off.   We don't care.   All that f*cking attitude is changing.   These are just basic principles of business.

RR:   Yeah.   I don't like what you said about they have a feeling of entitlement there. That's wrong.   That comes from the top.

SS:   And that's what I said.   It came from the three amigos and Davey.

RR:   Well that's a carry over.   Yeah, okay.

SS:   So the three amigos are gone.   Davey's on her way out the door.   I'm going to accelerate her departure.   She already resigned.   The reason she resigned was because it took her an extra 10 minutes to drive to...

RR:   They had no where else to go.

SS:   Well, that's a lot of it.   We didn't know shit.   Listen to this.   Under John Brice they have a new computer system that was in the process of being installed.   It was an oracle system.   It's a nightmare.   Do you know what we're paying the f*cking consultants?

RR:   No, I don't.

SS:   Now remember we got (inaudible) going in on SK group, right?

RR:   Yeah.

SS:   That's three and a half million plus hardware.   So it's about 5 million.   Okay?   On Fresh Foods, independently, they continued, like putting their finger right in your face, continued to run down this road with having this oracle system installed.   (recording skips).   It's a massive system.

RR:   I knew it was coming in April.   I talked to Dan about it.   He said it'll be here come April.

SS:   Well, lets figure it's going to be up and running, really kicking ass, by the end of the year.

RR:   That's good.   Okay.

SS:   But that's still fine.

RR:   We're further ahead now than we were before.

SS:   Do you know you can literally stack the f*cking mail?   And this thing will unsort it, open the envelopes, scan it, spit the f*cking paper in a shredder.

RR:   Great.

SS:   And all that information flows right through your computer.   Your accounts receivable.   Everything is generated.

RR:   Yeah, wonderful.   We need it.

SS:   Orders are typed in and bam.   They go right into the pack plan (recording skips)

RR:   ...the finance people right next to your office, right there in Monterey.   They're not far.   They're not far.

SS:   Right next to him is going to be this Mike Culverson.   He's a finance accountant operator.   So I'm going to put those two, say okay you guys, here's Fresh Foods.   Fix it.   That's your first one.   This god damn Mike Culverson, he built the plant for Bell Carter in China.   He also built one in Spain, olive plant.   You know, both of them are joint venture and dah dah dah dah.

RR:   Yeah, yeah, yeah.   At 60 years old he's got experience.

SS:   Yeah.   At 50 years old, 45 years old when they first hired him, he was an accountant.   He didn't do much.   By 50 years old they had gained confidence and said,

Hey this is the guy that (inaudible).   He took their sales from 30 million to 300 million in ten years.   That ain't bad.   That's somebody that wants to get things done.

RR:   Yeah, well, you know, in the beginning I thought we had that with John Brice. Only to find out we didn't.

SS:   Well, you know, John Brice is still a smart guy.   John Brice's problem is he compromised himself to a point he doesn't do his job.

RR:   Yeah, okay.   So that's what did him in.

SS:   The other thing that Brice hasn't done - Brice is a lot like Alan.   He's a f*cking plotter and not a doer.   When it comes to numbers, he's good with numbers.   He just doesn't do anything with them.

RR:   Okay.   Well, I'm glad we learned now.

SS:   But he's got a lot of ability.   I mean, he put together a beautiful budget and all kinds of stuff, but then you got to go out there and

RR:   Implement it.

SS:   Implement the f*cking numbers.

RR:   Yeah.   It's one thing to put it together.   It's another thing, we still got to get results out of it.

SS:   Yeah.   He hasn't done that.

RR:   Well, then he's the wrong guy.   He did you a favor.

SS:   That's kind of the way I'm looking at it.   I don't like the turn over.

RR:   I know.

SS:   I don't like the turnover and I don't like the waste of time and I don't like the Jeannie, because Jeannie knows everything and I don't like her, you know, leaving as disgruntled.

RR:   Oh, yeah.   The fallout will come out of that.   I think.   I don't know.

SS:   Well, the bad news for her is that she got so much f*cking mud in her closet that, you know, here's another woman out breaking up another marriage.

RR:   Yeah, John Brice is married, right?

SS:   Yeah.   Three kids.   Little kids.   (recording skips)

RR:   In our handbook it says we don't have interpersonal relations with employees in the company.   So that's good.   I just said to Lisa, she needed to talk to somebody so she kind of unloaded.   And I said look.   Just go step by step, get rid of her.   That's the end of it.   And I said do it by the book and she knows that.   So if she wants to sue us, there's a reason we did what we did.   I'm going to tell you something.   Lisa Crist is good. She's gotten real good.

SS:   She's good.   She's real good.

RR:   She protects us, man.

SS:   Yeah, she does.

RR:   Anyway, thank you for sending me that report from Steve.   Otherwise I'd have never saw it and that was a real eye opener.   I'm taking it with me tomorrow to Pete Huff because that's where that's important.   If Steve can get into the Eckert that would be a big help.   He's only been into the worst, I'm assuming.   Hell, maybe Patterson is the best.   I don't know.

SS:   I don't think they're the best but I don't think they're the worst either.

RR:   They could be average.   I'll tell you what they are.   They're good enough for Jay Middlebrook to go in there and approve them.   How bad does it have to be for Christ sake.

SS:   I think that you ought to have a chat with Jim Wahl and say Jim, Jesus Christ.   You know, we look forward to having Jay come through our place.

RR:   I already told that to Jay when I sat and had lunch with him.   He knows that. Trust me, he knows that.   They got plastic bags showing up in the IQF product.

SS:   I read that.

RR:   Yeah.   I sent it to you.   I don't know.   And you know something?   I know Stewart and so do you.   He ain't going to change a f*cking thing over there.

SS:   No.   He's not that kind of guy.   He'll sit in the f*cking board room calling board meetings.

RR:   What I'm hoping is that we can get Steve Mancini, they're national sales manager, so disgruntled over at Patterson that maybe we can bring him on board.

SS:   That would be big.

RR:   Yeah.   I tried before and the timing wasn't right but maybe now.

SS:   Well, you got to have a factory up first.

RR:   I know, I know, I know, I know.   I don't like to wait.

SS:   You just want it up and running, Randy.   You invite him over and you say you want to be here or do you want to be over there.

RR:   Yeah.   Here's our culture.   This is what we can do for you.   Him and I are good friends.

SS:   He didn't want to move.   That was one of the things.

RR:   No, I know.   I'm just thrilled what I saw because I never was in the factory.

SS:   Yeah, right.

RR:   I was never in the factory.

SS:   I got through the front door to the back mezzanine area and then I walked around to where they were unloading stuff and it was just f*cking filthy.   Do you remember how Atwater looked?

RR:   Oh, are you kidding?

SS:   (inaudible) boards and shit everywhere.   That's what Patterson looks like.

RR:   Splintered boards and rotten wood and mold and concrete block with paint peeling off.

SS:   That's exactly what Patterson looks like.

RR:   And you know Scott, in such an IQF business being such a passage and conscious, volatile potential problem business with customers like Frito Lay and Kraft, you'd think that these end users would be more careful on what they're picking.   Wouldn't you?

SS:   No, because all they want's price.   Just remember that.   But I think, you know, get one or two more outbreaks going and (inaudible).

RR:   Scott, we'll compete.   I mean, we'll compete where we have to compete, but let our factory do the selling for us.   That's how I want to... I don't like changing things.   I know what works for us.

SS:   I'll tell you what.   I'll tell you one thing that works is every time we go into a business that doesn't have Chris Rufer we win like f*cking mad.

RR:   Of course.   Well you know that.   Why do you think we've had the conversations we've had?   Don't you think if you didn't have Chris Rufer in this business we would be a very different, the whole industry would be different.   He's the guy that destroyed the f*cking industry and continues to do so.

SS:   I'd say he's f*cking up the export now.

RR:   That I didn't know.

SS:   Yeah.   He dumped a bunch of shit into Dubai.

RR:   Dubai, oh yeah.

SS:   For 1,000 dollars a metric ton. 1,100 CNF which is actually about 980 and it's 120 bucks.   We sold it for 1,190 CNF and I mean, we're like 20% more.   And the guy still gave us the order.   He didn't give us all of it.   Rufer took the bulk of it.   This guy buys 50,000 metric tons.

RR:   You know, I saw it this morning.

SS:   Yeah.   Rufer got in there with like 5,000.

RR:   But Rufer is short product.

SS:   Well he sure ain't acting like it if he's out selling it that cheap.

RR:   Well, he's going to take it away from somebody else.   That's what I think.

SS:   Well, I think you may be right.   What's going to happen to the domestic market?  Because you haven't even gotten a cut list.   I told Alan to go back through because everything Tony sells them is just cutting off from the U.S.

RR:   Yeah, I know.   That's the only place you can do it.   Do we know how much we're going to have to back fill Australia yet?   It's too early to tell.

SS:   Yeah, they're asking?

RR:   They are?

SS:   Yeah.   I mean, we had 7 million pounds in our plant.

RR:   Okay.

SS:   And now they're saying we're going to probably need more.   And I said Look, Richard, you know, first of all you're going to have to pay the same price as export.   You

know, you're an export (inaudible).   I'm not doing you no favors.   And, you know, hoping that that means that he can just kind of like broker a deal. I don't want to just give away our profits so that, you know, Sedinko can sit there and stumble along.

RR:   Yeah, right.   No, that's right.

SS:   Anyway, so we got 7 million pounds.   We've got all (inaudible) account going into metal bins. We got all their entire order for their years requirement. And if he's short beyond that then, which I think he's going to be another 5,000 thousand tons or so short, then he may have to, maybe he can go to Los Gatos or Ingomar.

RR:   Yeah.   Yeah.   We have to look where the money gives us our best return.   Even if it's in our own house.

SS:   Yeah.   Yeah.

RR:   Because I told Tony, I said this is your chance in the spotlight and I said you sell every god damn thing you can.   When it's 46, 47 cents FOB California, I expect an order.   And I says you're talking to me.   You can call Scott   He'll tell you the same thing.

SS:   Oh, I already did.   I talked to him. He's leaving.   I think he's leaving with those idiots.

RR:   To Italy.

SS:   He's dragging f*cking Orzeli and Chris Wahl.

RR:   I know.   Oh, I'm sure of it.

SS:   I would have axed that.   I would have never allowed that.   He never asked me. They decided they'd do a world trip.   I told them to get rid of them.   I said you get out of Italy.   Well now Duncan's involved and now Duncan's got them set up to go to Istanbul and Dubai and f*ck all.

RR:   Alright.   I got to jump.

SS:   Okay, bye.

RR:   I love you.

(Recording Ends)

# EXHIBIT F

REVIEWED BY:   TTL on 06/29/2007
REVIEWER NOTES:   Pertinent * call.

SYNOPSIS:   RR called Agusa and initially spoke with a Dan LNU; Dan then transferred RR over to Joel (DeLira, from Agusa).   Tony sent Rahal e-mail that Joel had order for 500K lbs.   Rahal thanks Joel and says, "Thank you.   When I'm there, I'll see you personally.   We'll take care of that.."

Joel says they bought again from the Chinese, Morning Star, and Ingomar.   Rahal says those are his targets.   Rahal asks Joel if he's able to blend at that factory and Joel says yes.   Joel can pump SK bin and dump Morning Star.   Rahal asks if Morning Star is supplying with 31%.   They bought 13 million from Morning Star, 18 million from Ingomar, 5 million from Chinese 37 bricks.

RR says that he owe's Joel, and they'll get that started when he sees him.   Joels' cell # is 559-***-****.   RR tells Joel, "Now I need you to stay in that job for a few years if you can."   JD says, "I don't know if the Spaniards will allow me to."   RR tells JD he will help brace some of Joel's pain if he stays.

TRANSCRIPTION: by Lynette Austin on 07/05/2007

Danny: Agusa...this is Danny can I help you?
RR:     Yah, Joel please?
Danny: Yes may I ask who's calling?
RR:     Randy
Danny: Randy?...
RR:     Randy Rahal
Danny: Okay one second, let me see if he's available...

(LONG PAUSE)

JD:     Thank you for holding, this is Joel.
RR:     Hey Joel...Randy Rahal.
JD:     Hey Randy, how are you?
RR:     Good how are you?
JD:     I'm doing well thank you.
RR:     Tony sent me an email said...can you talk or no?
JD:      Yes, yes I can.
RR:     ...that you got us an order for 500 thousand pounds
JD:     Yes I did
RR:     Thank you Joel
JD:     No problem...
RR:     That's...
JD:     I'm trying to work that angle.
RR:     **Yeah you are and when I'm there I'll see you personally...**
JD:     **Okay that sounds great**

RR:  **We'll take care of that**
JD:     Okay
RR:     Now this year you bought from the Chinese and Morning star?
JD:     We bought again from the Chinese
RR:   You did
JD:     Yeah
RR:     I know you weren't crazy about that but okay
JD:     And still not I mean it causes issues for me but...you know...
RR:     And who is your American supplier?   Morning Star still?
JD:     Yes.   Morning Star and this year we also have Ingomar
RR:     Oh you bought Ingomar as well?
JD:     Mmm...hmm
RR:     Okay well, those are the targets for me.
JD:     OK.
RR:     **And we'll make our deal.   And, being next door to you, we'll make it work**.
JD:     **OK.   That sounds great.**
RR:     Ah, are you able to blend at that factory now or not yet?
JD:     We are.   We have some capacity.   We have a vertical pump to empty bins and that's how, allowing us to blend a little bit better.
RR:     OK.
JD:     Than it previously worked.   Before we would dump 1 or 2 bins and then have another one.
RR:     Right.
JD:     For example, let's say I did 2 SK and 1 Morning Star.
RR:     Right.
JD:     They had to be dumped on our conveyor system that way.
RR:     Right.
JD:     But now I can just, you know, do a , pump a SK bin and dump to our conveyor system a Morning Star bag.
RR:     OK, OK. On Morning Star.
JD:     Yes.
RR:     I'm assuming they're supplying you with 31% Gold Break? or 37 or whatever?
JD:     31.
RR:     And how much did you buy from them this year? Do you know offhand?
JD:     It is 13 million.
RR:     13, OK.   And the same 31 bricks from Ingomar, or different?
JD:     No, the same.   And theirs are 18 million.
RR:     And theirs 18 million.   And then the Chinese...
JD:     Let's see.   And that brings me, and the Chinese, we have 5.
RR:     5 million.   31 bricks?
JD:      That one's actually 37.
RR:     Oh, the Chinese is 37 bricks.
JD: Uh-huh.
RR: OK. And Ingomar and Morning Star didn't short you.   You just said you'd get us in the door, and you did.
JD: Uh-huh.   Yeah.

RR: **Thank you, Joel.   I owe you , and when I see you, we'll get that started.**

JD: **OK, no problem.**

RR: Do I have a cell phone for you?

JD: No, let me give it to you.

RR: Why don't you give that to me.

JD: It's area code 559

RR: 559

JD: 469

RR: 469

JD: 6757.

RR: 6757.   Now I need you to stay in that job for a few years if you can.

JD: OK. We're gonna try our best.

RR: Try to do the best you can.

JD: I don't know if the Spaniards will allow me to.   I know we're not getting along very well.

RR: Oh, you're not?

JD: No.

RR: That doesn't, nobody will ever get along there.

JD: (laughing) No.

RR: It's not you, trust me.

JD: Oh, okay well good.   I feel better.

RR: So, I'll help brace some of the pain if you stay.

JD: OK.

RR: Talk to you later.

JD:   Bye.

RR: Bye, bye.


[End of Call]