1   BENJAMIN B. WAGNER
    United States Attorney
2   R. STEVEN LAPHAM
    MATTHEW D. SEGAL
3   JARED C. DOLAN
    KEVIN C. KHASIGIAN
4   Assistant U.S. Attorneys
    501 I Street, Suite 10-100
5   Sacramento, California 95814
    Telephone: (916) 554-2700
6
    ANNA TRYON PLETCHER
7   TAI S. MILDER
    Trial Attorneys
8   U.S. Department of Justice
    Antitrust Division
9   450 Golden Gate Avenue, Room 10-0101
    San Francisco, CA 94102
10  Telephone: (415) 436-6660

11

12              IN THE UNITED STATES DISTRICT COURT

13              EASTERN DISTRICT OF CALIFORNIA

14

15  UNITED STATES OF AMERICA,                2:10-CR-00061-LKK

16              Plaintiff,

17       v.                                  CERTIFICATE OF SERVICE
                                             BY MAIL
18

19  FREDERICK SCOTT SALYER,

20              Defendant.

21

22

23       The undersigned hereby certifies that she is an employee in the Office of the

24  United States Attorney for the Eastern District of California and is a person of such age

25  and discretion to be competent to serve papers.

26       That on September 16, 2013, she served a copy of the United States' Brief

27  Regarding Restitution, by placing said copy in a postage paid envelope addressed to the

28                                          1

                                                    Certificate of Service by Mail

1   person hereinafter named, at the place and address stated below, which is the last known

2   address, and by depositing said envelope and contents in the United States Mail at

3   Sacramento, California.

4   **Addressee**(s):

5   Robert Pruett
    2593 Gillian Court
6   Pleasanton, CA 94566

7

8

9   *Tammy Teglia*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Certificate of Service by Mail