Dale C. Campbell, State Bar No. 99173
James Kachmar, State Bar No. 216781
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California  95814
Telephone:   916.558.6000
Facsimile:     916.446.1611
dcampbell@weintraub.com

Attorneys for The Morning Star Packing Company, L.P.
and Liberty Packing Company, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>FREDERICK SCOTT SALYER,<br><br>            Defendant. | Case No. 2:10-cr-0061-LKK (DAD)<br><br>**DECLARATION OF SCOTT MANION IN SUPPORT OF THE MORNING STAR PACKING COMPANY, L.P.'s AND LIBERTY PACKING COMPANY, LLC's REQUEST FOR RESTITUTION**<br><br>Courtroom 27, The Hon. Dale A. Drozd |

I, Scott Manion, declare as follows:

1.     I am a Senior Manager of Kraft Foods Group, Inc. ("Kraft"), a Virginia corporation. I make this declaration, as a Kraft employee, based on my personal knowledge of events and facts relating to Kraft's relationship with Morning Star Packing Company, L.P.

and Liberty Packing Company, LLC (collectively "Morning Star") and SK Foods, LP ("SK Foods"). If called as a witness, I would competently testify to the matters contained herein. I make this declaration in support of the request for restitution by Morning Star.

2. As part of my duties with Kraft, I was responsible for overseeing the procurement of processed tomato products from outside vendors. I am familiar with Kraft's business practices and business records and have reviewed the same to prepare this declaration.

3. Morning Star has had a long-term, large-volume business relationship with Kraft for processed tomato products. It is my understanding from a review of records that Morning Star had a contract with Kraft to supply tomato products, which contract expired in 2003.

4. I was directly involved, on behalf of Kraft, in pursuing claims against SK Foods in its SK Foods bankruptcy proceeding. In that role, I reviewed documents relating to Kraft's business dealings with SK Foods as well as the criminal matter against Scott Salyer, President of SK Foods. I am informed and believe, based on the review of the records and other materials, that in or about 2004, Salyer began to pay bribes to Robert Watson, Kraft's buyer responsible for the purchase of tomato products. Based on my review of Kraft records, at about that time or shortly thereafter, Kraft began purchasing significant amounts of tomato paste and diced tomatoes from SK Foods, while significantly reducing the amount of tomato paste and diced tomatoes it purchased from Morning Star.

5. Once Kraft learned that SK Foods had bribed Mr. Watson, Kraft sought other sources of supply. In particular, Kraft resumed purchasing tomato paste from Morning Star instead of SK Foods in substantial volume. Kraft also resumed purchasing substantial volume of diced tomatoes from Morning Star, which Kraft had been purchasing from SK Foods.

6. In my review of the files relating to the purchase of tomato products from SK Foods, I have not seen any record of a problem with the tomato paste or diced tomatoes that Morning Star had supplied prior to the SK Foods contracts. Moreover, I have not seen any indication that there were issues with Morning Star's customer service that led to the change from Morning Star to SK Foods as Kraft's primary product supplier in 2004. In fact, when Kraft

returned to purchasing tomato products from Morning Star, if there had been a prior problem with Morning Star as a supplier, it would have been brought to my attention.

7. In general, Kraft buyers, such as Mr. Watson, are to solicit competitive bids and Kraft will purchase commodities, such as tomato paste and diced tomatoes, from the lowest responsive and responsible supplier. It appears that as a result of the bribes made to Mr. Watson, SK Foods was able to obtain large contracts with Kraft despite Kraft's prior relationship with Morning Star.

8. Having reviewed this information, and being aware of Kraft's policies with regard to the purchase of tomato products through the competitive bidding process, it is my opinion that the bribes influenced Kraft's decision to shift its procurement of tomato products from Morning Star to SK Foods. Everything else equal, if SK Foods had not bribed Kraft's employee, and if Morning Star was the low-price bidder and could provide the requisite supply, Kraft likely would have continued to purchase a substantial portion, if not all, of its tomato products from Morning Star.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 4, 2013, at Chicago, Illinois.



/s/ - Scott Manion
Scott Manion