Dale C. Campbell, State Bar No. 99173
James Kachmar, State Bar No. 216781
**weintraub tobin** chediak coleman grodin
Law Corporation
400 Capitol Mall, 11th Floor
Sacramento, California  95814
Telephone:  916.558.6000
Facsimile:    916.446.1611
dcampbell@weintraub.com

Attorneys for Morning Star Packing Co., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>FREDERICK SCOTT SALYER,<br><br>                    Defendant. | Case No. 2:10-CR-0061-LKK (EFB)<br><br>**DECLARATION OF BRADLEY D. SHARP REGARDING MORNING STAR'S REQUEST FOR RESTITUTION**<br><br>Date: TBD<br>Time:  TBD<br>Courtroom 27, Hon. Dale A. Drozd |

I, Bradley D. Sharp, declare as follows:

1.  I am the duly appointed and acting chapter 11 trustee (sometimes hereafter, "Trustee") for the estates of SK Foods, LP and RHM/Industrial Specialty Foods (hereafter collectively "Debtor" or "Debtors").  I have personal knowledge of the facts set forth in this declaration, except for those matters stated on information and belief, and, if called as a witness, could and would testify competently to such facts under oath.  I submit this declaration (the "Declaration") in support of The Morning Star Packing Company's request for restitution.

2. In my capacity as the Trustee for Debtors, I have taken custody of all available business records of the Debtors. Since my appointment, I have undertaken an extensive review of those documents and am knowledgeable about their contents and how they are maintained. Based upon my review of the Debtors' operations, discussions with the Debtors' employees, and general observations during the period in which the Debtors were operating, it appears that the Debtors' employees maintained the Debtors' books and records at or near the time of the events recorded therein from information transmitted by persons with knowledge of those matters in the course of their regularly conducted business activities. It appears the Debtors' regular practice was to make, keep, and maintain their books and records in this manner.

3. In or about April 2012, employees of Development Specialists, Inc. ("DSI") acting at my direction prepared a schedule reflecting the annual shipment of tomato paste and diced tomatoes to several of Debtors' customers including, among others, Kraft, Frito-Lay, and Safeway. Attached as **Exhibit A** is a true and correct schedule prepared under my direction and supervision reflecting the Debtors' shipment of tomato paste and diced tomatoes to Kraft, Frito-Lay, and Safeway during the years 2004 through 2008. This schedule was assembled from the Debtors' original electronic financial books and records as reflected in Debtors' computerized database for product shipment. To the best of my knowledge and belief, Exhibit A accurately reflects the pounds of paste and diced tomatoes sold by Debtors to Kraft, Frito-Lay, and Safeway during the applicable time period.

//
//
//
//
//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of October 2013, at Grand Junction, Colorado.

_____
Bradley D. Sharp

# EXHIBIT A

# SK Foods

Morningstar Claim
Bulk Tomato Shipments by Customer

| Customer Name | Shipping Period | Qty Shipped Pounds (a) Total |
|---|---|---:|
| Frito - Lay c/o Lidestri Foods, Inc. | January 1 2004 - April 30, 2008 | 136,549,164 |
| Kraft | Jan 1, 2004 - April 30, 2008 | 192,102,428 |
| Safeway | May 1, 2005 to October 31, 2007 | 29,366,457 |
| | | **358,018,049** |

Notes

a.) Based on SK Foods books and records.

Frito Lay / LiDestri Foods
Shipping Period
January 1, 2004 - April 30, 2008

| Product Name | 2004 Shipped (lbs.) | 2004 Morningstar Profit | 2005 Shipped (lbs.) | 2005 Morningstar Profit | 2006 Shipped (lbs.) | 2006 Morningstar Profit | 2007 Shipped (lbs.) | 2007 Morningstar Profit | 2008 Shipped (lbs.) | 2008 Morningstar Profit | Grand Total Shipped (lbs.) | Grand Total Morningstar Profit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DP JUICE 1/2" 60+ SK | 19,442,466 | | 19,209,940 | | 19,109,909 | | 7,001,416 | | 7,230,885 | | 71,994,616 | |
| DP JUICE 1/2" 60+ SK PB | - | | - | | - | | - | | - | | - | |
| DPJ 1/2" 60+ SK ORGANIC | 114,770 | | - | | 4,253,009 | | 4,365,584 | | - | | 8,733,363 | |
| DPJ 3/4" 60+ SK ORGANIC | - | | - | | - | | - | | 162,525 | | 162,525 | |
| DPJ RANDOM 60+ SK ORGANIC | - | | - | | - | | - | | - | | - | |
| F/R DICED JUICE 1/2" SK | - | | - | | - | | - | | - | | - | |
| F/R HB 26% 156 3.6/4 SKSD | - | | - | | - | | - | | - | | - | |
| HB 26% .090 3.6/4.0 SK | - | | 20,075 | | - | | - | | - | | 20,075 | |
| HB 26% .156 3.6/4.0 CC | 10,111,680 | | 820,519 | | 4,579,052 | | 6,455,048 | | 1,096,199 | | 23,062,498 | |
| HB 26% .156 3.6/4.0 SK | 3,252,481 | | 12,651,528 | | 6,168,376 | | 620,382 | | - | | 22,692,767 | |
| HB 26% .250 3.6/4.0 CC | - | | - | | 4,022,550 | | 3,424,120 | | 2,062,422 | | 9,509,092 | |
| HB 26% 156 3.6/4 SD ORGNC | - | | - | | - | | - | | - | | - | |
| HB 26% 156 3.6/4 SK ORGNC | - | | - | | 82,594 | | (11,496) | | - | | 71,098 | |
| HB 31% .033 4.1/5.0 SK SD | - | | - | | - | | - | | - | | - | |
| HB 31% .060 3.6/4.0 SK | 122,374 | | 57,843 | | - | | - | | - | | 180,217 | |
| HB 31% .060 3.6/4.0 SK SD | - | | - | | - | | - | | - | | - | |
| HB 31% .060 4.1/5.0 SK | 122,913 | | - | | - | | - | | - | | 122,913 | |
| | **33,166,684** | **-** | **32,759,905** | **-** | **38,215,490** | **-** | **21,855,054** | **-** | **10,552,031** | **-** | **136,549,164** | **-** |

Kraft Foods
Shipping Period
January 1, 2004 - April 30, 2008

| Product Name | 2004 Shipped (lbs.) | 2004 Morningstar Profit | 2005 Shipped (lbs.) | 2005 Morningstar Profit | 2006 Shipped (lbs.) | 2006 Morningstar Profit | 2007 Shipped (lbs.) | 2007 Morningstar Profit | 2008 Shipped (lbs.) | 2008 Morningstar Profit | Grand Total Shipped (lbs.) | Grand Total Morningstar Profit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/2" DP IN JUICE FD | - | | - | | 253,051 | | 1,834,609 | | - | | 2,087,660 | |
| CB 37% .033 STANDARD SKFD | - | | 531 | | - | | - | | - | | 531 | |
| DP JUICE 1/2" 60+ SK | 273,485 | | - | | - | | - | | - | | 273,485 | |
| DP JUICE 1/2" 60+ SK FD | 80,354 | | 40,559 | | 197,729 | | 898,355 | | 951,527 | | 2,168,524 | |
| DP JUICE 1/2" 60+ SK SD | 170,542 | | - | | - | | - | | - | | 170,542 | |
| HB 25% .060 < 3.6 SK | 2,916 | | 2,809 | | - | | - | | - | | 5,725 | |
| HB 31% .033 4.1/5.0 SK FD | - | | 39,658 | | 779,285 | | 927,784 | | 273,960 | | 2,020,687 | |
| HB 31% .045 4.1/5.0 CC | - | | - | | - | | 629,258 | | - | | 629,258 | |
| HB 31% .045 4.1/5.0 SK | - | | - | | - | | 13,620,854 | | 1,066,548 | | 14,687,402 | |
| HB 31% .060 3.6/4.0 CC | - | | 3,185,849 | | 68,474 | | 11,935,296 | | (2,828) | | 15,186,791 | |
| HB 31% .060 3.6/4.0 SK FD | - | | 192,372 | | 18,759 | | - | | - | | 211,131 | |
| HB 31% .060 3.6/4.0 SK PB | 269,729 | | - | | - | | - | | - | | 269,729 | |
| HB 31% .060 3.6/4.0 SK SD | 789,056 | | 124,946 | | - | | - | | - | | 914,002 | |
| HB 31% .060 4.1/5.0 SK | 24,449,060 | | 33,523,253 | | 41,347,520 | | 40,913,535 | | 12,391,092 | | 152,624,460 | |
| HB 31% .060 5.1/5.5 SK | 837,458 | | - | | - | | - | | - | | 837,458 | |
| HB 31% 033 5.1/.5 FD ORGN | - | | - | | 3,665 | | - | | - | | 3,665 | |
| HB HW 25% .060 < 3.6 SK | - | | 2,799 | | - | | - | | - | | 2,799 | |
| TOMATO PUREE 15%    FD | - | | - | | - | | 5,227 | | 2,834 | | 8,061 | |
| WB 26% .027 YELLOW SK FD | - | | 518 | | - | | - | | - | | 518 | |
| | **26,872,600** | | **37,113,294** | | **42,668,483** | | **70,764,918** | | **14,683,133** | | **192,102,428** | |

Safeway Shipments
Shipping Period
May 1, 2005 - October 31, 2007

| Product Name | 2005 Shipped (lbs.) | Morningstar Profit | 2006 Shipped (lbs.) | Morningstar Profit | 2006 Shipped (lbs.) | Morningstar Profit | Total Shipped (lbs.) | Morningstar Profit |
|---|---|---|---|---|---|---|---|---|
| DP JUICE 1/2" 60+ SK | - | | - | | 498,715 | | 498,715 | |
| DP JUICE 1/2" 60+ SK PB | 4,309,706 | | 5,739,465 | | 4,431,402 | | 14,480,573 | |
| DP JUICE 3/4" 60+ SK PB | 406,935 | | 447,538 | | 557,499 | | 1,411,972 | |
| DPJ 1/2" 60+ SK ORGANC PB | 365,048 | | 1,636,383 | | 986,072 | | 2,987,503 | |
| HB 26% .156 3.6/4.0 CC PB | - | | 299,969 | | - | | 299,969 | |
| HB 26% .156 3.6/4.0 SK | 446,550 | | 1,217,472 | | - | | 1,664,022 | |
| HB 26% .156 3.6/4.0 SK PB | 1,159,702 | | 557,306 | | 1,781,590 | | 3,498,598 | |
| HB 26% 156 3.6/4 CC ORGNC | 222,601 | | 527,054 | | - | | 749,655 | |
| HB 26% 156 3.6/4 PB ORGNC | - | | 241,335 | | 610,588 | | 851,923 | |
| HB 31% .033 4.1/5.0 SK | - | | 160,836 | | - | | 160,836 | |
| HB 31% .033 4.1/5.0 SK FD | - | | - | | 435,870 | | 435,870 | |
| HB 31% .033 4.1/5.0 SK PB | 619,411 | | 751,509 | | 955,901 | | 2,326,821 | |
| | **7,529,953** | | **11,578,867** | | **10,257,637** | | **29,366,457** | |