1  Dale C. Campbell, State Bar No. 99173
   James Kachmar, State Bar No. 216781
2  **weintraub tobin** chediak coleman grodin
   LAW CORPORATION
3  400 Capitol Mall, 11th Floor
   Sacramento, California  95814
4  Telephone:  916.558.6000
   Facsimile:   916.446.1611
5  dcampbell@weintraub.com

6  Attorneys for The Morning Star Packing Company, L.P.
   and Liberty Packing Company, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>FREDERICK SCOTT SALYER,<br><br>  Defendant. | Case No. 2:10-cr-0061-LKK (GGH)<br><br>NOTICE OF REQUEST OF THE MORNING STAR PACKING COMPANY, L.P. AND LIBERTY PACKING COMPANY, LLC TO SEAL DOCUMENTS<br><br>Date: TBD<br>Time: TBD<br>Courtroom 27, The Hon. Dale A. Drozd<br><br>Complaint Filed: February 18, 2010<br>Trial Date: N/A |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 141, The Morning Star Packing Company, L.P. and Liberty Packing Company, LLC (collectively, "Morning Star") hereby submit this Notice of Request to Seal Documents in support of their Request for Restitution. Morning Star requests the Court allow it to submit the Declaration of Chris Rufer in Support of The Morning Star Packing Company's Claim for Restitution (the "Rufer Declaration"), and the

evidence in support of that declaration, under seal with access restricted to counsel of record in this matter. The Rufer Declaration, as well as the exhibits attached to it, contains highly confidential financial and trade secret information. Morning Star intends to use the Rufer Declaration and supporting exhibits in support of its claim for restitution, but wishes to do so in a manner that protects the highly-confidential information. Accordingly, good cause supports granting Morning Star's request for the Court to seal both the Declaration and supporting exhibits and to restrict access only to counsel of record in this matter for the Government and defendant Scott Salyer.

The Request to Seal Documents, the Rufer Declaration and supporting exhibits, and the Proposed Order were submitted to the Court via email pursuant to Local Rule 141(b). As permitted under Local Rule 141(b), which allows parties to withhold the Request to Seal documents and related documents from the parties where "clearly not appropriate," the Request to Seal Documents, the Rufer Declaration and supporting exhibits, and the Proposed Order to Seal Documents have not been served on the parties in this matter. That information will be provided upon the Court's order permitting Morning Star to submit the Rufer Declaration, and the exhibits in support of the Rufer Declaration, under seal with access restricted to only counsel of record in this matter for the Government and defendant Scott Salyer.

Dated: October 4, 2013

Respectfully submitted,

**weintraub tobin** chediak coleman grodin
Law Corporation

By: /s/ Dale C. Campbell
Dale C. Campbell
State Bar No. 99173

Attorneys for The Morning Star Packing Company, L.P. and Liberty Packing Company, LLC