BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FREDERICK SCOTT SALYER,<br><br>    Defendant. | 2:10-CR-00061-LKK<br><br>STIPULATION TO CONTINUE DISCOVERY, MOTION, AND ANCILLARY HEARING DATES; ORDER THEREON |

IT IS HEREBY STIPULATED between the United States and Petitioners Bank of Montreal, Stefanie A. Gallegly and Caroline G. Salyer, individually and as beneficiaries of the Caroline G. Salyer and Stefanie A. Gallegly Irrevocable Trusts dated March 29, 1999, and Robert Pruett, trustee of the Caroline G. Salyer and Stefanie A. Gallegly Irrevocable Trusts dated March 29, 1999, by and through their undersigned attorneys, THAT:

1. Subject to the Court's approval, the United States and Petitioners propose to continue dates currently set for Discovery Cutoff, Dispositive Motions Cutoff, and the Ancillary Hearing Date, to March 14, April 18, and May 20, 2014, respectively, in order to allow the parties to coordinate international discovery requests with the governments of Liechtenstein and Andorra. Given the nature of the case and types of documents

1

requested (bank records), the United States understands that it will take at least two months to obtain the bank account information from Andorra and Liechtenstein.  To date, the United States has received unofficial documents from Andorra, but the Liechtenstein requests are outstanding.

Dated:   1/6/2014                                         BENJAMIN B. WAGNER
                                                          United States Attorney


                                             By:   /s/ Kevin C. Khasigian
                                                   KEVIN C. KHASIGIAN
                                                   Assistant U.S. Attorney


Dated:   1/5/2014                                  /s/ Todd J. Dressel
                                                   TODD J. DRESSEL
                                                   Attorney for Petitioner Bank of
                                                   Montreal
                                                   (Authorized via email 1/5/14)


Dated:   1/6/2014                                  /s/ Steven J. Williamson
                                                   STEVEN J. WILLIAMSON
                                                   Attorney for Petitioners Stefanie A.
                                                   Gallegly and Caroline G. Salyer,
                                                   individually and as beneficiaries of
                                                   the Caroline G. Salyer and Stefanie
                                                   A. Gallegly Irrevocable Trusts dated
                                                   March 29, 1999
                                                   (Authorized via telephone 1/6/14)


Dated:   1/6/2014                                  /s/ Stephanie J. Finelli
                                                   STEPHANIE J. FINELLI
                                                   Attorney for Robert Pruett, trustee of
                                                   the Caroline G. Salyer and Stefanie
                                                   A. Gallegly Irrevocable Trusts dated
                                                   March 29, 1999
                                                   (Authorized via telephone 1/6/14)

2

Stipulation to Continue Discovery, Motion, and
Ancillary Hearing Dates;  Order Thereon

# ORDER

IT IS HEREBY ORDERED THAT:

1. Discovery cutoff is set for 3/14/2014;

2. Last day to file dispositive motions set for 4/18/2014; and

3. Ancillary Hearing set for 5/20/2014 at 09:15 AM in Courtroom 4 before Judge Lawrence K. Karlton.

Dated: January 8, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT