UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-0061 LKK DAD |
| Plaintiff, | |
| v. | ORDER |
| FREDERICK S. SALYER, | |
| Defendant. | |

Pending before the court is a request to seal documents (Dkt. No. 643) filed on October 4, 2013 by The Morning Star Packing Company, L.P. and Liberty Packing Company, LLC's, (collectively "Morning Star").

The request for sealing submitted by counsel for Morning Star not only seeks a court order directing that documents be filed under seal but also an order restricting access to those documents filed under seal only to counsel for the government and counsel for defendant Salyer. More specifically, Morning Star seeks an order prohibiting defendant Salyer himself from viewing the documents even after they are filed with the court under seal.

Having reviewed the request for sealing, the undersigned finds that Morning Star has failed to adequately address and support its specific request that access to the documents filed under seal in this criminal action be limited to counsel for the government and counsel for the defendant with the defendant himself being barred from viewing the documents submitted in

1

support of Morningstar's request for a restitution order against the defendant. The undersigned notes that in not serving a copy of its request to seal or a copy of the documents sought to be filed under seal on the other parties in this matter, Morning Star relies upon Local Rule 141(b) which allows parties to withhold service of such documents where service is "clearly not appropriate." Morning Star has elected to serve on plaintiff United States and the defendant only a brief Notice of Request to Seal Documents. For this reason, the court is concerned that the defendant and his counsel may not be fully aware of the scope of the order sought by Morning Star and therefore may well not have had an adequate opportunity to voice any opposition to that motion.

Accordingly, IT IS HEREBY ORDERED that Morning Star's October 4, 2013 request to seal, (Dkt. No. 643) is denied at this time without prejudice.[1]

Dated: January 28, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.criminal\salyer10cr0061.sealing.ord1

---

[1] Morning Star may re-notice its request to seal. However, if Morning Star re-notices its motion and again seeks to prohibit defendant Salyer from viewing the documents it wishes to file under seal, it shall file a brief in support of that specific prohibition, addressing the court's authority to grant such a request in this criminal action and shall file that brief in support of the request on the court's public docket. Within fourteen days thereafter any party may file a responsive brief and Morning Star may file a reply brief seven days thereafter.