1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA           Case No. 2:10-cr-0061 LKK

11            Plaintiff,               PROPOSED
                                        ORDER FOR IMMEDIATE RETURN
12        v.                            OF BAIL MONEY TO LINDA S.
                                        LEE, TRUSTEE OF THE LINDA
13   FREDERICK S. SALYER                S. LEE REVOCABLE TRUST

14            Defendant.

15

16        Before the court is the Application of Linda S. Lee

17   as Trustee of the Linda Salyer Lee Revocable Trust for

18   Immediate Return of Cash Bail.  The matter was referred to

19   Magistrate Judge Dale A. Drozd.  Findings and Recommendations

20   were filed February 3, 2014.  (Doc. 655.)  No objections were

21   filed within 14 days, or thereafter, by any party.

22        Good cause appearing, IT IS ORDERED:

23        1.  The  Magistrate  Judge's  Findings  and

24   Recommendations filed February 3, 2014 (Doc. 655) are ADOPTED;

25        2.  Defendant's  Motion  to  Exonerate  Bond  with

26   respect  to  the  $300,000.00  cash  bail  is  GRANTED,  as  that

27

28

   {7441/002/00461637.DOC}
                                    1

$300,000.00 cash bail is owned by Linda S. Lee, trustee for the Linda S. Lee Revocable Trust:

    3.   The Bank of Montreal's Motion for Turnover of Property Subject to Judgment Creditor's Lien is DENIED; and

    4.   The Clerk of the Court is directed to immediately return the sum of $300,000.00 deposited as bail to partially secure Defendant Salyer's release, to Linda S. Lee as Trustee of the Linda Salyer Lee Revocable Trust.

SO ORDERED.

DATED: _____, 2014

_____
LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT
COURT JUDGE

{7441/002/00461637.DOC}

2