UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK S. SALYER,<br><br>Defendant. | No.  No. 2:10-cr-0061 LKK<br><br><br><br>ORDER |

This matter was referred to a United States Magistrate Judge for the issuance of findings and recommendations regarding defendant's motion re exoneration of cash bond.

On February 3, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen day period has expired, and no party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 3, 2014 (Doc. No. 655) are adopted in full;

2. Defendant's Motion to Exonerate Bond (Doc. No. 598) with respect to the $300,000 cash bail is granted;

3. The Bank of Montreal's Motion for Turnover of Property Subject to Judgment Creditor's Lien (Doc. No. 600) is denied; and

4. The Clerk of the Court is directed to return the sum of $300,000, deposited as bail to partially secure the defendant's release, to the Linda Salyer Lee Revocable Trust.

DATED: March 26, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/salyer0061.jo.docx

2