Todd J. Dressel SBN 220812
CHAPMAN AND CUTLER LLP
dressel@chapman.com
595 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 278-9088
Facsimile: (415) 541-0506

*Attorneys for the Bank of Montreal*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:10-CR-00061-LKK |
| | ) |
| v. | ) STIPULATION TO CONTINUE MOTION |
| | ) AND ANCILLARY HEARING DATES; |
| | ) ORDER THEREON |
| FREDERICK SCOTT SALYER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED between the United States and Petitioners Bank of Montreal, Stefanie A. Gallegly and Caroline G. Salyer, individually and as beneficiaries of the Caroline G. Salyer and Stefanie A. Gallegly Irrevocable Trusts dated March 29, 1999, and Robert Pruett, trustee of the Caroline G. Salyer and Stefanie A. Gallegly Irrevocable Trusts dated March 29, 1999, by and through their undersigned attorneys, THAT:

1.      Subject to the Court's approval, the United States and Petitioners propose to continue dates currently set for Dispositive Motions Cutoff and the Ancillary Hearing Date, to May 16 and June 10, 2014, respectively, in order to allow the parties to conduct their analysis of the documents recently received from the governments of Liechtenstein and Andorra and continue discussions amongst the parties for a consensual resolution of this matter.

10cr061.stipo.0416.1.doc

Dated: April 11, 2014                    BENJAMIN B. WAGNER
                                         United States Attorney

                                By:    s/Kevin C. Khasigian
                                       KEVIN C. KHASIGIAN
                                       Assistant U.S. Attorney

Dated: April 11, 2014                   s/Todd J. Dressel
                                By:    TODD J. DRESSEL
                                       Attorney for Petitioner Bank of
                                       Montreal

Dated: April 11, 2014                   s/Steven J. Williamson
                                By:    STEVEN J. WILLIAMSON
                                       Attorney for Petitioners Stefanie A.
                                       Gallegly and Caroline G. Salyer,
                                       individually and as beneficiaries of
                                       the Caroline G. Salyer and Stefanie
                                       A. Gallegly Irrevocable Trusts dated
                                       March 29, 1999

Dated: April 11, 2014                   s/Stephanie J. Finelli
                                By:    STEPHANIE J. FINELLI
                                       Attorney for Robert Pruett, trustee of
                                       the Caroline G. Salyer and Stefanie
                                       A. Gallegly Irrevocable Trusts dated
                                       March 29, 1999

STIPULATION TO CONTINUE MOTION AND ANCILLARY
HEARING DATES; ORDER THEREON

## **ORDER**

IT IS HEREBY ORDERED THAT:

1.      Last day to file dispositive motions set for 5/16/2014; and

2.      Ancillary Hearing set for 6/17/2014 at 09:15 AM in Courtroom 4 before Judge Lawrence K. Karlton.

Dated: April 16, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 3 -