McGREGOR W. SCOTT
United States Attorney
MATTHEW D. SEGAL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Respondent

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | CASE NO. 2:10-CR-61 TLN |
|---|---|
| Plaintiff, | |
| v. | ORDER EXTENDING TIME FOR GOVERNMENT TO RESPOND |
| F. SCOTT SALYER, | |
| Defendant. | |

For good cause shown, the Court hereby ORDERS that the Government may have until October 1, 2018 to file its response to the defendant's motion to terminate supervised release.

DATED: September 10, 2018

_____
Troy L. Nunley
United States District Judge

ORDER